B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Walking Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): **Alan's Shoes; Footworks; Overland Trading Co.; Sole Outdoors; Martini Shoes; TWC Acquisition Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2061** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**121 Gray Avenue<br>Santa Barbara, CA 93101**<br>ZIP CODE **93101-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
 *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (1/08)**                                                                 Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**The Walking Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08)                                                                                                     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The Walking Company** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>　Signature of Debtor<br>X _____<br>　Signature of Joint Debtor<br><br>_____<br>　Telephone Number (If not represented by attorney)<br><br>_____<br>　Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>　Signature of Foreign Representative<br><br>_____<br>　Printed Name of Foreign Representative<br><br>_____<br>　Date |
| **Signature of Attorney\***<br>X _____<br>　Signature of Attorney for Debtor(s)<br>**Mette H. Kurth, Esq.**<br>　Printed Name of Attorney for Debtor(s)<br>**Arent Fox, LLP**<br>　Firm Name<br>**555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013**<br>　Address<br>**213-629-7400 Fax:213-629-7401**<br>　Telephone Number<br>**12/7/09**<br>　Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>　Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>　Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>　Address<br>X _____<br><br>_____<br>　Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>　Signature of Authorized Individual<br>**Anthony J. Wall**<br>　Printed Name of Authorized Individual<br>**Executive Vice President**<br>　Title of Authorized Individual<br>**12/7/09**<br>　Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B1 (Official Form 1) (1/08)                                                                                   Page 4

In re   __The Walking Company_____          Case No.   _____
                                    Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Big Dog USA, Inc.**<br>**Central District of California** | **Debtor Affiliate** | **12/07/09**<br>**Robin L. Riblet** |

Form B1, Exhibit C - (9/01)                                                    2001 USBC, Central District of California

## Exhibit "C"

[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]

*[Caption as in Form 16B]*

# Exhibit "C" to Voluntary Petition

1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      N/A
_____

_____

_____

_____

_____


2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

      N/A
_____

_____

_____

_____

## RESOLUTION OF BOARD OF DIRECTORS
## OF THE WALKING COMPANY
## A DELAWARE CORPORATION,
## AUTHORIZING FILING OF PETITION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Anthony Wall, do hereby certify:

1.    That I am the duly elected and acting Executive Vice President of The Walking Company, a Delaware corporation (the "Company").

2.    That at a special meeting of the Board of Directors duly held on December 3, 2009, the following resolutions were duly enacted, and these resolutions remain in full force and effect, without modifications as of December 7, 2009:

> **RESOLVED**, that the Chief Executive Officer of this Company is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, its shareholders, and other interested parties, to file a petition under chapter 11 of the Bankruptcy Code.

> **FURTHER RESOLVED**, that, if the Chief Executive Officer makes such a determination, a petition under chapter 11 of the Bankruptcy Code is to be filed as submitted either by the Chief Executive Officer or by any other officer of this Company. Such a petition is hereby approved and adopted in all respects, and each of the Company's officers is hereby authorized and directed, on behalf of and in the name of this Company, to execute and verify such a petition and to cause the petition to be filed with the United States Bankruptcy Court for the Central District of California.

> **FURTHER RESOLVED**, that—in connection with commencing, sustaining, or successfully terminating a proceeding under chapter 11 of the Bankruptcy Code—the Chief Executive Officer or any other officer of this Company is hereby authorized to execute and file all petitions, schedules, lists, and other papers and to take any and all other actions that the Chief Executive Officer, an Executive Vice President or the Chief Financial Officer deems necessary and proper, including retaining and employing legal counsel.

**FURTHER RESOLVED**, that the firm of Arent Fox LLP ("Arent Fox") is hereby retained as attorneys for this Company in connection with the commencement, maintenance, and termination of any chapter 11 case commenced by the Company—including all contested matters, adversary proceedings, and appeals arising in or from such a chapter 11 case— pursuant to the terms and conditions set forth in all written agreements between the Company and Arent Fox.

_____
Anthony Wall, Executive Vice President and Corporate Secretary


Date: December 7, 2009

2

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Mette H. Kurth, Esq. (SBN 187100)**<br>**Arent Fox, LLP**<br>**555 West Fifth Street**<br>**48th Floor**<br>**Los Angeles, CA 90013**<br>**213-629-7400 Fax: 213-629-7401**<br><br>☒ *Attorney for:* Debtor and Debtor in Possession | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>   **The Walking Company**<br><br>                                         Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| | |
|---|---|
| ☒ Petition, statement of affairs, schedules or lists | Date Filed: **12/7/2009** |
| ☐ Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ Other: _____ | Date Filed: _____ |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____
*Signature of Authorized Signatory of Filing Party*

**Anthony J. Wall**
*Printed Name of Authorized Signatory of Filing Party*

**Executive Vice President**
*Title of Authorized Signatory of Filing Party*

12/7/2009
_____
Date

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____
*Signature of Attorney for Filing Party*

**Mette H. Kurth, Esq.**
*Printed Name of Attorney for Filing Party*

12/7/2009
_____
Date

---

*November 2006*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## _____Central_____ District Of_____ California _____

In re The Walking Company                                    Case No.
                Debtor

                                                            Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed or subject to setoff_ | _Amount of claim [if secured also state value of security]_ |
| Deckers Outdoor Corp. 495-A South Fairview Goleta, CA  93117 | Ron Guadagno Deckers Outdoor Corp 495-A South Fairview Goleta, CA 93117<br><br>Phone: 800-713-7517 | Trade | Unliquidated | $2,351,462 |
| Ken Atchison 20380 Riverbrooke Run Estero, FL  33928 | Ken Atchison 20380 Riverbrooke Run Estero, FL 33928<br><br>Phone: 727-422-4206 | Note Holder | Contingent, Unliquidated,  Disputed | $1,722,169 |
| Simon Property Group 747 Third Avenue, 21st Floor New York, NY  10017 | Bruce S. Tobin, Chief Operating Officer, Leasing Simon Property Group 747 Third Avenue, 21st Fl New York, NY 10017<br><br>Phone: 212) 745-9639 | Landlord | Disputed and Unliquidated | $1,542,967 |

_[Declaration as in Form 2]_

| | | | | |
|---|---|---|---|---|
| General Growth Properties, Inc. 110 N Wacker Drive Chicago, IL 60606 | Mark E. Adair General Growth Properties, Inc. 110 N Wacker Drive Chicago, IL 60606<br><br>Phone: (312) 960-5259 | Landlord | Disputed and Unliquidated | $1,215,019 |
| Dansko Inc. Penn Business Park, 8 Federal Road West Grove, PA 19390 | Cindy Worthington Dansko Inc Penn Business Park, 8 Federal Road West Grove, PA 19390<br><br>Phone: 610-869-8335 | Trade | Unliquidated | $652,771 |
| Westfield Corporation, Inc. 11601 Wilshire Blvd, 12th Floor Los Angeles, CA 90025 | Scott L. Grossman , Executive Vice President Westfield Corporation, Inc. 11601 Wilshire Blvd, 12th Floor Los Angeles, CA 90025<br><br>Phone: (310) 445-6830 | Landlord | Disputed and Unliquidated | $573,289 |
| Macerich 401 Whlshire Boulevard Santa Monica, CA 90401 | Randy Brant CSM, Exec Vice President, Real Estate Macerich 401 Whlshire Boulevard Santa Monica, CA 90401<br><br>Phone: (310) 899-6483 | Landlord | Disputed and Unliquidated | $458,631 |
| Taubman Centers 200 E. Long Lake Rd Bloomfield Hills, MI 48303 | Jerry M. Teitelbaum Taubman Centers 200 E. Long Lake Rd Bloomfield Hills, MI 48303<br><br>Phone: (248) 258-6800 | Landlord | Disputed and Unliquidated | $308,469 |
| UPS 1514 N Graham Street Charlotte, NC 28206 | Susan Allen UPS 1514 N Graham Street Charlotte, NC 28206<br><br>Phone: 704-342-8921 | Trade | Unliquidated | $300,000 |
| Erin Anderson and Keith Park, Plaintiffs and Class Representatives, c/o Westrup Klick LLP 444 W Ocean Blvd, #1614 Long Beach, CA 90802-4525 | Phillip R Poliner Westrup Klick LLP 444 W Ocean Blvd, #1614 Long Beach, CA 90802-4525<br><br>Phone: 866-782-4863 | Wage & Hour Class Lawsuit | Contingent, Unliquidated, Disputed | $225,000 |

*[Declaration as in Form 2]*

| | | | | |
|---|---|---|---|---|
| Ecco USA Inc.<br>16 Delta Drive<br>Londonderry, NH  3053 | Ken Abbott<br>Ecco USA Inc<br>16 Delta Drive<br>Londonderry, NH 3053<br><br>Phone: 603-537-7357 | Trade | Unliquidated | $174,227 |
| Townsgate Road LLC<br>21241 Ventura Blvd,<br>Suite 169<br>Woodland Hills, CA<br>91364 | William Browley<br>Townsgate Road LLC<br>21241 Ventura Blvd, Suite<br>169<br>Woodland Hills, CA 91364<br><br>Phone: (818) 348-9900 | Landlord | Disputed and<br>Unliquidated | $124,415 |
| Atlantic City Associates<br>c/o Perskie Mairone<br>Brog & Baylinson, P.C<br>1201 New Road, Suite<br>204<br>Linwood, NJ  8221 | Steven J. Brog Esq.<br>Perskie Mairone Brog &<br>Baylinson, P.C<br>1201 New Road, Suite<br>204<br>Linwood, NJ 8221<br><br>Phone: 609-601-1775 | Landlord | Disputed and<br>Unliquidated | $121,471 |
| CBL and Associates<br>Properties, Inc.<br>2030 Hamilton Place<br>Blvd, CBL Ste 500<br>Chattanooga, TN<br>37421 | Howard B. Grody SCLS,<br>Sr. Vice President/Mall<br>Leasing<br>CBL and Associates<br>Properties, Inc.<br>2030 Hamilton Place<br>Blvd, CBL Ste 500<br>Chattanooga, TN 37421<br><br>Phone: (423) 490-8317 | Landlord | Disputed and<br>Unliquidated | $119,155 |
| TKC XCIX,LLC<br>5935 Carnegie Blvd.,<br>Ste 200<br>Charlotte, NC  28209 | Kenneth R Beuley<br>The Keith Corporation<br>5935 Carnegie Blvd., Ste<br>200<br>Charlotte, NC 28209<br><br>Phone: 704-365-6000 | Landlord | Disputed and<br>Unliquidated | $101,472 |
| Forest City Enterprises<br>700 Terminal Tower,<br>50 Public Square<br>Cleveland, OH  44113 | Alan Schmiedicker SCSM,<br>Sr. Vice President<br>Forest City Enterprises<br>700 Terminal Tower, 50<br>Public Square<br>Cleveland, OH 44113<br><br>Phone: (216) 416-3000 | Landlord | Disputed and<br>Unliquidated | $96,739 |
| Pyramid Management<br>Group<br>4 Clinton Square<br>Syracuse, NY  13202-<br>1008 | Timothy J. Kelley,<br>President<br>Pyramid Management<br>Group<br>4 Clinton Square<br>Syracuse, NY 13202-<br>1008<br><br>Phone: (315) 422-7000 | Landlord | Disputed and<br>Unliquidated | $89,626 |

*[Declaration as in Form 2]*

B4 (Official Form 4) (12/07) - Cont.
In re   __The Walking Company_____          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aetrex Worldwide Inc.<br>414 Alfred Ave.<br>Teaneck, NJ 07666 | Elizabeth Wasilewski<br>Aetrex Worldwide Inc.<br>414 Alfred Ave.<br>Teaneck, NJ 07666<br>Tel: (800) 526-2739 | Trade | Unliquidated | $83,413.00 |
| Freeland Realty<br>708 Cathedral Pointe Ln.<br>Santa Barbara, CA 93111 | Dirk Freeland<br>Freeland Realty<br>708 Cathedral Pointe Ln.<br>Santa Barbara, CA 93111<br>Tel: (805) 963-0755 | Landlord | Disputed and Unliquidated | $82,491.00 |
| MBT- Masai USA Corp.<br>515 N. River St., Ste. D<br>Hailey, ID 83333 | Brenda Farnsworth<br>MBT- Masai USA Corp.<br>515 N. River St., Ste. D<br>Hailey, ID 83333<br>Tel: (208) 788-0883 | Trade | Unliquidated | $74,384.00 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __12/7/2009_____          Signature   _____
                                        Anthony J. Wall
                                        Executive Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **The Walking Company**                                                                    Case No.

                                                      Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **The Walking Co. Holdings, Inc.**<br>**121 Gray Avenue**<br>**Santa Barbara, CA 93101** | **Common stock** | **100** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    12/7/2009                                      Signature _____
                                                                    **Anthony J. Wall**
                                                                    **Executive Vice President**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Mette H. Kurth (SBN 187100)<br>Andy S. Kong (SBN 243933)<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br>213-629-7400 Fax:213-629-7401 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>**The Walking Company**<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): **121 Gray Avenue, Santa Barbara, California 93101**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
**121 Gray Avenue, Santa Barbara, California 93101**

3. Disclose the current business address(es) for all corporate officers: **121 Gray Avenue, Santa Barbara, California 93101**

4. Disclose the current business address(es) where the Debtor's books and records are located: **121 Gray Avenue, Santa Barbara, California 93101**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: **121 Gray Avenue, Santa Barbara, California 93101**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): **None**

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*): **Anthony J. Wall, Executive Vice President**

8. Total number of attached pages of supporting documentation: ___

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2          **VEN-C**

| In re | | CHAPTER 11 |
|---|---|---|
| **The Walking Company** | | |
| | Debtor. | CASE NUMBER |

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 7, 2009, at Santa Barbara, California.

Anthony J. Wall
*Type Name of Officer*                                                          *Signature of Declarant*

Executive Vice President
*Position or Title of Officer*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **The Debtor's affiliate, Big Dog, USA, Inc., and the Debtor's parent, The Walking Company Holdings, Inc., are filing chapter 11 petitions simultaneously with the Debtor's petition in the United States Bankruptcy Court, Central District of California, Santa Barbara Division before Judge Robin Riblet.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **The Debtor's affiliate, Big Dog, USA, Inc., and the Debtor's parent, The Walking Company Holdings, Inc., are filing chapter 11 petitions simultaneously with the Debtor's petition in the United States Bankruptcy Court, Central District of California, Santa Barbara Division before Judge Robin Riblet.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Santa Barbara                                    , California.

Dated         12/7/2009

_____
Anthony J. Wall, Executive Vice President
**Debtor**

_____
*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

**F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     **Mette H. Kurth, Esq.**

Address     **555 West Fifth Street, 48th Floor Los Angeles, CA 90013**

Telephone     **213-629-7400 Fax: 213-629-7401**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**The Walking Company; Alan's Shoes; Footworks; Overland Trading Co.; Sole Outdoors; Martini Shoes; TWC Acquisition Corporation** | Case No.: |
| | Chapter:          **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 7̶1̶2̶ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date:     12/7/2009                                    /s/ Anthony J. Wall
                                                       **Anthony J. Wall/Executive Vice President**
                                                       Signer/Title


Date:     12/7/2009                                    Signature of Attorney
                                                       **Mette H. Kurth**