1 Thomas J. Leanse (Cal. Bar No. 084638)
Brian D. Huben (Cal. Bar No. 134354)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 (telephone)
310.788.4471 (facsimile)

Attorneys for Landlord Creditors
The Macerich Company and Westfield, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| THE WALKING COMPANY, | ) | Case No. 09-15138 |
| Debtor. | ) | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that The Macerich Company, as Landlord and/or agent for Landlord of the premises located at 29th Street Mall, Boulder, CO and Westfield, LLC, as Landlord and/or agent for Landlord of the premises located at Annapolis Shopping Center, Annapolis, MD (collectively, the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Katten Muchin Rosenman LLP
> c/o Thomas J. Leanse
> c/o Brian D. Huben
> 2029 Century Park East, Suite 2600
> Los Angeles, California  90067-3012
> Telephone: (310) 788-4400

1

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

31507039_1.DOC

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated:  December 8, 2009                    **KATTEN MUCHIN ROSENMAN LLP**
Thomas J. Leanse
Brian D. Huben

By:  */s/ Brian D. Huben*
Brian D. Huben
Attorneys for Landlord Creditors
The Macerich Company and Westfield, LLC

2

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

31507039_1.DOC

| In re: THE WALKING COMPANY, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-15138 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

The foregoing document described **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Andy Fox - Kong.Andy@ArentFox.com ; Mette Kurth - kurth.mette@arentfox.com

**II.** **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

United States Trustee (ND)                    *Served by U.S. Mail*
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 8, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robin L. Riblet                    *Served by Personal Delivery*
United States Bankruptcy Court
1415 State Street, Courtroom 201
Santa Barbara, CA 93101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Donna Carolo | /s/ Donna Carolo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |