DEC - 9 2009

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA (SANTA BARBARA)

In re:

THE WALKING COMPANY, et al.,

Debtors.

CASE NO. 9:09-bk-15138-RR

CHAPTER 11

**APPEARANCE AND REQUEST TO RECEIVE NOTICES**

To:    The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

**Request is hereby made**, pursuant to Bankruptcy Rule 2002(g), **that all notices required to be mailed or electronically delivered to** creditors under Bankruptcy Rule 2002 be mailed to **the following address**:

> Andrew S. Conway, Esq.
> 200 East Long Lake Road, Suite 300
> Bloomfield Hills, Michigan 48304
> Email address: Aconway@taubman.com

Dated: December 8, 2009

Andrew S. Conway
Attorney for the Taubman Landlords

By: _____
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

---

[1] The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Taubman-Cherry Creek Shopping Center L.L.C., commonly known as Cherry Creek, located in Denver, Colorado; Tampa Westshore Associates Limited Partnership, commonly known as International Plaza, located in Tampa, Florida; MacArthur Shopping Center LLC, commonly known as MacArthur Center, located in Norfolk, Virginia; TRG Charlotte LLC, commonly known as Northlake Village, located in Charlotte, North Carolina; Partridge Creek Fashion Park LLC, commonly known as The Mall at Partridge Creek, located in Clinton Township, Michigan; Atlantic Pier Associates, LLC, commonly known as The Pier Shops at Caesars, located in Atlantic City, New Jersey; Taubman Regency Square Associates, LLC, commonly known as Regency Square, located in Richmond, Virginia; Short Hills Associates, L.L.C., commonly known as The Mall at Short Hills, located in Millburn, New Jersey; Rich-Taubman Associates, commonly known as Stamford Town Center, located in Stamford, Connecticut; Stony Point Fashion Park Associates, L.L.C., commonly known as Stony Point Fashion Park, located in Richmond, Virginia; SunValley Shopping Center LLC, commonly known as SunValley, located in Concord, California; Twelve Oaks Mall, LLC, commonly known as Twelve Oaks Mall, located in Novi, Michigan; TJ Palm Beach Associates Limited Partnership, commonly known as The Mall at Wellington Green, located in Wellington, Florida; West Farms Mall, LLC, commonly known as Westfarms Mall, located in Farmington, Connecticut; and Woodfield Mall LLC, commonly known as Woodfield, located in Schaumburg, Illinois.

Doc ID: 7554.1