REBECCA J. WINTHROP (CA No. 116386)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4330
Facsimile: (424) 204-4350
Email: winthropr@ballardspahr.com

DAVID L. POLLACK (PA No. 114149)
JEFFREY MEYERS (PA No. 121966)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8325
Facsimile: (215) 864-9473
Email: pollack@ballardspahr.com
Email: meyers@ballardspahr.com

Attorneys for Kravco Simon Company

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA BARBARA DIVISION**

| | |
|---|---|
| In re:<br><br>THE WALKING COMPANY<br><br>Debtor | Case No. 09-15138-SB<br><br>**Chapter 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE** |

TO:  **CLERK OF THE COURT, THE DEBTOR AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that **KRAVCO SIMON COMPANY,** by its attorneys, **BALLARD SPAHR, LLP,** appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

DMEAST #12046172 v1

Ballard Spahr, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8325
Fax: (215) 864-9473
email: pollack@ballardspahr.com
Attn: David L. Pollack, Esquire
Jeffrey Meyers, Esquire

and

BALLARD SPAHR, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4330
Fax: (424) 204 4350
email: winthropr@ballardspahr.com
attn: Rebecca J. Winthrop, Esquire

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DMEAST #12046172 v1

1 | Dated: December 11, 2009

DAVID L. POLLACK
JEFFREY MEYERS
**BALLARD SPAHR, LLP**

BY: /s/ David L. Pollack
    **David L. Pollack**
Attorneys for Kravco Simon Company

| In re:  The Walking Company | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-15138 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described **Notice of Appearance And Request For Special Notice And Service** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 11, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | Lisa Kwon | /s/ Lisa Kwon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9013-3.1**

| In re: The Walking Company | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-15138 |

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Mette H Kurth    kurth.mette@arentfox.com
- Wayne R Terry    wterry@hemar-rousso.com
- Ronald M Tucker    rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

II. <u>TO BE SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>

Taubman Landlords
c/o Andrew S Conway Esq
200 E Long Lake Road Ste 300
Bloomfield Hills, MI 48304

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1