FILED & ENTERED

DEC 11 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY chackel  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | ) Case No.: ND 09-15138 |
| | ) |
| The Walking Company, | ) Chapter 11 |
| | ) |
|         Debtor. | ) ORDER FOR INITIAL CHAPTER 11 |
| | ) STATUS CONFERENCE |
| | ) |
| | ) Date:   February 10, 2010 |
| | ) Time:   2:00 p.m. |
| | ) Place:  1415 State Street |
| | )         Courtroom 201 |
| | )         Santa Barbara, CA 93101 |
| | ) |

    The Debtor commenced this case by the filing of a Chapter 11 petition on December 7, 2009.

    **ACCORDINGLY, IT IS HEREBY ORDERED** that a status conference will be held on Wednesday, February 10, 2010, at 2:00 p.m., in Courtroom 201, 1415 State Street, Santa Barbara, California. The debtor-in-possession and attorney for the debtor-in-possession shall appear.

    At this conference the following matters will be addressed:

        (1) The employment of professionals;

        (2) The issues in the case;

        (3) Compliance with the reporting requirements of the Office of the
            United States Trustee.

Creditors are invited, but not required, to attend.

    Debtor's counsel, or the individual debtor if it has filed this case <u>pro se</u>, shall immediately serve a copy of this Order on the 20 largest unsecured creditors, all secured creditors, and the Office of the United States Trustee. Debtor's counsel

1  or individual <u>pro se</u> debtor shall file a proof of service with the Court.  Failure to
2  comply with the terms of this Order may result in the conversion of this case to
3  Chapter 7 or the dismissal of this case with a bar against refiling for 180 days
4  pursuant to 11 U.S.C. § 109(g)(1).
5  ###
6  ###
7  ###
8  ###
9  ###
10 ###
11 ###
12 ###
13 ###
14 ###
15 ###
16 ###
17 ###
18 ###
19 ###
20 ###
21 ###
22 ###

DATED: December 11, 2009

*Robin Riblet*
United States Bankruptcy Judge

Order Setting Status Conference - 2

**SERVICE LIST FOR ENTERED ORDER**

The Walking Company, Debtor
121 Gray Avenue
Santa Barbara, CA 93101

Andy Kong
Mette H Kurth
555 W Fifth Street, 48th Floor
Los Angeles, CA 90013

Office of the United States Trustee (ND)
128 East Carrillo Street, Suite 126
Santa Barbara, CA 93101

Office of the United States Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 93167