Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
E-mail:        kurth.mette@arentfox.com
                 kong.andy@arentfox.com

*Proposed* Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes, f/k/a TWC Acquisition Corporation,<br><br>Debtor. | Case No.: 09-bk-15138<br><br>Chapter 11<br><br>**NOTICE OF FILING OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF CLEAR THINKING GROUP LLC AS FINANCIAL ADVISOR TO THE DEBTOR PURSUANT TO SECTIONS 327(a) AND 363 OF THE BANKRUPTCY CODE EFFECTIVE AS OF DECEMBER 7, 2009**<br><br>*[No Hearing Required Unless Requested Pursuant to L.B.R. 2014-1(b)]* |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE TWENTY LARGEST UNSECURED CREDITORS; AND ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that The Walking Company, Inc. (the "Debtor"), as debtor and debtor in possession herein, has filed an application (the "Application") for entry of an Order pursuant to Sections 327(a) and 363 of the United States Bankruptcy Code (the "Bankruptcy Code"), approving the Debtor's agreement with Clear Thinking Group LLC ("CTG") and appointing CTG as the Debtor's financial advisor effective as of December 7, 2009. During the administration of the cases, CTG will provide financial advisory services to the Debtor pursuant to the terms and conditions of the engagement letter between the Debtor and CTG dated November 13th, 2009 (the "CTG Agreement") annexed to the Application as Exhibit B, including, without limitation, the following types of professional services:

(a) assisting with the preparation of necessary schedules, budgets and court related reporting;

(b) assisting in arranging debtor in possession financing for the Debtor, as requested;

(c) assisting in the development of financial data and presentations to the Debtor's Board of Directors, various creditors, and other third parties as requested;

(d) providing expert witness testimony concerning any of the subjects encompassed by the other financial advisory services as requested;

(e) providing such other advisory services as are customarily provided in connection with the analysis and negotiation of a plan under Chapter 11 of the Bankruptcy Code as requested;

(f) assisting with court required record retention process as requested; and

1      (g)     assisting with all other agreed upon tasks as required and requested
2      by the Debtors during the case.

3     **PLEASE TAKE FURTHER NOTICE** that the following CTG professionals will
4 be responsible for providing professional services to the Debtor: Lee Diercks, Partner;
5 Brian Allen, Managing Director; and other resources or personnel, as required and agreed
6 upon by CTG and the Debtor during the Chapter 11 process. Per the CTG Agreement,
7 fees for services will be based upon the time devoted on the Debtor's behalf and the
8 experience of those providing the services. CTG will be billed at standard hourly rates as
9 follows:

10     Partner -     $450.00
11     Managing Director-     $400.00
12     Manager-     $350.00
13     Sr. Consultant-     $275.00
14     Consultant-     $225.00
15     Analyst-     $150.00
16     Administrative-     $75.00

17

18     **PLEASE TAKE FURTHER NOTICE** that in addition to the above fees, the
19 Debtor shall further reimburse CTG, pursuant to the CTG Agreement, for all of its
20 reasonable out-of-pocket expenses incurred during this engagement, including, but not
21 limited to, travel and lodging, direct identifiable data processing, document production,
22 publishing services and communication charges, courier services, meals, reasonable fees
23 and expenses of CTG's counsel, and other necessary expenditures, payable upon rendition
24 of invoices setting forth in reasonable detail the nature and amount of such expenses.

25     **PLEASE TAKE FURTHER NOTICE** that the fees described above are
26 consistent with CTG's normal and customary billing practices for cases of this size and
27 complexity, which require the level and scope of services outlined in the CTG Agreement.
28     **PLEASE TAKE FURTHER NOTICE** that CTG has provided certain financial

1  advisory services to the Debtor since November 13th, 2009 and has been paid for those
2  services in accordance with the CTG Agreement. Prior to the Petition Date, CTG was
3  paid approximately $75,000 for the services provided prior to the Petition Date. Per the
4  CTG Agreement, the Debtor agreed to pay CTG for all prepetition services provided, at
5  the above hourly rates, and pay for all prepetition expenses incurred prior to filing its
6  petition in Bankruptcy Court. CTG was also provided a $100,000 retainer for post-
7  petition fees and expenses. This retainer is to be held until the approval of any final fee
8  application and applied to the final invoice. If there are any funds remaining from the
9  retainer, these funds will be promptly returned to the Debtor.

10  **PLEASE TAKE FURTHER NOTICE** that CTG will seek reimbursement of its
11  expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local
12  Bankruptcy Rules, Orders of this Court and this Court's Standards for Reimbursement of
13  Expenses. CTG will charge the Debtor's estate for these expenses in a manner and at
14  rates consistent with charges made generally to CTG's other clients. CTG will seek
15  payment of compensation and reimbursement of expenses from the Debtors' bankruptcy
16  estates in accordance with Bankruptcy Code section 331, the Federal Bankruptcy Rules,
17  Local Bankruptcy Rule 2016-1, and any procedures that may be established by this Court.

18  A copy of the Debtor's application may be obtained from the Bankruptcy Court or
19  by contacting the following person in writing:

   Mette H. Kurth
   ARENT FOX LLP
   555 West Fifth Street, 48th Floor
   Los Angeles, California 90013
   Telephone: 213/629-7400
   Facsimile: 213/629-7401
   kurth.mette@arentfox.com

25  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule
26  2014-1(b)(4), a hearing is not required in connection with the Application unless
27  requested by the United States Trustee, a party in interest, or otherwise ordered by the
28  Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application

ARENT FOX LLP
ATTORNEYS AT LAW
NEW YORK

- 4 -

NYC/455839.1

and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Debtor, its proposed counsel, and the United States Trustee no later than 15 days from the date of service of this notice.

Dated: December 11, 2009

By:   */s/ Mette H. Kurth*
      Mette H. Kurth
      Andy S. Kong
      ARENT FOX LLP
      *Proposed* Attorneys for Debtors and Debtors in Possession