Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
E-mail:       kurth.mette@arentfox.com
                  kong.andy@arentfox.com

*Proposed* Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes, f/k/a TWC Acquisition Corporation,<br><br>Debtor. | Case No.: 09-bk-15138<br><br>Chapter 11<br><br>**NOTICE OF FILING OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF TIGER CAPITAL GROUP LLC AS LIQUIDATION CONSULTANT TO THE DEBTOR PURSUANT TO SECTIONS 327(a) AND 363 OF THE PURSUANT TO SECTIONS 327(a) BANKRUPTCY CODE EFFECTIVE AS OF DECEMBER 7, 2009**<br><br>*[No Hearing Required Unless Requested Pursuant to L.B.R. 2014-1(b)]* |

///
///
///
///
///

NYC/456038.1

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE TWENTY LARGEST UNSECURED CREDITORS; AND ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that The Walking Company, Inc. (the "Debtor"), as debtor and debtor in possession herein, has filed an application (the "Application") for entry of an Order pursuant to Sections 327(a) and 363 of the United States Bankruptcy Code (the "Bankruptcy Code"), approving the Debtor's agreement with Tiger Capital Group LLC ("TIGER") and appointing TIGER as the Debtor's Liquidation Consultant effective as of December 7, 2009. During the administration of the case, TIGER will provide professional services to the Debtor pursuant to the terms and conditions of the Consulting Agreement between the Debtor and TIGER dated December 7, 2009 (the "TIGER Agreement") annexed to the Application as Exhibit B, including, without limitation, the following types of professional services:

> TIGER shall provide advice and assistance to Debtor's management with respect to: The Debtor's plans to close the Stores, the identification and selection of such Stores, negotiation with landlords and other interested parties (including employees or representatives of employees) with respect to such closings, and the conduct of liquidation, store closing, or going out of business sales at each such closing store location, and all other aspects of such store closings including with respect to transport and shipment of any inventory not sold in any sale at such stores).

**PLEASE TAKE FURTHER NOTICE** that the following TIGER professionals will be responsible for providing professional services to the Debtor: Albert T. Nassi, Daniel M. Kane, Alan Cohen, and Steve Goldberger, all Principals of TIGER. In addition, other resources or personnel, as required and agreed upon by TIGER and the Debtor during the Chapter 11 process, will be utilized. Per the TIGER Agreement, fees for services will be an initial fee of Seventy-five Thousand Dollars ($75,000). Any

1 | additional fee shall be mutually agreed upon by the Debtor and TIGER, with the consent
2 | of Wells Fargo Retail Finance, LLC.
3 |     **PLEASE TAKE FURTHER NOTICE** that in addition to the above fees, the
4 | Debtor shall further reimburse TIGER, pursuant to the TIGER Agreement, for all of its
5 | reasonable out-of-pocket expenses incurred during this engagement, including, but not
6 | limited to, supervision, travel, and lodging, meals, bonus, and other necessary
7 | expenditures, payable upon rendition of invoices setting forth in reasonable detail the
8 | nature and amount of such expenses. TIGER shall not charge any home office expenses
9 | except for out of pocket travel and related expenses.
10 |    **PLEASE TAKE FURTHER NOTICE** that the fees described above are
11 | consistent with TIGER's normal and customary consulting fees for cases of this size and
12 | complexity, which require the level and scope of services outlined in the TIGER
13 | Agreement.
14 |    **PLEASE TAKE FURTHER NOTICE** that TIGER has provided certain
15 | liquidation consultant services to the Debtor since December 7, 2009, but has not been
16 | paid for those services in accordance with the TIGER Agreement, and no retainer has
17 | been received by TIGER.
18 |    **PLEASE TAKE FURTHER NOTICE** that TIGER will seek reimbursement of
19 | its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local
20 | Bankruptcy Rules, Orders of this Court and this Court's Standards for Reimbursement of
21 | Expenses. TIGER will charge the Debtors' estates for these expenses in a manner and at
22 | rates consistent with charges made generally to TIGER's other clients. TIGER will seek
23 | payment of compensation and reimbursement of expenses from the Debtors' bankruptcy
24 | estates in accordance with Bankruptcy Code section 331, the Federal Bankruptcy Rules,
25 | Local Bankruptcy Rule 2016-1, and any procedures that may be established by this Court.
26 |    A copy of the Debtor's application may be obtained from the Bankruptcy Court or
27 | by contacting the following person in writing:
28 |

ARENT FOX LLP
ATTORNEYS AT LAW
NEW YORK

NYC/456038.1

Mette H. Kurth
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone: 213/629-7400
Facsimile: 213/629-7401
kurth.mette@arentfox.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon the Debtor, its proposed counsel, and the United States Trustee no later than 15 days from the date of service of this notice.

Dated: December 11, 2009

By:   /s/ Mette H. Kurth
      Mette H. Kurth
      Andy S. Kong
      ARENT FOX LLP
      *Proposed* Attorneys for Debtors and Debtors in Possession

ARENT FOX LLP
ATTORNEYS AT LAW
NEW YORK

NYC/456038.1

- 4 -