REBECCA J. WINTHROP (CA NO. 116386)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4330
Facsimile: (424) 204-4350
Email: winthropr@ballardspahr.com

DAVID L. POLLACK (PA BAR NO. 15694)
JEFFREY MEYERS (PA BAR NO. 23760)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8325
Facsimile: (215) 864-9473
Email: pollack@ballardspahr.com
Email: meyers@ballardspahr.com

Attorneys for Galleria Mall Investors, LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No. 09-15138-SB |
| THE WALKING COMPANY | **Chapter 11** |
| Debtor | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE** |

**TO:    CLERK OF THE COURT, THE DEBTOR AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that **GALLERIA MALL INVESTORS, LP** by its attorneys, **BALLARD SPAHR, LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

DMEAST #12046172 v2

1
2
3
4
5
6

**BALLARD SPAHR, LLP**
**51st Floor - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania 19103**
Telephone: (215) 864-8325
Fax: (215) 864-9473
email: pollack@ballardspahr.com
Attn:  David L. Pollack, Esquire
Jeffrey Meyers, Esquire

7

and

8
9
10
11

**BALLARD SPAHR, LLP**
**2029 Century Park East, Suite 800**
**Los Angeles, CA 90067-2909**
Telephone: (424) 204-4330
Fax:  (424) 204 4350
email: winthropr@ballardspahr.com
attn: Rebecca J. Winthrop, Esquire

12

13    **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the

14    Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

15    the Rules specified above, but also includes, without limitation, orders and notices of any

16    application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements,

17    plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail,

18    delivery, telephone, telegraph, telex, telecopier or otherwise.

19    **PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later

20    appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core

21    matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any

22    proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3)

23    to have the District Court withdraw the reference in any matter subject to recoupments to which

24    the Landlord is or may be entitled under agreements, in law or in equity, all of which rights,

25    claims, actions, defenses, setoffs and recoupments are expressly reserved.

26
27
28

DMEAST #12046172 v2

1 | Dated: December 14, 2009

DAVID L. POLLACK
JEFFREY MEYERS
**BALLARD SPAHR, LLP**

**BY: /s/ David L. Pollack**
      **David L. Pollack**
Attorneys for Galleria Mall Investors, LP