# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | CASE NO.: 9:09-BK-15138-RR |
|---|---|
| THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation<br><br>Debtors. | **REQUEST FOR SPECIAL NOTICE**<br><br>*Do NOT file this Request for Special Notice unless all of the five conditions listed below have been met.* |

I certify that all of the five conditions below have been met:

1. The party requesting special notice is a creditor or equity security holder of the debtor;

2. A creditors' committee has been elected under 11 U.S.C. § 705 or a creditors or equity security holders' committee appointed under 11 U.S.C. § 1102 ("Committee");
   ** A committee is expected to be appointed

3. The Court has limited notice to the Committee;

4. The Request for Special Notice is made pursuant to FRBP 2002(i); and

5. The Request for Special Notice does not include a request for pleadings and orders, including but not limited to proposed or entered orders and judgments, motions, oppositions, evidence, etc.

(Please print or type)

NAME: KIMBERLY S. WINICK

MAILING ADDRESS: CLARK & TREVITHICK

800 WILSHIRE BLVD., 12TH FLOOR

LOS ANGELES, CA 90017

Telephone Number: (213) 629-5700

Dated: DECEMBER 14, 2009

*Signature*

ATTORNEYS FOR SOUTH COAST PLAZA
*Title*

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*

American LegalNet, Inc.
www.FormsWorkflow.com

| In re: THE WALKING COMPANY, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-BK-15138-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 800 Wilshire Boulevard, 12th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 14, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

X-Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 14, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X-Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2009 | Pam Tham | /s/ Pam Tham |
|---|---|---|
| Date | Type Name | Signature |

---

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*

American LegalNet, Inc.
www.FormsWorkflow.com

| In re: THE WALKING COMPANY, Debtor(s). | CHAPTER 11 |
| --- | --- |
| | CASE NUMBER 9:09-BK-15138-RR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Brian D Fittipaldi — brian.fittipaldi@usdoj.gov
- Brian D Huben — brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; donna.carolo@kattenlaw.com; laura.nefsky@kattenlaw.com
- William W Huckins — whuckins@allenmatkins.com, clynch@allenmatkins.com
- Andy Kong — Kong.Andy@ArentFox.com
- Mette H Kurth — kurth.mette@arentfox.com
- David L Pollack — pollack@ballardspahr.com
- Wayne R Terry — wterry@hemar-rousso.com
- Ronald M Tucker — rtucker@simon.com, psummers@simon.com; rwoodruff@simon.com; sHclark@simon.com
- United States Trustee — ustpregion16.nd.ecf@usdoj.gov
- Rebecca J Winthrop — winthropr@ballardspahr.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101
Courtesy copy to: Honorable Robin Riblet

---

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*Revised September 2008*

American LegalNet, Inc.
www.FormsWorkflow.com