IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

**The Walking Company**

("the Debtors")

In proceedings for Reorganization under Chapter 11

Case No. **09-15138**

## REQUEST FOR SPECIAL NOTICE

Pursuant to Rule 2002 (g) and (i) of the Bankruptcy Rules and applicable Local Rules, Primeshares World Markets, LLC ("PrimeShares"), a party in interest in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor, or any other party in the case, be sent to the address listed below, and that the following <u>be added to the Court's Matrix/Master Mailing list</u>:

PRIMESHARES
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016
ATTENTION: RVS
ksync@primeshares.com

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, application, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

Respectfully submitted,

By: /s/ Matthew Curry-Edwards
Matthew Curry-Edwards, Paralegal

Primeshares
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 889-1354
Facsimile: (212) 889-2232
E-mail: ksync@primeshares.com