| | |
|---|---|
| 1 | Steven G. F. Polard, Bar No. 90319 |
|   | SPolard@perkinscoie.com |
| 2 | Jeffrey S. Goodfried, Bar No. 253804 |
|   | JGoodfried@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1888 Century Park East, Suite 1700 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: 310.788.9900 |
| 5 | Facsimile: 310.788.3399 |

Attorneys for Secured Creditor
Bellevue Square LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO.: 09-15138 RR |
| The Walking Company dba | Chapter: 11 |
| Alan's Shoes dba | |
| Footworks dba | **REQUEST FOR SPECIAL NOTICE** |
| Overland Trading Co. dba | |
| Sole Outdoors dba | |
| Martini Shoes dba | |
| TWC Acquisition Corporation, | |
| Debtor. | |

1

2   PLEASE TAKE NOTICE that Bellevue Square LLC ("Bellevue") hereby appears and

3   under, *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy

4   Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case,

5   and all papers served or required to be served in this case, be given to and served upon counsel

6   for Bellevue in the above-referenced case:

7
    
8       Steven G. F. Polard, Bar No. 90319
        SPolard@perkinscoie.com
9       PERKINS COIE LLP
        1888 Century Park East, Suite 1700
10      Los Angeles, CA 90067
        Telephone: 310.788.9900
11      Facsimile: 310.788.3399

12      John S. Kaplan, Bar No. 23788
        JKaplan@perkinscoie.com
13      PERKINS COIE LLP
        1201 Third Avenue, Suite 4800
14      Seattle, WA 98101-3099
        Telephone: 206.359.8000
15      Facsimile: 206.359.9000

16

17  PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy

18  Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules

19  specified above, but also includes, without limitation, orders and notices of any application,

20  motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

21  written or oral, and whether transmitted or conveyed, by mail, courier service, hand-delivery,

22  telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect

23  in any way any rights or interests of any creditor or party in interest in this case, including

24  Bellevue, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which

25  the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or

26  control of others that the debtor may seek to use; or (2) that requires or seeks to require any act,

27  delivery of any property, payment, or other conduct by Bellevue.

28

1   PLEASE TAKE FURTHER NOTICE that Bellevue intends that neither this Entry of
2   Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Bellevue's right to
3   have final orders in non-core matters entered only after *de novo* review by a District Judge, (2)
4   Bellevue's right to trial by jury in any proceeding so triable in this case or any case, (3) Bellevue's
5   right to have the District Court withdraw the reference in any matter subject to mandatory or
6   discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or
7   recoupments to which is or may be entitled under agreements, in law or in equity, all of which
8   rights, claims actions, defenses, setoffs, and recoupments Bellevue expressly reserves, and (5)
9   Bellevue's rights to dismiss or convert the within case.

DATED: December 14, 2009

PERKINS COIE LLP

By:   /s/ Steven G. Polard
      Steven G. Polard
      Attorneys for Creditor Bellevue Square LLC

## **PROOF OF SERVICE**

I, Caroline Mallahi, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067.

On December 15, 2009, I served a copy of the within document(s):

**REQUEST FOR SPECIAL NOTICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Debtor**
The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101

**Debtors' Counsel:**
Andy Kong
Mette H. Kurth
Arent Fox LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

**U.S. Trustee:**
United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Attorney for U.S. Trustee:**
Brian D. Fittipaldi
128 E. Carrillo Street
Santa Barbara, CA 93101

1     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on December 15, 2009 at Los Angeles, California.

_____
Caroline Mallahi