Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
E-mail:  kurth.mette@arentfox.com
        kong.andy@arentfox.com

*Proposed* Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

FILED & ENTERED

DEC 16 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

|  |  |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes, f/k/a TWC Acquisition Corporation,<br><br>                    Debtor. | Case No.: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR; 9:09-bk-15139-RR]<br><br>Chapter 11<br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL BANKRUPTCY RULE 1015-1(B)**<br><br>**Hearing**<br><br>DATE:    December 14, 2009<br>TIME:    11:00 a.m.<br>PLACE:    1415 State Street<br>              Santa Barbara, CA 93101 |

**IN THIS DISTRICT, AT SANTA BARBARA, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On December 14, 2009 at 11:00 a.m., a hearing was held before the Honorable

Robin L. Riblet, United States Bankruptcy Judge, to consider the *Emergency Motion for*

1    *Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of*

2    *Bankruptcy Procedure 1015(B) and Local Bankruptcy Rule 1015-1(B)* (the "Motion")

3    filed by The Walking Company and joined in by its debtor affiliates, Big Dog USA, Inc.

4    and The Walking Company Holdings, Inc. (collectively the "Debtors").[1]  The Debtors

5    appeared through their counsel of record, Mette H. Kurth and Andy S. Kong of Arent Fox

6    LLP.  All other appearances are as reflected on the record.

7         The Court has reviewed and considered the Motion; the notice of the Motion; the

8    Declarations of Andrew D. Feshbach and Roberta J. Morris filed in support of the Motion;

9    all other documents submitted in connection with the Motion; all arguments and

10   representations of counsel at the hearing; and the record in these cases.  Based upon that

11   review and consideration, the Court finds that: (1) notice of Motion was adequate and

12   appropriate under the circumstances and no other notice need be given; (2) TWC, Big

13   Dog, and Holdings are all affiliates of one another as defined under Bankruptcy Code

14   section 101(2)(B); (3) there will be no material prejudice to creditors if these estates are

15   jointly administered; (4) the Court may protect the rights of individual creditors if and

16   when the need arises; and (5) other good and sufficient cause exists for granting the relief

17   requested in the Motion.

18        **IT IS HEREBY ORDERED THAT**:

19   1.    The Motion is **GRANTED**.

20   2.    The Cases shall be jointly administered.

21   3.    The captions of the Cases shall be modified to reflect the joint

22         administration of these Cases in the form set forth in Exhibit 1 attached

23         hereto.

24   4.    The Clerk of the Court shall maintain a single docket for all of the

25         Company's pending chapter 11 cases and for filing, lodging, and docketing

26         the pleadings, orders, and all other papers (including notices of hearings in

27

28   _____
     [1]  Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in
     the Motion.

1    any of the cases) filed in these cases, all of which will be filed under the

2    case number assigned to The Walking Company, using a form of caption in

3    substantially the form attached hereto as Exhibit 1.

4    5.    The Company and other parties in interest shall be authorized, but not

5    required, to combine notices to the Company's creditors.

6    6.    Proofs of claim shall be captioned and filed against the particular estate

7    against which a claim is asserted and separate claims registers for each

8    estate shall be maintained.

9    7.    TWC, Big Dog, and Holdings shall each file separate *Schedules of Assets*

10    *and Liabilities* and *Statements of Financial Affairs*.

11    8.    After entry of this Order, the Company shall transmit to all known creditors

12    of each estate a notice setting forth the pertinent information with respect to

13    the joint administration which notice may be combined with other notices to

14    creditors.

15    9.    Nothing contained in the Motion or this Order shall be deemed or construed

16    as directing or otherwise effecting a substantive consolidation of these

17    Cases.

18    10.    The terms of this Order shall be immediately effective and enforceable upon

19    its entry.

20    ###

DATED: December 16, 2009

*Robin Riblet*
United States Bankruptcy Judge

1

## **EXHIBIT 1**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>        Debtors. | Case No.:  9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]<br><br>Chapter 11 |

[ ]  Affects all Debtors

[ ]  Applies only to The Walking Company

[ ]  Applies only to Big Dog USA, Inc.

[ ]  Applies only to The Walking Company Holdings, Inc.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 555 West Fifth Street, 48th Floor, Los Angeles, CA  90013-1065

A true and correct copy of the foregoing document described <u>ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL BANKRUPTCY RULE 1015-1(B)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>December 15, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>December 15, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street
Santa Barbara, California 93101-2511

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/15/09 | Andy S. Kong | /s/ Andy S. Kong |
| *Date* | *Type Name* | *Signature* |

**ATTACHMENT TO PROOF OF SERVICE:**

## II.  SERVED BY OVERNIGHT MAIL:

| Company | Address |
|---|---|
| Aetrex Worldwide Inc | Elizabeth Wasilewski<br>414 Alfred Ave<br>Teaneck, NJ 07666 |
| AMFIT INC | 5408 NE 88th St Ste D 406<br>Vancouver, WA 98665 |
| Anthony Wall | 760 Arcady<br>Santa Barbara, CA 93108 |
| Atlantic City Associates | Robert Fowler Esq<br>601 East Pratt St 6th Fl<br>c o the Cordish Company<br>The Power Plant<br>Baltimore, MD 21202 |
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA<br>10291 Century Woods Dr<br>Los Angeles, CA 90067 |
| Blackwell Partners LLC | 406 Blackwell St Ste 300<br>Durham, NC 27701 |
| Board of Equalization | PO Box 942879<br>Sacramento, CA 94279-0001 |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC<br>324 Blackwell St Ste 520<br>Durham, NC 27701 |
| Brown Rudnick LLP | Steven B Levine<br>One Financial Center<br>Boston, MA 02111 |
| Brown Rudnick LLP | Christopher Carolan<br>7 Times Square<br>New York, NY 10036 |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing<br>2030 Hamilton Place Blvd CBL Ste 500<br>Chattanooga, TN 37421 |
| CIT Technology Financing Services Inc | 10201 Centurion Parkway North Ste 100<br>Jacksonville, FL 32256 |
| Cotsen Family Foundation | c o Kayne Anderson Capital<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |

| Company | Address |
|---------|---------|
| Dansko Inc | Cindy Worthington<br>8 Federal Rd<br>Penn Business Park<br>West Grove, PA 19390 |
| David Wolf | 1956 East Valley Rd<br>Santa Barbara, CA 93108 |
| Deckers Outdoor Corp | Ron Guadagno<br>495 South Fairview Ave Ste A<br>Goleta, CA 93117 |
| Doug Nilsen | 2225 St James Dr<br>Santa Barbara, CA 93105 |
| Dumac LLC | 406 Blackwell St Ste 300<br>Durham, NC 27001-3984 |
| Ecco USA Inc | Ken Abbott<br>16 Delta Drive<br>Londonderry, NH 03053 |
| Employment Development Department | Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP<br>444 W Ocean Blvd No 1614<br>Phillip R Poliner<br>Long Beach, CA 90802-4525 |
| Forest City Enterprises | Alan Schmiedicker SCSM Sr VP<br>50 Public Square<br>700 Terminal Tower<br>Cleveland, OH 44113 |
| Franchise Tax Board | Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board | PO Box 1673<br>Sacramento, CA 95812-1673 |
| Freeland Realty | Dirk Freeland<br>708 Cathedral Pointe Ln<br>Santa Barbara, CA 93111 |
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99<br>991 Bel Air Rd<br>Bel Air, CA 90077-3009 |
| General Growth Properties Inc | Mark E Adair<br>110 N Wacker Drive<br>Chicago, IL 60606 |

| Company | Address |
| --- | --- |
| Hemar Rousso & Heald LLP | Wayne R Terry<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 91436 |
| Internal Revenue Service | PO Box 21126<br>Philadelphia, PA 19114 |
| Internal Revenue Service | Centralized Insolvency Operation<br>11601 Roosevelt Blvd<br>Mail Drop N781<br>Philadelphia, PA 19255-0002 |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar<br>1800 Avenue of the Stars Ste 900<br>Los Angeles, CA 90067-4276 |
| J Reims & KA Reims Trustee | Reims Family Trust 11/22/91<br>241 South Camden Dr<br>Beverly Hills, CA 90212 |
| Kayne Anderson | Jeff Susskin1800 Avenue of the Stars 2nd<br>FloorLos Angeles, CA 90067 |
| Kayne Anderson | David Shladovsky General Counsel<br>1800 Avenue of the Stars 2nd Floor<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital | Income Partners QP LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Ken Atchison | 20380 Riverbrooke Run<br>Estero, FL 33928 |
| Lee Cox | 6726 Breakers Way<br>Ventura, CA 93001 |
| Macerich | Randy Brant CSM Exec VP Real Estate<br>401 Wilshire Blvd<br>Santa Monica, CA 90401 |
| MBT Masai USA Corp | Brenda Farnsworth<br>515 N River St Ste D<br>Hailey, ID 83333 |
| Michael Grenley | 24931 Marbella Ct<br>Calabasas, CA 91302 |
| Pyramid Management Group | Timothy J Kelley President<br>4 Clinton Square<br>Syracuse, NY 13202-1008 |

| Company | Address |
|---|---|
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | 510 Marquette Ave Minneapolis, MN 554021106 |
| Richard & Suzanne Kayne | Living Trust Dtd 1/14/09 1800 Ave of the Stars 2nd Fl Los Angeles, CA 90067 |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | PO Box 541 N Elgin, IL 60123 |
| Robert P Abate Trustee | Robert P Abate Rev Trust Box 541 Elgin, IL 60123 |
| Robert Schnell IRA | c o Kayne Anderson Capita 1800 Ave of the Stars 2nd Fl Los Angeles, CA 90067 |
| Roberta Morris | 1428 San Miguel Ave Santa Barbara, CA 93109 |
| Securities and Exchange Commission | 5670 Wilshire Blvd 11th Fl Los Angeles, CA 90036 |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing 747 Third Ave 21st Fl New York, NY 10017 |
| Susie Minier | 5694 Via Salerno Goleta, CA 93117 |
| Taubman Centers | Jerry M Teitelbaum 200 E Long Lake Rd Bloomfield Hills, MI 48303 |
| The Huntington National Bank | Attn Edward J Kitchen VP 650 Smithfield St Ste 1000 Centre City Tower Pittsburgh, PA 15222 |
| The Kayne Foundation | c o Kayne Anderson Capita 1800 Ave of the Stars 2nd Fl Los Angeles, CA 90067 |
| The Walking Company | Tony Wall Executive VP 121 Gray Ave Santa Barbara, CA 93101 |
| TKC XCIXLLC | Kenneth R Beuley 5935 Carnegie Blvd Ste 200 c o The Keith Corporation Charlotte, NC 28209 |
| Townsgate Road LLC | William Browley 21241 Ventura Blvd Ste 169 Woodland Hills, CA 91364 |

| Company | Address |
|---------|---------|
| United States Attorneys Office | Civil Process Clerk<br>300 N Los Angeles St<br>Federal Bldg Rm 7516<br>Los Angeles, CA 90012 |
| United States Bankruptcy Court Santa Barbara Division | 1415 State St<br>Chambers Copy<br>Santa Barbara, CA 93101 |
| United States Department of Justice | Attorney General<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 |
| United States Trustee | Dennis Strayhan<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367 |
| UPS | Susan Allen<br>1514 N Graham St<br>Charlotte, NC 28206 |
| Varilease Finance Inc | 6340 South 3000 East Ste 250<br>Salt Lake City, UT 84121 |
| Wells Fargo Financial Leasing Inc | 800 Walnut Street<br>Des Moines, IA 50309 |
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive &<br>Joseph Burt VP<br>One Boston Place 18th Fl<br>Boston, MA 02108 |
| Wells Fargo Retail Finance LLC | 2450 Colorado Ave Ste 3000WSanta Monica, CA 90404 |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President<br>11601 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90025 |
| Allen Matkins LLP | Willian W Hickins & Ivan Gold<br>Three Embarcadero Ctr 12th Fl<br>San Francisco, CA 94111 |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers<br>1735 Market St 51st Fl<br> Mellon Bank Center<br>Philadelphia, PA 19103 |
| Ballard Spahr LLP | Rebecca J Winthrop<br>2029 Century Park East Ste 800<br>Los Angeles, CA 90067-2909 |
| Clark & Trevithick | Kimberly S Winick<br>800 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90017 |

| Company | Address |
|---|---|
| Cozen OConnor | Neal D Colton<br>1900 Market St<br>Philadelphia, PA 19103 |
| Cozen OConnor | Mark E Felger<br>1201 N Market St Ste 1400<br>Wilmington, DE 19801 |
| Faegre & Benson LLP | Lawrence Bass<br>1700 Lincoln St<br>3200 Wells Fargo Center<br>Denver, CO 80203-4532 |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse & Brian D Huben<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 |
| Perkins Coie LLP | John S Kaplan<br>1201 Third Ave 48th Fl<br>Seattle, WA 98101-3099 |
| Perkins Coie LLP | Steven G F Polard<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067 |
| Primeshares | Matthew Curry Edwards<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016 |
| Simon Property Group Inc | Attn Ronald M Tucker<br>225 West Washington St<br>Indianapolis, IN 46204 |
| Taubman Landlords | Andrew S Conway<br>200 East Long Lake Rd Ste 300<br>Bloomfield Hills, MI 48304 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | William W. Huckins<br>Ivan Gold<br>Three Embarcadero Center, 12th Flr.<br>San Francisco, CA 94111-4074 |
| Menter Rudin & Trivelpiece, PC | Kevin Newman<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204 |

<u>**NOTE TO USERS OF THIS FORM**</u>:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* <u>ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL BANKRUPTCY RULE 1015-1(B)</u> was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>December 15, 2009,</u> the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lawrence.bass@hro.com, kris.lundstrom@hro.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

1

## ATTACHMENT TO NOTICE OF ENTERED ORDER:

2

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

3

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

4

5

Andy Kong on behalf of Debtor The Walking Company
Kong.Andy@ArentFox.com

6

Mette H Kurth on behalf of Debtor The Walking Company
kurth.mette@arentfox.com

7

8

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

9

10

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

11

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

12

13

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;sHclark@simon.com

14

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

15

16

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

17

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

18

_____

19

## III. TO BE SERVED BY THE LODGING PARTY:

20

| Company | Address |
|---|---|
| Aetrex Worldwide Inc | Elizabeth Wasilewski<br>414 Alfred Ave<br>Teaneck, NJ 07666 |
| AMFIT INC | 5408 NE 88th St Ste D 406<br>Vancouver, WA 98665 |
| Anthony Wall | 760 Arcady<br>Santa Barbara, CA 93108 |
| Atlantic City Associates | Robert Fowler Esq<br>601 East Pratt St 6th Fl<br>c o the Cordish Company<br>The Power Plant<br>Baltimore, MD 21202 |

21

22

23

24

25

26

27

28

| Company | Address |
|---|---|
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA<br>10291 Century Woods Dr<br>Los Angeles, CA 90067 |
| Blackwell Partners LLC | 406 Blackwell St Ste 300<br>Durham, NC 27701 |
| Board of Equalization | PO Box 942879<br>Sacramento, CA 94279-0001 |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC<br>324 Blackwell St Ste 520<br>Durham, NC 27701 |
| Brown Rudnick LLP | Steven B Levine<br>One Financial Center<br>Boston, MA 02111 |
| Brown Rudnick LLP | Christopher Carolan<br>7 Times Square<br>New York, NY 10036 |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing<br>2030 Hamilton Place Blvd CBL Ste 500<br>Chattanooga, TN 37421 |
| CIT Technology Financing Services Inc | 10201 Centurion Parkway North Ste 100<br>Jacksonville, FL 32256 |
| Cotsen Family Foundation | c o Kayne Anderson Capital<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Dansko Inc | Cindy Worthington<br>8 Federal Rd<br>Penn Business Park<br>West Grove, PA 19390 |
| David Wolf | 1956 East Valley Rd<br>Santa Barbara, CA 93108 |
| Deckers Outdoor Corp | Ron Guadagno<br>495 South Fairview Ave Ste A<br>Goleta, CA 93117 |
| Doug Nilsen | 2225 St James Dr<br>Santa Barbara, CA 93105 |
| Dumac LLC | 406 Blackwell St Ste 300<br>Durham, NC 27001-3984 |
| Ecco USA Inc | Ken Abbott<br>16 Delta Drive<br>Londonderry, NH 03053 |

| Company | Address |
|---|---|
| Employment Development Department | Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP<br>444 W Ocean Blvd No 1614<br>Phillip R Poliner<br>Long Beach, CA 90802-4525 |
| Forest City Enterprises | Alan Schmiedicker SCSM Sr VP<br>50 Public Square<br>700 Terminal Tower<br>Cleveland, OH 44113 |
| Franchise Tax Board | Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board | PO Box 1673<br>Sacramento, CA 95812-1673 |
| Freeland Realty | Dirk Freeland<br>708 Cathedral Pointe Ln<br>Santa Barbara, CA 93111 |
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99<br>991 Bel Air Rd<br>Bel Air, CA 90077-3009 |
| General Growth Properties Inc | Mark E Adair<br>110 N Wacker Drive<br>Chicago, IL 60606 |
| Hemar Rousso & Heald LLP | Wayne R Terry<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 91436 |
| Internal Revenue Service | PO Box 21126<br>Philadelphia, PA 19114 |
| Internal Revenue Service | Centralized Insolvency Operation<br>11601 Roosevelt Blvd<br>Mail Drop N781<br>Philadelphia, PA 19255-0002 |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar<br>1800 Avenue of the Stars Ste 900<br>Los Angeles, CA 90067-4276 |
| J Reims & KA Reims Trustee | Reims Family Trust 11/22/91<br>241 South Camden Dr<br>Beverly Hills, CA 90212 |
| Kayne Anderson | Jeff Susskin1800 Avenue of the Stars 2nd FloorLos Angeles, CA 90067 |
| Kayne Anderson | David Shladovsky General Counsel<br>1800 Avenue of the Stars 2nd Floor<br>Los Angeles, CA 90067 |

| Company | Address |
|---|---|
| Kayne Anderson Capital | Income Partners QP LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Ken Atchison | 20380 Riverbrooke Run<br>Estero, FL 33928 |
| Lee Cox | 6726 Breakers Way<br>Ventura, CA 93001 |
| Macerich | Randy Brant CSM Exec VP Real Estate<br>401 Wilshire Blvd<br>Santa Monica, CA 90401 |
| MBT Masai USA Corp | Brenda Farnsworth<br>515 N River St Ste D<br>Hailey, ID 83333 |
| Michael Grenley | 24931 Marbella Ct<br>Calabasas, CA 91302 |
| Pyramid Management Group | Timothy J Kelley President<br>4 Clinton Square<br>Syracuse, NY 13202-1008 |
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | 510 Marquette Ave<br>Minneapolis, MN 554021106 |
| Richard & Suzanne Kayne | Living Trust Dtd 1/14/09<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | PO Box 541 N<br>Elgin, IL 60123 |
| Robert P Abate Trustee | Robert P Abate Rev Trust<br>Box 541<br>Elgin, IL 60123 |
| Robert Schnell IRA | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Roberta Morris | 1428 San Miguel Ave<br>Santa Barbara, CA 93109 |
| Securities and Exchange Commission | 5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing<br>747 Third Ave 21st Fl<br>New York, NY 10017 |

| Company | Address |
|---|---|
| Susie Minier | 5694 Via Salerno<br>Goleta, CA 93117 |
| Taubman Centers | Jerry M Teitelbaum<br>200 E Long Lake Rd<br>Bloomfield Hills, MI 48303 |
| The Huntington National Bank | Attn Edward J Kitchen VP<br>650 Smithfield St Ste 1000<br>Centre City Tower<br>Pittsburgh, PA 15222 |
| The Kayne Foundation | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| The Walking Company | Tony Wall Executive VP<br>121 Gray Ave<br>Santa Barbara, CA 93101 |
| TKC XCIXLLC | Kenneth R Beuley<br>5935 Carnegie Blvd Ste 200<br>c o The Keith Corporation<br>Charlotte, NC 28209 |
| Townsgate Road LLC | William Browley<br>21241 Ventura Blvd Ste 169<br>Woodland Hills, CA 91364 |
| United States Attorneys Office | Civil Process Clerk<br>300 N Los Angeles St<br>Federal Bldg Rm 7516<br>Los Angeles, CA 90012 |
| United States Bankruptcy Court<br>Santa Barbara Division | 1415 State St<br>Chambers Copy<br>Santa Barbara, CA 93101 |
| United States Department of<br>Justice | Attorney General<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 |
| United States Trustee | Dennis Strayhan<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367 |
| UPS | Susan Allen<br>1514 N Graham St<br>Charlotte, NC 28206 |
| Varilease Finance Inc | 6340 South 3000 East Ste 250<br>Salt Lake City, UT 84121 |
| Wells Fargo Financial Leasing Inc | 800 Walnut Street<br>Des Moines, IA 50309 |

| Company | Address |
|---|---|
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive & Joseph Burt VP One Boston Place 18th Fl Boston, MA 02108 |
| Wells Fargo Retail Finance LLC | 2450 Colorado Ave Ste 3000W Santa Monica, CA 90404 |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President 11601 Wilshire Blvd 12th Fl Los Angeles, CA 90025 |
| Allen Matkins LLP | Willian W Hickins & Ivan Gold Three Embarcadero Ctr 12th Fl San Francisco, CA 94111 |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers 1735 Market St 51st Fl Mellon Bank Center Philadelphia, PA 19103 |
| Ballard Spahr LLP | Rebecca J Winthrop 2029 Century Park East Ste 800 Los Angeles, CA 90067-2909 |
| Clark & Trevithick | Kimberly S Winick 800 Wilshire Blvd 12th Fl Los Angeles, CA 90017 |
| Cozen OConnor | Neal D Colton 1900 Market St Philadelphia, PA 19103 |
| Cozen OConnor | Mark E Felger 1201 N Market St Ste 1400 Wilmington, DE 19801 |
| Faegre & Benson LLP | Lawrence Bass 1700 Lincoln St 3200 Wells Fargo Center Denver, CO 80203-4532 |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse & Brian D Huben 2029 Century Park East Ste 2600 Los Angeles, CA 90067-3012 |
| Perkins Coie LLP | John S Kaplan 1201 Third Ave 48th Fl Seattle, WA 98101-3099 |
| Perkins Coie LLP | Steven G F Polard 1888 Century Park East Suite 1700 Los Angeles, CA 90067 |

| Company | Address |
|---|---|
| Primeshares | Matthew Curry Edwards<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016 |
| Simon Property Group Inc | Attn Ronald M Tucker<br>225 West Washington St<br>Indianapolis, IN 46204 |
| Taubman Landlords | Andrew S Conway<br>200 East Long Lake Rd Ste 300<br>Bloomfield Hills, MI 48304 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | William W. Huckins<br>Ivan Gold<br>Three Embarcadero Center, 12th Flr.<br>San Francisco, CA 94111-4074 |
| Menter Rudin & Trivelpiece, PC | Kevin Newman<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204 |