Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
E-mail:    kurth.mette@arentfox.com
           kong.andy@arentfox.com

*Proposed* Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

FILED & ENTERED

DEC 18 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtors.<br><br>[X] Affects all Debtors<br><br>[ ] Applies only to The Walking Company<br><br>[ ] Applies only to Big Dog USA, Inc.<br><br>[ ] Applies only to The Walking Company Holdings, Inc. | Case No.: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR and 9:09-bk-15139-RR]<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER (I) AUTHORIZING THE DEBTOR TO PAY PREPETITION SALES AND USE AND SIMILAR TAXES IN THE ORDINARY COURSE OF BUSINESS AND (II) DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED THERETO**<br><br>**Hearing**<br><br>DATE:  December 14, 2009<br>TIME:  11:00 a.m.<br>PLACE:  1415 State Street<br>         Santa Barbara, CA 93101 |

**IN THIS DISTRICT, AT SANTA BARBARA, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On December 14, 2009 at 11:00 a.m., a hearing was held before the Honorable Robin L. Riblet, United States Bankruptcy Judge, to consider the *Emergency Motion for an Order (I) Authorizing the Debtor to Pay Prepetition Sales and Use and Similar Taxes in the Ordinary Course of Business and (II) Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto* (the "Motion") filed by The Walking Company and joined in by its debtor affiliates, Big Dog USA, Inc. and The Walking Company Holdings, Inc. (collectively the "Debtors" or the "Company").[1] The Debtors appeared through their counsel of record, Mette H. Kurth and Andy S. Kong of Arent Fox LLP. All other appearances are as reflected on the record.

1. The Court has reviewed and considered the Motion; the notice of the Motion; the Declarations of Andrew D. Feshbach and Roberta J. Morris filed in support of the Motion; all other documents submitted in connection with the Motion; all arguments and representations of counsel at the hearing; and the record in these cases. Based upon that review and consideration, the Court finds that: (1) notice of Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) timely payment of the Outstanding Taxes in the ordinary course, whether relating to prepetition, or postpetition periods, is necessary to allow the Company to continue operations during its reorganization; (3) any and all collected "trust fund" taxes are not property of the bankruptcy estate under section 541(d) of the Bankruptcy Code; (4) payment of the Outstanding Taxes is necessary to allow the Company to continue to operate and to meet its postpetition obligations under applicable law; (5) authorizing payment of the Outstanding Taxes is a proper exercise of the Court's equitable powers under the circumstances; (6) the requirements of Rule 6003 have been met and the relief granted herein is necessary to avoid immediate and irreparable harm to the Company and its

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

- 2 -

estate; (7) the relief granted herein does not prejudice the rights of any creditors; and (8) other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

2. The Motion is **GRANTED** in its entirety;

3. The Debtors are authorized to pay all prepetition property, sales and use, franchise and similar taxes, in the ordinary course of business, to the proper taxing and licensing authorities;

4. All applicable banks, financial institutions and depositories are authorized to honor and process checks and transfers that may be requested by the Debtors with respect to the payment of the Outstanding Taxes, provided that sufficient funds are available in the applicable accounts to make the payments; and

5. Nothing in the Motion or this Order shall be construed as impairing the Debtors' right, or the rights of any other party, including a creditors' committee should one be appointed, to contest the validity, priority or amount of any of the Outstanding Taxes.

\###
\###
\###
\###
\###

DATED: December 18, 2009

*Robin Riblet*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065

A true and correct copy of the foregoing document described <u>ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER (I) AUTHORIZING THE DEBTOR TO PAY PREPETITION SALES AND USE AND SIMILAR TAXES IN THE ORDINARY COURSE OF BUSINESS AND (II) DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED THERETO</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>December 16, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>December 16, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**<u>VIA OVERNIGHT DELIVERY</u>**
Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street
Santa Barbara, California 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/16/09 | Adriane Lark Madkin | /s/ Adriane Lark Madkin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 4 -

LA/215357.2

**ATTACHMENT TO PROOF OF SERVICE:**

**II. <u>SERVED VIA U.S. FIRST CLASS MAIL:</u>**

| Company | Address |
|---|---|
| Aetrex Worldwide Inc | Elizabeth Wasilewski<br>414 Alfred Ave<br>Teaneck, NJ 07666 |
| AMFIT INC | 5408 NE 88th St Ste D 406<br>Vancouver, WA 98665 |
| Anthony Wall | 760 Arcady<br>Santa Barbara, CA 93108 |
| Atlantic City Associates | Robert Fowler Esq<br>601 East Pratt St 6th Fl<br>c o the Cordish Company<br>The Power Plant<br>Baltimore, MD 21202 |
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA<br>10291 Century Woods Dr<br>Los Angeles, CA 90067 |
| Blackwell Partners LLC | 406 Blackwell St Ste 300<br>Durham, NC 27701 |
| Board of Equalization | PO Box 942879<br>Sacramento, CA 94279-0001 |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC<br>324 Blackwell St Ste 520<br>Durham, NC 27701 |
| Brown Rudnick LLP | Steven B Levine<br>One Financial Center<br>Boston, MA 02111 |
| Brown Rudnick LLP | Christopher Carolan<br>7 Times Square<br>New York, NY 10036 |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing<br>2030 Hamilton Place Blvd CBL Ste 500<br>Chattanooga, TN 37421 |
| CIT Technology Financing Services Inc | 10201 Centurion Parkway North Ste 100<br>Jacksonville, FL 32256 |

LA/215357.2

| Company | Address |
|---|---|
| Cotsen Family Foundation | c o Kayne Anderson Capital<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Dansko Inc | Cindy Worthington<br>8 Federal Rd<br>Penn Business Park<br>West Grove, PA 19390 |
| David Wolf | 1956 East Valley Rd<br>Santa Barbara, CA 93108 |
| Deckers Outdoor Corp | Ron Guadagno<br>495 South Fairview Ave Ste A<br>Goleta, CA 93117 |
| Doug Nilsen | 2225 St James Dr<br>Santa Barbara, CA 93105 |
| Dumac LLC | 406 Blackwell St Ste 300<br>Durham, NC 27001-3984 |
| Ecco USA Inc | Ken Abbott<br>16 Delta Drive<br>Londonderry, NH 03053 |
| Employment Development Department | Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP<br>444 W Ocean Blvd No 1614<br>Phillip R Poliner<br>Long Beach, CA 90802-4525 |
| Forest City Enterprises | Alan Schmiedicker SCSM Sr VP<br>50 Public Square<br>700 Terminal Tower<br>Cleveland, OH 44113 |
| Franchise Tax Board | Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board | PO Box 1673<br>Sacramento, CA 95812-1673 |
| Freeland Realty | Dirk Freeland<br>708 Cathedral Pointe Ln<br>Santa Barbara, CA 93111 |
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99<br>991 Bel Air Rd<br>Bel Air, CA 90077-3009 |

LA/215357.2

| Company | Address |
|---|---|
| General Growth Properties Inc | Mark E Adair<br>110 N Wacker Drive<br>Chicago, IL 60606 |
| Hemar Rousso & Heald LLP | Wayne R Terry<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 91436 |
| Internal Revenue Service | PO Box 21126<br>Philadelphia, PA 19114 |
| Internal Revenue Service | Centralized Insolvency Operation<br>11601 Roosevelt Blvd<br>Mail Drop N781<br>Philadelphia, PA 19255-0002 |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar<br>1800 Avenue of the Stars Ste 900<br>Los Angeles, CA 90067-4276 |
| J Reims & KA Reims Trustee | Reims Family Trust 11/22/91<br>241 South Camden Dr<br>Beverly Hills, CA 90212 |
| Kayne Anderson | Jeff Susskin1800 Avenue of the Stars 2nd FloorLos Angeles, CA 90067 |
| Kayne Anderson | David Shladovsky General Counsel<br>1800 Avenue of the Stars 2nd Floor<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital | Income Partners QP LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Ken Atchison | 20380 Riverbrooke Run<br>Estero, FL 33928 |
| Lee Cox | 6726 Breakers Way<br>Ventura, CA 93001 |
| Macerich | Randy Brant CSM Exec VP Real Estate<br>401 Wilshire Blvd<br>Santa Monica, CA 90401 |
| MBT Masai USA Corp | Brenda Farnsworth<br>515 N River St Ste D<br>Hailey, ID 83333 |

LA/215357.2

| Company | Address |
|---|---|
| Michael Grenley | 24931 Marbella Ct<br>Calabasas, CA 91302 |
| Pyramid Management Group | Timothy J Kelley President<br>4 Clinton Square<br>Syracuse, NY 13202-1008 |
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | 510 Marquette Ave<br>Minneapolis, MN 554021106 |
| Richard & Suzanne Kayne | Living Trust Dtd 1/14/09<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | PO Box 541 N<br>Elgin, IL 60123 |
| Robert P Abate Trustee | Robert P Abate Rev Trust<br>Box 541<br>Elgin, IL 60123 |
| Robert Schnell IRA | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Roberta Morris | 1428 San Miguel Ave<br>Santa Barbara, CA 93109 |
| Securities and Exchange Commission | 5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing<br>747 Third Ave 21st Fl<br>New York, NY 10017 |
| Susie Minier | 5694 Via Salerno<br>Goleta, CA 93117 |
| Taubman Centers | Jerry M Teitelbaum<br>200 E Long Lake Rd<br>Bloomfield Hills, MI 48303 |
| The Huntington National Bank | Attn Edward J Kitchen VP<br>650 Smithfield St Ste 1000<br>Centre City Tower<br>Pittsburgh, PA 15222 |
| The Kayne Foundation | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |

LA/215357.2

| Company | Address |
|---|---|
| The Walking Company | Tony Wall Executive VP<br>121 Gray Ave<br>Santa Barbara, CA 93101 |
| TKC XCIXLLC | Kenneth R Beuley<br>5935 Carnegie Blvd Ste 200<br>c o The Keith Corporation<br>Charlotte, NC 28209 |
| Townsgate Road LLC | William Browley<br>21241 Ventura Blvd Ste 169<br>Woodland Hills, CA 91364 |
| United States Attorneys Office | Civil Process Clerk<br>300 N Los Angeles St<br>Federal Bldg Rm 7516<br>Los Angeles, CA 90012 |
| United States Bankruptcy Court Santa Barbara Division | 1415 State St<br>Chambers Copy<br>Santa Barbara, CA 93101 |
| United States Department of Justice | Attorney General<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 |
| United States Trustee | Dennis Strayhan<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367 |
| UPS | Susan Allen<br>1514 N Graham St<br>Charlotte, NC 28206 |
| Varilease Finance Inc | 6340 South 3000 East Ste 250<br>Salt Lake City, UT 84121 |
| Wells Fargo Financial Leasing Inc | 800 Walnut Street<br>Des Moines, IA 50309 |
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive &<br>Joseph Burt VP<br>One Boston Place 18th Fl<br>Boston, MA 02108 |
| Wells Fargo Retail Finance LLC | 2450 Colorado Ave Ste 3000WSanta Monica, CA 90404 |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President<br>11601 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90025 |

LA/215357.2

| Company | Address |
|---|---|
| Allen Matkins LLP | Willian W Hickins & Ivan Gold<br>Three Embarcadero Ctr 12th Fl<br>San Francisco, CA 94111 |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers<br>1735 Market St 51st Fl<br>Mellon Bank Center<br>Philadelphia, PA 19103 |
| Ballard Spahr LLP | Rebecca J Winthrop<br>2029 Century Park East Ste 800<br>Los Angeles, CA 90067-2909 |
| Clark & Trevithick | Kimberly S Winick<br>800 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90017 |
| Cozen OConnor | Neal D Colton<br>1900 Market St<br>Philadelphia, PA 19103 |
| Cozen OConnor | Mark E Felger<br>1201 N Market St Ste 1400<br>Wilmington, DE 19801 |
| Faegre & Benson LLP | Lawrence Bass<br>1700 Lincoln St<br>3200 Wells Fargo Center<br>Denver, CO 80203-4532 |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse & Brian D Huben<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 |
| Perkins Coie LLP | John S Kaplan<br>1201 Third Ave 48th Fl<br>Seattle, WA 98101-3099 |
| Perkins Coie LLP | Steven G F Polard<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067 |
| Primeshares | Matthew Curry Edwards<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016 |
| Simon Property Group Inc | Attn Ronald M Tucker<br>225 West Washington St<br>Indianapolis, IN 46204 |
| Taubman Landlords | Andrew S Conway<br>200 East Long Lake Rd Ste 300<br>Bloomfield Hills, MI 48304 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | William W. Huckins<br>Ivan Gold<br>Three Embarcadero Center, 12th Flr. |

LA/215357.2

| Company | Address |
|---|---|
|  | San Francisco, CA 94111-4074 |
| Menter Rudin & Trivelpiece, PC | Kevin Newman<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204 |
| Klehr Harrison Harvey Branzburg LLP | Jeffrey Kurtzman, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103 |
| tw telecom inc. | Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton, CO  80124 |

Case 9:09-bk-15138-RR    Doc 70    Filed 12/18/09    Entered 12/18/09 10:35:29    Desc
Main Document    Page 12 of 18

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR AN ORDER (I) AUTHORIZING THE DEBTOR TO PAY PREPETITION SALES AND USE AND SIMILAR TAXES IN THE ORDINARY COURSE OF BUSINESS AND (II) DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED THERETO was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Andy Kong on behalf of Debtor Big Dog USA, Inc.
Kong.Andy@ArentFox.com

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

LA/215357.2

## ATTACHMENT TO NOTICE OF ENTERED ORDER:

### I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Mette H Kurth on behalf of Debtor Big Dog USA, Inc.
kurth.mette@arentfox.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov
_____

## III. TO BE SERVED BY THE LODGING PARTY:

| Company | Address |
| --- | --- |
| Aetrex Worldwide Inc | Elizabeth Wasilewski<br>414 Alfred Ave<br>Teaneck, NJ 07666 |
| AMFIT INC | 5408 NE 88th St Ste D 406<br>Vancouver, WA 98665 |
| Anthony Wall | 760 Arcady<br>Santa Barbara, CA 93108 |
| Atlantic City Associates | Robert Fowler Esq<br>601 East Pratt St 6th Fl<br>c o the Cordish Company<br>The Power Plant<br>Baltimore, MD 21202 |
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA<br>10291 Century Woods Dr<br>Los Angeles, CA 90067 |
| Blackwell Partners LLC | 406 Blackwell St Ste 300<br>Durham, NC 27701 |
| Board of Equalization | PO Box 942879<br>Sacramento, CA 94279-0001 |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC<br>324 Blackwell St Ste 520<br>Durham, NC 27701 |
| Brown Rudnick LLP | Steven B Levine<br>One Financial Center<br>Boston, MA 02111 |
| Brown Rudnick LLP | Christopher Carolan<br>7 Times Square<br>New York, NY 10036 |

LA/215357.2

| Company | Address |
| --- | --- |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing<br>2030 Hamilton Place Blvd CBL Ste 500<br>Chattanooga, TN 37421 |
| CIT Technology Financing Services Inc | 10201 Centurion Parkway North Ste 100<br>Jacksonville, FL 32256 |
| Cotsen Family Foundation | c o Kayne Anderson Capital<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Dansko Inc | Cindy Worthington<br>8 Federal Rd<br>Penn Business Park<br>West Grove, PA 19390 |
| David Wolf | 1956 East Valley Rd<br>Santa Barbara, CA 93108 |
| Deckers Outdoor Corp | Ron Guadagno<br>495 South Fairview Ave Ste A<br>Goleta, CA 93117 |
| Doug Nilsen | 2225 St James Dr<br>Santa Barbara, CA 93105 |
| Dumac LLC | 406 Blackwell St Ste 300<br>Durham, NC 27001-3984 |
| Ecco USA Inc | Ken Abbott<br>16 Delta Drive<br>Londonderry, NH 03053 |
| Employment Development Department | Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP<br>444 W Ocean Blvd No 1614<br>Phillip R Poliner<br>Long Beach, CA 90802-4525 |
| Forest City Enterprises | Alan Schmiedicker SCSM Sr VP<br>50 Public Square<br>700 Terminal Tower<br>Cleveland, OH 44113 |
| Franchise Tax Board | Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board | PO Box 1673<br>Sacramento, CA 95812-1673 |
| Freeland Realty | Dirk Freeland<br>708 Cathedral Pointe Ln<br>Santa Barbara, CA 93111 |

- 2 -

LA/215357.2

Case 9:09-bk-15138-RR    Doc 70    Filed 12/18/09    Entered 12/18/09 10:35:29    Desc
Main Document    Page 15 of 18

| Company | Address |
|---|---|
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99<br>991 Bel Air Rd<br>Bel Air, CA 90077-3009 |
| General Growth Properties Inc | Mark E Adair<br>110 N Wacker Drive<br>Chicago, IL 60606 |
| Hemar Rousso & Heald LLP | Wayne R Terry<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 91436 |
| Internal Revenue Service | PO Box 21126<br>Philadelphia, PA 19114 |
| Internal Revenue Service | Centralized Insolvency Operation<br>11601 Roosevelt Blvd<br>Mail Drop N781<br>Philadelphia, PA 19255-0002 |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar<br>1800 Avenue of the Stars Ste 900<br>Los Angeles, CA 90067-4276 |
| J Reims & KA Reims Trustee | Reims Family Trust 11/22/91<br>241 South Camden Dr<br>Beverly Hills, CA 90212 |
| Kayne Anderson | Jeff Susskin1800 Avenue of the Stars 2nd FloorLos Angeles, CA 90067 |
| Kayne Anderson | David Shladovsky General Counsel<br>1800 Avenue of the Stars 2nd Floor<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital | Income Partners QP LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Ken Atchison | 20380 Riverbrooke Run<br>Estero, FL 33928 |
| Lee Cox | 6726 Breakers Way<br>Ventura, CA 93001 |
| Macerich | Randy Brant CSM Exec VP Real Estate<br>401 Wilshire Blvd<br>Santa Monica, CA 90401 |
| MBT Masai USA Corp | Brenda Farnsworth<br>515 N River St Ste D<br>Hailey, ID 83333 |
| Michael Grenley | 24931 Marbella Ct<br>Calabasas, CA 91302 |

- 3 -

LA/215357.2

| Company | Address |
|---|---|
| Pyramid Management Group | Timothy J Kelley President<br>4 Clinton Square<br>Syracuse, NY 13202-1008 |
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | 510 Marquette Ave<br>Minneapolis, MN 554021106 |
| Richard & Suzanne Kayne | Living Trust Dtd 1/14/09<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | PO Box 541 N<br>Elgin, IL 60123 |
| Robert P Abate Trustee | Robert P Abate Rev Trust<br>Box 541<br>Elgin, IL 60123 |
| Robert Schnell IRA | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| Roberta Morris | 1428 San Miguel Ave<br>Santa Barbara, CA 93109 |
| Securities and Exchange Commission | 5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing<br>747 Third Ave 21st Fl<br>New York, NY 10017 |
| Susie Minier | 5694 Via Salerno<br>Goleta, CA 93117 |
| Taubman Centers | Jerry M Teitelbaum<br>200 E Long Lake Rd<br>Bloomfield Hills, MI 48303 |
| The Huntington National Bank | Attn Edward J Kitchen VP<br>650 Smithfield St Ste 1000<br>Centre City Tower<br>Pittsburgh, PA 15222 |
| The Kayne Foundation | c o Kayne Anderson Capita<br>1800 Ave of the Stars 2nd Fl<br>Los Angeles, CA 90067 |
| The Walking Company | Tony Wall Executive VP<br>121 Gray Ave<br>Santa Barbara, CA 93101 |
| TKC XCIXLLC | Kenneth R Beuley<br>5935 Carnegie Blvd Ste 200<br>c o The Keith Corporation<br>Charlotte, NC 28209 |

- 4 -

LA/215357.2

| Company | Address |
|---|---|
| Townsgate Road LLC | William Browley<br>21241 Ventura Blvd Ste 169<br>Woodland Hills, CA 91364 |
| United States Attorneys Office | Civil Process Clerk<br>300 N Los Angeles St<br>Federal Bldg Rm 7516<br>Los Angeles, CA 90012 |
| United States Bankruptcy Court Santa Barbara Division | 1415 State St<br>Chambers Copy<br>Santa Barbara, CA 93101 |
| United States Department of Justice | Attorney General<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 |
| United States Trustee | Dennis Strayhan<br>21051 Warner Center Ln Ste 115<br>Woodland Hills, CA 91367 |
| UPS | Susan Allen<br>1514 N Graham St<br>Charlotte, NC 28206 |
| Varilease Finance Inc | 6340 South 3000 East Ste 250<br>Salt Lake City, UT 84121 |
| Wells Fargo Financial Leasing Inc | 800 Walnut Street<br>Des Moines, IA 50309 |
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive & Joseph Burt VP<br>One Boston Place 18th Fl<br>Boston, MA 02108 |
| Wells Fargo Retail Finance LLC | 2450 Colorado Ave Ste 3000W<br>Santa Monica, CA 90404 |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President<br>11601 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90025 |
| Allen Matkins LLP | Willian W Hickins & Ivan Gold<br>Three Embarcadero Ctr 12th Fl<br>San Francisco, CA 94111 |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers<br>1735 Market St 51st Fl<br>Mellon Bank Center<br>Philadelphia, PA 19103 |
| Ballard Spahr LLP | Rebecca J Winthrop<br>2029 Century Park East Ste 800<br>Los Angeles, CA 90067-2909 |

LA/215357.2

| Company | Address |
| --- | --- |
| Clark & Trevithick | Kimberly S Winick<br>800 Wilshire Blvd 12th Fl<br>Los Angeles, CA 90017 |
| Cozen OConnor | Neal D Colton<br>1900 Market St<br>Philadelphia, PA 19103 |
| Cozen OConnor | Mark E Felger<br>1201 N Market St Ste 1400<br>Wilmington, DE 19801 |
| Faegre & Benson LLP | Lawrence Bass<br>1700 Lincoln St<br>3200 Wells Fargo Center<br>Denver, CO 80203-4532 |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse & Brian D Huben<br>2029 Century Park East Ste 2600<br>Los Angeles, CA 90067-3012 |
| Perkins Coie LLP | John S Kaplan<br>1201 Third Ave 48th Fl<br>Seattle, WA 98101-3099 |
| Perkins Coie LLP | Steven G F Polard<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067 |
| Primeshares | Matthew Curry Edwards<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016 |
| Simon Property Group Inc | Attn Ronald M Tucker<br>225 West Washington St<br>Indianapolis, IN 46204 |
| Taubman Landlords | Andrew S Conway<br>200 East Long Lake Rd Ste 300<br>Bloomfield Hills, MI 48304 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | William W. Huckins<br>Ivan Gold<br>Three Embarcadero Center, 12th Flr.<br>San Francisco, CA 94111-4074 |
| Menter Rudin & Trivelpiece, PC | Kevin Newman<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204 |
| Klehr Harrison Harvey Branzburg LLP | Jeffrey Kurtzman, Esq.<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 |
| tw telecom inc. | Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 |

- 6 -

LA/215357.2