1  Hamid R. Rafatjoo (CA Bar No. 181564)
   Shirley S. Cho (CA Bar No. 192616)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760

5  Email:  hrafatjoo@pszjlaw.com
           scho@pszjlaw.com

6

7  [Proposed] Attorneys for The Official Committee of
   Unsecured Creditors

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10              SANTA BARBARA DIVISION

11 | In re: | Case No.:  9:09-bk-15138-RR

12 | **THE WALKING COMPANY**, a Delaware | Chapter 11
   corporation, d/b/a Alan's Shoes, Footworks,
13 Overland Trading Co., Sole Outdoors, and Martini | [Jointly Administered with Case Nos.:
   Shoes;  f/k/a TWC Acquisition Corporation; | 9:09-bk-15137-RR and 9:09-bk-15139-RR]
14 **BIG DOG USA, INC.**, a California corporation,
   d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.;
15 and **THE WALKING COMPANY HOLDINGS,** | **APPLICATION FOR AN ORDER**
   **INC.**, a Delaware corporation, f/k/a Big Dog | **AUTHORIZING AND APPROVING**
16 Holdings, Inc. and 190th Shelf Corporation., | **THE EMPLOYMENT OF PACHULSKI**
   | **STANG ZIEHL & JONES LLP AS**
17 | Debtors. | **COUNSEL FOR THE OFFICIAL**
   | **COMMITTEE OF UNSECURED**
18 | **CREDITORS** *NUNC PRO TUNC* **TO**
   | **DECEMBER 14, 2009; DECLARATION**
19 | **OF HAMID R. RAFATJOO IN**
   | **SUPPORT THEREOF**
20
   | [No Hearing Required]
21 [ x ] Affects all Debtors

22 [  ] Applies only to The Walking Company

23 [  ] Applies only to Big Dog USA, Inc.

24 [  ] Applies only to The Walking Company
   Holdings, Inc.
25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   **TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE**
2   **FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES**
3   **REQUESTING SPECIAL NOTICE:**

4       **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

5   "Committee") appointed in the jointly administered bankruptcy case of the above-referenced debtors

6   and debtors in possession (collectively, the "Debtors"), submits this application to employ Pachulski

7   Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), *nunc pro tunc* to December 14, 2009, as its

8   counsel (the "Application").

9       This Application is brought pursuant to Section 1103(a) of title 11 of the United States Code

10  (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local

11  Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm.  In support of this

12  Application, the Committee respectfully represent as follows:

13      1.      On December 7, 2009 (the "Petition Date"), each of the Debtors commenced a

14  chapter 11 case by filing a voluntary petition under Chapter 11 of title 11 of the United States Code

15  (the "Bankruptcy Code").  Pursuant to Sections 1107(a) and 1108, of the Bankruptcy Code, the

16  Debtors are continuing to operate its business and manage its financial affairs as debtors in

17  possession.

18      2.      An order authorizing the joint administration of these cases was entered on December

19  16, 2009 [Docket No. 66].

20      3.      The Committee was appointed pursuant to Section 1102(a)(1) of the Bankruptcy

21  Code by the United States Trustee.  The members of the Committee are:

22      a)      Deckers Outdoor Corp.;
        b)      Ken Atchison;
23      c)      Simon Property Group;
        d)      General Growth Properties, Inc.;
24      e)      Dansko, LLC;
        f)      Ecco USA Inc.;
25      g)      UPS;
26      h)      Aetrex Worldwide, Inc.; and

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

1           i)      MBT-Masai USA Corp.

2   The Committee has elected to retain PSZJ to serve as counsel to the Committee.

3        4.      PSZJ is a firm of approximately 64 attorneys with a practice concentrated on

4  reorganization, bankruptcy, litigation and commercial issues.  PSZJ attorneys have extensive

5  experience representing creditors' committees, debtors, creditors, trustees and others in a wide

6  variety of bankruptcy cases.  Subject to further order of this Bankruptcy Court, PSZJ is expected to

7  render, among other things, the following services to the Committee:

8        (a)     to assist, advise and represent the Committee in its consultations with the

9  Debtors regarding the administration of these cases;

10        (b)     to assist, advise and represent the Committee in analyzing the Debtors' assets

11  and liabilities, investigating the extent and validity of liens and participating in and reviewing any

12  proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations

13  or proceedings;

14        (c)     to assist, advise and represent the Committee in any manner relevant to

15  reviewing and determining the Debtors' rights and obligations under leases and other executory

16  contracts;

17        (d)     to assist, advise and represent the Committee in investigating the acts,

18  conduct, assets, liabilities and the Debtors' financial condition, business operations and the

19  desirability of the continuance of any portion of the business, and any other matters relevant to these

20  cases or to the formulation of a plan;

21        (e)     to assist, advise and represent the Committee in its participation in the

22  negotiation, formulation and drafting of a plan of liquidation or reorganization;

23        (f)     to provide advice to the Committee on the issues concerning the appointment

24  of a trustee or examiner under Section 1104 of the Bankruptcy Code;

25        (g)     to assist, advise and represent the Committee in the performance of all of its

26  duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of

27  such other services as are in the interests of those represented by the Committee;

28

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1        (h)     to assist, advise and represent the Committee in the evaluation of claims and

2    on any litigation matters; and

3        (i)     to assist, advise and represent the Committee regarding such other matters and

4    issues as may be necessary or requested by the Committee.

5        5.     The Committee has retained PSZJ for the primary purpose of attempting to maximize

6    the amount of money that would be made available to be distributed to the Debtors' creditors.

7        6.     The Committee believes that PSZJ is well-qualified to render the foregoing services.

8    A biography of the PSZJ attorneys representing the Committee is attached to the Declaration of

9    Hamid R. Rafatjoo (the "Declaration"), filed concurrently herewith.

10        7.     To the best of the Committee's knowledge, and based upon the Declaration hereto,

11    neither PSZJ nor any of its attorneys have any connection with any party in interest, their attorneys

12    or accountants, other than as set forth in the Declaration.

13        8.     Except as provided in the Declaration, to the best of the Committee's knowledge,

14    neither PSZJ, nor any of its attorneys represent any interest adverse to that of the Committee in the

15    matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under

16    Section 101(14) of the Bankruptcy Code.

17        9.     The Committee desires to employ PSZJ with reasonable fees to be determined by the

18    Court.  No compensation will be paid to the Firm except as ordered by the Bankruptcy Court

19    pursuant to any interim compensation procedures or upon application to, and approval by, the

20    Bankruptcy Court after notice and a hearing.  The Firm has received no retainer in this case.  Neither

21    the Committee nor any of its members (or their representatives) are or will be liable for any fees or

22    costs incurred by PSZJ in its representation of the Committee.  The current hourly rates of Hamid R.

23    Rafatjoo, Shirley S. Cho, and Jeremy V. Richards, the primary attorneys likely to work on these

24    cases, is $595.00, $595.00, and $775.00 respectively.  The current hourly rates of Patricia J. Jefferies

25    and Jorge E. Rojas, the primary paraprofessionals likely to work on these cases is $225 and $225

26    respectively.  Brief biographies of Hamid R. Rafatjoo, Shirley S. Cho, and Jeremy V. Richards, as

27    well as the current hourly rates of each attorney and paraprofessional at the Firm is attached to the

28

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Declaration of Hamid R. Rafatjoo as Exhibits "A" and "B," respectively.  The Firm will use such other professionals as it deems necessary.

10.     It is contemplated that the Firm will seek compensation during these cases, and final compensation at the conclusion of these cases, as permitted by Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.  The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 328(a), 330, and 331 of the Bankruptcy Code, Rule 2016 of the FRBP, and the United States Trustee Notice and Guidelines.  There is no agreement between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in connection with the case, except among the partners and attorneys of the Firm.

**WHEREFORE**, the Committee requests that this Court approve the employment of PSZJ, *nunc pro tunc* to December 14, 2009, as its counsel, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

Dated:  December 18, 2009

By  */s/Ronald M. Tucker*
      Ronald M. Tucker
      Chair

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## DECLARATION OF HAMID R. RAFATJOO

I, Hamid R. Rafatjoo, declare and state as follows:

1.       I am an attorney duly admitted to practice by the State of California and before this Court.

2.       I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as counsel to the Committee.

3.       I am a Partner of the Firm and am duly admitted and licensed to practice law in the State of California and to practice before this Court.

4.       The name, address, telephone number and fax number of the Firm is:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Facsimile:  (310) 201-0760

5.       PSZJ is a firm of approximately 64 attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation.  PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other constituents in a bankruptcy case in a wide variety of bankruptcy cases.  Attached hereto as **Exhibit A** are biographical sketches of Jeremy V. Richards, Hamid R. Rafatjoo and Shirley S. Cho.

6.       The services to be rendered by PSZJ in these cases are, among other things, the following:

(a)       to assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of these cases;

(b)       to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(c)    to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

(d)    to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

(e)    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

(f)    to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

(g)    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

(h)    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

(i)    to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

7.    Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, PSZJ will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of Debtors' estates.  The hourly rates of the Firm's professionals and para-professionals primarily involved in the case and the Firm's schedule of reimbursable costs are set forth in **Exhibit B** attached hereto.

8.    PSZJ represents that the Firm has received no retainer from the Debtors or the Committee or any payment during the one year period prior to the filing of Debtors' petitions.  No compensation has been paid or promised to be paid from a source other than the Estates in these cases.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by PSZJ in its representation of the Committee.

9.       PSZJ has made the following investigation of disinterestedness prior to submitting this declaration.  PSZJ has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters.  The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZJ data base and to enter into that data base conflict information regarding new clients or new matters.  Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation.  In particular, an employee of Firm, under my supervision, ran each of the Debtors' names, the names of Debtors' owners, known secured creditors, and the twenty (20) largest unsecured creditors of each of the Debtors through the Firm's data base and found no potential conflict.

10.      PSZJ represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and these cases, whose members may be creditors and/or committee members in these jointly administered Chapter 11 Cases.  The Firm, however, is not representing any of those entities in these Chapter 11 Cases and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtors.

11.      PSZJ and certain of its partners, of counsel and associates represented, represents, and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these Chapter 11 Cases.  At this time, the Firm is not aware of any such representations. If the Firm identifies any such representations, the Firm shall make disclosures as may be appropriate at that time

12.      PSZJ is not, and has never been a creditor, an equity security holder or an insider of the Debtors.

13.      PSZJ is not and has never been an investment banker for any outstanding security of the Debtors.

14.      PSZJ is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

15.     PSZJ is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

16.     PSZJ neither holds nor represents an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason.

17.     The name, address and telephone number of the person signing this declaration on behalf of the Firm and the relationship of such person to the Firm is as follows:

> Hamid R. Rafatjoo, Esq.
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Flr.
> Los Angeles, CA  90067
> Telephone:  (310) 277-6910
> Facsimile: (310) 201-0760

18.     The members of the firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

To the best of my knowledge, after conducting or supervising the investigation described in Paragraph 9 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of December 2009, at Los Angeles, California.

> _/s/ Hamid R. Rafatjoo_
> Hamid R. Rafatjoo

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

### BIOGARAPHICAL SKETCHES OF ATTORNEYS OF
### PACHULSKI STANG ZIEHL & JONES LLP

### ATTORNEYS

### JEREMY V. RICHARDS

Mr. Richards has extensive experience representing the major constituencies in bankruptcies, out-of-court workouts, and related litigation, with an emphasis on debtor and creditors' committee representations in large, complex reorganizations. He has written and lectured extensively on insolvency and insolvency-related issues, and has served as director and program committee chair for the Turnaround Management Association Southern California chapter. He is a graduate of Oxford University (B.A. 1979; B.C.L. 1980) and was a Frank Knox Fellow at Harvard Law School (1980-81), where he received his LL.M. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Richards is admitted to practice in California, and is a resident in our Los Angeles office.

**Programs and Lectures**
- Beverly Hills Bar Association

**Representations**
- Chapter 11 debtors: Woodside Homes LLC (formerly one of the nation's largest privately owned homebuilders); People's Choice Home Loan, Inc. and affiliates (formerly a major national subprime lender and loan originator); Thorpe Insulation Company (formerly one of the largest California-based installers and distributors of insulation products); Peregrine Systems; Murray, Inc.; Trigem America; Precision Specialty Metals.

- Creditors' Committees: AMC Entertainment; Qintex Entertainment; Weintraub Entertainment; Leisure Technology; First Capital Holdings; Loews Cineplex

- Bondholder & Equity Committees: Barry's Jewelers; Sun World.

- Trustees: Triad America Corporation; Oppenheimer Industries.

- Examiners: Metropolitan Mortgage (real estate investment and finance entity); DVI, Inc.(equipment financer).

**News**
- Twelve Southern California Super Lawyers
- Nine Southern California Super Lawyers at Pachulski

**Events**
- Entertainment Bankruptcies and Secured Transactions: From the Basics to the Latest Developments

## HAMID R. RAFATJOO

Mr. Rafatjoo specializes in insolvency and corporate restructurings, either through an out-of-court workout process or through a bankruptcy filing.  In every year since 2007, Mr. Rafatjoo has been named a "Super Lawyer" in a region-wide peer survey, a honor bestowed on only 5% of Southern California attorneys, and he holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He is a graduate of the UC Irvine and received his J.D. from Loyola University School of Law.

**Professional Affiliations**
- Member, Orange County Bankruptcy Forum Board of Directors
- National board member, Iranian American Bar Association.
- Alternate Lawyer Representative to the Ninth Circuit Judicial Conference.
- Member, U.S. Bankruptcy Court, Central District of California Long Range Planning Committee (2005-06).

**Publications**
- Assistant editor, Norton Bankruptcy Law and Practice.
- Contributing author, *Wiley Bankruptcy Law Update* (2002).

**Representations**
- Roman Catholic diocese cases: Since 2004, Mr. Rafatjoo has been involved nationally in representing official creditors' committees representing the survivors of childhood sexual abuse, in the bankruptcy cases filed by Roman Catholic Dioceses of Spokane, Washington; Davenport, Iowa; San Diego, California; Fairbanks, Alaska and Wilmington, Delaware, as well as the Society of Jesus, Oregon Province. Mr. Rafatjoo has also represented such victims in cases where the parties were able to reach a resolution out of court.

- Chapter 11 debtors: Mr. Rafatjoo represented Baldwin Builders/Baldwin Building Contractors, Medieval Times Entertainment, Homelife Furniture, Crown Simplimatic and RightStart/Babystyle in their chapter 11 cases. He has also represented hotel owners, real estate developers, retailers and manufacturers.

- Creditors' committees: Fleetwood Enterprises, Landsource Communities Development, Powerplant Maintenance Specialists, SeraCare Life Sciences, Pennsylvania Fashions, and National R.V. Inc.

- Convenience store cases: Mr. Rafatjoo represented the creditors' committee in Caribbean Petroleum, the leading distributor of gasoline and petroleum products in Puerto Rico, with an interest in 211 retail service stations, 1,500 employees, and approximately $412 million in sales. Mr. Rafatjoo also represented the creditors' committee in the Duke & Long Convenience Holdings and Convenience USA bankruptcy cases, which collectively owned an operated over 500 locations across ten states.

**News**
- Pachulski Stang Selected as Committee Counsel in Jesuit Chapter 11
- Twelve Southern California Super Lawyers
- Nine Southern California Super Lawyers at Pachulski
- Bankruptcy Judge Rules on Ownership of Property in Catholic Diocese Bankruptcy Case

## SHIRLEY S. CHO

Ms. Cho specializes in representing companies in financial distress; secured and unsecured creditors; bondholders; and purchasers of assets, including stalking-horse bidders, in chapter 11 proceedings as well as out-of-court negotiations.

Ms. Cho has represented some of the largest companies in America in connection with their corporate restructuring efforts in industries including manufacturing, wholesale distribution, mortgage, finance, and healthcare, and has counseled companies dealing with mass tort liabilities. She is a graduate of UC Berkeley and received her J.D. from Hastings College of the Law.  Ms. Cho is a member of the California and New York bars, and a resident of our Los Angeles office.

**Professional Affiliations**
- Board Member, Asian Pacific American Legal Center.

**Publications**
- "The Intersection of Critical Vendor Orders and Bankruptcy Code Section 503(b)(9)," 29 California Bankruptcy Journal 1 (2007).

- "The Southern District of New York Adds Its Two Cents to the Catapult Debate," 4 ABI Technology & Telecommunications Committee Newsletter (No. 2 June 2007).

- "A Closer Look at Critical Trade; Exclusivity; and Dismissal/Conversion," published in materials for American Bar Association Annual Meeting (2006).

- "The Danger Zone: Fiduciary Duty Issues Impacting Directors and Officers in the Zone of Insolvency and Beyond," published in materials for Strategies for Distressed Companies Conference (CLE Int'l Nov. 2001).

- "What To Do When Your Payor Goes Under," published in materials for American Hospitals & Health Systems Law Institute Conference (2000).

- "Continuing Economic Reform in the People's Republic of China: Bankruptcy Legislation Leads the Way," 19 Hastings International & Comparative Law Review 739 (1996).

- Coauthor, "Clear Channel Muddies the Waters of Section 363(m) Mootness Protection," 22 Bankruptcy Strategist 1 (No. 2 Dec. 2008).

- Coauthor, "U.S.-Canadian Cross-Border Insolvencies -- A Survey of Recent Ancillary Proceedings," published in materials for Canadian-American Symposium on Cross-Border Insolvency Law (ABI Feb. 2005).

- Coauthor, "A Model for Canadian Cross-Border Insolvency: Core-Mark International, Inc.," 22 Bankruptcy Strategist 1 (No. 6 Apr. 2005).

- Coauthor, "The Zone of Insolvency: When Has a Company Entered Into It and, Once There, What Are the Board's Duties?" published in materials for Bankruptcy 2002: Views From the Bench (ABI 2002).

**Representations**
- Chapter 11 debtors: Rhodes Homes; Fleming Companies; Conseco Finance Corp.; Pryor Resources.

- Official committees of unsecured creditors: S & K Famous Brands; Fleetwood Enterprises.

- DIP lender: New Century Financial Corporation($150 million credit facility)
- Asset purchaser for steering division of Delphi Corporation, (estimated value $700 million)

# EXHIBIT B

### HOURLY BILLING RATES OF
### PROFESSIONALS AND PARAPROFESSIONALS

| Professional/Paraprofessional | Hourly Billing Rate |
|---|---|
| Jeremy V. Richards | $795.00 |
| Hamid R. Rafatjoo | $595.00 |
| Shirley S. Cho | $595.00 |
| Patricia J. Jeffries | $225.00 |
| Jorge E. Rojas | $225.00 |

## SUMMARY OF RATES OF REIMBURSEMENT FOR EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP
## EFFECTIVE JANUARY 1, 2009[1]

Facsimile Charges

      Outgoing ........................................................$1.00 per page
      Incoming ......................................................$0.20 per page

Photocopy Charges ...................................................$0.20 per page

Mileage[2] ...................................................................$.55 per mile

Secretarial Overtime ...................................................Actual Cost

Court Filing Fees.........................................................Actual Cost

Court Reporter ...........................................................Actual Cost

Messenger and Attorney Services..............................Actual Cost

Legal Research...........................................................Actual Cost

Postage/Express Mail.................................................Actual Cost

Telephone...................................................................Actual Cost

Travel Expenses ........................................................Actual Cost

---

[1]      This summary lists expenses commonly billed by the Firm.  Other expenses would typically be billed to the Firm's clients at the Firm's actual cost.

[2]      The Firm only charges for associate and paralegal mileage, not shareholder mileage.