Hamid R. Rafatjoo (CA Bar No. 181564)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Email: hrafatjoo@pszjlaw.com
       scho@pszjlaw.com

[Proposed] Attorneys for The Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| In re: | Case No.: 9:09-bk-15138-RR |
|---|---|
| **THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation., | Chapter 11<br><br>**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b) OF SUBMISSION OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 14, 2009**<br><br>[No Hearing Required] |
| Debtors. | |
| [ x ] Affects all Debtors | |
| [  ] Applies only to The Walking Company | |
| [  ] Applies only to Big Dog USA, Inc. | |
| [  ] Applies only to The Walking Company Holdings, Inc. | |

91892-001\DOCS_LA:213167.1

**TO THE DEBTORS AND DEBTORS IN POSSESSION AND THEIR COUNSEL, THE TWENTY LARGEST UNSECURED CREDITORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALL PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE,** that the Official Committee of Unsecured Creditors (the "Committee") of The Walking Company, Big Dog USA, Inc., and The Walking Company Holdings, Inc., the debtors and debtors in possession herein, (the "Debtors"), has submitted its application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as its counsel, *nunc pro tunc* to December 14, 2009 (the "Application") to the United States Trustee and the United States Bankruptcy Court.  Information on the Firm can be found on the Firm's website, at www.pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court approval of the proposed employment of the Firm to, among other things, render the following services to the Committee: (a) to assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of these cases; (b) to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings; (c) to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts; (d) to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtors' financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan; (e) to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization; (f) to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code; (g) to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee; (h) to assist, advise and represent the Committee in the evaluation of

claims and on any litigation matters; and (i) to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ PSZJ with reasonable fees to be determined by the Court.  No compensation will be paid to the Firm except upon application to, and approval by, the Court after notice and a hearing.  The Firm has received no retainer in this case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 327 of the Bankruptcy Code and Local Rule 2014-1(b)(1)(c), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Rule 2014-1(b)(3), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f) and must be filed and served on the Committee, its proposed counsel, and the Office of the United States Trustee no later than fifteen (15) days from the date of service of this notice.  A true and correct copy of the Application can be obtained by contacting Jorge Rojas, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 11th Floor, Los Angeles, California  90067, Telephone: (310) 277-6910.

Dated:    December 18, 2009            PACHULSKI STANG ZIEHL &JONES LLP

                        By    /s/  *Hamid R. Rafatjoo*
                            Hamid R. Rafatjoo (CA Bar No. 181564)
                            [Proposed] Attorneys for the Official
                            Committee of Unsecured Creditors

91892-001\DOCS_LA:213167.1