


DEC 21 2009

To:       Case Initiation – Santa Barbara Clerk's Office
From:     Office of the U.S. Trustee
Subject:  Request for 341 (a) Meeting

Today's Date: **12/16/09**          Date Petition was filed: **12/07/2009**

Case Name: **Big Dog, USA, Inc, The Walking Company, The Walking Company Holdings, Inc.**

Case Number: **9:09-bk-15137-RR, 9:09-bk-15138-RR, 9:09-bk-15139-RR**

*Chapter 11 Meeting Date Information*

341(a) Date: **FEBRUARY 4, 2010**

Time: **9:00 a.m.**

Location : **128 E. Carrillo Street, Santa Barbara 93101**

*Conversion from*

Chapter 7:

Chapter 13:                    Conversion Date:

Involuntary:

*Questions regarding the above information should be directed to:*
*Veronica Hernandez*
*at the U.S. Trustee's Office, Woodland Hills*
**(818) 610-2375**