1  Mette H. Kurth (SBN 187100)
   Andy S. Kong (SBN 243933)
2  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
3  Los Angeles, CA  90013-1065
   Telephone:   213.629.7400
4  Facsimile:   213.629.7401
   E-mail:      kurth.mette@arentfox.com
5               kong.andy@arentfox.com

6  *Proposed* Attorneys for Debtors and Debtors in
   Possession
7
   Debtors' Mailing Address
8  121 Gray Avenue
   Santa Barbara, CA 93101
9

10                  UNITED STATES BANKRUPTCY COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                       SANTA BARBARA DIVISION

13

14  In re:

15  **THE WALKING COMPANY**, a
    Delaware corporation, d/b/a Alan's
16  Shoes, Footworks, Overland Trading
    Co., Sole Outdoors, and Martini
17  Shoes, f/k/a TWC Acquisition
    Corporation,
18
                              Debtor.
19

Case No.: 9:09-bk-15138-RR

[Jointly Administered with Case Nos.: 9:09-bk-15137-RR; 9:09-bk-15139-RR]

Chapter 11

**PROOF OF SERVICE OF ORDER RE 1) ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL BANKRUPTCY RULE 1015-1(B) [DOCKET NO. 14]**

| In re: Big Dog USA, Inc | CHAPTER 11 |
|---|---|
| Debtor | Case Number: 09-15137 (RR) |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2335 Alaska Ave., El Segundo, California 90245

The foregoing document described **1) Order Directing Joint Administration of Related Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015(B) and Local Bankruptcy Rule 1015-1(B) [Docket No. 14]** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On December 17, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2009 | Robert D. Tomasch | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

# II

In re: Big Dog USA, Inc.
NEF Parties Served via Notice of Electronic Filing
(With Document 1)

# SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Andy Kong on behalf of Debtor The Walking Company
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Debtor The Walking Company
kurth.mette@arentfox.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Mette H Kurth on behalf of Debtor Big Dog USA, Inc.
kurth.mette@arentfox.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

II (a)
Big Dog USA, Inc.
U.S. Bankruptcy Court
Served via First Class Mail
(With Document 1)

| Creditor Name | Creditor Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| United States Bankruptcy Court | Honorable Robin Riblet | 1415 State Street | Santa Barbara | CA | 93101-2511 |

12/21/2009 2:55 PM

Page 1 of 1

In re: Big Dog USA, Inc.
Case No. 09-15137 (RR)

II (b)
In re: Big Dog USA, Inc.
Master Service List Served via First Class Mail
(With Document 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aetrex Worldwide Inc | Elizabeth Wasilewski | 414 Alfred Ave | | Teaneck | NJ | 07666 | USA |
| Allen Matkins LLP | William W Huckins & Ivan Gold | Three Embarcadero Ctr 12th Fl | | San Francisco | CA | 94111 | USA |
| AMFIT INC | | 5408 NE 88th St Ste D 406 | | Vancouver | WA | 98665 | USA |
| Anthony Wall | | 760 Arcady | | Santa Barbara | CA | 93108 | USA |
| Atlantic City Associates | Robert Fowler c/o the Cordish Company | 601 East Pratt St 6th Fl | The Power Plant | Baltimore | MD | 21202 | USA |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers | 1735 Market St 51st Fl | Mellon Bank Center | Philadelphia | PA | 19103 | USA |
| Ballard Spahr LLP | Rebecca J Winthrop | 2029 Century Park East Ste 800 | | Los Angeles | CA | 90067-2909 | USA |
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA | 10291 Century Woods Dr | | Los Angeles | CA | 90067 | USA |
| Blackwell Partners LLC | | 406 Blackwell St Ste 300 | | Durham | NC | 27701 | USA |
| Board of Equalization | | PO Box 942879 | | Sacramento | CA | 94279-0001 | USA |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC | 324 Blackwell St Ste 520 | | Durham | NC | 27701 | USA |
| Brown Rudnick LLP | Christopher Carolan | 7 Times Square | | New York | NY | 10036 | USA |
| Brown Rudnick LLP | Steven B Levine | One Financial Center | | Boston | MA | 02111 | USA |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing | 2030 Hamilton Place Blvd CBL Ste 500 | | Chattanooga | TN | 37421 | USA |
| CIT Technology Financing Services Inc | | 10201 Centurion Parkway North Ste 100 | | Jacksonville | FL | 32256 | USA |
| Clark & Trevithick | Kimberly S Winick | 800 Wilshire Blvd 12th Fl | | Los Angeles | CA | 90017 | USA |
| Cotsen Family Foundation | c o Kayne Anderson Capital | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| Cozen OConnor | Mark E Felger | 1201 N Market St Ste 1400 | | Wilmington | DE | 19801 | USA |
| Cozen OConnor | Neal D Colton | 1900 Market St | | Philadelphia | PA | 19103 | USA |
| Dansko Inc | Cindy Worthington | 8 Federal Rd | Penn Business Park | West Grove | PA | 19390 | USA |
| David Wolf | | 1956 East Valley Rd | | Santa Barbara | CA | 93108 | USA |
| Deckers Outdoor Corp | Ron Guadagno | 495 South Fairview Ave Ste A | | Goleta | CA | 93117 | USA |
| Doug Nilsen | | 2225 St James Dr | | Santa Barbara | CA | 93105 | USA |
| Dumac LLC | | 406 Blackwell St Ste 300 | | Durham | NC | 27001-3984 | USA |
| Ecco USA Inc | Ken Abbott | 16 Delta Drive | | Londonderry | NH | 03053 | USA |
| Employment Development Department | Bankruptcy Group MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 | USA |

II (b)
In re: Big Dog USA, Inc.
Master Service List Served via First Class Mail
(With Document 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP | 444 W Ocean Blvd No 1614 | Phillip R Poliner | Long Beach | CA | 90802-4525 | USA |
| Faegre & Benson LLP | Lawrence Bass | 1700 Lincoln St | 3200 Wells Fargo Center | Denver | CO | 80203-4532 | USA |
| Forest City Enterprises | Alan Schmiedicker SCSM Sr VP | 50 Public Square | 700 Terminal Tower | Cleveland | OH | 44113 | USA |
| Franchise Tax Board | Attn Bankruptcy | PO Box 2952 | | Sacramento | CA | 95812-2952 | USA |
| Franchise Tax Board | | PO Box 1673 | | Sacramento | CA | 95812-1673 | USA |
| Freeland Realty | Dirk Freeland | 708 Cathedral Pointe Ln | | Santa Barbara | CA | 93111 | USA |
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99 | 991 Bel Air Rd | | Bel Air | CA | 90077-3009 | USA |
| General Growth Properties Inc | Mark E Adair | 110 N Wacker Drive | | Chicago | IL | 60606 | USA |
| Hemar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | Encino | CA | 91436 | USA |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255-0002 | USA |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114 | USA |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar | 1800 Avenue of the Stars Ste 900 | | Los Angeles | CA | 90067-4276 | USA |
| J Reims & KA Reims Trustee | Reims Family Trust 11/22/91 | 241 South Camden Dr | | Beverly Hills | CA | 90212 | USA |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse & Brian D Huben | 2029 Century Park East Ste 2600 | | Los Angeles | CA | 90067-3012 | USA |
| Kayne Anderson | David Shladovsky General Counsel | 1800 Avenue of the Stars 2nd Floor | | Los Angeles | CA | 90067 | USA |
| Kayne Anderson | Jeff Susskin | 1800 Avenue of the Stars 2nd Floor | | Los Angeles | CA | 90067 | USA |
| Kayne Anderson Capital Income Partners QP LP | | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| Ken Atchison | | 20380 Riverbrooke Run | | Estero | FL | 33928 | USA |
| Klehr Harrison Harvey Branzburg Ellers | Jeffrey Kurtzman | 1835 Market St Ste 1400 | | Philadelphia | PA | 19103 | USA |
| Lee Cox | | 6726 Breakers Way | | Ventura | CA | 93001 | USA |
| Macerich | Randy Brant CSM Exec VP Real Estate | 401 Wilshire Blvd | | Santa Monica | CA | 90401 | USA |

Case 9:09-bk-15138-RR    Doc 108    Filed 12/24/09    Entered 12/24/09 12:03:13    Desc
Main Document    Page 8 of 9

II (b)
In re: Big Dog USA, Inc.
Master Service List Served via First Class Mail
(With Document 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| MBT Masai USA Corp | Brenda Farnsworth | 515 N River St Ste D | | Hailey | ID | 83333 | USA |
| Menter Rudin & Trivelpiece PC | Kevin Newman | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204 | USA |
| Michael Grenley | | 24931 Marbella Ct | | Calabasas | CA | 91302 | USA |
| Pachulski Stang Ziehl & Jones LLP | Hamid R Rafatjoo & Shirley S Cho | 10100 Santa Monica Blvd 11th Fl | | Los Angeles | CA | 90067-4100 | USA |
| Perkins Coie LLP | John S Kaplan | 1201 Third Ave 48th Fl | | Seattle | WA | 98101-3099 | USA |
| Perkins Coie LLP | Steven G F Polard | 1888 Century Park East Ste 1700 | | Los Angeles | CA | 90067 | USA |
| Primeshares | Matthew Curry Edwards | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | USA |
| Pyramid Management Group | Timothy J Kelley President | 4 Clinton Square | | Syracuse | NY | 13202-1008 | USA |
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | | 510 Marquette Ave | | Minneapolis | MN | 554021106 | USA |
| Richard & Suzanne Kayne | Living Trust Dtd 1/14/09 | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | | PO Box 541 N | | Elgin | IL | 60123 | USA |
| Robert P Abate Trustee | Robert P Abate Rev Trust | Box 541 | | Elgin | IL | 60123 | USA |
| Robert Schnell IRA | c o Kayne Anderson Capita | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| Roberta Morris | | 1428 San Miguel Ave | | Santa Barbara | CA | 93109 | USA |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | | Los Angeles | CA | 90036 | USA |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing | 747 Third Ave 21st Fl | | New York | NY | 10017 | USA |
| Simon Property Group Inc | Attn Ronald M Tucker | 225 West Washington St | | Indianapolis | IN | 46204 | USA |
| Susie Minier | | 5694 Via Salerno | | Goleta | CA | 93117 | USA |
| Taubman Centers | Jerry M Teitelbaum | 200 E Long Lake Rd | | Bloomfield Hills | MI | 48303 | USA |
| Taubman Landlords | Andrew S Conway | 200 East Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | USA |
| The Huntington National Bank | Attn Edward J Kitchen VP | 650 Smithfield St Ste 1000 | Centre City Tower | Pittsburgh | PA | 15222 | USA |
| The Kayne Foundation | c o Kayne Anderson Capita | 1800 Ave of the Stars 2nd Fl | | Los Angeles | CA | 90067 | USA |
| The Walking Company | Tony Wall Executive VP | 121 Gray Ave | | Santa Barbara | CA | 93101 | USA |
| TKC XCIXLLC | Kenneth R Beuley | 5935 Carnegie Blvd Ste 200 | c o The Keith Corporation | Charlotte | NC | 28209 | USA |

In re: Big Dog USA, Inc.
Case No. 09-15137 (RR)    Page 3 of 4    12/21/2009 2:58 PM

II (b)
In re: Big Dog USA, Inc.
Master Service List Served via First Class Mail
(With Document 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Townsgate Road LLC | William Browley | 21241 Ventura Blvd Ste 169 | | Woodland Hills | CA | 91364 | USA |
| TW Telecom Inc | Linda Boyle | 10475 Park Meadows Dr No 400 | | Littleton | CO | 80124 | USA |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Bldg Rm 7516 | Los Angeles | CA | 90012 | USA |
| United States Department of Justice | Attorney General | Ben Franklin Station | PO Box 683 | Washington | DC | 20044 | USA |
| United States Trustee | Brian Fittipaldi | 128 E Carrillo St | | Santa Barbara | CA | 93101 | USA |
| United States Trustee | Dennis Strayhan | 21051 Warner Center Ln Ste 115 | | Woodland Hills | CA | 91367 | USA |
| UPS | Susan Allen | 1514 N Graham St | | Charlotte | NC | 28206 | USA |
| Varilease Finance Inc | | 6340 South 3000 East Ste 250 | | Salt Lake City | UT | 84121 | USA |
| Wells Fargo Financial Leasing Inc | | 800 Walnut Street | | Des Moines | IA | 50309 | USA |
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive & Joseph Burt VP | One Boston Place 18th Fl | | Boston | MA | 02108 | USA |
| Wells Fargo Retail Finance LLC | | 2450 Colorado Ave Ste 3000W | | Santa Monica | CA | 90404 | USA |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President | 11601 Wilshire Blvd 12th Fl | | Los Angeles | CA | 90025 | USA |

In re: Big Dog USA, Inc.
Case No. 09-15137 (RR)

Page 4 of 4

12/21/2009 2:58 PM