LAW OFFICE OF ROBERT J. GREENBAUM
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840
(908) 684-4004
Attorneys for Rosa Amentas,
Plaintiff in D.N.J., 09-4313 (PGS)



# United States Bankruptcy Court
# Central District of California
# Santa Barbara Division

| | |
|---|---|
| In re: | :Civil Action No. 09- bk- 15137,<br>:09-bk-15138, 09-bk-1539 |
| THE WALKING COMPANY, BIG DOG USA, INC., THE WALKING COMPANY HOLDINGS, INC.,<br><br>Debtors, | : Chapter 11<br>:NOTICE OF MOTION FOR PRO<br>:HAC VICE ADMISSION TO LIFT<br>:THE AUTOMATIC STAY AND<br>:TO PROCEED AGAINST<br>:INSURANCE PROCEEDS ONLY |

PLEASE TAKE NOTICE that on a date to be determined by the court, the undersigned, Robert J. Greenbaum, Esq., on behalf of Rosa Amentis shall move before the Court, at the United States Bankruptcy Court, Central District of California, Santa Barbara Division, for an order granting pro hac vice admission to file a motion lifting the automatic stay and allowing the matter of <u>Amentis v. the Walking Company</u>, U.S.D.N.J., Civil Action No. 09-4313 (PGS) to proceed as against insurance proceeds only.

The undersigned will rely upon the Declaration of Robert J. Greenbaum being filed simultaneously with this Notice of Motion.

A proposed form of Order is submitted herewith.

                                          Respectfully submitted,
                                          LAW OFFICE OF ROBERT J. GREENBAUM
                                          Attorneys for Rosa Amentis,

DATED: December 23, 2009       BY: /s/ Robert J. Greenbaum
                                          ROBERT J. GREENBAUM (4336)

## CERTIFICATION OF SERVICE

I hereby certify that on the date hereof, the undersigned mailed the within Notice of Motion, Declaration of Robert J. Greenbaum and proposed form of order to the Clerk of the United States Bankruptcy Court for the Central District of California, Santa Barbara Division.

I also certify that the within documents were served by United States regular mail to counsel for the debtor and defendant in the New Jersey action.

                                  LAW OFFICE OF ROBERT J. GREENBAUM
                                  Attorneys for Rosa Amentis

DATED: December 23, 2009        BY: /s/ Robert J. Greenbaum
                                              ROBERT J. GREENBAUM (4336)