1  Mette H. Kurth (SBN 187100)
2  Andy S. Kong (SBN 243933)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
4  Telephone:   213.629.7400
   Facsimile:   213.629.7401
5  E-mail:   kurth.mette@arentfox.com
             kong.andy@arentfox.com

6  *Proposed* Attorneys for Debtors and Debtors in
7  Possession

8  Debtors' Mailing Address
   121 Gray Avenue
9  Santa Barbara, CA 93101

10                   UNITED STATES BANKRUPTCY COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                        SANTA BARBARA DIVISION

13

14  In re:                                    Case No.: 9:09-bk-15138-RR

15  **THE WALKING COMPANY**, a                [Jointly Administered with Case Nos.: 9:09-bk-
    Delaware corporation, d/b/a Alan's         15137-RR and 9:09-bk-15139-RR]
16  Shoes, Footworks, Overland Trading
    Co., Sole Outdoors, and Martini Shoes;    Chapter 11
17  f/k/a TWC Acquisition Corporation;
    **BIG DOG USA, INC.**, a California       **APPLICATION FOR ORDER APPROVING
18  corporation, d/b/a Big Dog Sportswear;    THE EMPLOYMENT OF ARENT FOX LLP
    f/k/a Fortune Dogs, Inc.; and **THE**     AS REORGANIZATION COUNSEL TO THE
19  **WALKING COMPANY**                       DEBTORS EFECTIVE AS OF DECEMBER 7,
    **HOLDINGS, INC.**, a Delaware            2009
20  corporation, f/k/a Big Dog Holdings,
    Inc. and 190th Shelf Corporation,         *[No Hearing Required Unless Requested*
21                                            *Pursuant to L.B.R. 2014-1(b)]*
22                            Debtors.

23  [X] Affects all Debtors

24  [ ] Applies only to The Walking
25      Company

26  [ ] Applies only to Big Dog USA, Inc.

27  [ ] Applies only to The Walking
28      Company Holdings, Inc.

NYC/425601.1

The Walking Company, Inc., together with its debtor affiliates, Big Dog USA, Inc. and The Walking Company Holdings, Inc. (collectively, the "Debtors"), hereby present this Application seeking entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as reorganization counsel to the Debtors effective as of December 7, 2009 (the "Petition Date"), with compensation that is at the expense of the Debtors' estates and in such amounts as this Court may allow. The cost of such services shall be paid from the Debtors' estates as contemplated by 28 U.S.C. §156(c). In support of this Application, and in order to provide certain disclosures under Bankruptcy Code sections 504 and 1103(a), Federal Rules of Bankruptcy Procedure 2014 and 5002, and Local Bankruptcy Rule 2014-1(b), the Debtors concurrently submit the Declaration of Andrew I. Silfen (the "Silfen Declaration"), which is incorporated herein by reference, and respectfully represents as follows:

## I.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of these proceedings is proper in this judicial district pursuant to 28 U.S.C. §§ 1408 and 1409. Bankruptcy Code sections 328, 504, and 1103(a), Federal Rules of Bankruptcy Procedure 2014, 2016, and 5002, and Local Bankruptcy Rule 2014-1(b) are the statutory predicates for the relief sought by this Application.

## II.

## BASIS FOR RELIEF

2. Under Bankruptcy Code section 327(a), a debtor in possession is authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor in possession] in carrying out [its] duties under this title."[1] Section 1107(b) of the Bankruptcy Code modifies Sections 101(14) and 327(a) of the Bankruptcy Code in cases under chapter 11 of the Bankruptcy Code, providing that "a person is not disqualified for employment under Section 327 of [the Bankruptcy Code] by a debtor in possession solely because of such person's employment by or representation of the

---

[1] 11 U.S.C. § 327(a).

- 1 -

NYC/425601.1

Case 9:09-bk-15138-RR    Doc 148    Filed 01/07/10    Entered 01/07/10 17:50:13    Desc
                         Main Document      Page 3 of 8

debtor before the commencement of the case."[2] Under Section 328(a) of the Bankruptcy Code, a debtor in possession may employ professional persons under section 327(a) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis."[3]

3. As required by Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, this Application sets forth: (a) the specific facts showing the necessity for Arent Fox's employment; (b) the reasons for the Debtors' selection of Arent Fox as its counsel in connection with their Chapter 11 cases; (c) the professional services to be provided by Arent Fox; (d) the arrangement between the Debtors and Arent Fox with respect to Arent Fox's compensation; and (e) to the best of the Debtors' knowledge, the extent of Arent Fox's connections, if any, to certain parties in interest in this matter.

### III.

### STATEMENT OF FACTS

**A.    General Background**

4. Headquartered in Santa Barbara, California, the Debtors' business consists of two distinct retail operations. The Debtors' operations are largely focused on The Walking Company, which is a leading specialty retailer of authentic comfort footwear. As of the Petition Date, The Walking Company operated 210 stores in premium malls across the nation, and it generated approximately 93% of the Debtors' sales in 2009. Big Dog USA, Inc. is a retailer of a lifestyle collection of popular-priced T-shirts, casual sportswear, and accessories featuring the Big Dogs trademark. On a consolidated basis, the Debtors employ over 1,600 individuals across the country.

5. As set forth in greater detail in the *Declaration of Andrew D. Feshbach in Support of Emergency "First Day" Motions* [Docket No. 15], incorporated herein by reference, the Debtors engaged in a period of significant expansion throughout 2006, 2007, and 2008. Following the deterioration of the economy in the fall of 2008, the Debtors now find themselves

---

[2] 11 U.S.C. § 1107(b).
[3] 11 U.S.C. § 328(a).

NYC/425601.1

with a significant number of over-market leases and underperforming stores. Accordingly, the Debtors commenced these chapter 11 cases on the Petition Date, by filing voluntary cases under Chapter 11 of the Bankruptcy Code, principally to pursue a "right sizing" strategy that will enable them to reorganize around their profitable stores and eliminate those whose continued operation would inhibit a successful reorganization.

6. The Debtors continue to operate their businesses and manage their operations as debtors and debtors in possession in accordance with Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been appointed in these cases.

**B.    Arent Fox's Qualifications**

7. The Debtors have determined, in the exercise of their business judgment, that the size of their business operations and the reorganization of the same, and the complexity of the bankruptcy and other legal issues attendant thereto, requires competent, experienced bankruptcy counsel.

8. The Debtors selected Arent Fox because the partners and associates of Arent Fox have considerable expertise in the fields of bankruptcy, insolvency, reorganizations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, distressed asset sales, and commercial litigation, among other practice areas. Arent Fox includes attorneys who are qualified to assist the Debtors in all of their legal affairs and in the formulation and confirmation of a Chapter 11 plan. Accordingly, the Debtors believe that Arent Fox is well qualified to represent them in these Chapter 11 cases. A summary of the experience and qualifications of the Arent Fox attorneys who are expected to render services to the Debtor is set forth in the Silfen Declaration.

**C.    Services to be Provided by Arent Fox**

9. The professional services Arent Fox will be required to render include, but are not limited to, the following:

    (a)    Advise the Debtors on the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and the requirements of the United States Trustee pertaining to the administration of the Debtors' estates (the "Estates");

(b) Prepare motions, applications, answers, orders, memoranda, reports, and papers in connection with the administration of the Estates;

(c) Protect and preserve the Estates by prosecuting and defending actions commenced by or against the Debtors and analyzing, and preparing necessary objections to, proofs of claim filed against the Estates;

(d) Investigate and prosecute preference, fraudulent transfer, and other actions arising under the Debtors' avoiding powers;

(e) Advise the Debtors with respect to the sale and disposition of assets;

(f) Advise the Debtors with their efforts to address its obligations its various unexpired leases of non-residential real property and executory contracts;

(g) Prepare the Debtors' plan of reorganization; and

(h) Render such other advice and services as the Debtor may require in connection with the Case.

10. Arent Fox has indicated a willingness to act on behalf of the Debtors and render the necessary professional services as attorneys for the Debtors.

### D. Compensation of Arent Fox

11. Subject to this Court's approval, and in accordance with Bankruptcy Code sections 328 and 1103, the Debtors wish to employ Arent Fox with compensation at the expense of the Debtors' estates on an hourly rate basis in accordance with its ordinary and customary preferred hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and to reimburse Arent Fox for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith. The principal attorneys presently designated to represent the Debtors are Mette H. Kurth, Andy S. Kong, and Doug Flahaut. The preferred hourly rates for those individuals, respectively, for 2010 are $545, $360, and $290, and for 2009 were $535, $340 and $260. Other attorneys may from time to time render services to the Debtors in connection with these cases.

12. The following are Arent Fox's 2010 preferred hourly rates for work of this nature:

(a) Partners:         $430 - $765

(b) Of Counsel:       $385 - $685

(c) Associates:       $260 - $505

(d) Paraprofessionals: $135 - $250

Arent Fox's hourly rates are subject to adjustment on a periodic basis, typically annually. These current rates represent a slight increase effective as of January 1, 2010. The following were Arent Fox's 2009 preferred hourly rates:

    (a)    Partners:    $420 - $755

    (b)    Of Counsel:    $420 - $685

    (c)    Associates:    $260 - $485

    (d)    Paraprofessionals:    $135 - $245

13. In addition to Arent Fox's professional fees, its billing statements will include charges for reasonable and necessary third party and staff services employed in the course of its representation of the Debtors, as well as expenses incurred with respect to long-distance telephone calls, postage, messenger services, photocopying, filing fees, travel, computerized legal research, and facsimile transmission. These charges are separately itemized on Arent Fox's statements at scheduled rates based on the service involved and out-of-pocket disbursements incurred. Arent Fox will charge the Debtors for these expenses in a matter and at a rate that is consistent with charges generally made to Arent Fox's other clients and with the U.S Trustee's guidelines. No charges will be assessed for word processing or secretarial overtime in Arent Fox's representation of the Debtors.

14. Arent Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and Orders of this Court. Compensation will be payable to Arent Fox in compliance with the above rules, on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Arent Fox.

15. Arent Fox received a retainer of $73,080.63 which will be applied to the amounts earned by Arent Fox in these cases in accordance with this Court's direction.

### E. **Disclosure of Compensation**

16. To the best of the Debtors' knowledge, information, and belief, and except as otherwise set forth in the accompanying Silfen Declaration, Arent Fox and its respective attorneys have no connection with and no interests adverse to the Debtors, their creditors, the estates, or any

other party-in-interest herein or their respective professionals in matters relating to the Debtors and their estates, and none of the attorneys comprising or employed by Arent Fox are related to any judge of the United States Bankruptcy Court for the Central District of California, the U.S Trustee, or any person employed in the Office of the United States Trustee.

17. To the best of the Debtors' knowledge and except as otherwise disclosed in the Silfen Declaration, Arent Fox: (a) does not hold or represent any interest adverse to the Debtors with respect to the matters for which it is being retained; (b) Arent Fox is a "disinterested person" as that phrase is defined in Bankruptcy Code section 101(14) (as modified by Section 1103(b) of the Bankruptcy Code); (c) neither Arent Fox nor its professionals have any connection with the Debtors, their estates, or their creditors; and (d) Arent Fox's employment is necessary and in the best interests of the Debtors' estates.

## VI.

## NOTICE AND NO PRIOR APPLICATION

18. Notice of this Application has been provided to: (a) the Office of the United States Trustee for the Central District of California, (b) the Official Committee of Unsecured Creditors; (c) Wells Fargo Retail Finance, LLC, the Debtors' pre-petition senior secured lender and post-petition lender, and the Debtors' other secured creditors, and (d) all other persons entitled to notice pursuant to this Court's Order Establishing Notice Procedures. The Debtors respectfully represent that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

19. No prior application has been made for the relief requested herein to this or any other Court.

**WHEREFORE**, the Debtors believe that the retention and employment of Arent Fox is in the best interest of the Debtors, and their estates, and their creditors, and the Debtors respectfully request that this Court: (a) approve the employment and retention of Arent Fox as reorganization counsel to the Debtors effective as of the Petition Date, as set forth in this Application, and (b) grant such other, further relief as is just and proper.

- 6 -

NYC/425601.1

1 | Dated: January 7, 2010

THE WALKING COMPANY, INC., BIG DOG USA, INC. AND THE WALKING COMPANY HOLDINGS, INC.

By: _____
Anthony J. Wall
Executive Vice President

6 | Submitted by:

8 | /s/ Mette H. Kurth
_____
Mette H. Kurth
ARENT FOX LLP
*Proposed* Attorneys for the Debtors and Debtors in Possession

NYC/425601.1