| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wayne R. Terry – SBN 134685<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA  91436<br>Tel. (818) 501-3800<br>Fax (818) 501-2985<br><br>*Attorney for* Wells Fargo Retail Finance, LLC | **FILED & ENTERED**<br><br>JAN 21 2010<br><br>**CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY** rust     **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:  THE WALKING COMPANY,

Debtor(s).

N/A

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 11

CASE NUMBER  9:09-bk-15138-RR

☐  ADVERSARY NUMBER (If Applicable)

(No Hearing Required)

# ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
# IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **STEVEN B. LEVINE**

☒   Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

DATED: January 21, 2010

*Robin Riblet*
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised August 2005*                                                                                                              **F 2090-1.3**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15910 Ventura Blvd., Twelfth Floor, Encino, CA  91436

A true and correct copy of the foregoing document described ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January ___, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorneys for Debtor
Kong.Andy@ArentFox.com
Kurth.mette@ArentFox.com

Office of the U.S. Trustee (ND)
Office of the U.S. Trustee – ustpregion16.nd.ecf@usdoj.gov
                brian.fittipaldi@usdoj.gov

Attorneys for Wells Fargo Retail Finance, LLC
wterry@hemar-rousso.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On  ___, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/10/2009 | MARY ANN GRANZOW | /s/ *Mary Ann Granzow* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January ___, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorneys for Debtor
Kong.Andy@ArentFox.com
Kurth.mette@ArentFox.com

Office of the U.S. Trustee (ND)
Office of the U.S. Trustee – ustpregion16.nd.ecf@usdoj.gov
           brian.fittipaldi@usdoj.gov

Attorneys for Wells Fargo Retail Finance, LLC
wterry@hemar-rousso.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised August 2005*                                                                                                              **F 2090-1.3**