| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:




Debtor.

CHAPTER _____

CASE NUMBER

(No Hearing Required)

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

[                                    ]

1. TO *(specify name)*:

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith.  Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought.  Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing.  (Check appropriate box below):

   ❏ The full Motion is attached hereto.
   ❏ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion.  If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated:                                                                   _____
                                                                         *Law Firm Name*

                                                                         By: _____

Date Notice Mailed:                                                      Name: _____
                                                                         *Attorney for Movant*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                          **F 9013-1.2**