Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
E-mail:    kurth.mette@arentfox.com
               kong.andy@arentfox.com
               flahaut.douglas@arentfox.com

*Proposed* Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                              Debtors.<br><br>[X]  Affects all Debtors<br><br>[ ]  Applies only to The Walking Company<br><br>[ ]  Applies only to Big Dog USA, Inc.<br><br>[ ]  Applies only to The Walking Company Holdings, Inc. | Case No.: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR; 9:09-bk-15139-RR]<br><br>**NOTICE OF HEARING ON DEBTORS' DISCLOSURE STATEMENT FOR DEBTORS' ORIGINAL JOINT CHAPTER 11 PLAN (DATED FEBRUARY 1, 2010)**<br><br><br>**HEARING**<br>DATE:       March 12, 2010<br>TIME:       1:00 P.M.<br>PLACE:    1415 State Street<br>                Courtroom 201<br>                Santa Barbara, CA 93101 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/234247.1

**TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS' SECURED LENDERS; THE COMMITTEE OF UNSECURED CREDITORS; ALL CREDITORS; ALL INTEREST HOLDERS; ALL PARTIES ENTITLED TO SPECIAL NOTICE; AND ALL OTHER PARTIES IN INTEREST:**

Please take notice that *Debtors' Disclosure Statement For Debtors' Original Joint Chapter 11 Plan (Dated February 1, 2010)* (the "Disclosure Statement") along with *Debtors' Original Joint Chapter 11 Plan (Dated February 1, 2010)* (the "Plan") were filed on February 1, 2010 in the above-captioned cases. The proponents of the Plan are the Walking Company Holdings, Inc., The Walking Company, and Big Dog USA, Inc. (collectively the "Debtors").

Please take further notice that a hearing shall take place on **March 12, 2010** at 1:00 p.m. at 1415 State Street, Santa Barbara, CA 93101 to determine the adequacy of Debtors' Disclosure Statement.

Copies of the Disclosure Statement and/or Plan may be obtained free of charge by requesting same in writing from Douglas Flahaut at Arent Fox, LLP, 555 West Fifth Street, Floor 48, Los Angeles, CA 90013-1065 or by visiting www.kccllc.net/thewalkingcompany and clicking on the "Court Documents" button.

Pursuant to Local Bankruptcy Rule 3017-1, objections to a disclosure statement must be filed and served on the proponent not less than 14 days before the hearing, unless otherwise ordered by the Court. Accordingly, any objection must be filed with the Court and served on Douglas Flahaut at Arent Fox, LLP, 555 West Fifth Street, Floor 48, Los Angeles, CA 90013-1065, on or before **Friday, February 26, 2010.**

DATED: February 3, 2010        /s/ *Mette H. Kurth*
METTE H. KURTH, ESQ.
ARENT FOX LLP
Proposed Attorneys for the Debtors and Debtors in Possession

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/234247.1

- 2 -