*Fee Paid #50.00*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert J. Greenbaum, Esq.<br>1500 Route 517, Suite 214<br>Hackettstown, New Jersey 07840<br><br>RECEIVED & FILED<br>JAN 2 5 2010<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Rosa Amentas | **FILED**<br><br>**FEB - 3 2010**<br><br>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re<br>The Walking Company, Big Dog USA, Inc., The Walking Company<br>Holdings, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 09-bk-15137,15138, 15139 |
| | DATE:<br>TIME:<br>CTRM:<br>FLOOR: |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT: Rosa Amentas                                    )
### (Action in Non-bankruptcy Forum)

1.  NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2.  **Hearing Location:**    ☐ **255 East Temple Street, Los Angeles**        ☐ **411 West Fourth Street, Santa Ana**

    ☐ **21041 Burbank Boulevard, Woodland Hills**        ☒ **1415 State Street, Santa Barbara**

    ☐ **3420 Twelfth Street, Riverside**

3.  a.  ☒  This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

    b.  ☐  This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

    ☐ at the hearing        ☐ at least _____ court days before the hearing.

    (1) ☐  A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐  A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

    (3) ☐  A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4.  You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____     **F 4001-1M.NA**

| In re                     (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.    Debtor(s). | CASE NO.: 09-bk-15137,15138, 151 |

5.   If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 1/19/10

Law Office of Robert J. Greenbaum
*Print Law Firm Name (if applicable)*

Robert J. Greenbaum, Esq.
*Print Name of Individual Movant or Attorney for Movant*                        *Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                **F 4001-1M.NA**

| In re          (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc. Debtor(s). | CASE NO.: 09-bk-15137,15138, 1518 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (MOVANT:  Rosa Amentas                                              )

1.  **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

    Case name: Ametnas v. The Walking Company
    Docket number: 09-4313 (PGS)
    Court or agency where pending: United States District Court for New Jersey

2.  **Case History:**
    a. ☒ A voluntary ☐ An involuntary   petition under Chapter   ☐ 7  ☒ 11  ☐ 12  ☐ 13
       was filed on *(specify date)*: 12/7/09
    b. ☐ An Order of Conversion to Chapter   ☐ 7  ☐ 11  ☐ 12  ☐ 13
       was entered on *(specify date)*:
    c. ☐ Plan was confirmed on *(specify date)*:
    d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years.  See attached Declarations.
    e. For additional case history, see attached continuation page.

3.  **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
    a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
    b. ☒ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
    c. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
    d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
    e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
    f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
    g. ☐ Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4.  ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5.  **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
    a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
    b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____       **F 4001-1M.NA**

| In re                    (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.    Debtor(s). | CASE NO.: 09-bk-15137,15138, 1518 |

c.  ☐  Other evidence *(specify)*:

6.  ☐  **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order granting the following:**

1.  Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:

    a.  ☒  Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.

    b.  ☐  Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

    c.  ☐  Modifying or conditioning the stay as set forth in the attached continuation page:

2.  Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3.  ☐  Additional provisions requested:

    a.  ☐  That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b.  ☐  That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

    c.  ☐  That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

    d.  ☐  For other relief requested, see attached continuation page.

4.  If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.


Dated: 1/19/10                                           Respectfully submitted,

                                                         Rosa Amentas
                                                         *Movant Name*

                                                         Law Office of Robert J. Greenbaum
                                                         *Firm Name of Attorney for Movant (if applicable)*

                                                         By:
                                                         *Signature*

                                                         Name:   Robert J. Greenbaum
                                                                 *Typed Name of Individual Movant or Attorney for Movant*


---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                          **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____ **F 4001-1M.NA**

| In re                     (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.  Debtor(s). | CASE NO.: 09-bk-15137,15138, 1513... |

## DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM
### (MOVANT: <u>Rosa Amentas</u>                  )

I, <u>Robert J. Greenbaum</u> _____, declare as follows:

*(Print Name of Declarant)*

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

    a.  ☐  I am the Movant.

    b.  ☒  I am the Movant's attorney of record in the Non-bankruptcy Action.

    c.  ☐  I am employed by the Movant as *(state title and capacity)*:

    d.  ☐  Other *(specify)*:

2.  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3.  The Non-bankruptcy Action at issue is currently pending as:

    Case name: Ametnas v. The Walking Company
    Docket number:09-4313 (PGS)
    Court or agency where pending: United States District Court for New Jersey

4.  **Procedural Status:**

    a.  The causes of action pleaded in the non-bankruptcy forum are *(list)*:
        Negligence related to a trip and fall accident

        True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit <u>A</u>_____.

    b.  The Non-bankruptcy Action was filed on *(specify date)*:7/7/09

    c.  Trial or hearing began/is scheduled to begin on *(specify date)*:

    d.  The trial or hearing is estimated to require the following number of court days *(specify)*:

    e.  Other defendants to the Non-bankruptcy Action are *(specify)*:

5.  **Grounds for relief from stay:**

    a.  ☒  The claim is insured. The insurance carrier and policy number are *(specify)*:
        Hartford Insurance Company, Policy Number 72 CES OF1929

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____   **F 4001-1M.NA**

| In re                          (SHORT TITLE) | CHAPTER:  11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc. Debtor(s). | CASE NO.: 09-bk-15137,15138, 1512 |

b.  ☐  The matter can be tried more expeditiously in the non-bankruptcy forum.

   (1)  ☐  It is currently set for trial on:

   (2)  ☐  It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
The basis for this belief is *(specify)*:

   (3)  ☐  The matter involves non-debtor parties who are not subject to suit in the bankruptcy court.  A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c.  ☐  The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

   (1)  ☐  Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).

   (2)  ☐  The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

   (3)  ☐  Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter ☐ 11 ☐ 13   bankruptcy case based upon the following facts *(specify)*:

d.  ☐  For other facts justifying relief from stay, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** 1/19 **,** 2010 **, at** ~~Hackettstown, New Jersey~~ *(city, state)*.

Robert J. Greenbaum

*Print Declarant's Name*

*Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1M.NA**

*Motion for Relief from Stay (Non-bankruptcy Action) - Page 7 of* ____   **F 4001-1M.NA**

| In re                    (SHORT TITLE) | CHAPTER:  11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.  Debtor(s). | CASE NO.: 09-bk-15137,15138, 1513 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Law Office of Robert J. Greenbaum, 1500 Route 517, Suite 214, Hackettstown, New Jersey 07840

A true and correct copy of the foregoing document described as <u>Motion for Relief from Stay to Proceed against</u> _____
<u>Insurance Policy Only</u> _____ will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
 Regular Mail

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>1/19/10</u> _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Honorable Robin L. Riblet, U.S.B.J.; Clerk, United States Bankruptcy Court for the Central District of California; Mette H. Kurth, Esq., Arent Fox, LLP, 555 West Fifth Street, 48th Floor, Los Angelos, CA 90013-1065; Margot Wilensky, Sedgwick, Detert, Moran & Arnold, LLP, 125 Broad Street, 39th Floor, New York, N.Y. 10004-2400.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/10 | Robert J. Greenbaum | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   Morris

County of Residence of First Listed Defendant   California

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Law Office of Robert J. Greenbaum
Robert Greenbaum
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840 (908) 684-4004

Attorneys (If Known)
Sedgwick Detert Moran & Arnold LLP
Scott L. Haworth
125 Broad Street, 38th Fl., NY, NY 10004 (212)422-0202

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                            and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN    (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☐ 1  Original Proceeding | ☒ 2  Removed from State Court | ☐ 3  Remanded from Appellate Court | ☐ 4  Reinstated or Reopened | ☐ 5  Transferred from another district (specify) | ☐ 6  Multidistrict Litigation | ☐ 7  Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332, 1441, and 1446; Removal based on diversity of citizenship.

Brief description of cause:
Plaintiff alleges injury from tripping in defendant's store

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)
(See instructions):

JUDGE

DOCKET NUMBER

Explanation:

DATE
8/18/09

SIGNATURE OF ATTORNEY OF RECORD

LAW OFFICE OF ROBERT J. GREENBAUM
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840
(908) 684-4004
Attorneys for Plaintiff,
Rosa Amentas

|  | : | SUPERIOR COURT OF NEW JERSEY |
|---|---|---|
| ROSA AMENTAS, | : | LAW DIVISION: MORRIS COUNTY |
|  | : | DOCKET NO: |
| Plaintiff, | : | Civil Action |
| v. | : |  |
| THW WALKING COMPANY, | : | **COMPLAINT, JURY DEMAND, CERTIFICATION, DEMAND FOR DISCOVERY** |
|  | : |  |
| Defendant. | : |  |

Plaintiff, Rosa Amentas, by way of Complaint against the defendant, says:

FIRST COUNT

The Plaintiff

1. The plaintiff, Rosa Amentas, resides at 19 McNeile Drive, Parsippany, New Jersey 07054.

The Defendant

2. Defendant, The Walking Company is located at 301 Mt. Hope Road, Rockaway, New Jersey 07866.

The Accident

3. On or about April 22, 2009, the plaintiff, Rosa Amentas was a business invitee on the premises of the defendant when she was caused to trip and fall at the defendant's premises.

4.   The defendant was legally responsible for maintaining the condition of their commercial establishment.

5.   Defendant was negligent in that they:

    a.   Did not keep the premises in a safe condition;

    b.   Did not exercise proper care;

    c.   Caused a dangerous and hazardous condition to exist;

    d.   Failed to provide proper safeguards and/or warning on its property;

    e.   And were otherwise negligent with regard to the property.

6.   As a direct and proximate result of the defendant's negligence as aforesaid, and the fall caused thereby, the plaintiff, Rosa Amentas has been damaged in that she suffered and will continue to suffer bodily injury, great pain and will continue to be restricted in the performance of her bodily functions, has incurred and will continue to incur medical expenses, and has suffered and will continue to suffer from certain physical disabilities.

WHEREFORE, plaintiff, Rosa Amentas demands judgment against the defendant, for:

(a)   Damages;

(b)   Interest;

(c)   Costs of Suit; and

(d)   Such other relief as deemed appropriate by the Court.

## DEMAND FOR DISCOVERY

Plaintiff hereby demands answers to Forms C and C (2) Interrogatories in the time prescribed by the Court Rules.

LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY:
ROBERT J. GREENBAUM

DATED: June 26, 2009

## JURY DEMAND

Plaintiff hereby demands a trial by jury upon all issues so triable by the Court.

LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY:
ROBERT J. GREENBAUM

DATED: June 26, 2009

## CERTIFICATION PURSUANT TO R.4:5-1

The undersigned hereby certifies, upon information and belief, that the matter in controversy is not the subject of any other action pending in any Court or arbitration, there are no other actions or arbitration proceedings contemplated, and there are no other parties who should be joined in this action.

LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY: _____
ROBERT J. GREENBAUM

DATED: June 26, 2009