Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:     213.629.7400
Facsimile:     213.629.7401
E-mail:        kurth.mette@arentfox.com
               kong.andy@arentfox.com
               flahaut.douglas@arentfox.com

Attorneys for Debtors and Debtors in Possession
Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                Debtors.<br><hr>[X]  Affects all Debtors<br><br>[ ]  Applies only to The Walking Company<br><br>[ ]  Applies only to Big Dog USA, Inc.<br><br>[ ]  Applies only to The Walking<br>     Company Holdings, Inc. | Case No.: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR and 9:09-bk-15139-RR]<br><br>Chapter 11<br><br>**MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; DECLARATION OF ANTHONY J. WALL IN SUPPORT THEREOF**<br><br>No Hearing Requested Pursuant to LBR 9013-1(o) |

LA/238507.3

**TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS' SECURED LENDER; THE COMMITTEE OF UNSECURED CREDITORS; ALL OTHER PARTIES IN INTEREST; AND ALL PARTIES ENTITLED TO SPECIAL NOTICE:**

The Walking Company Holdings, Inc., The Walking Company, and Big Dog USA, Inc. (collectively the "Debtors") hereby move the court for an order under Bankruptcy Code section 365(d)(4) extending the time within which the Debtors may assume or reject unexpired leases of non-residential real property.

As further set forth in the annexed Memorandum of Points and Authorities, good cause for an extension under section 365(d)(4) is present because (1) this is a relatively complex case that involves over 200 leases; (2) the leases are the key to the Debtors' restructuring effort and their assumption is addressed by the Debtors' chapter 11 plan filed on February 1, 2010; (3) the Debtors are continuing to pay all post-petition rent as it comes due; (4) continued occupation is unlikely to damage any lessor because the Debtors are paying post-petition rent and currently intend to assume substantially all of their leases under the plan; and (5) the Debtors filed their *Original Joint Chapter 11 Plan* [Doc. No. 223] (the "Plan") less than two months after the commencement of these cases and are diligently moving towards confirmation.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order (1) granting a 90-day extension pursuant to Bankruptcy Code Section 365(d)(4) and extending the time period by which the Debtors must assume or reject their leases of non-residential real property through and including July 5, 2010; (2) granting additional extensions of the assumption/rejection pursuant to the written consent agreements attached hereto at **Exhibit 2**; and (3) permitting the Debtors to obtain additional extensions of the assumption/rejection deadline without further order of this Court by

/ / /

/ / /

filing written consents signed by the Debtors and the affected landlord or landlords setting forth the terms of the further extension; and (4) granting such other and further relief as is necessary and appropriate.

Dated:  March 3, 2010                    **ARENT FOX LLP**


By: */s/ M. Douglas Flahaut*
    M. Douglas Flahaut
    Attorneys for the
    Debtors and Debtors in Possession

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

**A.    General Background**

On December 7, 2009 (the "Petition Date") the Debtors filed voluntary petitions for relief under the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors and debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The above-captioned chapter 11 cases are being jointly administered for procedural purposes.

On the Petition Date, the Debtors were parties to approximately 210 unexpired leases of nonresidential real property. On February 1, 2010, the Debtors filed their Plan along with their *Disclosure Statement for Debtors' Original Joint Chapter 11 Plan (Dated February 1, 2010)* [Doc. No. 224] (the "Disclosure Statement"). The Plan calls for the assumption of substantially all of the Debtors' unexpired leases of non-residential real property. The leases that the Debtors intend to assume pursuant to the Plan are more particularly described in **Exhibit 1** to this Motion and include the Debtors' retail stores as well as their distribution center and corporate headquarters.

A hearing on the adequacy of the Debtors' Disclosure Statement has been set for March 12, 2010. A confirmation hearing has not yet been set, but the Debtors have requested a confirmation hearing on April 6, 2010, or such later date as is convenient to this Court. The current deadline for the Debtors to assume or reject unexpired leases of nonresidential real property pursuant to Section 365(d) of the Bankruptcy Code is also April 6, 2010 (the "Assumption/Rejection Deadline"). Because it appears likely the April 6, 2010 Assumption/Rejection Deadline will expire prior to the effective date of the Plan (the "Effective Date"), the Debtors seek to extend the Assumption/Rejection Deadline to ensure that the leases will not be rejected by operation of law to the detriment of the Debtors' estates and contrary to the provisions of the pending Plan and the Debtors' agreements with their landlords.

4

The Debtors have also received written consents from several landlords for an additional extension of the Assumption/Rejection Deadline beyond the 90 day extension permitted under section Bankruptcy Code Section 365(d)(4)(B)(i). True and correct copies of these written consents are attached to this Motion as **Exhibit 2.** The Debtors have requested similar written consents from their remaining landlords and they have received assurances that many additional consents are forthcoming.

## II.

## ARGUMENT

### A.    Good Cause Exists to Grant an Extension of the Assumption/Rejection Deadline

Extensions of the deadline to assume or reject unexpired leases of non-residential real property are governed by Bankruptcy Code section 365(d)(4)(A)-(B), which provides that:

> (A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of – (i) the date that is 120 days after the order for relief; or (ii) the date of the entry of an order confirming a plan.

> (B)(i) The Court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.[1]

Thus, the Court may, for cause, order an extension of the Assumption/Rejection Deadline.[2]

Courts have recognized the benefits to granting additional time under Section 365(d)(4) of the Bankruptcy Code.[3] Although the term "cause" as used in Section

---

[1]    11 U.S.C. § 365(d)(4)(A) – (B).

[2]    See id.

[3]    *See In re Channel Home Ctrs., Inc.,* 989 F.2d 682, 689 (3d Cir. 1993) ("[N]othing prevents a bankruptcy court from granting an extension because a particular debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."); *see*

365(d)(4) is not defined in the Bankruptcy Code, in determining whether cause exists for an extension of the assumption or rejection time period under Bankruptcy Code Section 365(d)(4), courts have relied on several factors, including the following:

    (a)    whether the case is complex and involves a large number of leases;

    (b)    whether the leases are primary among the debtor's assets;

    (c)    whether the lessor continues to receive postpetition rental payments;

    (d)    whether the continued occupation could damage the lessor and such lessor could not receive compensation under the Bankruptcy Code; and

    (e)    whether the debtor has been afforded enough time to develop a plan.[4]

Here most if not all the factors set forth above are present. First, this is a relatively complex case that involves over 200 leases. Second, the leases are the key to the Debtors' restructuring efforts and their assumption is addressed by the Plan filed on February 1, 2010. Third, the Debtors are continuing to pay all post-petition rent as it comes due. Fourth, continued occupation is unlikely to damage any lessor since the Debtors are paying post-petition rent and currently intend to assume substantially all of their leases under the Plan. Fifth, the Debtors have developed a plan and filed their Plan less than two months after commencing these chapter 11 cases. In short, without an extension, the Assumption/Rejection Deadline will expire prior to the Effective Date, in which case the leases would expire by operation of law under Section 365(d)(4) to the detriment of the Debtors' estates and contrary to the intention of the Plan. With an extension, the Debtors will be able to preserve the value of the leases as provided under the Plan.

---

also *In re Circle K Corp.*, 127 F.3d 904, 909 (9th Cir. 1997) (noting that bankruptcy courts often grant a debtor's request for an extension).

[4] *See In re Burger Boys, Inc.*, 94 F.3d 755, 761 (2d Cir. 1996); *In re Wedtech Corp.*, 72 B.R. 464, 471-72 (Bankr. S.D.N.Y. 1987); *see also Channel Home Ctrs.*, 989 F.2d 682, 689 (3d Cir. 1993) ("[I]t is permissible for a bankruptcy court to consider a particular debtor's need for more time in order to analyze leases in light of the plan it is formulating.") (citing *Wedtech*, 72 B.R. at 471-72.); *see generally In re Pier 5 Management Co., Inc.*, 83 B.R. 392, 394 (Bankr. E.D. Va. 1988) (finding that cause existed to grant extension when party objecting to the extension hindered debtor's ability to decide whether to assume or reject lease).

**B.**     <u>**Additional Extensions of the Assumption/Rejection Deadline are Permissible**</u>

      <u>**Upon Written Consent of the Affected Landlords**</u>

Section 365(d)(4)(B)(ii) of the Bankruptcy Code specifically authorizes the Court to grant additional extensions of the Assumption/Rejection Deadline beyond 90 days so long as the Debtors obtain the written consent of the affected landlord or landlords.

As set forth in **Exhibit 2**, the Debtors have obtained many written consents to additional extensions of the Assumption/Rejection Deadline. Therefore the Court can grant the additional extensions of time that the parties have agreed upon as set forth in **Exhibit 2.**

Finally, since **Exhibit 2** does not represent all the written consents the Debtors anticipate receiving, the Debtors request that the Court's order provide for additional extensions of the Assumption/Rejection Deadline without further order of this Court upon the filing of the written consent with the Court and service of same on (1) the affected landlord; (2) the Office of the United States Trustee; (3) Counsel for the Debtors' secured lender; (4) counsel for the official committee of unsecured creditors; and (5) all parties requesting special notice pursuant to Federal Rule of Bankruptcy Procedure 2002. The Debtors propose that such additional extension of the Assumption/Rejection Deadline shall become effective five (5) days after the filing of the written consent if no objection thereto is filed within that time period.

**C.**     <u>**Sufficient Notice of this Motion Has Been Given**</u>

Debtors have provided notice of this Motion via first class mail to parties entitled to receive notice pursuant to the Court's December 16, 2009 *Order Granting Emergency Motion for Order Establishing Notice Procedures* [Doc. No. 65] as well as all landlords affected by the relief sought herein. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

# III.

## CONCLUSION

**WHEREFORE**, for all the grounds set forth above in the Motion and Memorandum of Points and Authorities above, the Declaration of Anthony J. Wall attached hereto, the record in these cases, including the pleadings and documents filed on behalf of the parties, the arguments and representations of counsel, and any oral or documentary evidence presented at or prior to the time of the hearing on the Motion, if any, the Debtors respectfully request that the Court enter an order (1) granting a 90-day extension pursuant to Bankruptcy Code Section 365(d)(4) and extending the time period by which the Debtors must assume or reject their leases of non-residential real property through and including July 5, 2010; (2) granting additional extensions of the assumption/rejection pursuant to the written consent agreements attached hereto at **Exhibit 2**; and (3) permitting the Debtors to obtain additional extensions of the assumption/rejection deadline without further order of this Court by filing written consents signed by the Debtors and the affected landlord or landlords setting forth the terms of the further extension; and (4) granting such other and further relief as is necessary and appropriate.

**DATED** this 3rd day of March, 2010

> /s/ *M. Douglas Flahaut*
> M. DOUGLAS FLAHAUT
> ARENT FOX LLP
> Attorneys for the Debtors and Debtors in Possession

8

# DECLARATION OF ANTHONY J. WALL

I, Anthony J. Wall, declare as follows:

1.       I am over 18 years of age.  If called as a witness, I could and would competently testify with respect to the matters set forth in this declaration from my own personal knowledge or from knowledge gathered from others within the debtors' organization, my review of relevant documents, or my opinion based upon my experience concerning the debtors' operations.

2.       I am the Executive Vice President and General Counsel of The Walking Company Holdings, Inc., f/k/a Big Dog Holdings, Inc., a Delaware corporation ("Holdings"), and its two wholly owned subsidiaries, The Walking Company, a Delaware corporation ("TWC"), and Big Dog USA, Inc. ("Big Dog," and collectively with Holdings and TWC, the "Company" or "Debtors").  I am the Senior Vice President of Special Projects for the Debtors.  Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (albeit my own or that gathered from others within the Debtors' organization), my review of relevant documents, or my opinion based upon my experience concerning the operations of the Debtors.  If called upon to testify, I would testify to the facts set forth in this Declaration.

3.       The Debtors are parties to certain unexpired leases of nonresidential real property.  The Debtors are seeking an extension of the time within which the Debtors must assume or reject unexpired leases of nonresidential real property listed on **Exhibit 1** (the "Leases").  The Leases include the Debtors' corporate headquarters, the Debtors' distribution center and the Debtors retail store locations.

4.       A hearing on the adequacy of the Debtors' Disclosure Statement is scheduled for March 12, 2010 and the Debtors have requested a confirmation hearing date of April 6, 2010.  The deadline to assume or reject the Leases absent an extension is April 6, 2010 (the "Deadline").  The Leases consist of those leases of nonresidential real property that the Debtors intend to assume pursuant to the Debtors' *Original Joint Chapter 11 Plan (Dated February 1, 2010)* [Document No. 223] (the "Plan").  The Leases

1    to be assumed pursuant to the Plan are being assumed as of the effective date of the Plan

2    (the "Effective Date") and, as a result, the Debtors do not want to be forced to assume the

3    Leases prior to the Effective Date.

4          5.    Without an extension, it is likely that the current Deadline will expire prior

5    to the Effective Date, in which case the Leases would expire by operation of law under

6    section 365(d)(4) to the detriment of the Debtors' estates and contrary to the intention of

7    the Plan.  With an extension, however, the Debtors will be able to preserve the value of

8    the Leases as provided under the Plan.

9          6.    The Debtors are current on all of their postpetition rent obligations arising

10   from and after the Petition Date for those Leases set forth in **Exhibit 1.**

11         7.    Debtors have discussed assumption/rejection issues with certain landlords

12   and have entered into a number of written agreements to extend the Debtors' Deadline

13   beyond the 90 day extension permitted under section 365(d)(4)(B)(i).  True and correct

14   copies of these written agreements are attached hereto as **Exhibit 2.**

15         I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing

16   is true and correct to the best of my knowledge, information, and belief.

17

18   Executed this 3rd day of March, 2010, at Santa Barbara, California.

19

20

21                                        Anthony J. Wall

22

23

24

25

26

27

28

                                10

# EXHIBIT 1

000011

| Exhibit 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Non-Residential Leases of Real Property Anticipated to be Assumed under the Plan** | | | | | | | |
| | | | | | | | |
| | | | | | | **Lease Start** | |
| **Store #** | **Location** | **City** | **Tenant** | **Landlord** | **Address** | **Date** | **Lease Term Date** |
| 103 | 1815 Hawthorne Blvd., Ste:158 | Redondo Beach | The Walking Company | South Bay Center SPE LLC, Forrest City Enterprises | 700 Terminal Tower, Cleveland, OH 44113 | 08/23/07 | 05/31/19 |
| 104 | 3333 Bear St., Space #107 | Costa Mesa | The Walking Company | South Coast Plaza, Management Office | 3333 Bristol at San Diego Fwy, Costa Mesa, CA  92626 | 02/01/05 | 01/31/15 |
| 109 | 1036 Bellevue Square | Bellevue | The Walking Company | Bellevue Square LLC | 575 Bellevue Square, Bellevue, WA 98004 | 03/01/09 | 02/28/19 |
| 110 | 1155 Broadway Plaza. | Walnut Creek | The Walking Company | Macerich Northwestern Associates, Macerich Company | 1275 Broadway Plaza, Walnut Creek, CA  94596 | 03/02/04 | 06/30/14 |
| 111 | 108 South Avenue | Bloomington | The Walking Company | MOAC Mall Holdings LLC | 60 East Broadway, Bloomington, MN 55425-5550 | 03/02/04 | 01/31/14 |
| 112 | 400 South Baldwin Ave., K-3 | Arcadia | The Walking Company | Santa Anita Shopping Town LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA  90025 | 07/01/07 | 06/01/17 |
| 115 | 700 SW 5th Ave, Suite 4065 | Portland | The Walking Company | Pioneer Place LP, c/o GGP, Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 03/02/04 | 01/31/10 |
| 118 | 1432 Stoneridge Mall, # 218 | Pleasanton | The Walking Company | Stoneridge Properties LLC, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN  46204-3438 | 02/01/09 | 01/31/19 |
| 121 | 3000 East First Avenue, Suite 153 | Denver | The Walking Company | Taubman Cherry Creek Shopping Ctr LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI  48303-0200 | 02/01/08 | 01/31/15 |
| 122 | 1200 Morris Turnpike, Space #299 | Short Hills | The Walking Company | Short Hills Assoc LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI  48303-0200 | 02/01/09 | 01/31/18 |
| 124 | Woodfield Mall, K-111 | Schaumburg | The Walking Company | Woodfield Mall LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI  48303-0200 | 02/01/05 | 01/31/13 |
| 126 | 12000 SE 82nd Ave., Ste: 2077 | Portland | The Walking Company | Claskamas Associates LP, c/o Jones Lang Wootton | 101 East 52nd Street, New York, NY 10022 | 08/01/07 | 07/31/16 |
| 127 | 2800 W. Big Beaver Rd/1st Flr, Sp P-131 | Troy | The Walking Company | Somerset Collection LP | 100 Galleria Officentre, #247, Southfield, MI  48037-0667 | 01/01/06 | 06/30/17 |
| 129 | 1428 4th Ave. First Level, #1069 | Seattle | The Walking Company | Mayfield Management Company | 516 SE Morrison, Suite 910, Portland, OR  97214 | 01/01/10 | 01/31/12 |
| 131 | 3101 PGA Blvd., Space B-129 | Palm Beach | The Walking Company | Forbes/Cohen FL Prop LP | 100 Galleria Officentre, #247, Southfield, MI  48037-0667 | 01/01/07 | 12/31/16 |
| 133 | 250 Granite Street , Space 2048A | Braintree | The Walking Company | Braintree Property Assoc LP, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN  46204 | 07/01/06 | 12/31/16 |
| 134 | Roosevelt Field Mall, Space #1082 | Garden City | The Walking Company | The Retail Property Trust, Simon Property Group | 225 W. Washington Street, Indianapolis, IN  46204 | 04/01/07 | 03/31/17 |

000012

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | 75 Middlesex Turnpike | Burlington | The Walking Company | Bellwether Properties of MA LP, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 07/01/06 | 12/31/16 |
| 136 | 700 Haywood Rd., Box No. 304 | Greenville | The Walking Company | Bell Wether Properties of South Carolina Limited Partnership, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 05/01/07 | 04/30/17 |
| 137 | 27252 Novi Rd. | Novi | The Walking Company | Twelve Oaks Mall LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI 48303-0200 | 03/02/04 | 01/31/11 |
| 139 | 8702 Keystone Crossing | Indianapolis | The Walking Company | SDG Fashion Mall LP, c/o Simon Properties | 225 W. Washington Street, Indianapolis, IN 46204 | 05/01/05 | 01/31/16 |
| 140 | 5043 Tuttle Crossing Blvd., #164 | Dublin | The Walking Company | Tuttle Crossing Assoc II LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 03/02/04 | 01/31/11 |
| 142 | 2000 Route 38, Suite 1775 | Cherry Hill | The Walking Company | CHERRY HILL CENTER, LLC, New Castle Associates | 200 South Broad Street, The Belview Third Floor, Philadelphia, PA 19102 | 07/01/09 | 06/30/19 |
| 143 | 845 N. Michigan Ave., Sp 716, 7th Flr | Chicago | The Walking Company | Water Tower LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 09/01/07 | 01/04/17 |
| 144 | 1100 S. Hayes St., Box #1094 | Arlington | The Walking Company | Fashion Centre Associates LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46207 | 02/01/08 | 01/31/18 |
| 145 | 401 NE Northgate Way, Space 564 | Seattle | The Walking Company | Northgate Mall Partnership, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 11/01/07 | 10/31/17 |
| 147 | 14006 Riverside Dr., Suite 70 | Sherman Oaks | The Walking Company | Sherman Oaks Fashion Associates LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90074-6991 | 10/01/07 | 01/31/18 |
| 149 | 412 Christiana Mall Rd., #408 | Newark | The Walking Company | CHRISTIANA MALL LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 03/01/08 | 02/28/18 |
| 150 | 7875 Montgomery Rd., Unit 317 | Cincinnati | The Walking Company | Kenwood Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 03/14/08 | 02/28/18 |
| 151 | 7007 Friars Rd., #760 | San Diego | The Walking Company | Fashion Valley Mall LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 90074-3271 | 07/31/08 | 07/31/18 |
| 152 | 2155 Glendale Galleria | Glendale | The Walking Company | Glendale I Mall Assoc LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 09/01/08 | 08/31/18 |
| 155 | 5015 Westheimer | Houston | The Walking Company | HG Galleria I,II,III LP, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 07/01/08 | 06/30/18 |
| 156 | #1 Poydras St., Space 58 | New Orleans | The Walking Company | New Orleans Riverwalk Assoc, General Growth Properties Inc. | 10275 Little Patuxent Parkway, Columbia, MD 21044 | 01/08/09 | 01/07/10 |
| 161 | 2500 Moreland Rd., Suite 1081 | Willow Grove | The Walking Company | WG Park, L.P., c/o Preit Services LLC | 200 South Broad Street, The Belview Third Floor, Philadelphia, PA 19102 | 02/01/09 | 01/31/19 |
| 166 | 7 Backus Ave., Space B105 | Danbury | The Walking Company | Danbury Mall Assoc LP | 401 Wilshire Blvd., Suite 700, P.O. Box 2172 , Santa Monica, CA 90401 | 02/01/09 | 01/31/11 |
| 167 | 4400 Ashford Dunwoody Rd. | Atlanta | The Walking Company | Perimeter Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 04/01/09 | 03/31/11 |
| 168 | 3501 So. Tamiami Trail, #122 | Sarasota | The Walking Company | Southgate Plaza LLC, c/o Westfield Corporation, Inc | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | 02/01/09 | 01/31/10 |

| 169 | 3101 M Street | Washington | The Walking Company | Bohn & Kouretas, PLC | 2009 N. 14th St, #400, Arlington, VA 22216 | 09/01/09 | 08/31/14 |
|---|---|---|---|---|---|---|---|
| 172 | 8888 SW 136th St., Space 432 | Miami | The Walking Company | Falls Shopping Center Assoc LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 02/01/07 | 01/31/17 |
| 173 | 10300 Little Patuxent Pkwy, Sp 1830 | Columbia | The Walking Company | Columbia Mall, SPE, LLC, Columbia Regional Office | 10275 Little Patuxent Parkway, Columbia, MD 21044-3456 | 03/02/04 | 01/31/12 |
| 174 | 832 The Shops at Mission Viejo | Mission Viejo | The Walking Company | Mission Viejo Associates LP, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 03/02/04 | 01/31/12 |
| 177 | 21100 Dulles Town Center, Ste. 174 | Sterling | The Walking Company | Dulles Town Ctr Mall LLC, Lerner Corporation | 2000 Tower Oaks Blvd., 8th Floor, Rockville, MD 20852-4208 | 03/02/04 | 01/31/12 |
| 178 | 808 W. Main St., Suite 103 | Spokane | The Walking Company | RPS II, L.L.C. | PO Box 2160, Spokane, WA 99210-1615 | 03/02/04 | 01/31/11 |
| 180 | 19575 Biscayne Blvd., #599 | Aventura | The Walking Company | Aventura Mall Venture, M.S. Management Associates Inc | 115 West Washington Street, Indianapolis, IN 46204 | 07/01/08 | 06/30/17 |
| 182 | 4525 La Jolla Village Dr., #D-15 | San Diego | The Walking Company | UTC Venture LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025-1748 | 03/02/04 | 01/31/11 |
| 184 | 7101 Democracy Blvd., #1276 | Bethesda | The Walking Company | Montgomery Mall LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025-1748 | 03/02/04 | 01/31/12 |
| 186 | 400 Barrett Parkway, Space #156A | Kennesaw | The Walking Company | Town Center At Cobb, LLC, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 04/03/09 | 03/31/19 |
| 190 | 210 Andover Street, Sp x209 | Peabody | The Walking Company | Mall at North Shore LLC, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 11/02/08 | 01/31/19 |
| 193 | 1689 Arden Way, Space 1034 | Sacramento | The Walking Company | Arden Fair Associates LP | 1689 Arden Fair Way, Suite 1167, Sacramento, CA 95818 | 03/02/04 | 01/31/11 |
| 194 | 3750 Wailea Alanui, Space B-43 | Wailea Kihei | The Walking Company | The Shops at Wailea LP, c/o Wailea Retail Assocoates | 810 Richards Street, #900, Honolulu, HI 96813 | 03/02/04 | 01/31/11 |
| 206 | 4200 Conroy Rd.,  Space 227 | Orlando | The Walking Company | Forbes Taubman Orlando LLC | 100 Galleria Officentre, #427, Southfield, MI 48037-0667 | 03/02/04 | 12/31/12 |
| 207 | 5959 Triangle Town Blvd, FU2069 | Raleigh | The Walking Company | Triangle Town Center, LLC, c/o CBL & Associates MGMT | 5959 Triangle Town Blvd, #2072, Raleigh, NC 27616 | 03/02/04 | 01/31/13 |
| 208 | 250 Hillsdale Shopping Center | San Mateo | The Walking Company | Bohannon Development Co. | Sixty 31st Street, San Mateo, CA 94403-3947 | 03/02/04 | 01/31/13 |
| 209 | 3200 N. Sepulveda Blvd., C-12 | Manhattan Bch | The Walking Company | RREEF America REITII Corp BBB, Preef Asset Manager | 3340 Peachtree Road NE, 2nd Floor, Atlanta, GA 30326 | 06/01/07 | 05/31/11 |
| 210 | 1245 Worcester St., #1162 | Natick | The Walking Company | GGP Natick LP, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 03/02/04 | 01/31/14 |
| 211 | 2800 N. Main St., Suite 446 | Santa Ana | The Walking Company | Mainplace Shoppingtown LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025-1748 | 03/02/04 | 01/31/11 |
| 212 | 1816 Redwood Hwy. | Corte Madera | The Walking Company | Village at Corte Madera, Management Office | 1554 Redwood Highway, Corte Madera, CA 94925 | 03/02/04 | 01/31/11 |
| 215 | 355 Sun Valley Mall, C | Concord | The Walking Company | Sun Valley Shopping Ctr LLC, The Taubman Company | 200 East Long Lake Road, Bloomfield, MI 48303-0200 | 03/02/04 | 01/31/12 |
| 216 | 9200 Stony Point Parkway124 | Richmond | The Walking Company | Stony Point Associates LLC, The Taubman Company | 200 E. Long Lake Rd., #300, PO Box 200, Bloomfield Hills, MI 48303 | 10/01/05 | 02/28/13 |

| 217 | 300 Monticello Ave., #271 | Norfolk | The Walking Company | Macarthur Shopping Ctr LLC, The Taubman Company | 200 E. Long Lake Rad., #300, PO Box 200, Bloomfield Hills, MI 48267-0405 | 03/02/04 | 02/28/13 |
|---|---|---|---|---|---|---|---|
| 218 | 3195 28th St., Space D-112 | Kentwood | The Walking Company | Woodland, Preit ServicesLLC | 200 South Broad Street, PO Box 200, Philadelphia, PA 19102 | 03/02/04 | 01/31/11 |
| 219 | 451 Westfarms Mall | Farmington | The Walking Company | West Farms Mall LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Detroit, MI 48267-0555 | 03/02/04 | 01/31/11 |
| 220 | 10300 W. Forest Hill Blvd., #229 | Wellington | The Walking Company | TJ Palm Beach Associates LP | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI 48303-0200 | 02/01/09 | 01/31/10 |
| 221 | 3000 184th Street SW, #904 | Lynnwood | The Walking Company | Alderwood Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 12/01/04 | 12/31/14 |
| 222 | 1820 Palisades Center Dr., #C107A | West Nyack | The Walking Company | EklecCo NewCo LLC, Pyramid Management Group. Inc | 4 Clinton Square, Syracuse, NY 13202-1078 | 06/20/05 | 01/06/15 |
| 223 | 2223 NW Shore Blvd., #258 | Tampa | The Walking Company | Tampa Westshore Associates Limited Partnership, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI 48303-0200 | 05/21/05 | 01/31/15 |
| 224 | 6801 Northlake Mall Dr., #242 | Charlotte | The Walking Company | TRG Charlotte LLC, The Taubman Company | 200 East Long Lake Rd., #300, PO Box 200, Bloomfield Hills, MI 48303-0200 | 02/01/09 | 01/31/10 |
| 225 | 4400 Sharon Road, #B09 | Charlotte | The Walking Company | Southpark Mall Limited Partnership, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 05/21/05 | 01/31/16 |
| 226 | 690 West Dekalb Pike, #1067 | King of Prussia | The Walking Company | King of Prussia Associates, Kravco/Simon | PO Box 1528, King of Prussia, PA 19406 | 03/24/06 | 03/31/16 |
| 227 | 100 Huntington Ave., SP. KOO2A | Boston | The Walking Company | Copley Place Associates LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 09/01/09 | 08/31/14 |
| 228 | 2855 Stevens Creek Blvd., Ste 1361 | Santa Clara | The Walking Company | VF Mall LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Loa angeles, CA 90025 | 08/01/05 | 01/31/16 |
| 229 | 825 Dunlaney Valley Rd., #4017 | Towson | The Walking Company | Towson TC LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 10/01/05 | 09/30/15 |
| 230 | 2426 Saint louis Galleria | St. Louis | The Walking Company | Saint Louis Galleria LLC, c/o GGP | 110 North Wacker Drive, Chicago, IL 60606 | 08/30/05 | 10/15/15 |
| 231 | 49 W. Maryland St., #D02B | Indianapolis | The Walking Company | Circle Center Mall LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 11/05/05 | 01/31/16 |
| 232 | 26300 Cedar Rd., #1295 | Beachwood | The Walking Company | Beachwood Place Ltd Pshp, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 10/01/05 | 01/31/15 |
| 233 | 1120 Northbrook Court, #1120 | Northbrook | The Walking Company | Westcoast Estates GP, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 11/01/05 | 09/30/15 |
| 234 | 2510 E. Sunrise Blvd., #2151 | Ft Lauderdale | The Walking Company | Keystone Florida Property Holding Corp, Kravco/Simon | PO Box 1528, King of Prussia, PA 19406 | 12/12/05 | 02/29/16 |
| 235 | 413 Oakbrook Center | Oak Brook | The Walking Company | Oakbrook Shopping Ctr LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 12/01/05 | 11/30/16 |
| 236 | 9354 SW Washington Square | Tigard | The Walking Company | PPR Washington Square LLC | 9585 South West Washington Square Raod, Tigard, OR 97223 | 03/24/06 | 01/31/16 |
| 237 | One Atlantic Ocean, Suite 1234 | Atlantic City | The Walking Company | Atlantic Pier Associates LLC, Caesars Atlantic City | 2100 Pacific Ave, Atlantic City, NJ 08401 | 10/06/06 | 12/31/16 |

| 238 | 7900 Shelbyville Road, B8 | Louisville | The Walking Company | HOCKER OXMOOR, LLC, OXMOOR CENTER MALL | 110 North Wacker Drive, Chicago, IL 60606 | 03/24/06 | 10/31/15 |
|---|---|---|---|---|---|---|---|
| 239 | 5065 Main Street, #2124 | Trumbull | The Walking Company | Trumbull Shopping Center #2 LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 03/24/06 | 06/30/16 |
| 240 | 100 Greyrock Place, Space #D225 | Stamford | The Walking Company | Rich-Taubman Associates, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI 48303- | 04/14/06 | 04/30/16 |
| 241 | 10300 Southside Blvd., #1224A | Jacksonville | The Walking Company | Jacksonville Avenues LP, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 09/09/06 | 09/30/16 |
| 242 | 7014 E. Camelback Rd, Sp 1008 | Scottsdale | The Walking Company | Scottsdale Fashion Square Partnership | 7014-590 East Camelback Road, Scottsdale, AZ 85251 | 05/26/06 | 04/30/16 |
| 243 | 7600 Kingston Pike, # 1022 | Knoxville | The Walking Company | West Town Mall Joint Venture, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 08/25/06 | 08/31/16 |
| 244 | 1 Garden State Plaza, #1064 | Paramus | The Walking Company | Westland Garden State Plaza Limited Partnership, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90074-6816 | 08/01/06 | 06/30/16 |
| 245 | 3710 Route 9 , Space #D110 | Freehold | The Walking Company | Freemall Associates, LLC | 3710 Route 9, Suite 1000, Freehold, NJ 07728 | 09/01/06 | 08/31/16 |
| 246 | 13350 Dallas Parkway,  Suite #2795 | Dallas | The Walking Company | Galleria Mall INvestors LP, c/o General Growth Properties | 1000 Parkwood Circle, #400, Atlanta, GA 30339 | 10/13/06 | 10/31/16 |
| 247 | 6600 Topanga Canyon Blvd., #1026 | Woodland Hills | The Walking Company | Westfield Topanga Owner LP | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | 10/06/06 | 01/31/17 |
| 248 | 301 S. Hills Village, Space #1300 | Pittsburgh | The Walking Company | South Hills Village Associates, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 09/01/06 | 01/31/17 |
| 249 | 1 Crossgate Mall Rd., Space B208 | Albany, NY | The Walking Company | Crossgates Mall Company NewCo LLC, Pyramid Management Group. Inc | 4 Clinton Square, Syracuse, NY 13202-1078 | 11/10/06 | 11/30/16 |
| 250 | 99 Rockingham Park Blvd., #E139 | Salem | The Walking Company | Rocksal Mall LLC, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 08/10/06 | 08/31/16 |
| 251 | 865 Market St., Space 302 | San Francisco | The Walking Company | SF Shopping Centre Assoc LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 03/23/07 | 01/31/17 |
| 252 | 3111 West Chandler Blvd., #1062 | Chandler | The Walking Company | TWC Chandler LLC | 3111 West Chandler Boulevard, Suite 2142, Chandler, AZ 85226 | 10/31/06 | 12/31/16 |
| 253 | 1450 Ala Moana Blvd., #3206 | Honolulu | The Walking Company | GGP Ala Moana LLC | 110 North Wacker Drive, Chicago, IL 60606 | 07/02/06 | 01/31/15 |
| 254 | 1855 29th Street, Space #1160 | Boulder | The Walking Company | Macerich Twenty Ninth Street LLC | 1710 29th Street, #2048, Boulder, CO 80301 | 10/12/06 | 12/31/16 |
| 255 | 59 St. James Place | Ardmore | The Walking Company | Amerishop Suburban, LP, c/o Kimco Realty Corp | 170 W.Ridgely Rd., Ste. 210, Lutherville, MD 21093 | 11/29/06 | 11/30/16 |
| 256 | 2300 East Lincoln Highway, #1084A | Langhorne | The Walking Company | Lincoln Plaza Associates, c/o Kravco Simon | PO Box 1528, King of Prussia, PA 19406 | 12/15/06 | 12/31/16 |
| 257 | 46 Nassau Street | Princeton | The Walking Company | Palmer Square LP | 40 Nassau Street, 1st Floor, Princeton, NJ 08542 | 12/23/06 | 01/03/17 |
| 258 | 5350 E. Broadway Blvd., #150 | Tucson | The Walking Company | Plaza at Williams Center LLC | 6298 E. Grant Rd., #100, Tucson, AZ 85712 | 04/01/09 | 03/31/13 |

| 259 | 2201 Kalakaua Ave., St.213 | Honolulu | The Walking Company | Kamehameha Schools | P.O. Box 3466, Honolulu, HI 96801 | 06/06/04 | 06/30/17 |
| 260 | 926 Brandon Town Center, #926 | Brandon | The Walking Company | Brandon Shopping Centers Partners, LTD , Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 03/01/07 | 06/30/17 |
| 261 | 2126 Abbot Martin Rd. | Nashville | The Walking Company | Davis Street Land Co of TN LLC, The Mall at Green Hills | 2126 Abbott Martin Road, Nashville, TN 37215 | 06/22/07 | 06/30/17 |
| 262 | 3000 Riverchase Galleria, Space 276 | Hoover | The Walking Company | Hover Mall Ltd LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 05/18/07 | 04/30/17 |
| 263 | One Walden Galleria, Space #TH145 | Buffalo | The Walking Company | Pyramid Walden Company LP, Pyramid Management Group. inc | 4 Clinton Square, Syracuse, NY 13202-1078 | 11/15/07 | 11/14/17 |
| 264 | 6659 Las Vegas Blvd., South, Sp#B105 | Las Vegas | The Walking Company | Turnberry/Centra Sub LLC, c/o Turnberry Associates | 19501 Biscayne Blvd.#400, Aventura , FL 33180 | 11/14/07 | 11/30/17 |
| 265 | 1000Ross Park Mall Drive, Ste.J10 | Pittsburg | The Walking Company | Penn-Ross Joint Venture, c/o M.S. Management Associates | 225 W. Washington Street, Indianapolis, IN 46204 | 05/04/07 | 12/31/17 |
| 266 | 364 Maine Mall Rd., Ste. N 167 | S. Portland | The Walking Company | GGP-Maine Mall LP | 110 North Wacker Drive, Chicago, IL 60606 | 05/01/07 | 04/30/17 |
| 267 | 639 E. Boughton Rd., Ste. 145 | Bolingbrook | The Walking Company | Forest City Janes Park LLC, Terminal Tower | 50 Public Square, #1360, Cleveland, OH 44113-2267 | 04/26/07 | 04/30/17 |
| 268 | 7979 Pittsford-Victor Rd., Sp 149A | Victor | The Walking Company | Eastview Mall LLC, Wilmorite Management Group | 1265 Scottsville Rd., Rochester, NY 14624 | 05/27/07 | 05/26/17 |
| 269 | 310 Daniel Webster Highway, SpW227 | Nashua | The Walking Company | Pheasant Lane Realty Trust, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 04/11/07 | 04/10/17 |
| 270 | 711 Paseo Nuevo, Ste. 711 | Santa Barbara | The Walking Company | I & G Direct Real Estate 3, LP, c/o JP Morgan Invest Mngmt | 245 Park Ave 2nd Fl, New York, NY 10167 | 05/25/07 | 05/31/17 |
| 271 | 2435 Kaanapali Parkway, Space I-2 | Lahaina | The Walking Company | WV Sub LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 07/29/07 | 01/31/17 |
| 272 | 66 West Towne Mall, C-12 | Madison | The Walking Company | Madison / West Towne LLC, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421-6000 | 05/18/07 | 05/31/17 |
| 273 | 2500 N. Mayfair Road, Sp.340 | Milwaukee | The Walking Company | Mayfair Property LLC | 110 North Wacker Drive, Chicago, IL 60606 | 05/05/07 | 04/30/17 |
| 274 | 275 West Ka'ahumanu Ave., Ste. 1200 | Kahalui | The Walking Company | QKC Maui Owner, LLC a Delaware Limited Liability Company, Re: Queen Ka'ahumana Center c/o Somera Capital Management LLC | 5383 Hollister Avenue Suite 240, Santa Barbara, CA 93111 | 06/15/07 | 01/31/17 |
| 275 | 350 Hillcrest Rd., Space #E217 | Thousand Oaks | The Walking Company | Macerich Oaks LLC, Management Office | 350 West Hillcrest Drive, Thousand Oaks, CA 91360 | 11/14/08 | 01/31/19 |
| 276 | 1420 North Parham rd., Space H214 | Richmond | The Walking Company | Taubman Regency Square Assoc LLC, The Taubman Company | 200 East Long Lake Road, PO Box 200, Bloomfield Hills, MI 48303-0200 | 08/31/07 | 01/31/17 |
| 277 | 2325 Annapolis Mall | Annapolis | The Walking Company | Annapolis Mall Ltd Pshp, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 11/01/07 | 01/31/18 |
| 278 | 301 Mt. Hope Ave., Space #1066 | Rockaway | The Walking Company | Rockaway Center Associates, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 11/21/07 | 11/30/17 |
| 279 | 3450 Wrightboro Rd., Space #A220 | Augusta | The Walking Company | AUGUSTA MALL LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 11/08/07 | 10/31/17 |

| 280 | 1500 South Willow St., Space N145 | Manchester | The Walking Company | MNH Mall LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 08/31/07 | 08/31/17 |
|---|---|---|---|---|---|---|---|
| 282 | 4001 Arlington Highlands Blvd,Ste 115 Arlington, TX 76018 | Arlington | The Walking Company | Connected Management Services | 2525 Mckinnon , suite 700, Dallas, TX 75201 | 2/1/2010 | 1/31/2012 |
| 283 | 500 SouthPark Center, Space : HL50 | Strongsville | The Walking Company | Southpark Mall LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 10/26/07 | 01/31/18 |
| 284 | 4141 Waller Creek, Ste: #160 | Highland Village | The Walking Company | Regency Centers LP | 1701 Shoal Creek, #245, Highland Village, TX 75077 | 09/25/07 | 01/31/13 |
| 285 | 160 Walt Whitman Rd., Ste:1101 | Huntington | The Walking Company | The Retail Property Trust, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 11/02/07 | 11/30/17 |
| 286 | 3393 Peachtree Rd. NE, Space 4015D | Atlanta | The Walking Company | The Retail Property Trust, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 09/21/07 | 09/30/17 |
| 287 | 17420 Hall Rd., Ste: 135 | Clinton Twnship | The Walking Company | Partridge Creek Fashion Park LLC, The Taubman Company | 200 East Long Lake Rd. #300, PO Box 200, Bloomfield Hills, MI 48303-0200 | 10/18/07 | 01/31/17 |
| 288 | 4790 River City Drive, Ste.107 | Jacksonville | The Walking Company | St Johns Town Center LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 10/26/07 | 10/31/17 |
| 289 | 250 Waikoloa Beach Drive, Space #B-7 | Kona | The Walking Company | KC Owner, LLC, CoastWood Capital Group LLC | One California Street Suite 2500, San Francisco, CA 94111 | 12/07/07 | 12/06/17 |
| 290 | 1500 Polaris Parkway, Space 1202 | Columbus | The Walking Company | PFP Columbus, LLC, General Counsel | 180 East Broad St. 21st FL, Columbus, OH 43215 | 11/21/07 | 11/30/17 |
| 291 | 2162 East Williams Field Rd., Space 328 | Gilbert | The Walking Company | Westcor San Tan Village LLC | 11411 North Tatum Boulevard, Phoenix, AZ 85028 | 10/25/07 | 12/31/17 |
| 292 | 180 El Camino Real, Sp # L210 | Palo Alto | The Walking Company | SPG Center LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 12/07/07 | 12/31/17 |
| 293 | 4999 Old Orchard Center, Suite f12 | Skokie | The Walking Company | Old Orchard Urban Limited Partnership, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 09/07/07 | 01/31/18 |
| 294 | 800 North Green River Rd., Space 0075 | Evansville | The Walking Company | SM Eastland Mall LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 10/12/07 | 10/31/17 |
| 295 | 320 Bridge St., Space #104 | Huntsville | The Walking Company | Huntsville Shores, LLC, c/o O&S Holdings, LLC | 9247 Alden Drive, Beverly Hills, CA 90210 | 12/22/07 | 01/31/18 |
| 297 | 1201 Hooper Ave., Space #1018 | Tom's River | The Walking Company | Simon Property Group Inc., Simon Property Group Inc | 225 W. Washington Street, Indianapolis, IN 46204 | 12/20/07 | 12/31/17 |
| 298 | 231A Chesterfield Mall | Chesterfield | The Walking Company | Chesterfield Mall LLC, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421-0001 | 12/20/07 | 06/30/18 |
| 299 | 601 Donald Lynch Blvd., Space #N141 | Marlborough | The Walking Company | Mall at Solomon Pond LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 12/20/07 | 12/31/17 |
| 300 | 3500 Las Vegas Blvd. South, Suite N 08 | Las Vegas | The Walking Company | Caesars Palace Realty Corp | 1801 Century Park East, Suite 2600, Los Angeles, CA 90067 | 04/01/08 | 03/31/18 |
| 301 | 3200 Las Vegas Blvd. South, Suite 1550 | Las Vegas | The Walking Company | Fashion Show Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 09/01/05 | 10/31/12 |
| 302 | 3663 Las Vegas Blvd. South, Ste H-105 | Las Vegas | The Walking Company | Boulevard Invest LLC, Miracle Mile Shops Management | 3663 Las Vegas Blvd. South900, Las Vegas, NV 89109 | 09/01/05 | 08/31/17 |

| 303 | 3377 Las Vegas Blvd. South | Las Vegas | The Walking Company | Grand Canal Shops II, LLC, c/o GGP | 110 North Wacker Drive, Chicago , IL 60606 | 09/01/10 | 07/31/13 |
| 304 | 2235 Village Walk Drive , #161 | Henderson | The Walking Company | The District at GVR LLC, American Nevada Realty | 901 N. Green Valley Parkway, Suite 200, Henderson, NV 89074 | 07/10/09 | 07/09/11 |
| 305 | 377 Santana Row, Suite # 1015 | San Jose | The Walking Company | Frit San Jose Town & Cntry , c/o FRIT | 1626 East Jefferson St, Rockville, MD 20852-4041 | 09/01/05 | 02/28/13 |
| 306 | 5755 Seminole Way | Hollywood | The Walking Company | Seminole Properties Retail, LL | 601 East Pratt Street, 6th Floor, Baltimore, MD  21202 | 09/01/05 | 12/31/09 |
| 307 | 308 W. 47th Street | Kansas City | The Walking Company | Highwood Realty LP | 310 Ward Parkway, Kansas City, MO 64112 | 04/02/07 | 04/30/17 |
| 308 | 11709 W. 95th Street | Overland Park | The Walking Company | Oak Park Mall LLC, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN  37421-6000 | 04/17/08 | 04/30/18 |
| 309 | 2760 N. Germantown Parkway | Memphis | The Walking Company | Galleria at Wolfchase LLC, c/o M.S Management Assc | 225 W. Washington Street, Indianapolis, IN  46204 | 10/17/07 | 02/28/18 |
| 310 | 6501 Grape Road, Space #348 | Mishawaka | The Walking Company | University Park Associates, c/o M.S. Management Assc., Inc | 225 W. Washington St, Indianapolis, IN  46204 | 02/01/06 | 03/31/12 |
| 311 | 2102 Independence Center | Independence | The Walking Company | SPG Independence Ctr LLC, c/o M.S. Management Associates, Inc. | 225 W. Washington St., Indianapolis, IN  46204 | 02/01/10 | 01/31/12 |
| 312 | 8505 Park Meadows Center Dr, Ste 2041 | Lone Tree | The Walking Company | Rouse-Park Meadows LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 04/13/07 | 03/31/17 |
| 313 | One West Flatiron Crossing Dr, Ste 2062 | Broomfield | The Walking Company | Flatiron Property Holding LLC, Management Office | One West Flatiron Crossing Drive Suite 1083, Broomfield, CO 80021 | 07/01/07 | 06/30/17 |
| 314 | 5450 Meadowood Mall Circle, Sp # C120 | Reno | The Walking Company | Meadowood Mall, LLC, c/o Simon Properties | 225 W. Washington St., Indianapolis, IN  46204-3438 | 02/01/09 | 01/31/19 |
| 315 | 228 Orland Square | Orland Park | The Walking Company | Orland LP, M.S. Management Associates Inc | 225 W. Washington Street, Indianapolis, IN  46204 | 04/01/07 | 03/31/17 |
| 316 | 7021 S. Memorial Drive, # 154 | Tulsa | The Walking Company | Woodland Hills Mall LLC, M.S. Management | 225 W. Washington Street, Indianapolis, IN  46204 | 02/01/06 | 01/31/13 |
| 318 | 12723 Wayzata Blvd. | Minnetonka | The Walking Company | Ridgedale Center LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 02/01/06 | 02/29/12 |
| 320 | 711 Hawthorn Center | Vernon Hills | The Walking Company | Hawthorne LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA  90025 | 02/01/07 | 01/31/17 |
| 321 | 1010 Westfield Shoppingtown-Southctr | Tukwila | The Walking Company | JG Southcenter LTD, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA  90025 | 02/01/06 | 01/31/11 |
| 322 | 265 Valley River Center | Eugene | The Walking Company | Valley River Center LLC, Macerich Company | 401 Wilshire Boulevard Suite 700, P.O. Box 2172 , Santa Monica, CA 90401 | 02/01/06 | 07/31/11 |
| 323 | 95 N. Moorland Road | Brookfield | The Walking Company | Brookfield Square Joint Venture, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN  37421-6000 | 02/01/09 | 01/31/11 |
| 324 | 75 S. Rio Grande Street | Salt Lake City | The Walking Company | Inland US Management LLC | 90 South 400 West, #330, Salt Lake City, UT  84101-1369 | 02/01/06 | 12/31/11 |
| 327 | 131 Rosedale Center | Roseville | The Walking Company | The Equitable Life Assurance Society of the United States, Jones Lang LaSalle Americas | 10 Rosedale Center, Roseville, MN 55113 | 02/01/06 | 01/31/12 |

000019

| 328 | 3700 Rivertown Parkway | Grandville | The Walking Company | GGP Grandville LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 02/01/06 | 01/31/12 |
| 329 | 350 N. Milwaukee | Boise | The Walking Company | Boise Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 02/01/06 | 12/31/09 |
| 330 | 1101 Melbourne Road, Suite 4043 | Hurst | The Walking Company | Simon Property Group (Texas) LP | 225 W. Washington Street, Indianapolis, IN 46204 | 02/01/06 | 01/31/14 |
| 331 | 7700 W. Arrowhead Towne Ctr, Sp#1055 | Glendale | The Walking Company | New River Associates | 7700 West Arrowhead Towne Center, Glendale, AZ 85308 | 04/01/09 | 12/31/19 |
| 332 | 3401 Nicholasville Road | Lexington | The Walking Company | Lexington Joint Venture, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chatttanooga, TN 37421-6000 | 02/01/06 | 07/31/13 |
| 336 | 2601 Preston Road | Frisco | The Walking Company | Stonebriar Mall Ltd Pshp, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 02/01/06 | 01/31/11 |
| 341 | 5001 Monroe Street | Toledo | The Walking Company | Westfield Franklin Park LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | 02/01/09 | 06/30/16 |
| 347 | 1321 N. Columbia Center, Space 389 | Kennewick | The Walking Company | Columbia Mall Partnership, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 09/01/10 | 01/31/12 |
| 352 | 6000 Glades Road, Space # A1300 | Boca Raton | The Walking Company | Town Center at Boca Raton Trust, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 01/25/08 | 01/31/18 |
| 353 | 3100 Main St., Space # 755 | Maumee | The Walking Company | Northwest Ohio Mall LLC, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 12/21/07 | 12/31/17 |
| 354 | 73-585 El Paseo, Ste 1136 | Palm Desert | The Walking Company | Gardens SPE II LLC | 73-545 El Paseo Boulevard, Palm Desert, CA 92260 | 12/07/08 | 12/31/18 |
| 355 | 15600 Starfish Dr., Suite:115 | Panama City | The Walking Company | Simon Property Group LP, Simon Property Group LP | 225 W. Washington Street, Indianapolis, IN 46204 | 05/01/08 | 04/30/18 |
| 356 | 28330 Paseo Drive, Suite 120 | Wesley Chapel | The Walking Company | Goodforest LLC, Forest City | 50 Public Square, #1360, Cleveland, OH 44113-2267 | 10/30/08 | 10/31/18 |
| 357 | 8001 S. Orange Blossom Trail, Sp 422 | Orlando | The Walking Company | Florida Mall Assoc Ltd, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 04/11/08 | 04/30/18 |
| 358 | 1105 Walnut St. - Space#1126 | Cary | The Walking Company | Cary Venture Limted Partnership & CBL and Associates Limited Partnership, CBL Center | 2030 Hamilton Place Boulevard, Suite 500, Chattanooga, TN 37421-6000 | 03/28/08 | 03/31/18 |
| 359 | 4211 Waialae Ave. , Space: W-2D | Honolulu | The Walking Company | Kahala Center Company, c/o MMI Realty Servc., Inc | 2 North Lake Ave. #450, Pasadena, CA 91101-1858 | 08/15/08 | 08/31/18 |
| 360 | 1251 US Hwy 31N , Space: 0D118 | Greenwood | The Walking Company | Simon Property Group LP, Simon Property Group LP | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 04/18/08 | 04/30/18 |
| 361 | 13855 City Center Drive, Space#3005 | Chino Hills | The Walking Company | Shoppes at Chino Hills, Inc | 2555 E. Camelback Rd., Suite 800, Phoenix, AZ 85016 | 05/23/08 | 05/31/18 |
| 362 | 123 Woodbridge Center Drive #1395 | Woodbridge | The Walking Company | Woodbridge Center Property LLC | 110 North Wacker Drive, Chicago, IL 60606 | 05/01/09 | 01/31/12 |
| 363 | 370 Horton Plaza ; Space #231, Level 2 | San Diego | The Walking Company | Horton Plaza LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 05/01/08 | 06/30/18 |
| 364 | 272 East Via Rancho Parkway, Sp#115 | Escondido | The Walking Company | EWH Escondido Assoc LP, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 05/02/08 | 04/30/18 |
| 365 | 142 Park City Center, Space#D0429 | Lancaster | The Walking Company | Lancaster Trust, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60606 | 05/01/08 | 04/30/18 |

| 367 | 13170 Harold Parkway, Ste 600 | Noblesville | The Walking Company | Hamilton Town Center LC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 05/02/08 | 05/31/18 |
|---|---|---|---|---|---|---|---|
| 368 | 10205 Santa Monica Blvd., Space #137 | Los Angeles | The Walking Company | Century City Mall LLC, Westfield Corporation, Inc. | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 05/01/08 | 06/30/18 |
| 369 | 6401 Bluebonnet Blvd, Suite B645 | Baton Rouge | The Walking Company | Mall of Louisiana LP | 110 North Wacker Drive, Chicago, IL 60606 | 08/08/08 | 08/31/18 |
| 370 | 12700 Hill Country Blvd., Space G-125 | Bee Cave | The Walking Company | Hill Country Galleria, L.P., Barton Oak V | 901 S. MoPac Expressway, Suite 250, Austin, TX 78746 | 06/20/08 | 06/30/18 |
| 371 | 4502 S. Steele Street  Space 1350 | Tacoma | The Walking Company | Tacoma Mall Pshp, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 10/03/08 | 10/31/18 |
| 373 | 23131 Fashion Drive., #107 | Estero | The Walking Company | Coconut Point Developers, LLC, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46207 | 09/01/09 | 02/28/17 |
| 374 | 13499 U.S. 41 S.E., Ste A-102 | Ft Meyers | The Walking Company | Bell Tower Shops LLP, Madison Marquette | 1850  M Street NW, 12th Floor, Washington , DC  20036 | 01/15/08 | 03/31/09 |
| 376 | 380-B St., Armands Circle | Sarasota | The Walking Company | St. Armands Circle LLC, Belmont Associates | 3450 Northlake Boulevard, Suite 210, Palm Beach Gardens, FL 33403 | 01/15/08 | 10/31/20 |
| 377 | 6825 Tyrone Square | St. Petersburg | The Walking Company | Simon Capital GP, Simon Property Group | 225 W. Washington Street, Indianapolis, IN 46204 | 01/15/08 | 12/31/15 |
| 380 | 495 Grand Blvd, Space #J104 | Sandestin | The Walking Company | Howard Rork Fee, LLC, c/o Howard Group | 185 Grand Boulevard, Suite 100, Sandestin, FL 32500 | 04/06/09 | 04/04/19 |
| 381 | 270 Loudon Rd., Suite 1146 | Concord | The Walking Company | GGP Steeplegate Inc, General Growth Properties Inc. | 110 North Wacker Drive, Chicago, IL 60674 | 06/13/08 | 06/30/18 |
| 382 | 551 Madison Avenue | New York | The Walking Company | Madison Manhattan Village LLC | 153 E. 53rd St., 33rd Floor, New York, NY 10022 | 05/01/09 | 04/30/24 |
| 383 | 400 Commons Way,Space 1050, Ste 113 | Bridgewater | The Walking Company | Bridgewater Commons Mall LLC | 110 North Wacker Drive, Chicago, IL 60606 | 05/01/09 | 01/31/19 |
| 384 | 10 Meadows Circle Drive, Suit 102 | Lake St. Louis | The Walking Company | Davis Street Land Co of MO III LLC | 622 Davis Street, Suite 200, Evanston, IL 60201 | 08/16/08 | 08/31/18 |
| 386 | 3174 Northwest Federal Hwy, #3452 | Jensen Beach | The Walking Company | Treasure Coast-JCP Assoc LTD, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 03/20/09 | 02/28/19 |
| 387 | 40756 Winchester Road., #230 | Temecula | The Walking Company | Temecula Towne Ctr Assc LLC, Forest City | 50 Public Square, #1360, Cleveland, OH 44113-2667 | 05/07/09 | 03/25/19 |
| 389 | 1151 Galleria Blvd, Space 193 | Roseville | The Walking Company | Roseville Shoppingtown LLC | 11601 Wilshire Blvd, 11th Floor, Los Angeles, CA 90025 | 06/05/09 | 01/31/20 |
| 390 | 9469 W. Atlantic Blvd, Space #9121 | Coral Springs | The Walking Company | Coral SC / Ltd Assoc, c/o M.S. Management Associates, Inc. | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 04/10/09 | 03/31/19 |
| 391 | 100 Briarwood Circle #D140 | Ann Arbor | The Walking Company | Briarwood LLC | 225 W. Washington Street, Indianapolis, IN 46204-3438 | 10/09/09 | 01/31/11 |
| 393 | 199 Boylston Street #S233 | Chestnut Hill | The Walking Company | WMACH LLC, M.S. Associates Inc. | 225 W. Washington Street, Indianapolis, IN 46204 | 10/09/09 | 01/31/11 |
| 394 | 100 Menlo Park #1410 | Edison | The Walking Company | Shopping Center Associates | 9136 Paysphere Circle, Chicago, IL 60674 | 10/16/09 | 01/31/11 |
| 395 | 243 Quaker Bridge Mall #2030 | Lawrenceville | The Walking Company | Lawrence Associates | 234 Mall Boulevard, P.O. Box 1528, King of Prussia, PA 19406-1528 | 09/04/09 | 01/31/11 |

| 396 | 287 Montgomery Mall #2045 | North Wales | The Walking Company | Mall at Montgomeryville LP, Simon Property Group | 234 Mall Boulevard, P.O. Box 1528, King of Prussia, PA 19406-1528 | 09/04/09 | 01/31/11 |
|---|---|---|---|---|---|---|---|
| BD231 | 10406 US Highway 98 W Space 32 | Miramar Beach | Big Dogs | Silver Sands Joint Venture Partners | 630 Grand Boulevard, Suite 100, Destin, FL 32550 | 05/10/02 | 05/31/12 |
| BD277 | 135 Opry Mills Drive | Nashville | Big Dogs | Opry Mills LP | 1300 Wilson Boulevard, Suite 400, Arlington, VA 22209 | 06/01/05 | 05/31/10 |
| BD323 | 849 W Harbor Drive Suite A | San Diego | Big Dogs | San Diego Seaport Village Inc. | 3200 Wailea Alanui, #1406, Wailea, Maui, HI 96753 | 10/01/06 | 09/30/11 |
| N/A | 121 Gray Avenue | Santa Barbara | Holdings | The Keith Corporation | 5935 Carnegia Boulevard, Charlotte, NC 28209 | 08/01/04 | 7/31/2011 |
| N/A | 2475 Townsgate Road Suite 200 | Westlake Village | Holdings | Freeland Realty | 234 Stanley, Santa Barbara, CA 93105 | 11/2/06 | 12/31/13 |
| N/A | 519 Licoln County Parkway | Lincolnton | Holdings | Townsgate Road LLC | 21241 Ventura Blvd., Woodland Hills, CA 91364 | 11/16/06 | 11/13/16 |