1  Mette H. Kurth (SBN 187100)
   Andy S. Kong (SBN 243933)
2  M. Douglas Flahaut (SBN 245558)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:    213.629.7400
   Facsimile:    213.629.7401
5  E-mail:    kurth.mette@arentfox.com
              kong.andy@arentfox.com
6              flahaut.douglas@arentfox.com

7  Attorneys for Debtors and Debtors in Possession

8  Debtors' Mailing Address
   121 Gray Avenue
9  Santa Barbara, CA 93101

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                 **SANTA BARBARA DIVISION**

13  In re:                                  Case No.: 9:09-bk-15138-RR

14  **THE WALKING COMPANY**, a              [Jointly Administered with Case Nos.: 9:09-bk-
    Delaware corporation, d/b/a Alan's Shoes,   15137-RR; 9:09-bk-15139-RR]
15  Footworks, Overland Trading Co., Sole
    Outdoors, and Martini Shoes; f/k/a TWC      **NOTICE OF FILING OF ADDITIONAL**
16  Acquisition Corporation; **BIG DOG USA,**   **WRITTEN CONSENTS TO EXTENSION OF**
    **INC.**, a California corporation, d/b/a Big   **THE ASSUMPTION / REJECTION**
17  Dog Sportswear; f/k/a Fortune Dogs, Inc.;   **DEADLINE**
    and **THE WALKING COMPANY**
18  **HOLDINGS, INC.**, a Delaware                    [No Hearing Required]
    corporation, f/k/a Big Dog Holdings, Inc.
19  and 190th Shelf Corporation,

20                          Debtors.

21  [X] Affects all Debtors

22  [ ] Applies only to The Walking
       Company
23
    [ ] Applies only to Big Dog USA, Inc.
24
    [ ] Applies only to The Walking
25     Company Holdings, Inc.

26

27

28

**TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE NOTICE PARTIES AS PROVIDED IN THE ORDER ESTABLISHING NOTICE PROCEDURES; THE AFFECTED LANDLORDS; AND ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the above-captioned debtors hereby submit as **Exhibit 1** true and correct copies of additional written consents to the extension of the debtors' deadline to assume or reject leases of nonresidential real property ("Written Consents") that the debtors received after the filing of their *Motion for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* [Doc. No. 279] on March 4, 2010 (the "Extension Motion"). The Written Consents attached hereto supplement those Written Consents which were filed as Exhibit 2 to the debtors' Extension Motion.

As of the filing date of this notice, the debtors have received Written Consents with respect to over 90% of their non-residential real property leases. Additional Written Consents will be filed as they are received.

DATED: March 11, 2010

/s/ *M. Douglas Flahaut*
M. DOUGLAS FLAHAUT
ARENT FOX LLP
Proposed Attorneys for the Debtors and Debtors in Possession

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT 1

March 2, 2010

Re: Brookfield Square Mall - Milwaukee, WI; Cary Town Center - Cary, NC; Chesterfield Mall - Chesterfield, MO; Fayette Mall - Lexington, KY; Oak Park Mall - Overland Park, KS; Pearland Town Ctr Pearland, TX ; Triangle Town Center - Raleigh, NC; West Towne Mall - Madison, WI

Dear Landlord:

The Walking Company, Big Dog USA, Inc., and The Walking Company Holdings, Inc. (the "Debtors") have commenced voluntary chapter 11 bankruptcy cases, which are currently pending in the United States Bankruptcy Court for the Central District of California. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by April 6, 2010, and they may extend that deadline until July 5, 2010 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you agree to extend the Deadline to assume or reject your lease through August 4, 2010. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by January 29, 2010 so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease may be deemed automatically rejected by the Deadline and the Debtors may not be able to continue performing their obligations under your lease, including but not limited to paying rent, which is a result that the Debtors wish to avoid at this time. Therefore, please timely return your extension letter to me. Debtors may require more time to extend the Deadline beyond August 4, 2010 in which case you will receive a further letter.

000003

Feel free to contact me with any questions. Thank you.

Very truly yours,

*Anthony Wall*

Anthony J. Wall

I, the above Landlord, hereby consent to extend the Deadline through and including August 4, 2010.

**LANDLORD:**

**Landlords, individually (listed on Schedule A)**

By: CBL & Associates Management, Inc., their managing agent

By: *Victoria S. Berghel*

Name: Victoria S. Berghel

Title: Sr. Vice President and General Counsel

Date: March 3, 2010

000004

**SCHEDULE A**

| Shopping Center | Landlord Entity |
|---|---|
| Brookfield Square Mall - Milwaukee, WI 165 | BROOKFIELD SQUARE JOINT VENTURE, an Ohio general partnership |
| Cary Town Center - Cary, NC   153 | CARY VENTURE LIMITED PARTNERSHIP, a Delaware limited partnership |
| Chesterfield Mall - Chesterfield, MO  210 | CHESTERFIELD MALL LLC, a Delaware limited liability company |
| Fayette Mall - Lexington, KY   160 | FAYETTE MALL SPE, LLC, a Delaware limited liability company |
| Oak Park Mall – Overland Park, KS   144 | OAK PARK MALL, LLC, a Delaware limited liability company |
| Pearland Town Ctr Pearland, TX   134 | PEARLAND TOWN CENTER LIMITED PARTNERSHIP, a Texas limited partnership |
| Triangle Town Center - Raleigh, NC 149 | TRIANGLE TOWN CENTER, LLC, a Delaware limited liability company |
| West Towne Mall - Madison, WI    163 | MADISONWEST TOWNE, LLC, a Delaware limited liability company |

000005

Dear Landlord (Polaris Fashion Center):

The Walking Company, Big Dog USA, Inc., and The Walking Company Holdings, Inc. (the "Debtors") have commenced voluntary chapter 11 bankruptcy cases, which are currently pending in the United States Bankruptcy Court for the Central District of California. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by April 6, 2010, and they may extend that deadline until July 5, 2010 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you agree to extend the Deadline to assume or reject your lease through August 4, 2010. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by January 29, 2010 so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease may be deemed automatically rejected by the Deadline and the Debtors may not be able to continue performing their obligations under your lease, including but not limited to paying rent, which is a result that the Debtors wish to avoid at this time. Therefore, please timely return your extension letter to me. Debtors may require more time to extend the Deadline beyond August 4, 2010 in which case you will receive a further letter.

Feel free to contact me with any questions. Thank you.

Very truly yours,

*Anthony Wall*

Anthony J. Wall

I, the above Landlord, hereby consent to extend the Deadline through and including August 4, 2010.

Signed And Acknowledged
In The Presence Of:

**LANDLORD:**

PFP COLUMBUS, LLC, a Delaware limited liability company

By: POLARIS MALL, LLC, a Delaware limited liability company and its Manager

By: GLIMCHER PROPERTIES LIMITED PARTNERSHIP, a Delaware limited partnership and its Manager

By: GLIMCHER PROPERTIES CORPORATION, a Delaware corporation and its sole General Partner

Witness:

By: _____
Kim Rieck
Its:        Senior Vice President,
           General Counsel & Secretary

*Version 81 – 1-12-10*
*C:\DOCUME~1\SC\umberb\LOCALS~1\Temp\XPgrpwise\polaris Landlord Extension Request_1.DOC*
*B.Singer*

1

000006



March 8, 2010

**VIA EMAIL [TonyW@BigDogs.com]**
**AND CERTIFIED MAIL # 7004 2510 0001 0472 1376**
**RETURN RECEIPT REQUESTED**

THE WALKING COMPANY
c/o Big Dogs
121 Gray Avenue
Santa Barbara, CA 93101

Attn:   Mr. Anthony Wall, Executive Vice President and General Counsel

Re:   Deed of Lease dated June 7, 1999 (the "Lease") by and between Dulles Town Center Mall,
L.L.C. ("Landlord") and The Walking Company ("TWC") for premises located at Dulles
Town Center Mall, Loudoun County, Virginia as described in the Lease as Store No. C-120
(the "Premises")

Dear Mr. Wall,

By this letter, Dulles Town Center Mall, LLC, the landlord of debtor-in-possession, The Walking
Company ("TWC"), with respect to the above-referenced Premises, hereby consents to an
additional thirty (30) day extension of TWC's time to assume or reject unexpired leases pursuant to
Bankruptcy Code section 365(d)(4)(B)(ii) beyond the initial 210-day statutory periods, to and
including August 6, 2010. This extension is given as an accommodation to TWC's on-going
restructuring and reorganization efforts in anticipation of an extension of the "Case Filing Deadlines"
provided by Section 6.23 of the First Amended and Restated Ratification and Amendment
Agreement between TWC and affiliates and Wells Fargo Retail Finance, LLC.

Sincerely,

Jeffrey M. Guelcher
General Counsel
Lerner Corporation
Managing agent for
Dulles Town Center Mall, L.L.C.

| nak

cc:   Mette Kurth | Arent Fox LLP [Kurth.Mette@arentfox.com]

Ivan M. Gold | Allen Matkins Leck Gamble & Mallory LLP [igold@allenmatkins.com]

*Writer's Direct Phone*          *Writer's Direct Fax*

(301)692-2234                    (301)692-2625
Lerner Enterprises · 2000 Tower Oaks Boulevard · Eighth Floor · Rockville, Maryland 20852
301.284.6000 *tel*  301.692.2626 *fax*
*Lerner.com*

Mr. Dilip Gor | Lerner

Mr. Mark S. Shuster | Lerner

**Federal Realty**
INVESTMENT TRUST

FOUNDATIONS OF OPPORTUNITY

March 8, 2010

Anthony J. Wall, Esquire
Executive Vice President and General Counsel
The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
(805) 963-8727 x1215

1626 East Jefferson Street
Rockville, MD 20852-4041
PH 301.998.8100

**Re:** **That certain Lease by and between by and between FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, a California limited liability company, by its managing member, Street Retail, Inc., a Maryland corporation ("Landlord"), and THE WALKING COMPANY, a Delaware corporation ("Tenant"), dated October 3, 2000 (as the same has been amended and assigned, the "Lease"), whereby Landlord is leasing to Tenant approximately one thousand two hundred (1,200) square feet of retail (the "Leased Premises") known for Landlord's identification purposes as Store #7010 and located in Building #7 in the commercial portion of the mixed use project known as Santana Row; San Jose, California**

Dear Tony:

This letter will confirm that FRIT Town and Country Village, LLC, the landlord of debtor-in-possession The Walking Company ("TWC") with respect to the premises at Santana Row, San Jose, California, consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases pursuant to Bankruptcy Code section 365(d)(4)(B)(ii) beyond the initial 210-day statutory periods, to and including August 6, 2010. This extension is given as an accommodation to TWC's on-going restructuring and reorganization efforts in anticipation of an extension of the "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between TWC and affiliates and Wells Fargo Retail Finance, LLC.

FRIT SAN JOSE TOWN AND COUNTRY VILLAGE, LLC, a
California limited liability company

By:    Street Retail, Inc., a Maryland corporation,
       Managing Member

By:    _____
       Deborah A. Colson
       Vice President-Legal Operations

cc:    Mette Kurth, Arent Fox LLP
       Gas Company Tower
       555 West Fifth Street, 48th Floor
       Los Angeles, CA 90013
       Tel: 213.629.7400
       Ivan Gold, Allen Matkins

       Three Embarcadero Center, 12th Floor
       San Francisco, CA 94111-4074
       Phone: (415) 837-1515

**General Growth Properties, Inc.**

Julie Minnick Bowden
General Growth Properties, Inc.
110 North Wacker Drive
Chicago, IL 60606
Direct Dial: (312) 960-2707
Facsimile: (312) 442-6374
Julie.Minnick@ggp.com

March 8, 2010

*VIA E-MAIL: TonyW@Bigdogs.com*

Anthony J. Wall
Executive Vice President and General Counsel
The Walking Company Holdings, Inc.
121 Gray Avenue
Santa Barbara, CA 93101

Re:     30-day extension of time to assume or reject

Dear Tony:

This letter will confirm that the landlords of debtor-in-possession The Walking Company
("TWC") that are affiliated with General Growth Properties (locations identified on attached
Exhibit A) hereby consent to an additional 30-day extension of TWC's time to assume or reject
unexpired leases under Bankruptcy Code section 365(d)(4)(B)(ii) beyond the statutory 210-
day period (120 days plus a 90-day extension), to and including August 6, 2010.  This
extension is given as an accommodation to TWC's on-going restructuring and reorganization
efforts in anticipation of an appropriate extension of the "Case Filing Deadlines" provided by
Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement
between TWC and affiliates and Wells Fargo Retail Finance, LLC.

Should you have any questions or concerns, please feel free to contact our counsel, Ivan Gold
or myself.

Sincerely,

Julie Minnick Bowden
National Bankruptcy Manager
General Growth Properties, Inc.

cc:     Mette H. Kurth
        Arent Fox LLP
        Gas Company Tower
        555 West Fifth Street, 48th Floor
        Los Angeles, CA 90013
        E-mail: kurth.mette@arentfox.com

**GGP**

110 North Wacker Drive
Chicago, IL 60606
www.ggp.com
Equal Opportunity Employer

000010

General Growth Properties, Inc.

**Hamid Rafatjoo**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Tel: 310.277.6910 | Fax: 310.201.0760
E-mail: hrafatjoo@pszjlaw.com

**Ivan Gold**
Allen Matkins Leck Gamble & Mallory LLP
Three Embarcadero Center
12th Floor
San Francisco, California 94111-4015
E-mail: igold@allenmatkins.com

**Mark Adair**
SVP Leasing
General Growth Properties, Inc.
110 North Wacker Drive
Chicago, IL  60606
E-mail: mark.adair@ggp.com



**General Growth Properties, Inc.**

EXHIBIT "A

| Property ID | Property |
|---|---|
| 900 | ALA MOANA CENTER |
| 610 | ALDERWOOD |
| 1926 | AUGUSTA MALL ANCHOR ACQ |
| 1601 | BEACHWOOD PLACE |
| 1002 | BOISE TOWNE SQUARE |
| 1602 | BRIDGEWATER COMMONS |
| 1603 | CHRISTIANA MALL |
| 810 | CLACKAMAS TOWN CENTER |
| 1607 | FASHION SHOW |
| 615 | GLENDALE GALLERIA (CA) |
| 812 | KENWOOD TOWNE CENTRE (OH) |
| 168 | KINGS' SHOPS |
| 432 | MAYFAIR |
| 858 | NATICK MALL |
| 410 | NORTHBROOK COURT |
| 1618 | OAKBROOK CENTER |
| 1627 | OXMOOR CENTER |
| 430 | PARK CITY CENTER |
| 1629 | PARK MEADOWS |
| 1630 | PERIMETER MALL |
| 1631 | PIONEER PLACE |
| 790 | QUEEN KA'AHUMANU CENTER |
| 1635 | RIDGEDALE CENTER |
| 800 | RIVERCHASE GALLERIA |
| 366 | RIVERTOWN CROSSINGS |
| 1664 | RIVERWALK MARKETPLACE |
| 476 | SAINT LOUIS GALLERIA |
| 151 | STEEPLEGATE MALL |
| 649 | STONEBRIAR CENTRE |
| 484 | THE GRAND CANAL SHOPPES |
| 375 | THE MAINE MALL |
| 1605 | THE MALL IN COLUMBIA |
| 352 | THE SHOPS AT FALLEN TIMBERS |
| 1641 | TOWSON TOWN CENTER |
| 1646 | WATER TOWER PLACE |
| 815 | WHALERS VILLAGE |
| 1654 | WOODBRIDGE CENTER |



# SOUTH COAST PLAZA

March 9, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:    South Coast Plaza ("Landlord")
       South Coast Plaza ("Premises")

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010.  This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

J. Barney Page
Director of Real Estate

/kgp
cc:    Ms. Constance L. Harrison
       Mary Westbrook, Esq.
       James W. Daniels, Esq.

Approved as to Form.

By J W Daniels

3315 Fairview Road
Costa Mesa, California 92626

(714) 546-0110
Fax (714) 546-9835

000013



March 9, 2010

MMI Realty Services Inc.

200 South Los Robles Avenue

Suite 510

Pasadena, CA 91101

Telephone (626) 577-8660

Facsimile (626) 577-3907

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:    Kahala Center Company ("Landlord")
       Kahala Mall ("Premises")

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010. This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

KAHALA CENTER COMPANY

By: _Charles W Shallus_

Title: _AGENT_

## Nicole Pino

| | |
|---|---|
| **From:** | Tony Wall |
| **Sent:** | Tuesday, March 09, 2010 12:59 PM |
| **To:** | Nicole Pino; Wendy Gerard |
| **Subject:** | FW: TWC - Landlord Consent to Extend 365(d)(4) |
| **Attachments:** | TWC Ex A to 365d4 Ext 030910.pdf |

I guess this email is all we get, print it out

---

**From:** RWoodruff@Simon.Com [mailto:RWoodruff@Simon.Com]
**Sent:** Tuesday, March 09, 2010 12:50 PM
**To:** Tony Wall
**Cc:** Gold, Ivan; rtucker@simon.com; Kurth, Mette; hrafatjoo@pszjlaw.com
**Subject:** TWC - Landlord Consent to Extend 365(d)(4)

Dear Mr. Wall,

Please accept this email as Simon Property Group, Inc's formal consent to extend the deadline to assume or reject leases as follows:

*This email will confirm that the landlords of debtor-in-possession The Walking Company ("TWC") that are affiliated with Simon Property Group (locations identified on attached Exhibit A) hereby consent to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension, the subject of the pending motion to extend), to and including August 4, 2010. This extension is given as an accommodation to TWC's on-going restructuring and reorganization efforts in anticipation of an appropriate extension of the "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between TWC and affiliates and Wells Fargo Retail Finance, LLC to facilitate the plan confirmation schedule.*

If you have questions or would like to discuss further, please do not hesitate to contact me or you may contact Ron Tucker at (317) 263-2346.

Best Regards,

Robyn Woodruff

Senior Bankruptcy Paralegal
SIMON PROPERTY GROUP, INC.
225 West Washington Street
Indianapolis, IN 46204
phone: 317-263-8171
fax: 317-263-7901
rwoodruff@simon.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

*(See attached file: TWC Ex A to 365d4 Ext 030910.pdf)*

3/9/2010

The Walking Company Holdings, Inc.
Chapter 11 Filed 12/7/09
Central District of California
March 9, 2010

| | Proj # | Property | Leased | Lease End | Rentable SF |
|---|---|---|---|---|---|
| 1 | 5240 | Briarwood Mall | The Walking Company | 1/31/2011 | 989 |
| 2 | 4822 | Burlington Mall | The Walking Company | 12/31/2016 | 1,600 |
| 3 | 564 | Circle Centre Mall | The Walking Company | 1/31/2016 | 1,351 |
| 4 | 4696 | Coconut Point Town Center | The Walking Company | 2/28/2017 | 2,174 |
| 5 | 8262 | Columbia Center | The Walking Company | 1/31/2012 | 1,509 |
| 6 | 7611 | Copley Place | The Walking Company | 8/31/2014 | 2,386 |
| 7 | 9862 | Coral Square | The Walking Company | 4/30/2019 | 1,082 |
| 8 | 4773 | Eastland Mall | The Walking Company | 10/31/2017 | 1,471 |
| 9 | 1116 | Fashion Ctr at Pentagon City | The Walking Company | 1/31/2018 | 1,141 |
| 10 | 4645 | Fashion Valley Mall | The Walking Company | 7/31/2018 | 4,277 |
| 11 | 8544 | Florida Mall | The Walking Company | 4/30/2018 | 1,137 |
| 12 | 1148 | Forum Shops at Caesars 2 | Footworks | 3/31/2018 | 1,794 |
| 13 | 1325 | Greenwood Park Mall | The Walking Company | 4/30/2018 | 1,275 |
| 14 | 4812 | Hamilton Town Center | The Walking Company | 5/31/2018 | 1,428 |
| 15 | 4825 | Haywood Mall | The Walking Company | 4/30/2017 | 1,200 |
| 16 | 7621 | Houston Galleria | The Walking Company | 6/30/2018 | 4,426 |
| 17 | 1704 | Independence Center | The Walking Company | 1/31/2012 | 2,379 |
| 18 | 2111 | Keystone Fashion Mall - West | The Walking Company | 1/31/2016 | 1,181 |
| 19 | 7704 | King of Prussia - The Court | The Walking Company | 3/31/2016 | 1,539 |
| 20 | 4827 | Lenox Square | The Walking Company | 9/30/2017 | 1,658 |
| 21 | 7601 | Mall at Chestnut Hill | The Walking Company | 1/31/2011 | 1,184 |
| 22 | 4926 | Mall at Rockingham Park | The Walking Company | 8/31/2016 | 1,446 |
| 23 | 4927 | Mall of New Hampshire | The Walking Company | 8/31/2017 | 1,477 |
| 24 | 5255 | Meadowood Mall | The Walking Company | 1/31/2019 | 2,132 |
| 25 | 4666 | Menlo Park Mall | The Walking Company | 1/31/2011 | 1,290 |
| 26 | 7710 | Montgomery Mall | The Walking Company | 1/31/2011 | 1,225 |
| 27 | 1540 | North East Mall | The Walking Company | 1/31/2014 | 1,655 |
| 28 | 9250 | Northgate Shopping Center | The Walking Company | 10/31/2017 | 1,300 |
| 29 | 4923 | Northshore Mall | The Walking Company | 1/31/2019 | 1,276 |
| 30 | 4832 | Ocean County Mall | The Walking Company | 12/31/2017 | 1,658 |
| 31 | 5221 | Opry Mills | Big Dog Sportswear | 5/31/2010 | 2,102 |
| 32 | 4670 | Orland Square | The Walking Company | 3/31/2017 | 1,475 |
| 33 | 7707 | Oxford Valley Mall | The Walking Company | 12/31/2016 | 1,324 |
| 34 | 7604 | Pheasant Lane Mall | The Walking Company | 4/30/2017 | 1,242 |
| 35 | 4764 | Pier Park | The Walking Company | 4/30/2018 | 1,552 |
| 36 | 7705 | Quaker Bridge Mall | The Walking Company | 1/31/2011 | 1,800 |
| 37 | 4835 | Rockaway Townsquare | The Walking Company | 11/30/2017 | 1,423 |
| 38 | 4836 | Roosevelt Field Mall | The Walking Company | 3/31/2017 | 1,538 |
| 39 | 3107 | Ross Park Mall | The Walking Company | 12/31/2017 | 1,180 |
| 40 | 4924 | Solomon Pond Mall | The Walking Company | 12/31/2017 | 1,858 |
| 41 | 4674 | South Hills Village | The Walking Company | 1/31/2017 | 1,511 |
| 42 | 4838 | South Shore Plaza | The Walking Company | 12/31/2016 | 1,506 |
| 43 | 7605 | SouthPark Mall (NC) | The Walking Company | 1/31/2016 | 1,499 |
| 44 | 4761 | St. John's Town Center 2 | The Walking Company | 10/31/2017 | 1,354 |
| 45 | 4692 | Stanford Shopping Center | The Walking Company | 12/31/2017 | 1,519 |
| 46 | 5261 | Stoneridge Mall | The Walking Company | 1/31/2019 | 2,335 |
| 47 | 9600 | Tacoma Mall | The Walking Company | 10/31/2018 | 1,842 |
| 48 | 8087 | The Avenues | The Walking Company | 9/30/2016 | 1,391 |
| 49 | 5248 | The Falls | The Walking Company | 1/31/2017 | 1,225 |
| 50 | 5262 | The Mall at Tuttle Crossing | The Walking Company | 1/31/2011 | 1,200 |
| 51 | 9180 | The Shops at Mission Viejo | The Walking Company | 1/31/2012 | 1,576 |
| 52 | 4839 | Town Center at Boca Raton | The Walking Company | 1/31/2018 | 1,660 |
| 53 | 4840 | Town Center at Cobb | The Walking Company | 3/31/2019 | 1,284 |
| 54 | 9896 | Treasure Coast Square | The Walking Company | 3/31/2019 | 1,759 |
| 55 | 9690 | Tyrone Square | The Walking Company | 12/31/2015 | 987 |
| 56 | 9710 | University Park Mall | The Walking Company | 3/31/2012 | 2,200 |
| 57 | 4841 | Walt Whitman Mall | The Walking Company | 11/30/2017 | 1,418 |
| 58 | 9805 | West Town Mall | The Walking Company | 8/31/2016 | 1,625 |
| 59 | 7606 | Wolfchase Galleria | The Walking Company | 2/28/2018 | 2,002 |
| 60 | 7607 | Woodland Hills Mall | The Walking Company | 1/31/2013 | 1,508 |
| | | | | | 97,515 |

Exhibit "A" to 365(d)(4) Extension

## Nicole Pino

**Subject:**                    FW: Walking Company/ Taubman Landlords

-----Original Message-----
From: Andrew Conway [mailto:AConway@Taubman.com]
Sent: Tuesday, March 09, 2010 11:49 AM
To: Tony Wall
Cc: Kurth.Mette@ARENTFOX.COM; igold@allenmatkins.com
Subject: Walking Company/ Taubman Landlords


This letter will confirm that the landlords of debtor-in-possession The Walking Company ("TWC") that are
affiliated with The Taubman Company (locations identified below) hereby consent to an additional 30-day
extension of TWC's time to assume or reject unexpired leases pursuant to Bankruptcy Code section
365(d)(4)(B)(ii) beyond the initial 210-day statutory periods, to and including August 6, 2010. This
extension is given as an accommodation to TWC's on-going restructuring and reorganization efforts in
anticipation of an extension of the "Case Filing Deadlines"
provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement
between TWC and affiliates and Wells Fargo Retail Finance, LLC.


Cherry Creek
International Plaza
MacArthur Center
Northlake Mall
Partridge Creek
Pier Shops at Caesars
Regency Square
Short Hills
Stamford Town Center
Stony Point Fashion Park
Sunvalley
Twelve Oaks Mall
Wellington Green
Westfarms
Woodfield


Andrew S. Conway
Vice President, Senior Counsel
Taubman
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304-2324
T 248.258.7427  F 248.258.7586
Aconway@taubman.com

1

000017

# M

**MIRACLE MILE SHOPS**
at planet hollywood resort & casino

March 9, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:  Boulavard Invest LLC ("Landlord")
     Miracle Miles Shops ("Premises')

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010.  This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

By: _Lynn Vaughn_

Title: _General Counsel_

3663 Las Vegas Blvd South, Suite 900  Las Vegas, NV 89109-1969  T 702.866.0703  F 702.866.0717  miraclemileshopslv.com

000018

March 9, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:    Triple Five ("Landlord")
       Mall of America ("Premises")

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010. This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

By: _Kathleen J. Allen_

Title: _Associate Counsel_
_Mall Holdings LLC_
_d/b/a Mall of America_

000019

Dear Landlord:

The Walking Company, Big Dog USA, Inc., and The Walking Company Holdings, Inc. (the "Debtors") have commenced voluntary chapter 11 bankruptcy cases, which are currently pending in the United States Bankruptcy Court for the Central District of California. Under section 365(d)(4) of the Bankruptcy Code, the Debtors must determine whether to assume or reject your lease by April 6, 2010, and they may extend that deadline until July 5, 2010 (the "Deadline"). However, because the Debtors are trying to confirm their plan of reorganization, the Debtors require additional time in order to determine whether to assume or reject your lease and require an extension of the Deadline. By this letter, the Debtors request that you agree to extend the Deadline to assume or reject your lease through August 4, 2010. During this time, the Debtors will continue to pay rent and perform their obligations under your lease unless otherwise notified in writing to you.

Please consent in writing to the extension of time by signing and returning this letter by January 29, 2010 so that we may timely file our motion with the Bankruptcy Court to extend the Deadline. Please note that if you do not sign and return this form, under the Bankruptcy Code, your lease may be deemed automatically rejected by the Deadline and the Debtors may not be able to continue performing their obligations under your lease, including but not limited to paying rent, which is a result that the Debtors wish to avoid at this time. Therefore, please timely return your extension letter to me. Debtors may require more time to extend the Deadline beyond August 4, 2010 in which case you will receive a further letter.

Feel free to contact me with any questions. Thank you.

Very truly yours,

*Anthony Wall*

Anthony J. Wall

I, the above Landlord, hereby consent to extend the Deadline through and including August 4, 2010.

**Bell Tower Shops, LLC,**

**a Delaware limited liability corporation**
By: Madison Realty Partnership LLC, Manager
By: Madison Realty Corporation, Manager
By: _____
Name: Peter Jun
Title: Vice President
Date: 3. 3 . 2010

March 10, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:    EASTVIEW MALL, LLC ("Landlord") - Eastview Mall

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-
possession The Walking Company ("TWC") for the Premises in the Mall listed above
listed above hereby consents to an additional 30-day extension of TWC's time to assume
or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the
statutory 210-day period (120 days plus a 90-day extension), to and including August 6,
2010.  This extension is given as an accommodation to TWCs' on-going restructuring
and reorganization efforts in anticipation of an appropriate extension of "Case Filing
Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and
Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance,
LLC.

Sincerely,

By: _____

Title: _SR. COUNSEL_____

000021



**Katten**

Katten Muchin Rosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788.4471 fax

BRIAN D. HUBEN
brian.huben@kattenlaw.com
310.788.4771 direct
310.712.8254 fax
203260.938
31516755

March 10, 2010

**VIA E-MAIL AND U.S. MAIL**

Anthony J. Wall
Executive Vice President and General Counsel
The Walking Company Holdings, Inc.
121 Gray Avenue
Santa Barbara, CA 93101

Re:     In re The Walking Company, *et al.*
         United States Bankruptcy Court (C.D. Cal.) Jointly Administered Case No. 9:09-bk-15138-RR

Dear Mr. Wall:

This letter will confirm that Westfield, LLC, as agent for the landlords of the shopping centers
identified in the attached Exhibit 1 (the "Centers"), consents to a thirty (30) day extension for the
Debtors in the above jointly administered cases to assume, assume and assign, or reject the
unexpired leases for nonresidential real property at the Centers, beyond the 210-day period
provided by 11 U.S.C. § 365(d)(4)(A) and (B), through August 6, 2010. This extension is given
as an accommodation to the Debtors' on-going restructuring efforts and as part of an extension
of the "Case Filing Deadlines" described in Section 6.23 of the First Amended and Restated
Ratification and Amendment Agreement between the Debtors and Wells Fargo Retail Finance,
LLC.

Yours very truly,

Brian D. Huben

BDH:dmc

cc:     Mette H. Kurth, Esq. (via e-mail:kurth.mette@arentfox.com)
         Wayne R. Terry, Esq. (via e-mail: wterry@hemar-rousso.com)

LOS ANGELES    CHARLOTTE    CHICAGO    IRVING    LONDON    NEW YORK    PALO ALTO    WASHINGTON, DC    WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

# EXHIBIT 1

Westfield Annapolis, located in Annapolis, MD

Westfield Brandon Town Center, located in Brandon, FL

Westfield Century City, located in Los Angeles, CA

Westfield Fashion Square, located in Sherman Oaks, CA

Westfield Franklin Park, located in Toledo, OH

Westfield Galleria at Roseville located in Roseville, CA

Westfield Garden State Plaza, located in Paramus, NJ

Westfield Hawthorn, located in Vernon Hills, IL

Westfield Horton Plaza, located in San Diego, CA

Westfield MainPlace, located in Santa Ana, CA

Westfield Montgomery, located in Bethesda, MD

Westfield North County, located in Escondido, CA

Westfield Old Orchard, located in Skokie, IL

Westfield San Francisco Centre, located in San Francisco, CA

Westfield Santa Anita, located in Arcadia, CA

Westfield Southcenter, located in Seattle, WA

Westfield Southgate, located in Sarasota, FL

Westfield Southpark Center, located in Strongsville, OH

Westfield Topanga Mall, located in Canoga Park, CA

Westfield Trumbull, located in Trumbull, CT

Westfield University Town Center, located in San Diego, CA

Westfield Valley Fair, located in Santa Clara, CA



**Katten**

KattenMuchinRosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788.4471 fax

BRIAN D. HUBEN
brian.huben@kattenlaw.com
310.788.4771 direct
310.712.8254 fax
203280.938
31516758

March 10, 2010

**VIA E-MAIL AND U.S. MAIL**

Anthony J. Wall
Executive Vice President and General Counsel
The Walking Company Holdings, Inc.
121 Gray Avenue
Santa Barbara, CA 93101

Re:     In re The Walking Company, et al.
        United States Bankruptcy Court (C.D. Cal.) Jointly Administered Case No. 9:09-bk-15138-RR

Dear Mr. Wall:

This letter will confirm that The Forbes Company, as agent for the landlords of the shopping centers identified in the attached Exhibit 1 (the "Centers"), consents to a thirty (30) day extension for the Debtors in the above jointly administered cases to assume, assume and assign, or reject the unexpired leases for nonresidential real property at the Centers, beyond the 210-day period provided by 11 U.S.C. § 365(d)(4)(A) and (B), through August 6, 2010. This extension is given as an accommodation to the Debtors' on-going restructuring efforts and as part of an extension of the "Case Filing Deadlines" described in Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between the Debtors and Wells Fargo Retail Finance, LLC.

Yours very truly,

Brian D. Huben

BDH:dmc

cc:     Mette H. Kurth, Esq. (via e-mail:kurth.mette@arentfox.com)
        Wayne R. Terry, Esq. (via e-mail: wterry@hemar-rousso.com)

LOS ANGELES    CHARLOTTE    CHICAGO    IRVING    LONDON    NEW YORK    PALO ALTO    WASHINGTON, DC    WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

000024

# EXHIBIT 1

Somerset Collection, located in Troy, MI

The Gardens, located in Palm Beach, FL

The Mall at Millenia, located in Orlando, FL



**Katten**

Katten Muchin Rosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788.4471 fax

BRIAN D. HUBEN
brian.huben@kattenlaw.com
310.788.4771 direct
310.712.8254 fax
203280.938
31518757

March 10, 2010

**VIA E-MAIL AND U.S. MAIL**

Anthony J. Wall
Executive Vice President and General Counsel
The Walking Company Holdings, Inc.
121 Gray Avenue
Santa Barbara, CA 93101

Re:     In re The Walking Company, *et al.*
        United States Bankruptcy Court (C.D. Cal.) Jointly Administered Case No. 9:09-bk-15138-RR

Dear Mr. Wall:

This letter will confirm that The Macerich Company, as agent for the landlords of the shopping centers identified in the attached Exhibit 1 (the "Centers"), consents to a thirty (30) day extension for the Debtors in the above jointly administered cases to assume, assume and assign, or reject the unexpired leases for nonresidential real property at the Centers, beyond the 210-day period provided by 11 U.S.C. § 365(d)(4)(A) and (B), through August 6, 2010. This extension is given as an accommodation to the Debtors' on-going restructuring efforts and as part of an extension of the "Case Filing Deadlines" described in Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between the Debtors and Wells Fargo Retail Finance, LLC.

Yours very truly,

Brian D. Huben

BDH:dmc

cc:    Mette H. Kurth, Esq. (via e-mail:kurth.mette@arentfox.com)
       Wayne R. Terry, Esq. (via e-mail: wterry@hemar-rousso.com)

LOS ANGELES    CHARLOTTE    CHICAGO    IRVING    LONDON    NEW YORK    PALO ALTO    WASHINGTON, DC    WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

# EXHIBIT 1

29th Street, located in Boulder, CO

Arden Fair, located in Sacramento, CA

Arrowhead Town Center, located in Glendale, AZ

Broadway Plaza, located in Walnut Creek, CA

Chandler Fashion Center, located in Chandler, AZ

Danbury Fair Mal, located in Danbury, CT

Flatiron Crossing, located in Broomfield, CO

Freehold Raceway Mall, located in Freehold, NJ

La Encantada, located in Tucson, AZ

Paseo Nuevo, located in Santa Barbara, CA

San Tan Village, located in Gilbert, AZ

Scottsdale Fashion Square, located in Scottsdale, AZ

The Oaks, located in Thousand Oaks, CA

The Village at Corte Madera, located in Corte Madera, CA

Valley River Center, located in Eugene, OR

Washington Square, located in Portland, OR

# BOHANNON
## DEVELOPMENT COMPANY

March 10, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

> **Re:**   ***Bohannon Development Company ("Landlord")***
> ***Space No. 2340 in***
> ***Hillsdale Shopping Center ("Premises")***

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above, hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010. This extension is given as an accommodation to TWC's on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

Robert L. Webster
President and CEO

000028

# American Nevada
### c o m p a n y
A Greenspun Company

March 10, 2010

The Walking Company
Attn: Mr. Anthony Wall
121 Gray Avenue
Santa Barbara, California  93101

**Re:**  **Lease dated May 7, 2004 (as amended), by and between The District at GVR, LLC, a Nevada
limited liability company, as successor to Shops on the Green, LLC (the "*Landlord*") and The
Walking Company, a Delaware corporation, as successor to Bianca of Nevada, Inc. (the
"*Tenant*"), for those certain premises located at 2235 Village Walk Drive, Suite 161,
Henderson, Nevada 89012 (the "*Premises*")**

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking
Company ("*TWC*") for the Premises listed above hereby consents to an additional 30-day extension of
TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond
the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010. This
extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in
anticipation of an appropriate extension of "*Case Filing Deadlines*" provided by Section 6.23 of the First
Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Wells
Fargo Retail Finance, LLC.

Sincerely,

THE DISTRICT AT GVR, LLC,
a Nevada limited liability company,

By:    The District at GVR Manager, LLC,
       a Nevada limited liability company,
       Its Manager

By:    American Nevada Company, LLC,
       a Nevada limited liability company,
       Its Manager

By:    _____
       Edward M. Schiel,
       Senior Vice President

F:\The District\Bianca-Footworks\WalkingCompanyLtr 031010.wpd

American Nevada Company, LLC
Green Valley Corporate Center  ♦  901 North Green Valley Parkway  ♦  Suite Two Hundred  ♦  Henderson, Nevada 89074
Phone - 702.458.8855 ♦ Fax - 702.435.6605
www.AmericanNevada.com



March 10, 2010


The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:     Highwoods Properties ("Landlord") – Country Club Plaza ("Premises")


Dear Mr. Wall:


This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010.  This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.



                    Sincerely,

                    Highwoods Realty Limited Partnership

                    By:  Highwoods Properties, Inc.,
                         its General Partner

                    By: _____
                    Print Name:   Glenn E. Stephenson
                    Title: Vice Pres. & Division Manager






4706 Broadway, Suite 260, Kansas City, MO 64112
Phone: 816.561.3456 • Fax: 816.960.6316
www.highwoods.com • Listed: New York Stock Exchange – HIW



March 11, 2010

The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101
Attn: Mr. Anthony Wall

Re:    Cherry Hill Center, LLC ("Landlord") - Cherry Hill Mall ("Premises")
       WG Park, L.P. ("Landlord") - Willow Grove Park Mall ("Premises")
       PR Woodland Limited Partnership ("Landlord") - Woodland Mall ("Premises")

Dear Mr. Wall:

This letter will confirm that the undersigned, on behalf of the Landlord of debtor-in-possession The Walking Company ("TWC") for the Premises listed above hereby consents to an additional 30-day extension of TWC's time to assume or reject unexpired leases under Bankruptcy Code Section 365(d)(4)(B)(ii) beyond the statutory 210-day period (120 days plus a 90-day extension), to and including August 6, 2010. This extension is given as an accommodation to TWCs' on-going restructuring and reorganization efforts in anticipation of an appropriate extension of "Case Filing Deadlines" provided by Section 6.23 of the First Amended and Restated Ratification and Amendment Agreement between Debtors and affiliates and Well Fargo Retail Finance, LLC.

Sincerely,

PREIT Services, LLC, as Agent for
Landlords:

Cherry Hill Center, LLC
WG Park, L.P.
PR Woodland Limited Partnership

By: _____
Name:  Mario C. Ventresca, Jr.
Title:  Senior Vice President

PREIT-RUBIN, Inc.    PENNSYLVANIA REAL ESTATE INVESTMENT TRUST    PREIT Services, LLC

The Bellevue • 200 South Broad Street • Philadelphia, PA 19102 • Tel: 215-875-0700 • Fax: 215-546-7311
A New York Stock Exchange Company • www.preit.com
Member of: National Association of Real Estate Investment Trusts • International Council of Shopping Centers • National Multi-Housing Council

000031

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                                                                Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Arent Fox, LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA  90013-1065

A true and correct copy of the foregoing document described as **NOTICE OF FILING OF ADDITIONAL WRITTEN CONSENTS TO EXTENSION OF THE ASSUMPTION/REJECTION DEADLINE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 11, 2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **March 11, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 11, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2010 | Adriane Lark Madkin | /s/ Adriane Lark Madkin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Craig H Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company Holdings, Inc. Noteholders
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

William C Beall on behalf of Interested Party Courtesy NEF
artyc@aol.com

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Emily R Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Lawrence A Diamant on behalf of Interested Party Kahala Mall
lad@lnbrb.com, katie@lnbrb.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

Robert K Edmunds on behalf of Interested Party Huntington National Bank
robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com

Belkys Escobar on behalf of Creditor County of Loudoun
belkys.escobar@loudoun.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Moriah D Flahaut on behalf of Debtor Big Dog USA, Inc.
flahaut.douglas@arentfox.com

Todd R Gabriel on behalf of Creditor Seaport Village Operating Company
tgabriel@sparberlaw.com

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; donna.carolo@kattenlaw.com;
laura.nefsky@kattenlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Nathan E Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

Andy Kong on behalf of Debtor The Walking Company
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Debtor Big Dog USA, Inc.
kurth.mette@arentfox.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee Of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Diane W Sanders on behalf of Creditor San Marcos CISD
austin.bankruptcy@publicans.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne Living Trust dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;shclark@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## II. **SERVED BY U.S. MAIL:**

### **VIA U.S. MAIL**

Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, California 93101-2511

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Brian Fittipaldi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101

Jennifer Cann – Vice President / Account Executive
Joseph Burt – Vice President
Wells Fargo Retail Finance
One Boston Place, 18th Floor
Boston, MA 02108

Ivan M. Gold
Allen Matkins LLP
Three Embarcadero Center, 12th Flr.
San Francisco, CA 94111

Anthony Wall
760 Arcady
Santa Barbara, CA 93108

Bear Stearns Securities Corp Custodian
Robert Schnell IRA
10291 Century Woods Dr
Los Angeles, CA  90067

Cotsen Family Foundation
C/O Kayne Anderson Capital
1800 Ave of the Stars Fl. 2
Los Angeles, CA 90067

David Wolf
1956 East Valley Rd.
Santa Barbara, CA 93108

Doug Nilsen
2225 St. James Drive
Santa Barbara, CA 93105

Gary Lieberthal, Trustee
Lieberthal Trust 3/23/99
991 Bel Air Road
Bel Air, CA 90077-3009

Kayne Anderson Capital
Income Partners (QP) LP
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Lee Cox
6726 Breakers Way
Ventura, CA 93001

Dumac LLC
RBC Dain Rauscher Cust
For C. Eric Warden Sep IRA
510 Marquette Ave
Minneapolis, MN 55402-1106

Richard & Suzanne Kayne
Living Trust dtd 1/14/09
1800 Ave of Stars 2nd Fl
Los Angeles, CA 90067

his form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                             **F 9021-1.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Robert P. Abate, Trustee
Robert P. Abate Rev Trust
Box 541
Elgin, IL 60123

Robert Schnell Ira
C/O Kayne Anderson Capital
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Roberta Morris
1428 San Miguel Ave
Santa Barbara, CA 93108

The Kayne Foundation
C/O Kayne Anderson Capital
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Amfit, Inc.
5408 NE 88th Street, Suite D-406
Vancouver, WA 98665

Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

Kayne Anderson Capital Income partners (QP), LP
c/o Kayne Anderson Capital Advisors, LP
1800 Avenue of the Stars, Second Floor
Los Angeles, CA 90067

Bear Stearns Securities Corp. Custodian
Robert Schnell IRA
10291 Century Woods Dr.
Los Angeles, CA 90067

Blackwell Partners, LLC
406 Blackwell Street, Suite 300
Durham, NC 27701

Robert P. Abate Rev Trust UA 8-29-95,
Robert P. Abate Trustee
P.O. Box 541N
Elgin, IL 60123

RBC Dain Raucher Cust. For Eric Warden SEP
IRA
510 Marquette Avenue
Minneapolis, MN 55402

Wells Fargo Retail Finance, LLC
2450 Colorado Avenue, Suite 3000W
Santa Monica, CA 90404

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
Des Moines, IA 50309

CIT Technology Financing Services, Inc.
10201 Centurian Parkway North Suite 100
Jacksonville, FL 32256

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Preit Services, LLC
Klehr Harrison Harvey Branzburg LLP
Primeshares
261 Fifth Avenue 22nd Flr
New York, NY 10016

Kevin M. Newman
Menter Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, NY 13204

his form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9021-1.1**

In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

The Shops at Wailea, LP
Trustees of the Estate of Bernice Pauahi Bishop
Susan Tius
Rush Moore LLP
737 Bishop St., Ste. 2400
Honolulu, HI 96813

Bellevue Square LLC
City of Grapevine, Grapevine-Colleyville ISD
City of Hurst, Arlington Independent School District
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430

UCC Lien Holder
Brightleaf Partners LP
c/o Brightleaf Capital LLC
324 Blackwell St Ste 520
Durham, NC 27701

UCC Lien Holder/Bonholder
Dumac LLC
406 Blackwell St., Ste 300
Durham, NC 27001-3984

UCC Lien Holder
The Huntington National Bank
Attn Edward J. Kitchen VP
650 Smithfield St., Ste. 1000
Centre City Tower
Pittsburgh, PA 15222

UCC Lien Holder
Varilease Finance Inc.
6340 South 3000 East, Ste. 250
Salt Lake City, UT 84121

BDO Seidman, LLP
3200 Bristol Street, 5th Fl.
Costa Mesa, CA 92626

Todd R. Gabriel, Esq.
Sparber Annen Morris & Gabriel, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059

Evan M. Jones, Esq.
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, Texas 78680

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,                                                                        Debtor(s). | CHAPTER: 11  CASE NUMBER: 9:09-bk-15138-RR  [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

## II. **SERVED BY U.S. MAIL:**

## **VIA U.S. MAIL (Landlords)**

South Bay Center SPE LLC
Forrest City Enterprises
700 Terminal Tower, Cleveland, OH  44113

South Coast Plaza, Management Office
3333 Bristol at San Diego Fwy
Costa Mesa, CA  92626

Bellevue Square LLC
575 Bellevue Square
Bellevue, WA  98004

Macerich Northwestern Associates
Macerich Company
1275 Broadway Plaza
Walnut Creek, CA  94596

MOAC Mall Holdings LLC
60 East Broadway
Bloomington, MN  55425-5550

Santa Anita Shopping Town LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Pioneer Place LP
c/o GGP, Inc.
110 North Wacker Drive
Chicago, IL  60606

Stoneridge Properties LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Taubman Cherry Creek Shopping Ctr LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Short Hills Assoc LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Woodfield Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Claskamas Associates LP
c/o Jones Lang Wootton
101 East 52nd Street
New York, NY  10022

Somerset Collection LP
100 Galleria Officentre, #247
Southfield, MI  48037-0667

Mayfield Management Company
516 SE Morrison, Suite 910
Portland, OR  97214

Forbes/Cohen FL Prop LP
100 Galleria Officentre, #247
Southfield, MI  48037-0667

Braintree Property Assoc LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

<table>
<tr><td>

In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation,

Debtor(s).

</td><td>

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

</td></tr>
</table>

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Bellwether Properties of MA LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Bell Wether Properties of South Carolina Limited
Partnership
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Twelve Oaks Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

SDG Fashion Mall LP
c/o Simon Properties
225 W. Washington Street
Indianapolis, IN  46204

Tuttle Crossing Assoc II LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

CHERRY HILL CENTER, LLC
New Castle Associates
200 South Broad Street
The Belview Third Floor
Philadelphia, PA  19102

Water Tower LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Fashion Centre Associates LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46207

Northgate Mall Partnership
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Sherman Oaks Fashion Associates LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90074-6991

CHRISTIANA MALL LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Kenwood Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Fashion Valley Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  90074-3271

Glendale I Mall Assoc LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

HG Galleria I,II,III LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9013-3.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
| --- | --- |

New Orleans Riverwalk Assoc
General Growth Properties Inc.
10275 Little Patuxent Parkway
Columbia, MD  21044

WG Park, L.P.
c/o Preit Services LLC
200 South Broad Street
The Belview Third Floor
Philadelphia, PA  19102

Danbury Mall Assoc LP
401 Wilshire Blvd., Suite 700
P.O. Box 2172
Santa Monica, CA  90401

Perimeter Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Southgate Plaza LLC
c/o Westfield Corporation, Inc
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Bohn & Kouretas, PLC
2009 N. 14th St, #400
Arlington, VA  22216

Falls Shopping Center Assoc LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Columbia Mall, SPE, LLC
Columbia Regional Office
10275 Little Patuxent Parkway
Columbia, MD  21044-3456

Mission Viejo Associates LP
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Dulles Town Ctr Mall LLC
Lerner Corporation
2000 Tower Oaks Blvd., 8th Floor
Rockville, MD  20852-4208

RPS II, L.L.C.
PO Box 2160
Spokane, WA  99210-1615

Aventura Mall Venture
M.S. Management Associates Inc
115 West Washington Street
Indianapolis, IN  46204

UTC Venture LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

Montgomery Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

Town Center At Cobb
LLC, c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Mall at North Shore LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Arden Fair Associates LP
1689 Arden Fair Way, Suite 1167
Sacramento, CA  95818

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                     **F 9013-3.1**

In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

The Shops at Wailea LP
c/o Wailea Retail Assocoates
810 Richards Street, #900
Honolulu, HI  96813

Forbes Taubman Orlando LLC
100 Galleria Officentre, #427
Southfield, MI  48037-0667

Triangle Town Center, LLC
c/o CBL & Associates MGMT
5959 Triangle Town Blvd, #2072
Raleigh, NC  27616

Bohannon Development Co.
Sixty 31st Street
San Mateo, CA  94403-3947

RREEF America REITII Corp BBB
Preef Asset Manager
3340 Peachtree Road NE, 2nd Floor
Atlanta, GA  30326

GGP Natick LP
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Mainplace Shoppingtown LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

Village at Corte Madera, Management Office
1554 Redwood Highway
Corte Madera, CA  94925

Sun Valley Shopping Ctr LLC
The Taubman Company
200 East Long Lake Road
Bloomfield, MI  48303-0200

Stony Point Associates LLC
The Taubman Company
200 E. Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48303

Macarthur Shopping Ctr LLC
The Taubman Company
200 E. Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48267-0405

Woodland, Preit ServicesLLC
200 South Broad Street
PO Box 200
Philadelphia, PA  19102

West Farms Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Detroit, MI  48267-0555

TJ Palm Beach Associates LP
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Alderwood Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

EklecCo NewCo LLC
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY  13202-1078

Tampa Westshore Associates Limited Partnership
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 9013-3.1

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation,<br><br>                                          Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

TRG Charlotte LLC
The Taubman Company
200 East Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48303-0200

Southpark Mall Limited Partnership
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

King of Prussia Associates, Kravco/Simon
PO Box 1528
King of Prussia, PA  19406

Copley Place Associates LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

VF Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Loa Angeles, CA  90025

Towson TC LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Saint Louis Galleria LLC
c/o GGP
110 North Wacker Drive
Chicago, IL  60606

Circle Center Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Beachwood Place Ltd Pshp
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Westcoast Estates GP
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Keystone Florida Property Holding Corp
Kravco/Simon
PO Box 1528
King of Prussia, PA  19406

Oakbrook Shopping Ctr LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

PPR Washington Square LLC
9585 South West Washington Square Raod
Tigard, OR  97223

Atlantic Pier Associates LLC
Caesars Atlantic City
2100 Pacific Ave
Atlantic City, NJ  08401

HOCKER OXMOOR, LLC
OXMOOR CENTER MALL
110 North Wacker Drive
Chicago, IL  60606

Trumbull Shopping Center #2 LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation, | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 9:09-bk-15138-RR |
| | [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
| Debtor(s). | |

Rich-Taubman Associates
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI 48303-

Jacksonville Avenues LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN 46204

Scottsdale Fashion Square Partnership
7014-590 East Camelback Road
Scottsdale, AZ 85251

West Town Mall Joint Venture
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN 46204

Westland Garden State Plaza Limited Partnership
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA 90074-6816

Freemall Associates, LLC
3710 Route 9, Suite 1000
Freehold, NJ 07728

Galleria Mall INvestors LP
c/o General Growth Properties
1000 Parkwood Circle, #400
Atlanta, GA 30339

Westfield Topanga Owner LP
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

South Hills Village Associates
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN 46204

Crossgates Mall Company NewCo LLC
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY 13202-1078

Rocksal Mall LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN 46204

SF Shopping Centre Assoc LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA 90225

TWC Chandler LLC
3111 West Chandler Boulevard, Suite 2142
Chandler, AZ 85226

GGP Ala Moana LLC
110 North Wacker Drive
Chicago, IL 60606

Macerich Twenty Ninth Street LLC
1710 29th Street, #2048
Boulder, CO 80301

Amerishop Suburban
LP
c/o Kimco Realty Corp
170 W.Ridgely Rd., Ste. 210
Lutherville, MD 21093

Lincoln Plaza Associates
c/o Kravco Simon
PO Box 1528
King of Prussia, PA 19406

Palmer Square LP
40 Nassau Street, 1st Floor
Princeton, NJ 08542

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

Plaza at Williams Center LLC
6298 E. Grant Rd., #100
Tucson, AZ 85712

Kamehameha Schools
P.O. Box 3466
Honolulu, HI 96801

Brandon Shopping Centers Partners, LTD
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA 90025

Davis Street Land Co of TN LLC
The Mall at Green Hills
2126 Abbott Martin Road
Nashville, TN 37215

Hover Mall Ltd LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Pyramid Walden Company LP
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY 13202-1078

Turnberry/Centra Sub LLC
c/o Turnberry Associates
19501 Biscayne Blvd.#400
Aventura , FL 33180

Penn-Ross Joint Venture
c/o M.S. Management Associates
225 W. Washington Street
Indianapolis, IN 46204

GGP-Maine Mall LP
110 North Wacker Drive
Chicago, IL 60606

Forest City Janes Park LLC
Terminal Tower
50 Public Square, #1360
Cleveland, OH 44113-2267

Eastview Mall LLC
Wilmorite Management Group
1265 Scottsville Rd.
Rochester, NY 14624

Pheasant Lane Realty Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204-3438

I & G Direct Real Estate 3, LP
c/o JP Morgan Invest Mngmt
245 Park Ave 2nd Fl
New York, NY 10167

WV Sub LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Madison / West Towne LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN 37421-6000

Mayfair Property LLC
110 North Wacker Drive
Chicago, IL 60606

QKC Maui Owner, LLC a Delaware Limited
Liability Company
Re: Queen Ka'ahumana Center
c/o Somera Capital Management LLC
5383 Hollister Avenue Suite 240
Santa Barbara, CA 93111

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 9013-3.1

In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

Macerich Oaks LLC
Management Office
350 West Hillcrest Drive
Thousand Oaks, CA  91360

Taubman Regency Square Assoc LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Annapolis Mall Ltd Pshp
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Rockaway Center Associates
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

AUGUSTA MALL LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

MNH Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Connected Management Services
2525 Mckinnon , Suite 700
Dallas, TX 75201

Southpark Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Regency Centers LP
1701 Shoal Creek, #245
Highland Village, TX  75077

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Partridge Creek Fashion Park LLC
The Taubman Company
200 East Long Lake Rd. #300
PO Box 200
Bloomfield Hills, MI  48303-0200

St Johns Town Center LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

KC Owner, LLC
CoastWood Capital Group LLC
One California Street Suite 2500
San Francisco, CA  94111

PFP Columbus, LLC
General Counsel
180 East Broad St. 21st FL
Columbus, OH  43215

Westcor San Tan Village LLC
11411 North Tatum Boulevard
Phoenix, AZ  85028

SPG Center LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Old Orchard Urban Limited Partnership
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

SM Eastland Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Huntsville Shores, LLC
c/o O&S Holdings, LLC
9247 Alden Drive
Beverly Hills, CA  90210

Simon Property Group Inc.
Simon Property Group Inc
225 W. Washington Street
Indianapolis, IN  46204

Chesterfield Mall LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-0001

Mall at Solomon Pond LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Caesars Palace Realty Corp
1801 Century Park East, Suite 2600
Los Angeles, CA  90067

Fashion Show Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Boulevard Invest LLC
Miracle Mile Shops Management
3663 Las Vegas Blvd. South900
Las Vegas, NV  89109

Grand Canal Shops II, LLC
c/o GGP
110 North Wacker Drive
Chicago , IL  60606

The District at GVR LLC
American Nevada Realty
901 N. Green Valley Parkway, Suite 200
Henderson, NV  89074

Frit San Jose Town & Cntry
c/o FRIT
1626 East Jefferson St
Rockville, MD  20852-4041

Seminole Properties Retail, LL
601 East Pratt Street, 6th Floor
Baltimore, MD  21202

Highwood Realty LP
310 Ward Parkway
Kansas City, MO  64112

Oak Park Mall LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Galleria at Wolfchase LLC
c/o M.S Management Assc
225 W. Washington Street
Indianapolis, IN  46204

University Park Associates
c/o M.S. Management Assc., Inc
225 W. Washington St
Indianapolis, IN  46204

SPG Independence Ctr LLC
c/o M.S. Management Associates, Inc.
225 W. Washington St.
Indianapolis, IN  46204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation, <br><br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

Rouse-Park Meadows LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Flatiron Property Holding LLC
Management Office
One West FlatIron Crossing Drive Suite 1083
Broomfield, CO 80021

Meadowood Mall, LLC
c/o Simon Properties
225 W. Washington St.
Indianapolis, IN 46204-3438

Orland LP
M.S. Management Associates Inc
225 W. Washington Street
Indianapolis, IN 46204

Woodland Hills Mall LLC
M.S. Management
225 W. Washington Street
Indianapolis, IN 46204

Ridgedale Center LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Hawthorne LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

JG Southcenter LTD
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

Valley River Center LLC
Macerich Company
401 Wilshire Boulevard Suite 700
P.O. Box 2172
Santa Monica, CA 90401

Brookfield Square Joint Venture
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN 37421-6000

Inland US Management LLC
90 South 400 West, #330
Salt Lake City, UT 84101-1369

The Equitable Life Assurance Society of the United States
Jones Lang LaSalle Americas
10 Rosedale Center
Roseville, MN 55113

GGP Grandville LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Boise Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL 60606

Simon Property Group (Texas) LP
225 W. Washington Street
Indianapolis, IN 46204

New River Associates
7700 West Arrowhead Towne Center
Glendale, AZ 85308

Lexington Joint Venture
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chatttanooga, TN 37421-6000

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        F 9013-3.1

In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

Stonebriar Mall Ltd Pshp
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Westfield Franklin Park LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Columbia Mall Partnership
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Town Center at Boca Raton Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Northwest Ohio Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Gardens SPE II LLC
73-545 El Paseo Boulevard
Palm Desert, CA  92260

Simon Property Group LP
Simon Property Group LP
225 W. Washington Street
Indianapolis, IN  46204

Goodforest LLC
Forest City
50 Public Square, #1360
Cleveland, OH  44113-2267

Florida Mall Assoc Ltd
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Cary Venture Limted Partnership & CBL and
Associates Limited Partnership
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Kahala Center Company
c/o MMI Realty Servc., Inc
2 North Lake Ave. #450
Pasadena, CA  91101-1858

Simon Property Group LP
Simon Property Group LP
225 W. Washington Street
Indianapolis, IN  46204-3438

Shoppes at Chino Hills, Inc
2555 E. Camelback Rd., Suite 800
Phoenix, AZ  85016

Woodbridge Center Property LLC
110 North Wacker Drive
Chicago, IL  60606

Horton Plaza LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

EWH Escondido Assoc LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Lancaster Trust
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190ᵗʰ Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

Hamilton Town Center LC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Century City Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Mall of Louisiana LP
110 North Wacker Drive
Chicago, IL  60606

Hill Country Galleria, L.P.
Barton Oak V
901 S. MoPac Expressway, Suite 250
Austin, TX  78746

Tacoma Mall Pshp
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Coconut Point Developers, LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46207

Bell Tower Shops LLP
Madison Marquette
1850  M Street NW, 12th Floor
Washington , DC  20036

St. Armands Circle LLC
Belmont Associates
3450 Northlake Boulevard, Suite 210
Palm Beach Gardens, FL  33403

Simon Capital GP
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Howard Rock Fee, LLC
c/o Howard Group
185 Grand Boulevard, Suite 100
Sandestin, FL  32500

GGP Steeplegate Inc
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60674

Madison Manhattan Village LLC
153 E. 53rd St., 33rd Floor
New York, NY  10022

Bridgewater Commons Mall LLC
110 North Wacker Drive
Chicago, IL  60606

Davis Street Land Co of MO III LLC
622 Davis Street, Suite 200
Evanston, IL  60201

Treasure Coast-JCP Assoc LTD
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Temecula Towne Ctr Assc LLC
Forest City
50 Public Square, #1360
Cleveland, OH  44113-2667

Roseville Shoppingtown LLC
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,
Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR
[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

Coral SC / Ltd Assoc
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, In  46204-3438

Briarwood LLC
225 W. Washington Street
Indianapolis, In  46204-3438

WMACH LLC
M.S. Associates Inc.
225 W. Washington Street
Indianapolis, IN  46204

Shopping Center Associates
9136 Paysphere Circle
Chicago, IL  60674

Lawrence Associates
234 Mall Boulevard
P.O. Box 1528
King of Prussia, PA  19406-1528

Mall at Montgomeryville LP
Simon Property Group
234 Mall Boulevard
P.O. Box 1528
King of Prussia, PA  19406-1528

Silver Sands Joint Venture Partners
630 Grand Boulevard, Suite 100
Destin, FL  32550

Opry Mills LP
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

San Diego Seaport Village Inc.
3200 Wailea Alanui, #1406
Wailea, Maui, HI  96753

The Keith Corporation
5935 Carnegia Boulevard
Charlotte, NC  28209

Freeland Realty
234 Stanley
Santa Barbara, CA 93105

Townsgate Road LLC
21241 Ventura Blvd.
Woodland Hills, CA 91364

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

**VIA EMAIL (Pursuant to Written Agreement)**

- Acevedo, Ana:            aacevedo@omm.com
- Bass, Maureen T.:        maureen.bass@bipc.com
- Bernstein, Alberto:      mdtcbkc@miamidade.gov
- Boyle, Linda:            linda.boyle@twtelecom.com
- Carolan, Christopher J.  ccarolan@brownrudnick.com
- Clark, Charles:          cclark@jdtplaw.com
- Colton, Neal:            ncolton@cozen.com
- Conway, Andrew:          aconway@taubman.com
- Cruz, Lisa:              lcruz@thekeithcorp.com
- Felger, Mark             mfelger@cozen.com
- Freeland, Dirk and Jill: freeland@cox.net
- Kaplan, John S.:         jkaplan@perkinscoie.com
- Kurtzman, Jeffrey:       jkurtzman@klehr.com
- Lawrence, Stefan S.:     stefan.s.lawrence@wellsfargo.com
- Levine, Steven B.:       slevine@brownrudnick.com
- Maseles, Richard:        richard.maseles@dor.mo.gov
- Mears, Patrick:          patrick.mears@btlaw.com
- Muzzi, Christopher J.:   cmuzzi@hilaw.us
- Nixon, Justin B.:        jnixon@dumac.duke.edu
- Shladovsky, David:       dshladovsky@kaynecapital.com
- Suss, J.:                jsuss@gte.net
- Ward, Rebecca:           rebeccaward@forestcity.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**