Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
E-mail:          kurth.mette@arentfox.com
                     kong.andy@arentfox.com
                     flahaut.douglas@arentfox.com

Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

**FILED & ENTERED**

**MAR 29 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust          DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                                    Debtors. | Case No.: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR; 9:09-bk-15139-RR]<br><br>[Chapter 11]<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(D)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** |
| [X]  Affects all Debtors<br><br>[ ]  Applies only to The Walking<br>     Company<br><br>[ ]  Applies only to Big Dog USA, Inc.<br><br>[ ]  Applies only to The Walking<br>     Company Holdings, Inc. | [No Hearing Required Pursuant to LBR 9013-1(o)] |

**IN THIS DISTRICT, AT SANTA BARBARA, CALIFORNIA, ON THE DATE INDICATED BELOW:**

On March 4, 2010, the above-captioned debtors filed their *Motion for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* [Doc. No. 279] (the "Motion").  Also on March 4, 2010, the debtors filed and served their *Notice of Motion Under Local Bankruptcy Rule 9013-1(o) for: Motion for Entry of an Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Notice").  On March 11, 2010, the debtors filed their *Notice of Filing of Additional Written Consents to the Extension of the Assumption / Rejection Deadline* [Doc. No. 300] (the "Supplement").   On March 22, 2010, the debtors filed and served a *Declaration Re: Entry of Order without Hearing Pursuant to Local Bankruptcy Rule 9013-1(o)* with respect to the Motion (the "Declaration of Non-Opposition").

The Court has reviewed and considered the Motion and supporting documents, the Notice, the Supplement, the Declaration of Non-Opposition, and the record.  Based upon that review and consideration, the Court finds that: (a) the relief is in the best interest of the debtors and their estates; (b) due and proper notice of the Motion has been given; and (c) no timely objection or opposition to the Motion has been filed or served upon the moving party.  Accordingly, after due deliberation and for sufficient cause appearing:

IT IS HEREBY ORDERED THAT

1.    The Motion is granted.

2.    The deadline for the above-captioned debtors to assume or reject their unexpired leases of non-residential real property pursuant to section 365 of the Bankruptcy Code is extended through the earlier of (1) the effective date of a plan of reorganization confirmed by this Court; or (2) July 5, 2010.

3.    The written consent agreements attached to the Motion as well as those written consent agreements contained in the Supplement are approved.  Therefore, with respect to the leases covered by those written consent agreements, the deadline for the Debtors to assume or

1    reject the unexpired leases of non-residential real property pursuant to section 365 of the

2    Bankruptcy Code is extended as specifically set forth in each applicable written consent

3    agreement.

4    IT IS SO ORDERED.

5    ###

6    ###

7    ###

8    ###

9    ###

10   ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DATED: March 29, 2010

_Robin Riblet_
United States Bankruptcy Judge

26

27

28

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Arent Fox, LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA  90013-1065

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(D)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 22, 2010**I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2010 | Adriane Lark Madkin | /s/ Adriane Lark Madkin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

### VIA OVERNIGHT MAIL

Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, California 93101-2511

### VIA U.S. MAIL

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Brian Fittipaldi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                                          Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTION 365(D)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 22, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 9:09-bk-15138-RR |
| | [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
| Debtor(s). | |

# I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Craig H Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company Holdings, Inc. Noteholders
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

William C Beall on behalf of Interested Party Courtesy NEF
artyc@aol.com

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Emily R Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Lawrence A Diamant on behalf of Interested Party Kahala Mall
lad@lnbrb.com, katie@lnbrb.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

Robert K Edmunds on behalf of Interested Party Huntington National Bank
robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com

Belkys Escobar on behalf of Creditor County of Loudoun
belkys.escobar@loudoun.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Todd R Gabriel on behalf of Creditor Seaport Village Operating Company
tgabriel@sparberlaw.com

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; donna.carolo@kattenlaw.com; laura.nefsky@kattenlaw.com

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Nathan E Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee Of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Diane W Sanders on behalf of Creditor San Marcos CISD
austin.bankruptcy@publicans.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne Living Trust dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;shclark@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**

In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 9:09-bk-15138-RR

[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR]

## II. SERVED BY U.S. MAIL:

## VIA U.S. MAIL

Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, California 93101-2511

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Brian Fittipaldi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101

Jennifer Cann – Vice President / Account Executive
Joseph Burt – Vice President
Wells Fargo Retail Finance
One Boston Place, 18th Floor
Boston, MA 02108

Ivan M. Gold
Allen Matkins LLP
Three Embarcadero Center, 12th Flr.
San Francisco, CA 94111

Anthony Wall
760 Arcady
Santa Barbara, CA 93108

Bear Stearns Securities Corp Custodian
Cotsen Family Foundation
c/o Kayne Anderson Capital
1800 Ave of the Stars Fl. 2
Los Angeles, CA 90067

David Wolf
1956 East Valley Rd.
Santa Barbara, CA 93108

Doug Nilsen
2225 St. James Drive
Santa Barbara, CA 93105

Gary Lieberthal, Trustee
Lieberthal Trust 3/23/99
991 Bel Air Road
Bel Air, CA 90077-3009

Kayne Anderson Capital
Income Partners (QP) LP
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Lee Cox
6726 Breakers Way
Ventura, CA 93001

Dumac LLC
RBC Dain Rauscher Cust
For C. Eric Warden Sep IRA
510 Marquette Ave
Minneapolis, MN 55402-1106

Richard & Suzanne Kayne
Living Trust dtd 1/14/09
1800 Ave of Stars 2nd Fl
Los Angeles, CA 90067

Robert P. Abate, Trustee
Robert P. Abate Rev Trust
Box 541
Elgin, IL 60123

Roberta Morris
1428 San Miguel Ave
Santa Barbara, CA 93108

The Kayne Foundation
c/o Kayne Anderson Capital
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Amfit, Inc.
5408 NE 88th Street, Suite D-406
Vancouver, WA 98665

Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

Kayne Anderson Capital Income partners (QP), LP
c/o Kayne Anderson Capital Advisors, LP
1800 Avenue of the Stars, Second Floor
Los Angeles, CA 90067

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9021-1.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Bear Stearns Securities Corp. Custodian
Blackwell Partners, LLC
406 Blackwell Street, Suite 300
Durham, NC 27701

Robert P. Abate Rev Trust UA 8-29-95,
Robert P. Abate Trustee
P.O. Box 541N
Elgin, IL 60123

RBC Dain Raucher Cust. For Eric Warden SEP
IRA
510 Marquette Avenue
Minneapolis, MN 55402

Wells Fargo Retail Finance, LLC
2450 Colorado Avenue, Suite 3000W
Santa Monica, CA 90404

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
Des Moines, IA 50309

CIT Technology Financing Services, Inc.
10201 Centurian Parkway North Suite 100
Jacksonville, FL 32256

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Preit Services, LLC
Klehr Harrison Harvey Branzburg LLP
Primeshares
261 Fifth Avenue 22nd Flr
New York, NY 10016

Kevin M. Newman
Menter Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, NY 13204

The Shops at Wailea, LP
Trustees of the Estate of Bernice Pauahi Bishop
Susan Tius
Rush Moore LLP
737 Bishop St., Ste. 2400
Honolulu, HI 96813

Bellevue Square LLC
City of Grapevine, Grapevine-Colleyville ISD
City of Hurst, Arlington Independent School
District
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430

UCC Lien Holder
Brightleaf Partners LP
c/o Brightleaf Capital LLC
324 Blackwell St Ste 520
Durham, NC 27701

UCC Lien Holder/Bonholder
Dumac LLC
406 Blackwell St., Ste 300
Durham, NC 27001-3984

UCC Lien Holder
The Huntington National Bank
Attn Edward J. Kitchen VP
650 Smithfield St., Ste. 1000
Centre City Tower
Pittsburgh, PA 15222

UCC Lien Holder
Varilease Finance Inc.
6340 South 3000 East, Ste. 250
Salt Lake City, UT 84121

BDO Seidman, LLP
3200 Bristol Street, 5th Fl.
Costa Mesa, CA 92626

Todd R. Gabriel, Esq.
Sparber Annen Morris & Gabriel, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9021-1.1

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>                                                Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Evan M. Jones, Esq.
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, Texas  78680

his form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9021-1.1

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## II.  SERVED BY U.S. MAIL:

## VIA U.S. MAIL (Landlords)

South Bay Center SPE LLC
Forrest City Enterprises
700 Terminal Tower, Cleveland, OH  44113

South Coast Plaza, Management Office
3333 Bristol at San Diego Fwy
Costa Mesa, CA  92626

Bellevue Square LLC
575 Bellevue Square
Bellevue, WA  98004

Macerich Northwestern Associates
Macerich Company
1275 Broadway Plaza
Walnut Creek, CA  94596

MOAC Mall Holdings LLC
60 East Broadway
Bloomington, MN  55425-5550

Santa Anita Shopping Town LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Pioneer Place LP
c/o GGP, Inc.
110 North Wacker Drive
Chicago, IL  60606

Stoneridge Properties LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Taubman Cherry Creek Shopping Ctr LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Short Hills Assoc LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Woodfield Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Claskamas Associates LP
c/o Jones Lang Wootton
101 East 52nd Street
New York, NY  10022

Somerset Collection LP
100 Galleria Officentre, #247
Southfield, MI  48037-0667

Mayfield Management Company
516 SE Morrison, Suite 910
Portland, OR  97214

Forbes/Cohen FL Prop LP
100 Galleria Officentre, #247
Southfield, MI  48037-0667

Braintree Property Assoc LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Bellwether Properties of MA LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Bell Wether Properties of South Carolina Limited Partnership
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Twelve Oaks Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

SDG Fashion Mall LP
c/o Simon Properties
225 W. Washington Street
Indianapolis, IN  46204

Tuttle Crossing Assoc II LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

CHERRY HILL CENTER, LLC
New Castle Associates
200 South Broad Street
The Belview Third Floor
Philadelphia, PA  19102

Water Tower LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Fashion Centre Associates LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46207

Northgate Mall Partnership
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Sherman Oaks Fashion Associates LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90074-6991

CHRISTIANA MALL LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Kenwood Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Fashion Valley Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  90074-3271

Glendale I Mall Assoc LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

HG Galleria I,II,III LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

New Orleans Riverwalk Assoc
General Growth Properties Inc.
10275 Little Patuxent Parkway
Columbia, MD  21044

WG Park, L.P.
c/o Preit Services LLC
200 South Broad Street
The Belview Third Floor
Philadelphia, PA  19102

Danbury Mall Assoc LP
401 Wilshire Blvd., Suite 700
P.O. Box 2172
Santa Monica, CA  90401

Perimeter Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                           **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br>Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br><br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Southgate Plaza LLC
c/o Westfield Corporation, Inc
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Bohn & Kouretas, PLC
2009 N. 14th St, #400
Arlington, VA  22216

Falls Shopping Center Assoc LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Columbia Mall, SPE, LLC
Columbia Regional Office
10275 Little Patuxent Parkway
Columbia, MD  21044-3456

Mission Viejo Associates LP
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Dulles Town Ctr Mall LLC
Lerner Corporation
2000 Tower Oaks Blvd., 8th Floor
Rockville, MD  20852-4208

RPS II, L.L.C.
PO Box 2160
Spokane, WA  99210-1615

Aventura Mall Venture
M.S. Management Associates Inc
115 West Washington Street
Indianapolis, IN  46204

UTC Venture LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

Montgomery Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

Town Center At Cobb
LLC, c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Mall at North Shore LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Arden Fair Associates LP
1689 Arden Fair Way, Suite 1167
Sacramento, CA  95818

The Shops at Wailea LP
c/o Wailea Retail Assocoates
810 Richards Street, #900
Honolulu, HI  96813

Forbes Taubman Orlando LLC
100 Galleria Officentre, #427
Southfield, MI  48037-0667

Triangle Town Center, LLC
c/o CBL & Associates MGMT
5959 Triangle Town Blvd, #2072
Raleigh, NC  27616

Bohannon Development Co.
Sixty 31st Street
San Mateo, CA  94403-3947

RREEF America REITII Corp BBB
Preef Asset Manager
3340 Peachtree Road NE, 2nd Floor
Atlanta, GA  30326

GGP Natick LP
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Mainplace Shoppingtown LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025-1748

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br><br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Village at Corte Madera, Management Office
1554 Redwood Highway
Corte Madera, CA  94925

Sun Valley Shopping Ctr LLC
The Taubman Company
200 East Long Lake Road
Bloomfield, MI  48303-0200

Stony Point Associates LLC
The Taubman Company
200 E. Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48303

Macarthur Shopping Ctr LLC
The Taubman Company
200 E. Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48267-0405

Woodland, Preit ServicesLLC
200 South Broad Street
PO Box 200
Philadelphia, PA  19102

West Farms Mall LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Detroit, MI  48267-0555

TJ Palm Beach Associates LP
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Alderwood Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

EklecCo NewCo LLC
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY  13202-1078

Tampa Westshore Associates Limited Partnership
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

TRG Charlotte LLC
The Taubman Company
200 East Long Lake Rd., #300
PO Box 200
Bloomfield Hills, MI  48303-0200

Southpark Mall Limited Partnership
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

King of Prussia Associates, Kravco/Simon
PO Box 1528
King of Prussia, PA  19406

Copley Place Associates LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

VF Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Loa Angeles, CA  90025

Towson TC LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Saint Louis Galleria LLC
c/o GGP
110 North Wacker Drive
Chicago, IL  60606

Circle Center Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br><div align=center>Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Beachwood Place Ltd Pshp
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Westcoast Estates GP
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Keystone Florida Property Holding Corp
Kravco/Simon
PO Box 1528
King of Prussia, PA  19406

Oakbrook Shopping Ctr LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

PPR Washington Square LLC
9585 South West Washington Square Raod
Tigard, OR  97223

Atlantic Pier Associates LLC
Caesars Atlantic City
2100 Pacific Ave
Atlantic City, NJ  08401

HOCKER OXMOOR, LLC
OXMOOR CENTER MALL
110 North Wacker Drive
Chicago, IL  60606

Trumbull Shopping Center #2 LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Rich-Taubman Associates
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-

Jacksonville Avenues LP
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Scottsdale Fashion Square Partnership
7014-590 East Camelback Road
Scottsdale, AZ  85251

West Town Mall Joint Venture
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Westland Garden State Plaza Limited Partnership
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90074-6816

Freemall Associates, LLC
3710 Route 9, Suite 1000
Freehold, NJ  07728

Galleria Mall INvestors LP
c/o General Growth Properties
1000 Parkwood Circle, #400
Atlanta, GA  30339

Westfield Topanga Owner LP
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

South Hills Village Associates
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Crossgates Mall Company NewCo LLC
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY  13202-1078

Rocksal Mall LLC
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

SF Shopping Centre Assoc LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90225

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9013-3.1**

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 9:09-bk-15138-RR |
| Debtor(s). | [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

TWC Chandler LLC
3111 West Chandler Boulevard, Suite 2142
Chandler, AZ  85226

GGP Ala Moana LLC
110 North Wacker Drive
Chicago, IL  60606

Macerich Twenty Ninth Street LLC
1710 29th Street, #2048
Boulder, CO  80301

Amerishop Suburban
LP
c/o Kimco Realty Corp
170 W.Ridgely Rd., Ste. 210
Lutherville, MD  21093

Lincoln Plaza Associates
c/o Kravco Simon
PO Box 1528
King of Prussia, PA  19406

Palmer Square LP
40 Nassau Street, 1st Floor
Princeton, NJ  08542

Plaza at Williams Center LLC
6298 E. Grant Rd., #100
Tucson, AZ  85712

Kamehameha Schools
P.O. Box 3466
Honolulu, HI  96801

Brandon Shopping Centers Partners, LTD
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Davis Street Land Co of TN LLC
The Mall at Green Hills
2126 Abbott Martin Road
Nashville, TN  37215

Hover Mall Ltd LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Pyramid Walden Company LP
Pyramid Management Group. Inc
4 Clinton Square
Syracuse, NY  13202-1078

Turnberry/Centra Sub LLC
c/o Turnberry Associates
19501 Biscayne Blvd.#400
Aventura , FL  33180

Penn-Ross Joint Venture
c/o M.S. Management Associates
225 W. Washington Street
Indianapolis, IN  46204

GGP-Maine Mall LP
110 North Wacker Drive
Chicago, IL  60606

Forest City Janes Park LLC
Terminal Tower
50 Public Square, #1360
Cleveland, OH  44113-2267

Pheasant Lane Realty Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

I & G Direct Real Estate 3, LP
c/o JP Morgan Invest Mngmt
245 Park Ave 2nd Fl
New York, NY  10167

WV Sub LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Madison / West Towne LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Mayfair Property LLC
110 North Wacker Drive
Chicago, IL  60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br>Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br><br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

QKC Maui Owner, LLC a Delaware Limited
Liability Company
Re: Queen Ka'ahumana Center
c/o  Somera Capital Management LLC
5383 Hollister Avenue Suite 240
Santa Barbara, CA  93111

Macerich Oaks LLC
Management Office
350 West Hillcrest Drive
Thousand Oaks, CA  91360

Taubman Regency Square Assoc LLC
The Taubman Company
200 East Long Lake Road
PO Box 200
Bloomfield Hills, MI  48303-0200

Annapolis Mall Ltd Pshp
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Rockaway Center Associates
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

AUGUSTA MALL LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

MNH Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Connected Management Services
2525 Mckinnon , Suite 700
Dallas, TX 75201

Southpark Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Regency Centers LP
1701 Shoal Creek, #245
Highland Village, TX  75077

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

The Retail Property Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Partridge Creek Fashion Park LLC
The Taubman Company
200 East Long Lake Rd. #300
PO Box 200
Bloomfield Hills, MI  48303-0200

St Johns Town Center LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

KC Owner, LLC
CoastWood Capital Group LLC
One California Street Suite 2500
San Francisco, CA  94111

PFP Columbus, LLC
General Counsel
180 East Broad St. 21st FL
Columbus, OH  43215

Westcor San Tan Village LLC
11411 North Tatum Boulevard
Phoenix, AZ  85028

SPG Center LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Old Orchard Urban Limited Partnership
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                              **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br><div align="center">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

SM Eastland Mall LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Huntsville Shores, LLC
c/o O&S Holdings, LLC
9247 Alden Drive
Beverly Hills, CA  90210

Simon Property Group Inc.
Simon Property Group Inc
225 W. Washington Street
Indianapolis, IN  46204

Chesterfield Mall LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-0001

Mall at Solomon Pond LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Caesars Palace Realty Corp
1801 Century Park East, Suite 2600
Los Angeles, CA  90067

Fashion Show Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Boulevard Invest LLC
Miracle Mile Shops Management
3663 Las Vegas Blvd. South900
Las Vegas, NV  89109

Grand Canal Shops II, LLC
c/o GGP
110 North Wacker Drive
Chicago , IL  60606

The District at GVR LLC
American Nevada Realty
901 N. Green Valley Parkway, Suite 200
Henderson, NV  89074

Frit San Jose Town & Cntry
c/o FRIT
1626 East Jefferson St
Rockville, MD  20852-4041

Seminole Properties Retail, LL
601 East Pratt Street, 6th Floor
Baltimore, MD  21202

Highwood Realty LP
310 Ward Parkway
Kansas City, MO  64112

Oak Park Mall LLC
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Galleria at Wolfchase LLC
c/o M.S Management Assc
225 W. Washington Street
Indianapolis, IN  46204

University Park Associates
c/o M.S. Management Assc., Inc
225 W. Washington St
Indianapolis, IN  46204

SPG Independence Ctr LLC
c/o M.S. Management Associates, Inc.
225 W. Washington St.
Indianapolis, IN  46204

Rouse-Park Meadows LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Flatiron Property Holding LLC
Management Office
One West FlatIron Crossing Drive Suite 1083
Broomfield, CO  80021

Meadowood Mall, LLC
c/o Simon Properties
225 W. Washington St.
Indianapolis, IN  46204-3438

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br><div align="center">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Orland LP
M.S. Management Associates Inc
225 W. Washington Street
Indianapolis, IN  46204

Woodland Hills Mall LLC
M.S. Management
225 W. Washington Street
Indianapolis, IN  46204

Ridgedale Center LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Hawthorne LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

JG Southcenter LTD
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Valley River Center LLC
Macerich Company
401 Wilshire Boulevard Suite 700
P.O. Box 2172
Santa Monica, CA  90401

Brookfield Square Joint Venture
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Inland US Management LLC
90 South 400 West, #330
Salt Lake City, UT  84101-1369

The Equitable Life Assurance Society of the United States
Jones Lang LaSalle Americas
10 Rosedale Center
Roseville, MN  55113

GGP Grandville LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Boise Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Simon Property Group (Texas) LP
225 W. Washington Street
Indianapolis, IN  46204

New River Associates
7700 West Arrowhead Towne Center
Glendale, AZ  85308

Lexington Joint Venture
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chatttanooga, TN  37421-6000

Stonebriar Mall Ltd Pshp
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Westfield Franklin Park LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025

Columbia Mall Partnership
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Town Center at Boca Raton Trust
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Northwest Ohio Mall LLC
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                        **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Gardens SPE II LLC
73-545 El Paseo Boulevard
Palm Desert, CA  92260

Simon Property Group LP
Simon Property Group LP
225 W. Washington Street
Indianapolis, IN  46204

Goodforest LLC
Forest City
50 Public Square, #1360
Cleveland, OH  44113-2267

Florida Mall Assoc Ltd
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204-3438

Cary Venture Limted Partnership & CBL and
Associates Limited Partnership
CBL Center
2030 Hamilton Place Boulevard, Suite 500
Chattanooga, TN  37421-6000

Kahala Center Company
c/o MMI Realty Servc., Inc
2 North Lake Ave. #450
Pasadena, CA  91101-1858

Simon Property Group LP
Simon Property Group LP
225 W. Washington Street
Indianapolis, IN  46204-3438

Shoppes at Chino Hills, Inc
2555 E. Camelback Rd., Suite 800
Phoenix, AZ  85016

Woodbridge Center Property LLC
110 North Wacker Drive
Chicago, IL  60606

Horton Plaza LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

EWH Escondido Assoc LP
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Lancaster Trust
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60606

Hamilton Town Center LC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Century City Mall LLC
Westfield Corporation, Inc.
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Mall of Louisiana LP
110 North Wacker Drive
Chicago, IL  60606

Hill Country Galleria, L.P.
Barton Oak V
901 S. MoPac Expressway, Suite 250
Austin, TX  78746

Tacoma Mall Pshp
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204

Coconut Point Developers, LLC
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46207

Bell Tower Shops LLP
Madison Marquette
1850  M Street NW, 12th Floor
Washington , DC  20036

St. Armands Circle LLC
Belmont Associates
3450 Northlake Boulevard, Suite 210
Palm Beach Gardens, FL  33403

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Simon Capital GP
Simon Property Group
225 W. Washington Street
Indianapolis, IN  46204

Howard Rock Fee, LLC
c/o Howard Group
185 Grand Boulevard, Suite 100
Sandestin, FL  32500

GGP Steeplegate Inc
General Growth Properties Inc.
110 North Wacker Drive
Chicago, IL  60674

Madison Manhattan Village LLC
153 E. 53rd St., 33rd Floor
New York, NY  10022

Bridgewater Commons Mall LLC
110 North Wacker Drive
Chicago, IL  60606

Davis Street Land Co of MO III LLC
622 Davis Street, Suite 200
Evanston, IL  60201

Treasure Coast-JCP Assoc LTD
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, IN  46204-3438

Temecula Towne Ctr Assc LLC
Forest City
50 Public Square, #1360
Cleveland, OH  44113-2667

Roseville Shoppingtown LLC
11601 Wilshire Blvd, 11th Floor
Los Angeles, CA  90025

Coral SC / Ltd Assoc
c/o M.S. Management Associates, Inc.
225 W. Washington Street
Indianapolis, In  46204-3438

Briarwood LLC
225 W. Washington Street
Indianapolis, In  46204-3438

WMACH LLC
M.S. Associates Inc.
225 W. Washington Street
Indianapolis, IN  46204

Shopping Center Associates
9136 Paysphere Circle
Chicago, IL  60674

Lawrence Associates
234 Mall Boulevard
P.O. Box 1528
King of Prussia, PA  19406-1528

Mall at Montgomeryville LP
Simon Property Group
234 Mall Boulevard
P.O. Box 1528
King of Prussia, PA  19406-1528

Silver Sands Joint Venture Partners
630 Grand Boulevard, Suite 100
Destin, FL  32550

Opry Mills LP
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

San Diego Seaport Village Inc.
3200 Wailea Alanui, #1406
Wailea, Maui, HI  96753

The Keith Corporation
5935 Carnegia Boulevard
Charlotte, NC  28209

Freeland Realty
234 Stanley
Santa Barbara, CA 93105

Townsgate Road LLC
21241 Ventura Blvd.
Woodland Hills, CA 91364

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br><div align="center">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## III.  TO BE SERVED BY THE LODGING PARTY:

### VIA EMAIL (Pursuant to Written Agreement)

- Acevedo, Ana:                     aacevedo@omm.com
- Bass, Maureen T.:                 maureen.bass@bipc.com
- Bernstein, Alberto:               mdtcbkc@miamidade.gov
- Boyle, Linda:                     linda.boyle@twtelecom.com
- Carolan, Christopher J.           ccarolan@brownrudnick.com
- Clark, Charles:                   cclark@jdtplaw.com
- Colton, Neal:                     ncolton@cozen.com
- Conway, Andrew:                   aconway@taubman.com
- Cruz, Lisa:                       lcruz@thekeithcorp.com
- Daniels, Thomas W.:               tdaniels@wilmorite.com
- Felger, Mark                      mfelger@cozen.com
- Freeland, Dirk and Jill:          freeland@cox.net
- Kaplan, John S.:                  jkaplan@perkinscoie.com
- Kurtzman, Jeffrey:                jkurtzman@klehr.com
- Lawrence, Stefan S.:              stefan.s.lawrence@wellsfargo.com
- Levine, Steven B.:                slevine@brownrudnick.com
- Maseles, Richard:                 richard.maseles@dor.mo.gov
- Mears, Patrick:                   patrick.mears@btlaw.com
- Muzzi, Christopher J.:            cmuzzi@hilaw.us
- Nixon, Justin B.:                 jnixon@dumac.duke.edu
- Robert Schnell IRA:               roberts@fortunecasuals.com
- Robert Schnell Trust:             roberts@fortunecasuals.com
- Rubert, Teresa:                   trubert@wilmorite.com
- Schnell, Robert:                  roberts@fortunecasuals.com
- Shladovsky, David:                dshladovsky@kaynecapital.com
- Suss, J.:                         jsuss@gte.net
- Ward, Rebecca:                    rebeccaward@forestcity.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**

| | |
|---|---|
| In re:  THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br><div align="center">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                    **F 9013-3.1**