Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
E-mail:    kurth.mette@arentfox.com
kong.andy@arentfox.com
flahaut.douglas@arentfox.com

Attorneys for Debtors and Debtors in Possession
Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY,** a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>      Debtors.<br><br>[X]  Affects all Debtors<br><br>[ ]  Applies only to The Walking Company<br><br>[ ]  Applies only to Big Dog USA, Inc.<br><br>[ ]  Applies only to The Walking Company Holdings, Inc. | Case No.: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR and 9:09-bk-15139-RR]<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND THE "COMMITMENT TERMINATION DATE" PURUSANT TO THE DEBTORS' POSTPETITION FINANCING AGREEMENT**<br><br><u>**No Hearing Required**</u> |

**TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS' SECURED LENDER; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE NOTEHOLDERS AND OTHER SECURED CREDITORS; AND ALL PARTIES ENTITLED TO SPECIAL NOTICE:**

The Walking Company and its debtor affiliates, The Walking Company Holdings, Inc. and Big Dog USA, Inc. (collectively, the "Debtors"), on one hand, and secured creditor Wells Fargo Retail Finance, LLC, as Agent ("WFRF"), on the other hand, hereby enter into this *Stipulation to Extend the "Commitment Termination Date" Pursuant to the Debtors' Postpetition Financing Agreement* (the "Stipulation").[1]

## RECITALS

A. The Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code on December 7, 2009 (the "Petition Date"). The Debtors continue to manage their financial affairs and operate their bankruptcy estates as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

B. The Court has jurisdiction over these cases pursuant to 28 U.S.C. § 157 and 1334 and Local Bankruptcy Rule 2100.1. Consideration of this Stipulation constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(m).

C. On December 14, 2010, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these cases.

D. On January 14, 2010, the Bankruptcy Court entered its *Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure: (1) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness with Priority over all Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 Providing for Adequate*

---

[1] Any undefined capitalized terms in this motion shall have the meaning ascribed to them in the DIP Financing Order.

*Protection, and (4) Modifying the Automatic Stay* (the "DIP Financing Order"). Among other things, the DIP Financing Order established a financing arrangement pursuant to the terms of the Debtors' Pre-Petition Financing Agreement, as amended by that certain First Amended and Restated Ratification Amendment Agreement (which amended and restated in its entirety that certain Ratification and Amendment Agreement) (the "DIP Financing Agreement"), by and among Big Dog USA, Inc. and The Walking Company, each as a borrower, WFRF, as administrative agent, and the lenders party thereto (the "DIP Secured Parties").

E.  The DIP Financing Order authorizes Big Dog USA, Inc. and TWC to use the proceeds of the extensions of credit pursuant to the DIP Financing Agreement for the purposes specifically set forth in the DIP Financing Agreement and the DIP Financing Order and in accordance with the Budget attached as Exhibit B to the DIP Financing Order. *See* the DIP Financing Order at Paragraph 2(h).

F.  Pursuant to the DIP Financing Order, "[a]ll (i) DIP Obligations of the Debtors to the DIP Secured Parties shall be immediately due and payable, and (ii) authority to use the proceeds of the DIP Financing Documents and to use Cash Collateral shall cease, both on the date that is the earliest to occur of: (x) **April 15, 2010**, (y) the occurrence or continuance of any Event of Default or the Termination Date under the DIP Financing Agreement, or (z) the date upon which a Transaction is closed as contemplated by the DIP Financing Agreement (the "Commitment Termination Date"). See the DIP Financing Order at Paragraph 13 (emphasis added).

G.  On February 1, 2010, the Debtors filed their *Original Joint Chapter 11 Plan (Dated February 1, 2010)* [Doc. No. 223] (as subsequently amended, the "Plan") along with their *Disclosure Statement for Debtors' Original Joint Chapter 11 Plan (Dated February 1, 2010)* [Doc. No. 224] (as subsequently amended, the "Disclosure Statement"). A hearing on the adequacy of the Debtors' Disclosure Statement was held on March 12, 2010 and the Disclosure Statement was approved. A hearing on the confirmation of the Debtors' Plan is set for April 23, 2010.

H.  Good cause exists to allow the continued financing of the Debtors operations under the terms of this Stipulation through and including May 7, 2010, as set forth below.

## STIPULATION

**NOW, THEREFORE,** the DIP Secured Parties and the Debtors hereby agree as follows:

1.  The Commitment Termination Date with respect to the DIP Financing Agreement shall be extended through and including April 30, 2010, as follows:

> "All (i) DIP Obligations of the Debtors to the DIP Secured Parties shall be immediately due and payable, and (ii) authority to use the proceeds of the DIP Financing Documents and to use Cash Collateral shall cease, both on the date that is the earliest to occur of: (w) the confirmation of the Plan, (x) **May 7, 2010**, (y) the occurrence or continuance of any Event of Default or the Termination Date under the DIP Financing Agreement, or (z) the date upon which a Transaction is closed as contemplated by the DIP Financing Agreement (the "Commitment Termination Date").

2.  The Budget attached as Exhibit B to the DIP Financing Order shall be amended to include the Budget attached as Exhibit A, hereto, which extends Budget through and including May 7, 2010.

**IT IS SO STIPULATED:**

1  Dated: April 1, 2010                           **BROWN RUDNICK LLP**

2

3
                                                  By: /s/ Steven Levine
4                                                 ———————————————————
                                                  Steven Levine
                                                  Attorneys for the DIP Secured Lenders
5

6  Dated: April 1, 2010                           **ARENT FOX LLP**

7

8
                                                  By: /s/ *Mette H. Kurth*
                                                  ———————————————————
9                                                 Mette H. Kurth
                                                  Attorney for the Debtors and Debtors in
10                                                Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Weekly Cash Budget (DIP) - 13 week cash flow
Bankruptcy Filing = 12/07/09

**Draft - Subject to Change**

| For the week ending, Saturday | Week # --> | 11 Actual 2/20/2010 | 12 Actual 2/27/2010 | 13 Actual 3/6/2010 | 14 Actual 3/13/2010 | 15 Actual 3/20/2010 | 16 Actual 3/27/2010 | 17 Forecast 4/3/2010 | 18 Forecast 4/10/2010 | 19 Forecast 4/17/2010 | 20 Forecast 4/24/2010 | 21 Forecast 5/1/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | | | | | | | | | | | | |
| Sales Receipts | | 3,387,844 | 2,941,832 | 2,866,306 | 2,892,400 | 3,052,134 | 3,207,912 | 2,551,325 | 2,815,906 | 2,815,906 | 2,815,906 | 2,815,906 |
| Sales Receipts - store liquidations | | | | | | | | | | | | |
| Forecasted Sales Tax Collections | | 186,331 | 161,801 | 157,847 | 159,082 | 167,867 | 176,435 | 140,323 | 154,875 | 154,875 | 154,875 | 154,875 |
| Misc Cash Receipts/Adjustments | | 12,798 | 9,452 | | 503,293 | 24,617 | 9,912 | | | | | |
| Proceeds from capital | | | | | | | | | | | | |
| **Forecasted Receipts** | | 3,586,974 | 3,113,085 | 3,023,953 | 3,554,775 | 3,244,619 | 3,394,259 | 2,691,648 | 2,970,781 | 2,970,781 | 2,970,781 | 2,970,781 |
| **DISBURSEMENTS (based on checks cleared):** | | | | | | | | | | | | |
| Sales Tax | | 276,839 | 310,198 | | | 456,408 | 261,232 | | | | 533,000 | 150,000 |
| Occupancy Costs - Stores | | | 10,194 | 2,610,864 | 31,552 | 97,889 | | 2,591,108 | | | | |
| Vendor Payments | | 2,048,348 | 1,737,616 | 1,286,184 | 20,445 | 20,236 | 2,439,436 | 316,265 | 1,031,852 | 1,321,826 | 930,831 | 2,618,000 |
| **Other Overhead:** | | | | | | | | | | | | |
| Payroll (Bi-Weekly), incl taxes | | 187,092 | 1,088,930 | 178,109 | 1,100,418 | 177,875 | 1,149,803 | | 1,252,194 | | 1,252,194 | |
| Employee benefits/Insurance | | 27,168 | 97,699 | 75,812 | 93,795 | 82,005 | 40,829 | 60,000 | 60,000 | 100,000 | 60,000 | 60,000 |
| Liquidation management & costs | | | | | | | | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Insurance | | | 140,757 | 50,889 | 54,492 | 1,190 | | | | | | |
| Advertising | | | | 653 | | | | | | | | |
| Catalog/Internet Costs | | | | | | | | | | | | |
| Outside Services - Construction for Cherry Creek | | | | | | | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| All corporate rent (Gray, DC and Westlake) | | | | 143,000 | | | | 113,000 | | | | |
| Van/lease payments - DC | | | | 76,339 | | | | 75,000 | | | | |
| Credit Card Fees | 2.5% | | | | | | | | | | | |
| Other A/P - corporate oh | | 275,673 | 250,163 | 258,525 | 555,130 | 327,608 | 358,627 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 |
| **Subtotal Other Operating overheads** | | 489,933 | 1,575,548 | 782,127 | 1,871,887 | 588,477 | 1,549,259 | 633,000 | 1,697,194 | 485,000 | 1,697,194 | 445,000 |
| **Total Operating overheads** | | 2,795,120 | 3,633,557 | 4,679,266 | 4,823,789 | 2,062,810 | 4,239,927 | 3,540,372 | 2,829,046 | 1,806,926 | 3,161,025 | 3,213,000 |
| Interest expense | | | | 47,308 | | | | 84,000 | | | | |
| Bank Fees - 1% commitment fee | | | 13,334 | | | | 10,822 | | | | | |
| Court ordered utility deposits | | | | | | | | | | | | |
| Payment of unsecured claims | | | | | 17,225 | | | | | | | |
| Other A/P - Estate | | | | | | | | | | | | |
| Lease Cure Costs | | | | | | | | | | | | |
| Physical Inventories - RGIS | | | | | | | | | | | | |
| Ad valorem tax and other held by WFRF | | | | | | | | | | | | |
| **Subtotal Estate overheads** | | | 13,334 | 47,308 | 17,225 | | 10,822 | 84,000 | | | | |
| **Total Other Overhead** | | 2,795,120 | 3,646,891 | 4,626,574 | 4,841,014 | 2,062,810 | 4,250,750 | 3,624,372 | 2,829,046 | 1,806,926 | 3,161,025 | 3,213,000 |
| Professional Fees | | 103,000 | 189,000 | 48,760 | 48,760 | 48,760 | 132,250 | 132,250 | 132,250 | 132,250 | 132,250 | 132,250 |
| **Total Cash Disbursements** | | 2,898,120 | 3,835,891 | 4,675,324 | 4,889,764 | 2,111,560 | 4,383,000 | 3,756,622 | 3,061,296 | 1,939,176 | 3,293,275 | 3,345,250 |
| **NET CASH FLOW** | | 688,854 | (722,806) | (1,651,371) | (1,334,989) | 1,133,059 | (988,741) | (1,064,974) | (90,516) | 1,031,605 | (322,495) | (374,469) |
| **CUMULATIVE NET CASH FLOW** | | 19,569,445 | 18,846,639 | 17,195,269 | 15,860,280 | 16,993,339 | 16,004,598 | 14,939,624 | 14,849,108 | 15,880,713 | 15,558,218 | 15,183,749 |
| **CUMULATIVE NET CASH FLOW Post Petition** | | 10,033,764 | 10,756,570 | 12,407,942 | 13,742,932 | 12,609,874 | 13,598,616 | 14,663,590 | 14,754,106 | 13,722,501 | 14,044,995 | 14,419,465 |
| Post-Petition DIP Loan Balance/(Cash Collateral Balance) | | 16,720,420 | 15,997,615 | 14,346,244 | 13,011,255 | 14,144,314 | 13,155,573 | 12,090,599 | 12,000,083 | 13,031,888 | 12,709,194 | 12,334,724 |
| **Secured Creditor Balances** | | | | | | | | | | | | |
| WFRF Revolver - pre-petition | | 10,033,764 | 10,756,570 | 12,407,942 | 13,742,932 | 12,609,874 | 13,598,616 | 14,663,590 | 14,754,106 | 13,722,501 | 14,044,995 | 14,419,465 |
| DIP Financing | | 10,033,764 | 10,756,570 | 12,407,942 | 13,742,932 | 12,609,874 | 13,598,616 | 14,663,590 | 14,754,106 | 13,722,501 | 14,044,995 | 14,419,465 |
| WFRF Combined Balance | | 865,412 | 865,412 | 444,397 | 444,397 | 349,525 | 442,164 | 442,164 | 442,164 | 53,376 | 53,376 | 53,376 |
| WFRF L/C | | 19,661,802 | 19,661,802 | 19,661,802 | 19,661,802 | 19,661,802 | 19,661,802 | 19,923,294 | 19,923,294 | 19,923,294 | 19,923,294 | 19,923,294 |
| Convertible Debt | | | | | | | | | | | | |
| **Total Secured Exposure** | | 30,560,977 | 31,283,784 | 32,514,141 | 33,849,131 | 32,621,201 | 33,702,582 | 33,702,582 | 33,702,582 | 33,702,582 | 33,702,582 | 33,702,582 |

Weekly Cash Budget (DIP) - 13 week cash flow
Bankruptcy Filing = 12/07/09

**Draft - Subject to Change**

| Week #→ | 11 Actual 2/20/2010 | 12 Actual 2/27/2010 | 13 Actual 3/6/2010 | 14 Actual 3/13/2010 | 15 Actual 3/20/2010 | 16 Actual 3/27/2010 | 17 Forecast 4/3/2010 | 18 Forecast 4/10/2010 | 19 Forecast 4/17/2010 | 20 Forecast 4/24/2010 | 21 Forecast 5/1/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| For the week ending, Saturday | | | | | | | | | | | |
| Total Inventory-Go Forward $ (eligible inventory) | 31,794,428 | 32,479,450 | 34,695,005 | 34,721,779 | | | 34,006,589 | 34,165,763 | 34,516,060 | 34,004,925 | 33,013,350 |
| Total Inventory-Go Forward Stores | 32,112,958 | 32,897,920 | 35,162,650 | 35,203,130 | 36,537,188 | 36,278,982 | 34,546,165 | 34,705,340 | 35,055,637 | 34,544,502 | 33,552,927 |
| Ineligible Inventory | (390,429) | (418,470) | (457,646) | (481,351) | (516,172) | (539,577) | (539,577) | (539,577) | (539,577) | (539,577) | (638,577) |
| Eligible Inventory | 31,722,529 | 32,479,450 | 34,695,005 | 34,721,779 | 36,021,017 | 35,739,386 | 34,006,589 | 34,165,763 | 34,516,060 | 34,004,925 | 33,013,350 |
| Advance Rate A | 59.3% | 61.1% | 65.0% | 66.8% | 66.8% | 66.8% | 71.3% | 71.3% | 71.3% | 71.3% | 70.0% |
| Total Inventory Availability-Go Forward Stores | 18,811,459 | 19,844,944 | 22,551,753 | 23,194,149 | 24,062,039 | 23,873,910 | 24,246,698 | 24,360,189 | 24,609,951 | 24,245,512 | 23,109,345 |
| Total Inventory-Liquidating Stores | 72,536 | | | | | | | | | | |
| Ineligible Inventory | (639) | | | | | | | | | | |
| Eligible Inventory | 71,897 | | | | | | | | | | |
| Advance Rate B changed to A rate effective 1/31/10 | 59.3% | 61.1% | 65.0% | 66.0% | 66.8% | 66.8% | 71.3% | 71.3% | 71.3% | 71.3% | 70.0% |
| Total Inventory Availability-Liquidating Stores | 42,635 | | | | | | | | | | |
| Outstanding LCs | 865,412 | 865,412 | 444,397 | 444,397 | 349,525 | 442,164 | 442,164 | 442,164 | 53,376 | 53,376 | 53,376 |
| Advance Rate A | 59.3% | 61.1% | 65.0% | 66.8% | 66.8% | 66.8% | 71.3% | 71.3% | 71.3% | 71.3% | 70.0% |
| Availability on LCs | 500,000 | 500,000 | 288,858 | 296,857 | 233,483 | 295,366 | 315,263 | 315,263 | 38,057 | 38,057 | 37,363 |
| Total Inventory Availability | 19,354,094 | 20,344,945 | 22,840,611 | 23,491,006 | 24,295,522 | 24,169,275 | 24,561,961 | 24,675,452 | 24,648,008 | 24,283,569 | 23,146,708 |
| Availability Block (BD & TWC) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) | (3,000,000) |
| Professional carve out reserve | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) |
| Other reserves (customer liabilities; lien state rents, prop & sls tax res) | (1,560,193) | (1,556,547) | (1,539,426) | (1,487,521) | (1,479,779) | (1,471,023) | (1,471,023) | (1,471,023) | (1,471,023) | (1,471,023) | (1,471,023) |
| Total Availability Reserves | (4,760,193) | (4,756,547) | (4,739,426) | (4,687,521) | (4,679,779) | (4,671,023) | (4,671,023) | (4,671,023) | (4,671,023) | (4,671,023) | (4,671,023) |
| Total Borrowing Base | 14,593,901 | 15,588,398 | 18,101,185 | 18,803,485 | 19,615,743 | 19,498,252 | 19,890,938 | 20,004,429 | 19,976,985 | 19,612,546 | 18,475,685 |
| Ending Principal Balance (Pre-petition + DIP) | 10,033,764 | 10,756,570 | 12,407,942 | 13,742,932 | 12,609,874 | 13,598,810 | 14,683,590 | 14,754,106 | 13,722,501 | 14,044,995 | 14,419,465 |
| Net Availability before AR (and deduct LCs) | 3,694,726 | 3,966,416 | 5,248,846 | 4,816,156 | 6,656,344 | 5,457,473 | 4,765,184 | 4,808,160 | 6,201,108 | 5,514,174 | 4,002,845 |
| Accounts Receivable | 1,706,882 | 1,466,144 | 1,523,948 | 1,560,721 | 1,685,939 | 1,690,053 | 1,440,119 | 1,440,119 | 1,440,119 | 1,440,119 | 1,440,119 |
| Total Availability | 5,401,609 | 5,432,560 | 6,772,794 | 6,176,877 | 8,342,283 | 7,147,526 | 6,225,303 | 6,248,279 | 7,641,227 | 6,954,293 | 5,442,963 |

**Assumptions**
Sales based on prior year comparable less <-6%>. Includes discontinued stores during liquidation and wind-down
Sales tax estimated using blended rate ~ 5.5%
Occupancy costs include store location rents, adjusted for some rent reductions
Vendor payments based on terms - see separate vendor term tab
Payroll includes stores and corporate
Employee benefits estimate based on historical trend
Fees are for consulting fees paid to Nassi Group
Insurance is for general and workmans comp policies
Planned c
Corporate rent includes distribution center, Westlake and Gray offices
Monthly lease payment on distribution center equipment
Credit card fees based on estimate of previous sales
Other AP corporate is an estimate of all weekly overhead costs not seperately identified herein.
Bank fees (1% of commitment)
Includes potential credit-card hold backs of $800m and utility deposits of $100m
Payment of unsecured claims - see separate schedule
Landlord rents 12/7 thru 12/31 / Landlords rent through 11/30 / Landlords rent prorated 7 days for Dec. for all A&B&C stores
All professional fees. Assumes $350m retainer. Weekly disbursements to fund escrow account held for payment to professionals upon court approved fee application.

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, <br><br>Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 9:09-bk-15138-RR <br><br> [Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Arent Fox, LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065

A true and correct copy of the foregoing document described as **STIPULATION TO EXTEND THE "COMMITMENT TERMINATION DATE" PURSUANT TO THE DEBTORS' AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 2, 2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 2, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 2, 2010 | Adriane Lark Madkin | /s/ *Adriane Lark Madkin* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9013-3.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

# I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Craig H Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company Holdings, Inc. Noteholders
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

William C Beall on behalf of Interested Party Courtesy NEF
artyc@aol.com

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Emily R Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Lawrence A Diamant on behalf of Interested Party Kahala Mall
lad@lnbrb.com, katie@lnbrb.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

Robert K Edmunds on behalf of Interested Party Huntington National Bank
robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com

Belkys Escobar on behalf of Creditor County of Loudoun
belkys.escobar@loudoun.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Moriah D Flahaut on behalf of Debtor Big Dog USA, Inc.
flahaut.douglas@arentfox.com

Todd R Gabriel on behalf of Creditor Seaport Village Operating Company
tgabriel@sparberlaw.com

Philip A Gasteier on behalf of Interested Party Kahala Center Company
pag@lnbrb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9013-3.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

Fredric Glass on behalf of Creditor Fair Harbor Capital, LLC
fglass@fairharborcapital.com

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Nathan E Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

Andy Kong on behalf of Debtor Big Dog USA, Inc.
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Debtor Big Dog USA, Inc.
kurth.mette@arentfox.com

Kevin M Newman on behalf of Creditor Crossgates Mall Company NewCo, LLC
knewman@menterlaw.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee Of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Diane W Sanders on behalf of Creditor San Marcos CISD
austin.bankruptcy@publicans.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne Living Trust dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9013-3.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;shclark@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9013-3.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## II. SERVED BY U.S. MAIL OR OVERNIGHT:

### VIA U.S. MAIL

Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, California 93101-2511

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Brian Fittipaldi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101

Jennifer Cann – Vice President / Account Executive
Joseph Burt – Vice President
Wells Fargo Retail Finance
One Boston Place, 18th Floor
Boston, MA 02108

Ivan M. Gold
Allen Matkins LLP
Three Embarcadero Center, 12th Flr.
San Francisco, CA 94111

Anthony Wall
760 Arcady
Santa Barbara, CA 93108

Bear Stearns Securities Corp Custodian
Cotsen Family Foundation
c/o Kayne Anderson Capital
1800 Ave of the Stars Fl. 2
Los Angeles, CA 90067

David Wolf
1956 East Valley Rd.
Santa Barbara, CA 93108

Doug Nilsen
2225 St. James Drive
Santa Barbara, CA 93105

Gary Lieberthal, Trustee
Lieberthal Trust 3/23/99
991 Bel Air Road
Bel Air, CA 90077-3009

Kayne Anderson Capital
Income Partners (QP) LP
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Lee Cox
6726 Breakers Way
Ventura, CA 93001

Dumac LLC
RBC Dain Rauscher Cust
For C. Eric Warden Sep IRA
510 Marquette Ave
Minneapolis, MN 55402-1106

Richard & Suzanne Kayne
Living Trust dtd 1/14/09
1800 Ave of Stars 2nd Fl
Los Angeles, CA 90067

Robert P. Abate, Trustee
Robert P. Abate Rev Trust
Box 541
Elgin, IL 60123

---

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9021-1.1

| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |
|---|---|

Roberta Morris
1428 San Miguel Ave
Santa Barbara, CA 93108

The Kayne Foundation
c/o Kayne Anderson Capital
1800 Ave of the Stars Fl2
Los Angeles, CA 90067

Amfit, Inc.
5408 NE 88th Street, Suite D-406
Vancouver, WA 98665

Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

Kayne Anderson Capital Income partners (QP), LP
c/o Kayne Anderson Capital Advisors, LP
1800 Avenue of the Stars, Second Floor
Los Angeles, CA 90067

Bear Stearns Securities Corp. Custodian
Blackwell Partners, LLC
406 Blackwell Street, Suite 300
Durham, NC 27701

Robert P. Abate Rev Trust UA 8-29-95,
Robert P. Abate Trustee
P.O. Box 541N
Elgin, IL 60123

RBC Dain Raucher Cust. For Eric Warden SEP IRA
510 Marquette Avenue
Minneapolis, MN 55402

Wells Fargo Retail Finance, LLC
2450 Colorado Avenue, Suite 3000W
Santa Monica, CA 90404

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
Des Moines, IA 50309

CIT Technology Financing Services, Inc.
10201 Centurian Parkway North Suite 100
Jacksonville, FL 32256

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Preit Services, LLC
Klehr Harrison Harvey Branzburg LLP
Primeshares
261 Fifth Avenue 22nd Flr
New York, NY 10016

Kevin M. Newman
Menter Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, NY 13204

The Shops at Wailea, LP
Trustees of the Estate of Bernice Pauahi Bishop
Susan Tius
Rush Moore LLP
737 Bishop St., Ste. 2400
Honolulu, HI 96813

Bellevue Square LLC
City of Grapevine, Grapevine-Colleyville ISD
City of Hurst, Arlington Independent School District
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9021-1.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 9:09-bk-15138-RR<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

UCC Lien Holder
Brightleaf Partners LP
c/o Brightleaf Capital LLC
324 Blackwell St Ste 520
Durham, NC 27701

UCC Lien Holder/Bondholder
Dumac LLC
406 Blackwell St., Ste 300
Durham, NC 27001-3984

UCC Lien Holder
The Huntington National Bank
Attn Edward J. Kitchen VP
650 Smithfield St., Ste. 1000
Centre City Tower
Pittsburgh, PA 15222

UCC Lien Holder
Varilease Finance Inc.
6340 South 3000 East, Ste. 250
Salt Lake City, UT 84121

BDO Seidman, LLP
3200 Bristol Street, 5th Fl.
Costa Mesa, CA 92626

Todd R. Gabriel, Esq.
Sparber Annen Morris & Gabriel, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059

Evan M. Jones, Esq.
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, Texas 78680

Ada County Prosecuting Attorneys Office
Greg H Bower & Elizabeth M Taylor
Prosecuting Attorney & Deputy Prosecuting
Attorney Civil Division
200 W Front St Rm 3191
Boise, ID 83702

Interested Party - Bark River Enterprises LLC
dba Fish Window Cleaning
Fish Window Cleaning
Mr Neil Traverse
PO Box 597
Menomonee Falls, WI 53051

Counsel to CREA/PPC Long Beach
Towne Center PO, LLC
Jackson DeMarco Tidus & Peckenpaugh
Charles M Clark
2030 Main St Ste 1200
Irvine, CA 92614

Counsel to Tarrant County
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

---

his form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9021-1.1

| | |
|---|---|
| In re: THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOG USA, INC., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 9:09-bk-15138-RR<br>[Jointly Administered with Case Nos. 9:09-bk-15137-RR and 9:09-bk-15139-RR] |

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

## VIA EMAIL (Pursuant to Written Agreement)

| | |
|---|---|
| Acevedo, Ana: | aacevedo@omm.com |
| Bass, Maureen T.: | maureen.bass@bipc.com |
| Bernstein, Alberto: | mdtcbkc@miamidade.gov |
| Boyle, Linda: | linda.boyle@twtelecom.com |
| Carolan, Christopher J. | ccarolan@brownrudnick.com |
| Clark, Charles: | cclark@jdtplaw.com |
| Colton, Neal: | ncolton@cozen.com |
| Conway, Andrew: | aconway@taubman.com |
| Cruz, Lisa: | lcruz@thekeithcorp.com |
| Daniels, Thomas W.: | tdaniels@wilmorite.com |
| Felger, Mark | mfelger@cozen.com |
| Freeland, Dirk and Jill: | freeland@cox.net |
| Kaplan, John S.: | jkaplan@perkinscoie.com |
| Kurtzman, Jeffrey: | jkurtzman@klehr.com |
| Lawrence, Stefan S.: | stefan.s.lawrence@wellsfargo.com |
| Levine, Steven B.: | slevine@brownrudnick.com |
| Maseles, Richard: | richard.maseles@dor.mo.gov |
| Mears, Patrick: | patrick.mears@btlaw.com |
| Muzzi, Christopher J.: | cmuzzi@hilaw.us |
| Nixon, Justin B.: | jnixon@dumac.duke.edu |
| Robert Schnell IRA: | roberts@fortunecasuals.com |
| Robert Schnell Trust: | roberts@fortunecasuals.com |
| Rubert, Teresa: | trubert@wilmorite.com |
| Schnell, Robert: | roberts@fortunecasuals.com |
| Shladovsky, David: | dshladovsky@kaynecapital.com |
| Suss, J.: | jsuss@gte.net |
| Ward, Rebecca: | rebeccaward@forestcity.net |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
LA/254660.1

F 9013-3.1