1  Josefina Fernandez McEvoy (SBN 147138)
   jfmcevoy@foxrothschild.com
2  **FOX ROTHSCHILD LLP**
   1800 Century Park East, Suite 300
3  Los Angeles, California 90067-1506
   Telephone: 310.598.4185
4  Facsimile:  310.556-9828

5  Attorneys for Wells Fargo Merchant Services LLC

6

7

8              UNITED STATE BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 SANTA BARBARA DIVISION

11

| | |
|---|---|
| In Re | Case No. 9:09-bk-15138 RR |
| **THE WALKING COMPANY**, a Delaware Corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.**, a California Corporation, d/b/a/ Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware Corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, | Chapter 11<br><br>[Jointly Administered with Case Nos. 9:09-bk-15137 RR and 9:09-bk-15139 RR]<br><br>**LIMITED OBJECTION OF WELLS FARGO MERCHANT SERVICES LLC TO CONFIRMATION OF DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN (DATED MARCH 9, 2010)**<br><br>**(CURE PAYMENT OBJECTION)**<br><br>**Confirmation Hearing** |
| Debtors | DATE: April 23, 2010<br>TIME: 1:00 p.m.<br>PLACE: 1415 State Street<br>            Santa Barbara, CA 93101 |
| [x] Affects all Debtors<br><br>[ ] Applies only to The Walking Company<br><br>[ ] Applies only to Big Dog USA, Inc.<br><br>[ ] Applies only to The Walking Company Holdings, Inc. | |

LA1 40768v1 04/07/10

1     Wells Fargo Merchant Services LLC ("WFMS") submits this limited objection to confirmation (the "Objection") of the *Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010)* (the "Plan").

## I.

## OBJECTION

1. On the Effective Date,[1] the Reorganized Debtors will assume the executory contracts that are identified on the Schedule of Assumed Agreements (the "Schedule"). The Schedule is attached to the Plan as Exhibit 1.

2. The Schedule lists the amounts that the Debtors believe Bankruptcy Code sections 365(b)(1)(A) or (B) require the Reorganized Debtors to pay in order to cure defaults under the executory contracts to be assumed under the Plan.

3. At page 89 of the Schedule the Debtors list the amount to cure the default under the executory contract with WFMS as being $50,173.00.

4. WFMS objects to the Debtors' stated cure amount on the grounds it is inaccurate; and asserts that the correct amount required to be paid to cure the default under the executory contract that the Debtors seek to assume is **$107,726.56**. Attached hereto and made a part hereof is the *Declaration of Debbie Sharp in Support of Objection of Wells Fargo Merchant Services LLC to Confirmation of Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010)*.

## CONCLUSION

For the foregoing reasons, Wells Fargo Merchant Services LLC requests that the Court sustain its objection and direct the Debtors to pay it the amount of **$107,726.56** to cure the default under the subject executory contract.

DATED: April 7, 2010                    Respectfully submitted,

                                        FOX ROTHSCHILD LLP

                                        By: */s/ Josefina Fernandez McEvoy*
                                            Josefina Fernandez McEvoy
                                            Attorneys for Wells Fargo Merchant Services LLC

---

[1] Unless otherwise specified, all capitalized terms used herein shall have the meaning assigned to that term in the Plan.

LA1 40768v1 04/07/10

| In re: THE WALKING COMPANY, Debtor(s). | CHAPTER 11 CASE NUMBER 9:09-bk-15138 RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1800 Century Park East, Suite 300, Los Angeles, CA 90067-1506.

A true and correct copy of the foregoing document described **LIMITED OBJECTION OF WELLS FARGO MERCHANT SERVICES LLC TO CONFIRMATION OF DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN (DATED MARCH 9, 2010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Andy Kong             kong.andy@arentfox.com
Mette H. Kurth        kurth.mette@arentfox.com
Moriah D. Flahaut     flahaut.douglas@arentfox.com
Denise Diaz           denise.diaz@rmsna.com
Brian D. Fittipaldi   brian.fittipaldi@usdoj.gov
Hamid R. Rafatjoo     hrafatjoo@pszjlaw.com
Shirley Cho           scho@pszjlaw.com
United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On April 7, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via UPS Overnight
Hon. Robin L. Riblet
United States Bankruptcy Court - Central District of California
1415 State Street
Santa Barbara, CA 93101

Via U.S. Mail
The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                **F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| THE WALKING COMPANY, Debtor(s). | | CASE NUMBER | 9:09-bk-15138 RR |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| | | /s/ Judy Parrott |
| Date  April 7, 2010 | Type Name  Judy Parrott | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1