```
 1  Richard J. Annen, Esq. (SB #91956)
    Todd R. Gabriel, Esq. (SB #119750)
 2  SPARBER ANNEN MORRIS & GABRIEL, APLC
    701 "B" Street, Suite 1400
 3  San Diego, CA 92101-8109
    Telephone:   (619) 239-3600
 4  Facsimile:   (619) 239-5601
    E-mail:      rannen@sparberlaw.com
 5               tgabriel@sparberlaw.com

 6  Attorneys for Creditor Seaport Village Operating Company, LLC

 7

 8
                    UNITED STATES BANKRUPTCY COURT
 9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         SANTA BARBARA DIVISION
11
```

| | |
|---|---|
| In re: | Case No.: 9:09-bk-15138-RR |
| THE WALKING COMPANY, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; BIG DOGS USA, INC., a California corporation, d/b/a Big Dogs Sportswear; f/k/a Fortune Dogs, Inc.; and THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, f/k/a Big Dog Holdings, Inc., and 190th Shelf Corporation, | [Jointly Administered under Case Nos. 9:09-bk-15137-RR; 9:09-bk-15139-RR]<br><br>Chapter 11<br><br>**DECLARATION OF TERRY HALL IN SUPPORT OF LIMITED OBJECTION OF SEAPORT VILLAGE OPERATING COMPANY, LLC, TO CONFIRMATION OF DEBTOR'S SECOND AMENDED JOINT CHAPTER 11 PLAN DATED MARCH 9, 2010** |
| Debtors. | |
| [ ] Affects all Debtors | **(CURE PAYMENT OBJECTION)**<br><br>Confirmation Hearing<br>Date:  April 23, 2010<br>Time:  1:00 p.m.<br>Place: 1415 State Street<br>         Santa Barbara, CA 93101 |
| [ ] Applies only to The Walking Co. | |
| [X] Applies only to Big Dogs, USA, Inc. | |
| [ ] Applies only to The Walking Company Holdings, Inc. | |

1  I, Terry Hall, declare:

2  1. I am a managing agent for Creditor Seaport Village Operating Company, LLC, a Delaware limited liability company. I have personal knowledge of the facts herein, except where stated upon information and belief, which matters I believe to be true, and if called as a witness, could and would testify competently thereto.

6  2. The Debtors lease retail space (the "Leased Premises") from Seaport Village Operating Company, LLC, located at Seaport Village, San Diego, California: (1) 849 West Harbor Drive, Suite A (Retail); (2) 219 sq. ft. Upstairs in Bldg. W-6-4 (Storage I), 853 W. Harbor Drive; (3) 20 sq. ft. Upstairs in Bldg. W-6 (Storage II, Container A), 853 W. Harbor Drive; (4) 20 sq. ft. Upstairs in Bldg. W-6 (Storage II, Container A); 853 W. Harbor Drive, San Diego, CA, 92101 pursuant to commercial lease dated September 20, 1996 as amended by letter amendments and Second Amendment of Lease dated August 21, 2006 (collectively "Lease"). The Debtors refer to the subject Leased Premises as Store No. BD323 in the Schedule of Assumed Contracts and Leases on Plan Exhibit 1-3(a)/Disclosure Statement Exhibit C-3(a).

16  3. As Property Manager I maintain and possess and I am familiar with the books and records for the Creditor, the records for the Leased Premises, and the records relating to the Lease. The books and records are kept in the ordinary course of activities of Creditor, by me and/or under my supervision.

20  4. I have reviewed the Schedule of Assumed Contracts and Leases on Plan Exhibit 1-3(a)/Disclosure Statement Exhibit C-3(a), including page 92 that sets forth a proposed cure amount of $13,066.01 as the amount owed under the Lease. Attached hereto as Exhibit A is a true and correct copy of the pertinent page.

24  5. The proposed cure amount of $13,066.01 is an incorrect statement of the amount owed by the Debtor to Creditor under the Lease.

26  6. Based on the Creditor's records, the correct amount of the current outstanding balance owed under the Lease including unpaid rent, late charges, common area maintenance, taxes and insurance to date, is $16,311.49, plus continuing rent, chargebacks,

1  costs, attorneys' fees, and expenses incurred under the Lease. Attached hereto as Exhibit B
2  is a true and correct copy of the CM Receivables Ledger.
3      I declare under penalty of perjury under the laws of the United States of America and
4  California that the foregoing is true and correct.
5      Executed this 8th day of April 2010 in San Diego, California.

*Terry Hall, CPM*

# Exhibit A

Case 9:09-bk-15138-RR    Doc 373-1    Filed 04/08/10    Entered 04/08/10 15:59:29    Desc
Declaration of Terry Hall in Support of Limited Objection of Seaport Village Op    Page 4 of 9

1  Mette H. Kurth (SBN 187100)
   Andy S. Kong (SBN 243933)
2  M. Douglas Flahaut (SBN 245558)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
4  Telephone:   213.629.7400
   Facsimile:    213.629.7401
5  E-mail:    kurth.mette@arentfox.com
              kong.andy@arentfox.com
6             flahaut.douglas@arentfox.com

7  *Proposed* Attorneys for Debtors and Debtors in Possession

8  Debtors' Mailing Address
   121 Gray Avenue
9  Santa Barbara, CA 93101

10                  **UNITED STATES BANKRUPTCY COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12                          **SANTA BARBARA DIVISION**

13 | In re:                                    | Case No. 09-15137, 09-15138, and 09-15139
14 | **THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's | 
15 | Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; | Jointly Administered under Case No. 09-15138
16 | f/k/a TWC Acquisition Corporation; | Chapter 11
   | **BIG DOG USA, INC.**, a California
17 | corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE** | **DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN (DATED**
18 | **WALKING COMPANY HOLDINGS, INC.**, a Delaware | **MARCH 9, 2010)**
19 | corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation, | **Disclosure Statement Hearing**
20 |                                            | DATE:  March 12, 2010
   |                             Debtors.       |
21 |                                            | TIME:  1:00 p.m.
   | [x] Affects all Debtors                    | PLACE: 1415 State Street
22 |                                            |        Santa Barbara, CA 93101
   | [ ] Applies only to The Walking
23 |     Company                                |
24 | [ ] Applies only to Big Dog USA, Inc.      | **Confirmation Hearing**
25 | [ ] Applies only to The Walking            | DATE:  April 23, 2010
   |     Company Holdings, Inc.                 |
26 |                                            | TIME:  1:00 p.m.
   |                                            | PLACE: 1415 State Street
27 |                                            |        Santa Barbara, CA 93101
28

LA/248491.1

Plan Exhibit 1-3(a) / Disclosure Statement Exhibit C-3(a)

Big Dog USA, Inc.
Schedule of Assumed Contracts and Leases

Non-Residential Real Estate Leases

| Store # | Location | City | Tenant | Landlord | Address | Lease Start Date | Lease Term Date | Proof of Claim Amount | Obligation Current | Cure Amount | Terms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BD231 | 10406 US Highway 98 W Space 32 | Miramar Beech | Big Dogs | Silver Sands Joint Venture Partners | 1630 Grand Boulevard, Suite 100, Destin, FL 32550 | 05/10/02 | 05/31/12 | | | $ 18,329.38 | |
| BD254 | 2654 Teaster Lane | Pigeon Forge | Big Dogs | Pigeon Forge Associates | 530 Oak Court Drive, Suite 500, Memphis, TN 38117 | 04/01/05 | 01/06/10 | | | $ 6,351.19 | |
| BD277 | 135 Opry Mills Drive | Nashville | Big Dogs | Opry Mills LP | 1300 Wilson Boulevard, Suite 400, Arlington, VA 22209 | 05/01/05 | 05/31/10 | | | $ 2,326.00 | |
| BD306 | 1454 State Route 9 | Lake George | Big Dogs | Adirondack Factory Outlet Center, Inc. | 1454 State Route 9, Lake George, NY 12845 | 01/01/08 | 09/30/09 | | | $ 5,557.60 | |
| BD329 | 849 W Harbor Drive Suite A | San Diego | Big Dogs | San Diego Seaport Village Inc. GMAC Commercial Mortgage | 3260 Wailea Alanui #1406, Wailea, Maui, HI 96753 | 10/01/06 | 09/30/11 | | | $ 13,066.01 | |
| BD445 | 2850 Parkway #5 | Pigeon Forge | Big Dogs | Pigeon Forge Factory Outlet Mall | 2200 21st Ave South, Suite 309, Nashville, TN 37212 | 03/01/05 | 12/31/09 | | | $ 12,292.93 | |

92

# Exhibit B

Case 9:09-bk-15138-RR    Doc 373-1    Filed 04/08/10    Entered 04/08/10 15:59:29    Desc
Declaration of Terry Hall in Support of Limited Objection of Seaport Village Op    Page 8 of 9
Case 9:09-bk-15138-RR    Claim 101 Part 4    Filed 02/26/10    Desc Exhibit B    Page 2 of 3

| Database: | GMS_PROD | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| BLDG: | 903 | | TRC Production Database SEAPORT VILLAGE OPERATING CO. Date: 2/25/2010 | | | Date: Time: | 2/26/2010 09:13 AM |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**903-HO4655 — BIG DOG STORAGE — SHAWNA — (805) 963-8727** — Master Occupant Id: 903BDOG2 — W6-4 Current — Day Due: 1 Delq Day: — Last Payment: 2/1/2010 1,392.48

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/2009 | RST | RENT STORAGE | CH | 16.89 | 0.00 | 0.00 | 0.00 | 0.00 | 16.89 |
| 11/1/2009 | CAM | COMMON AREA RECOVER' | CH | 182.50 | 0.00 | 0.00 | 0.00 | 182.50 | 0.00 |
| 11/1/2009 | ELE | ELECTRIC RECOVERIES | CH | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 |
| 11/1/2009 | RST | RENT STORAGE | CH | 579.97 | 0.00 | 0.00 | 0.00 | 579.97 | 0.00 |
| 12/1/2009 | CAM | COMMON AREA RECOVER' | CH | 17.98 | 0.00 | 0.00 | 17.98 | 0.00 | 0.00 |
| 12/1/2009 | ELE | ELECTRIC RECOVERIES | CH | 30.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 |
| 12/1/2009 | RST | RENT STORAGE | CH | 130.96 | 0.00 | 0.00 | 130.96 | 0.00 | 0.00 |
| 1/22/2010 | UR | UTILITIES REIMBURSEMEN | NC | -31.69 | 0.00 | -31.69 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA RECOVERY | | 200.48 | 0.00 | 0.00 | 17.98 | 182.50 | 0.00 |
| | ELE | ELECTRIC RECOVERIES | | 60.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| | RST | RENT STORAGE | | 727.82 | 0.00 | 0.00 | 130.96 | 579.97 | 16.89 |
| | UR | UTILITIES REIMBURSEMENTS | | -31.69 | 0.00 | -31.69 | 0.00 | 0.00 | 0.00 |
| | **BIG DOG STORAGE Total:** | | | 956.61 | 0.00 | -31.69 | 178.94 | 792.47 | 16.89 |

Handwritten annotations: "Post <17.34> 17.98 Pre 35.32" ; "24.19 30.00 5.81" ; "18.74 130.96 112.25" ; "(Reconciliation 2009)" ; "25.52 <31.69> 153.38 +" ; "Pre 1,462.74"

**903-HO4654 — BIG DOGS — JAKE EXT. 1285 — (805) 963-8727** — Master Occupant Id: 903BIG2 — W6-D Current — Day Due: 1 Delq Day: — Last Payment: 2/8/2010 78.83

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2009 | LAT | LATE FEE | CH | 1,030.33 | 0.00 | 0.00 | 0.00 | 0.00 | 1,030.33 |
| 11/1/2009 | CAM | COMMON AREA RECOVER' | CH | 1,406.78 | 0.00 | 0.00 | 0.00 | 1,406.78 | 0.00 |
| 11/1/2009 | INS | INSURANCE RECAPTURE | CH | 50.54 | 0.00 | 0.00 | 0.00 | 50.54 | 0.00 |
| 11/1/2009 | MKT | MARKETING FUND RECOVI | CH | 205.38 | 0.00 | 0.00 | 0.00 | 205.38 | 0.00 |
| 11/1/2009 | MKT | MARKETING FUND RECOVI | CH | 164.42 | 0.00 | 0.00 | 0.00 | 164.42 | 0.00 |
| 11/1/2009 | PKE | PARKING EQUIPMENT | CH | 23.00 | 0.00 | 0.00 | 0.00 | 23.00 | 0.00 |
| 11/1/2009 | RRS | RENT RETAIL SHOPS | CH | 7,679.01 | 0.00 | 0.00 | 0.00 | 7,679.01 | 0.00 |
| 11/1/2009 | TAX | RE TAX RECAPTURE | CH | 591.07 | 0.00 | 0.00 | 0.00 | 591.07 | 0.00 |
| 11/20/2009 | LAT | LATE FEE | CH | 1,115.05 | 0.00 | 0.00 | 0.00 | 1,115.05 | 0.00 |
| 12/1/2009 | CAM | COMMON AREA RECOVER' | CH | 317.66 | 0.00 | 0.00 | 317.66 | 0.00 | 0.00 |
| 12/1/2009 | INS | INSURANCE RECAPTURE | CH | 11.41 | 0.00 | 0.00 | 11.41 | 0.00 | 0.00 |
| 12/1/2009 | MKT | MARKETING FUND RECOVI | CH | 430.28 | 0.00 | 0.00 | 430.28 | 0.00 | 0.00 |
| 12/1/2009 | MKT | MARKETING FUND RECOVI | CH | 205.38 | 0.00 | 0.00 | 205.38 | 0.00 | 0.00 |
| 12/1/2009 | PKE | PARKING EQUIPMENT | CH | 5.19 | 0.00 | 0.00 | 5.19 | 0.00 | 0.00 |
| 12/1/2009 | RRS | RENT RETAIL SHOPS | CH | 1,733.97 | 0.00 | 0.00 | 1,733.97 | 0.00 | 0.00 |
| 12/1/2009 | TAX | RE TAX RECAPTURE | CH | 133.47 | 0.00 | 0.00 | 133.47 | 0.00 | 0.00 |
| | CAM | COMMON AREA RECOVERY | | 1,724.44 | 0.00 | 0.00 | 317.66 | 1,406.78 | 0.00 |
| | INS | INSURANCE RECAPTURE | | 61.95 | 0.00 | 0.00 | 11.41 | 50.54 | 0.00 |
| | LAT | LATE FEE | | 2,145.38 | 0.00 | 0.00 | 0.00 | 1,115.05 | 1,030.33 |
| | MKT | MARKETING FUND RECOVERY | | 1,005.46 | 0.00 | 0.00 | 635.66 | 369.80 | 0.00 |
| | PKE | PARKING EQUIPMENT | | 28.19 | 0.00 | 0.00 | 5.19 | 23.00 | 0.00 |
| | RRS | RENT RETAIL SHOPS | | 9,412.98 | 0.00 | 0.00 | 1,733.97 | 7,679.01 | 0.00 |
| | TAX | RE TAX RECAPTURE | | 724.54 | 0.00 | 0.00 | 133.47 | 591.07 | 0.00 |
| | **BIG DOGS Total:** | | | 15,102.94 | 0.00 | 0.00 | 2,837.36 | 11,235.25 | 1,030.33 |

Handwritten annotations: "Post 45.38 / 1.63 / 16563 / .74 / 247.71 / 19.07" and "Pre 292.28 / 9.78 / 430.28 / 3975 / 4.45 / 1486.26 / 114.40" ; "5430.16 / 2357.20 Total"

**903-HO4657 — BIG DOG III STORAGE CONTAINER — SHAWNA — (805) 963-8727** — Master Occupant Id: 903BIGDO2 — W6-2 Current — Day Due: Late Delq Day: — Last Payment: 2/1/2010 77.74 / 14,622.78

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/2009 | RST | RENT STORAGE | CH | 2.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2.92 |
| 11/1/2009 | RST | RENT STORAGE | CH | 100.38 | 0.00 | 0.00 | 0.00 | 100.38 | 0.00 |
| 12/1/2009 | RST | RENT STORAGE | CH | 22.67 | 0.00 | 0.00 | 22.67 | 0.00 | 0.00 |

Case 9:09-bk-15138-RR    Doc 373-1    Filed 04/08/10    Entered 04/08/10 15:59:29    Desc
Declaration of Terry Hall in Support of Limited Objection of Seaport Village Op    Page 9 of 9
Case 9:09-bk-15138-RR    Claim 101 Part 4    Filed 02/26/10    Desc Exhibit B    Page 3 of 3

| Database: | GMS_PROD | | Aged Delinquencies | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| | | | TRC Production Database | | | | Date: | 2/26/2010 |
| BLDG: | 903 | | SEAPORT VILLAGE OPERATING CO. | | | | Time: | 09:13 AM |
| | | | Date: 2/25/2010 | | | | | |

| Invoice Date | | Category | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| | RST | RENT STORAGE | | 125.97 | 0.00 | 0.00 | 22.67 | 100.38 | 2.92 |
| | **BIG DOG III STORAGE CONTAINER Total:** | | | 125.97 | 0.00 | 0.00 | 22.67 | 100.38 | 2.92 |
| 903-HO4856 | BIG DOG STORAGE II | | Master Occupant Id: 903DOG2 | | | Day Due: | | | |
| | SHAWNA | | W6   Current | | | Last Payment: | 2/1/2010 | | |
| | 805/963-8727 | | | | | | | | |
| 10/1/2009 | RST | RENT STORAGE | CH | 2.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2.92 |
| 11/1/2009 | RST | RENT STORAGE | CH | 100.38 | 0.00 | 0.00 | 0.00 | 100.38 | 0.00 |
| 12/1/2009 | RST | RENT STORAGE | CH | 22.67 | 0.00 | 0.00 | 22.67 | 0.00 | 0.00 |
| | RST | RENT STORAGE | | 125.97 | 0.00 | 0.00 | 22.67 | 100.38 | 2.92 |
| | **BIG DOG STORAGE II Total:** | | | 125.97 | 0.00 | 0.00 | 22.67 | 100.38 | 2.92 |
| | CAM | COMMON AREA RECOVERY | | 1,924.92 | 0.00 | 0.00 | 335.64 | 1,589.28 | 0.00 |
| | ELE | ELECTRIC RECOVERIES | | 60.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| | INS | INSURANCE RECAPTURE | | 61.95 | 0.00 | 0.00 | 11.41 | 50.54 | 0.00 |
| | LAT | LATE FEE | | 2,145.38 | 0.00 | 0.00 | 0.00 | 1,115.05 | 1,030.33 |
| | MKT | MARKETING FUND RECOVERY | | 1,005.46 | 0.00 | 0.00 | 635.66 | 369.80 | 0.00 |
| | PKE | PARKING EQUIPMENT | | 28.19 | 0.00 | 0.00 | 5.19 | 23.00 | 0.00 |
| | RRS | RENT RETAIL SHOPS | | 9,412.98 | 0.00 | 0.00 | 1,733.97 | 7,679.01 | 0.00 |
| | RST | RENT STORAGE | | 979.76 | 0.00 | 0.00 | 176.30 | 780.73 | 22.73 |
| | TAX | RE TAX RECAPTURE | | 724.54 | 0.00 | 0.00 | 133.47 | 591.07 | 0.00 |
| | UR | UTILITIES REIMBURSEMENTS | | -31.69 | 0.00 | -31.69 | 0.00 | 0.00 | 0.00 |
| | **BLDG 903 Total:** | | | 16,311.49 | 0.00 | -31.69 | 3,061.64 | 12,228.48 | 1,053.06 |
| | CAM | COMMON AREA RECOVERY | | 1,924.92 | 0.00 | 0.00 | 335.64 | 1,589.28 | 0.00 |
| | ELE | ELECTRIC RECOVERIES | | 60.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| | INS | INSURANCE RECAPTURE | | 61.95 | 0.00 | 0.00 | 11.41 | 50.54 | 0.00 |
| | LAT | LATE FEE | | 2,145.38 | 0.00 | 0.00 | 0.00 | 1,115.05 | 1,030.33 |
| | MKT | MARKETING FUND RECOVERY | | 1,005.46 | 0.00 | 0.00 | 635.66 | 369.80 | 0.00 |
| | PKE | PARKING EQUIPMENT | | 28.19 | 0.00 | 0.00 | 5.19 | 23.00 | 0.00 |
| | RRS | RENT RETAIL SHOPS | | 9,412.98 | 0.00 | 0.00 | 1,733.97 | 7,679.01 | 0.00 |
| | RST | RENT STORAGE | | 979.76 | 0.00 | 0.00 | 176.30 | 780.73 | 22.73 |
| | TAX | RE TAX RECAPTURE | | 724.54 | 0.00 | 0.00 | 133.47 | 591.07 | 0.00 |
| | UR | UTILITIES REIMBURSEMENTS | | -31.69 | 0.00 | -31.69 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 16,311.49 | 0.00 | -31.69 | 3,061.64 | 12,228.48 | 1,053.06 |

Handwritten annotations:

Post Petition:
&lt;6.13&gt;
480.16
3.24
3.24
---
* 480.51

Pre Petition:
$ 962.74
14,622.78
122.73
122.73
---
$ 15,830.98