1  Richard J. Annen, Esq. (SB #91956)
   Todd R. Gabriel, Esq. (SB #119750)
2  SPARBER ANNEN MORRIS & GABRIEL, APLC
   701 "B" Street, Suite 1400
3  San Diego, CA 92101-8109
   Telephone:    (619) 239-3600
4  Facsimile:     (619) 239-5601
   E-mail:        rannen@sparberlaw.com
5                 tgabriel@sparberlaw.com

6  Attorneys for Creditor Seaport Village Operating Company, LLC

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         SANTA BARBARA DIVISION
11

12 | In re:                                    ) Case No.: 9:09-bk-15138-RR
                                               )
13 | THE WALKING COMPANY, a Delaware           ) [Jointly Administered under Case Nos. 9:09-
     corporation, d/b/a Alan's Shoes,          ) bk-15137-RR; 9:09-bk-15139-RR]
14   Footworks, Overland Trading Co., Sole     )
     Outdoors, and Martini Shoes; f/k/a TWC    ) Chapter 11
15   Acquisition Corporation; BIG DOGS        )
     USA, INC., a California corporation, d/b/a) **DECLARATION OF TODD R.
16   Big Dogs Sportswear; f/k/a Fortune Dogs,  ) GABRIEL IN SUPPORT OF LIMITED
     Inc.; and THE WALKING COMPANY             ) OBJECTION OF SEAPORT
17   HOLDINGS, INC., a Delaware                ) VILLAGE OPERATING COMPANY,
     corporation, f/k/a Big Dog Holdings, Inc.,) LLC, TO CONFIRMATION OF
18   and 190th Shelf Corporation,              ) DEBTOR'S SECOND AMENDED
                                               ) JOINT CHAPTER 11 PLAN DATED
19                                             ) MARCH 9, 2010**
              Debtors.                         )
20 |_____ )
                                               ) (CURE PAYMENT OBJECTION)
21 | [ ]    Affects all Debtors                )
                                               ) Confirmation Hearing
22                                             ) Date:    April 23, 2010
     [ ]    Applies only to The Walking Co.    ) Time:    1:00 p.m.
23                                             ) Place:   1415 State Street
                                               )          Santa Barbara, CA 93101
24   [X]    Applies only to Big Dogs, USA, Inc.)

25   [ ]    Applies only to The Walking       )
            Company Holdings, Inc.            )
26                                            )
                                              )
27 |_____)

28

I, Todd R. Gabriel, declare:

1. I am a partner with the law firm of Sparber Annen Morris & Gabriel, APLC, attorneys of record for plaintiff. I am duly licensed to practice law before this Court. I have personal knowledge of the facts set forth herein, except where stated on information and belief, which matters I believe to be true, and if called as a witness, could and would competently testify thereto.

2. Attorney's fees and costs in the amount of $4,671.89, through March 31, 2010 have been incurred to secure Debtor's compliance under its lease with Creditor Seaport Village Operating Company, LLC.

3. On April 1, 2010, I wrote to the Debtors' attorneys of record about the proposed cure amount and why the amount was insufficient. Attached hereto as Exhibit A is a true and correct copy of that letter, which includes a copy of the proof of claim, subject lease, and accounts ledger.

I declare under penalty of perjury under the laws of the United States and America and California that the foregoing is true and correct.

Executed this 8th day of April 2010 in San Diego, California.

Todd R. Gabriel