

FILED
APR - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA BARBARA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-15138 |
| | § | (JOINTLY ADMINISTERED) |
| THE WALKING COMPANY | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

## TRAVIS COUNTY'S OBJECTION TO THE
## DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN
## (DATED MARCH 9, 2010)

COMES NOW, Nelda Wells Spears, Travis County Tax Assessor-Collector for and on behalf of the following taxing authorities: Travis County, City of Bee Cave, Lake Travis Independent School District, Travis County Emergency Services District Number 6, Travis County Bee Cave Road District, and Travis County Hospital District (hereinafter referred to as, "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, and files this Travis County's Objection to the Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010), and in support thereof would respectfully show the Court the following:

1.    Travis County received its first notice of the above referenced bankruptcy on February 23, 2010. The deadline to file a proof of claim is April 20, 2010. Travis County intends to file its secured Proof of Claim on or before that date.

2. The claim of Travis County is secured by a lien on the Debtors' property pursuant to section 32.01 of the Texas Property Tax Code. Under Section 32.01 of the Texas Property Tax Code, a lien attached to the above-referenced property on January 1 of each delinquent year in favor of the taxing units represented by Nelda Wells Spears to secure payment of all taxes, penalty and interest ultimately imposed.

3. The claim of Travis County takes priority over the claims and interests of any other creditor in this bankruptcy proceeding under section 32.05 of the Texas Property Tax Code.

4. Pursuant to sections 33.01(a) and (c) of the Texas Property Tax Code, the claim of Travis County receives a 12% penalty as well as interest at the rate of 1% for each month the property taxes remain unpaid.

5. Travis County objects to the Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010), because the plan lists Travis County's claim as priority. Debtors' failure to include Travis County's fully secured claim with 12% interest renders the plan unfair and unequitable as to Travis County under sections 511(a) and 1129(b)(2)(A) of the Bankruptcy Code and also violates sections 32.05 and 33.01 of the Texas Property Tax Code.

6. As demonstrated above, the treatment of Travis County's claim in the Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010), is much less favorable than the statutory treatment of the claim under state law. Indeed, state created property rights will not be destroyed in a bankruptcy context. *In re Village Properties*, 723 F.2d 441 (5th Cir. 1984).

**WHEREFORE, PREMISES CONSIDERED,** Travis County respectfully requests that this Court deny confirmation of the Debtors' Second Amended Joint Chapter

11 Plan (Dated March 9, 2010), and for such other relief to which Travis County is justly entitled.

                                    **Respectfully submitted,**

                                    **DAVID ESCAMILLA**
                                    **Travis County Attorney**
                                    P.O. Box 1748
                                    Austin, Texas 78767
                                    (512) 854-9513 Telephone
                                    (512) 854-4808 Telecopier

By: _____
                                    **KARON Y. WRIGHT**
                                    Assistant County Attorney
                                    Texas Bar No. 22044700
                                    karon.wright@co.travis.tx.us

## CERTIFICATE OF SERVICE

I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Objection to the Debtors' Second Amended Joint Chapter 11 Plan (Dated March 9, 2010)**, has been sent by Federal Express Delivery to the Bankruptcy Court and U.S. First Class Mail to all other parties listed below on this the **8th** day of **April 2010**.

*Kay Brock*

**DEBTOR**
The Walking Company
121 Gray Avenue
Santa Barbara, CA 93101

**DEBTORS' ATTORNEY**
Mette H. Kurth
Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

**U.S. TRUSTEE**
Brian D. Fittipadi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA 93101

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Hamid R. Rafatjoo
Shirley S. Cho

Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

**ATTORNEY TO SENIOR SECURED LENDER WELLS FARGO RETAIL FINANCE**
Steven B. Levine
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**ATTORNEY TO WESTFIELD, LLC AND THE MACERICH COMPANY**
Brian D. Huben
Katten, Muchin, Rosenman LLP
2029 Century Park East, 26th Floor
Los Angeles, CA 90067

**ATTORNEY TO SIMON PROPERTIES, GGP LIMITED PARTNERSHIP, THE TAUBMAN COMPANY, et al**
Ivan M. Gold
Allen, Matkins, Gamble, Mallory & Natsis, LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

**ATTORNEY TO RICHARD KAYNE**
Howard Steinberg
Jeff Sklar
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276