| Attorney or Party Name, Address. Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF MARIANO A. ALVAREZ<br>3660 Wilshire Blvd., Ste. 1140<br>Los Angeles, CA 90010; Tel: 213-388-1818<br><br>☒ Attorney for: Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: The Walking Company, Big Dog USA, Inc.<br>The Walking Company Holdings<br><br>Debtor(s). | CASE NO.: 09-bk-15137; 15138; 15139<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists

☐ Amendments to the petition, statement of affairs, schedules or lists

☒ Other: Motion For Relief From The Automatic Stay

Date Filed: _____
Date Filed: _____
Date Filed: 4/14/10

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____    4/14/10
Signature of Signing Party              Date

Rosa Amentas
Printed Name of Signing Party

_____    _____
Signature of Joint Debtor (if applicable)    Date

_____
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____    4/14/10
Signature of Attorney for Signing Party    Date

Mariano A. Alvarez, Esq.
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MARIANO A. ALVAREZ, ESQ.<br>LAW OFFICES OF MARIANO A. ALVAREZ<br>3660 WILSHIRE BLVD STE 1140<br>LOS ANGELES, CA 90010<br>(213) 388-1818<br>(213) 388-2131<br>165597<br>   *Individual appearing without counsel*<br> x  *Attorney for:* Movant: Rosa Amentas | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.<br><br><br><br>Debtor(s). | CHAPTER:  11<br>CASE NO.: 09-bk-15137, 15138,15139<br>DATE: 05/25/2010<br>TIME: 09:00 AM<br>CTRM: 201<br>FLOOR: 2nd FL |
|---|---|

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT: Rosa Amentas                           )
### (Action in Non-bankruptcy Forum)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom. Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**   **255 East Temple Street, Los Angeles**      **411 West Fourth Street, Santa Ana**

   **21041 Burbank Boulevard, Woodland Hills**   x   **1415 State Street, Santa Barbara**

   **3420 Twelfth Street, Riverside**

3. a.   x   This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

   b.   This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

        at the hearing        at least _____ court days before the hearing.

   (1)   A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2)   A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3)   A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MAR-30-2001 22:45                                                                    P.03

Case 9:09-bk-15138-RR   Doc 385   Filed 04/15/10   Entered 04/15/10 10:45:53   Desc
Main Document   Page 3 of 23
Motion for Relief from Stay (Non-bankruptcy Action) - Page 2 of 7

**F 4001-1M.NA**

| In re                           (SHORT TITLE) | CHAPTER:   11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.          Debtor(s). | CASE NO.: 09-bk-15137, 15138, 15139 |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 04/14/2010

LAW OFFICES OF MARIANO A. ALVAREZ
*Print Law Firm Name (if applicable)*

MARIANO A. ALVAREZ, ESQ
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.NA**

MAR-30-2001 22:45 P.04

Case 9:09-bk-15138-RR Doc 385 Filed 04/15/10 Entered 04/15/10 10:45:53 Desc
Main Document Page 4 of 23 3 of 7 **F 4001-1M.NA**
Motion for Relief from Stay (Non-bankruptcy Action) - Page 3 of 7

| In re (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.       Debtor(s). | CASE NO.: 09-bk-15137, 15138,15139 |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**(MOVANT:** Rosa Amentas _____ )

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum:

   Case name: Rosa Amentas v. The Walking Company
   Docket number: L-2203-09
   Court or agency where pending: Superior Court of New Jersey, Law Division, Morris County

2. **Case History:**

   a.   x   A voluntary    An involuntary    petition under Chapter    7   x   11    12    ' 13
   was filed on *(specify date)*: 12/07/2009

   b.   An Order of Conversion to Chapter    7    11    12    13
   was entered on *(specify date)*:

   c.   Plan was confirmed on *(specify date)*:

   d.   Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.

   e.   For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:

   a.   The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.

   b.   x   The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.

   c.   Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d.   Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   e.   The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.

   f.   The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.

   g.   Other reasons to allow the Non-bankruptcy Action to proceed are set forth in an attached Declaration.

4.   Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

   a.   x   Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

   b.   Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____ .

*(Continued on next page)*

MAR-30-2001  22:45                                                                P.05

Case 9:09-bk-15138-RR   Doc 385   Filed 04/15/10   Entered 04/15/10 10:45:53   Desc
Motion for Relief from Stay (Non-unlawful Detainer) Motion   Page 4 of 7   **F 4001-1M.NA**

| In re                           (SHORT TITLE) | CHAPTER:    11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.              Debtor(s). | CASE NO.: 09-bk-15137, 15138,15139 |

   c.     Other evidence *(specify)*:

6.     An optional Memorandum of Points and Authorities is attached to this Motion.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

1.   Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:

   a.     x   Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b.     Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

   c.     Modifying or conditioning the stay as set forth in the attached continuation page:

2.   Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3.     Additional provisions requested:

   a.     That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b.     That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

   c.     That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

   d.     For other relief requested, see attached continuation page.

4.   If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 04/14/2010                          Respectfully submitted,

                                           /s/ Rosa Amentas
                                           *Movant Name*

                                           LAW OFFICES OF MARIANO A ALVAREZ
                                           *Firm Name of Attorney for Movant (if applicable)*

                                           By:
                                               *Signature*

                                           Name: MARIANO A. ALVAREZ, ESQ.
                                                 *Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MAR-30-2001   22:45                                                                          P.06

Case 9:09-bk-15138-RR   Doc 385   Filed 04/15/10   Entered 04/15/10 10:45:53   Desc
Main Document     Page 6 of 23
Motion for Relief from Stay (Non-bankruptcy Action) - Page 5 of 7           **F 4001-1M.NA**

| | (SHORT TITLE) | CHAPTER:   11 |
|---|---|---|
| In re | | |
| The Walking Company, Big Dog USA, Inc., The Walking | | |
| Company Holdings, Inc. | Debtor(s). | CASE NO.: 09-bk-15137, 15138,15139 |

# DECLARATION RE ACTION IN NON-BANKRUPTCY FORUM

## (MOVANT: Rosa Amentas                )

I, Rosa Amentas                                                    , declare as follows:

(Print Name of Declarant)

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

    a.   x    I am the Movant.

    b.        I am the Movant's attorney of record in the Non-bankruptcy Action.

    c.        I am employed by the Movant as *(state title and capacity)*:

    d.        Other *(specify)*:

2.  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3.  The Non-bankruptcy Action at issue is currently pending as:

    Case name: Rosa Amentas v. The Walking Company
    Docket number: L-2203-09
    Court or agency where pending: Superior Court of New Jersey, Law Division County

4.  **Procedural Status:**

    a.   The causes of action pleaded in the non-bankruptcy forum are *(list)*:


    True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit _____ .

    b.   The Non-bankruptcy Action was filed on *(specify date)*:

    c.   Trial or hearing began/is scheduled to begin on *(specify date)*:

    d.   The trial or hearing is estimated to require the following number of court days *(specify)*:

    e.   Other defendants to the Non-bankruptcy Action are *(specify)*:

5.  **Grounds for relief from stay:**

    a.   x    The claim is insured. The insurance carrier and policy number are *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                              **F 4001-1M.NA**

MAR-30-2001  22:46                                                                    P.07

Case 9:09-bk-15138-RR   Doc 385   Filed 04/15/10   Entered 04/15/10 10:45:53   Desc
Main Document   Page 7 of 23
Motion for Relief from Stay (Non-Bankruptcy Action)   Page 6 of 7    **F 4001-1M.NA**

| In re                                                                    (SHORT TITLE) | CHAPTER:   11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.                                    Debtor(s). | CASE NO.: 09-bk-15137, 15138,15139 |

   b.     The matter can be tried more expeditiously in the non-bankruptcy forum.

       (1)    It is currently set for trial on:

       (2)    It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
            The basis for this belief is *(specify)*:

       (3)    The matter involves non-debtor parties who are not subject to suit in the bankruptcy court.  A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

   c.     The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

       (1)    Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).

       (2)    The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

       (3)    Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter    11 |13 bankruptcy case based upon the following facts *(specify)*:

   d.     For other facts justifying relief from stay, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** <u>April 14</u> **,** <u>2010</u> **, at** <u>Los Angeles</u> *(city, state).*

<u>Rosa Amentas</u>
*Print Declarant's Name*

<u>/s/ Rosa Amentas</u>
*Signature of Declarant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.NA**

*December 2009*

MAR-30-2001 22:46 P.08

Case 9:09-bk-15138-RR   Doc 385   Filed 04/15/10   Entered 04/15/10 10:45:53   Desc
Motion for Relief from Stay Document (Non-bankruptcy Action) Page 7 of 7   **F 4001-1M.NA**

| In re                                    (SHORT TITLE) | CHAPTER:   11 |
|---|---|
| The Walking Company, Big Dog USA, Inc., The Walking Company Holdings, Inc.                    Debtor(s). | CASE NO.: 09-bk-15137, 15138,15139 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3660 Wilshire Blvd., Ste. 1140, Los Angeles

A true and correct copy of the foregoing document described as <u>Motion for Relief from Stay (Non-bankruptcy Action)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>04/14/2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

x   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>04/14/2010</u> | <u>Michael Rivera</u> | _Michael V. Rivera_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                      **F 4001-1M.NA**

# EXHIBIT A

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  Morris

County of Residence of First Listed Defendant  California

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Law Office of Robert J. Greenbaum
Robert Greenbaum
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840 (908) 684-4004

Attorneys (If Known)
Sedgwick Detert Moran & Arnold LLP
Scott L. Haworth
125 Broad Street, 38th Fl., NY, NY 10004 (212) 422-0202

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

❑ 1 U.S. Government Plaintiff

❑ 3 Federal Question (U.S. Government Not a Party)

❑ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❑ 1 | Incorporated or Principal Place of Business in This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated and Principal Place of Business in Another State | ❑ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 610 Agriculture | ❑ 422 Appeal 28 USC 158 | ❑ 400 State Reapportionment |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 362 Personal Injury - | ❑ 620 Other Food & Drug | ❑ 423 Withdrawal | ❑ 410 Antitrust |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Med. Malpractice | ❑ 625 Drug Related Seizure | 28 USC 157 | ❑ 430 Banks and Banking |
| ❑ 140 Negotiable Instrument | Liability | ❑ 365 Personal Injury - | of Property 21 USC 881 | | ❑ 450 Commerce |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Product Liability | ❑ 630 Liquor Laws | **PROPERTY RIGHTS** | ❑ 460 Deportation |
| & Enforcement of Judgment | Slander | ❑ 368 Asbestos Personal | ❑ 640 R.R. & Truck | ❑ 820 Copyrights | ❑ 470 Racketeer Influenced and |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Injury Product | ❑ 650 Airline Regs. | ❑ 830 Patent | Corrupt Organizations |
| ❑ 152 Recovery of Defaulted | Liability | Liability | ❑ 660 Occupational | ❑ 840 Trademark | ❑ 480 Consumer Credit |
| Student Loans | ❑ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❑ 490 Cable/Sat TV |
| (Excl. Veterans) | ❑ 345 Marine Product | ❑ 370 Other Fraud | ❑ 690 Other | | ❑ 810 Selective Service |
| ❑ 153 Recovery of Overpayment | Liability | ❑ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❑ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 380 Other Personal | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | Exchange |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | Property Damage | Act | ❑ 862 Black Lung (923) | ❑ 875 Customer Challenge |
| ❑ 190 Other Contract | Product Liability | ❑ 385 Property Damage | ❑ 720 Labor/Mgmt. Relations | ❑ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ❑ 195 Contract Product Liability | ☒ 360 Other Personal | Product Liability | ❑ 730 Labor/Mgmt.Reporting | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | Injury | | & Disclosure Act | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❑ 892 Economic Stabilization Act |
| ❑ 210 Land Condemnation | ❑ 441 Voting | ❑ 510 Motions to Vacate | ❑ 790 Other Labor Litigation | ❑ 870 Taxes (U.S. Plaintiff | ❑ 893 Environmental Matters |
| ❑ 220 Foreclosure | ❑ 442 Employment | Sentence | ❑ 791 Empl. Ret. Inc. | or Defendant) | ❑ 894 Energy Allocation Act |
| ❑ 230 Rent Lease & Ejectment | ❑ 443 Housing/ | **Habeas Corpus:** | Security Act | ❑ 871 IRS—Third Party | ❑ 895 Freedom of Information |
| ❑ 240 Torts to Land | Accommodations | ❑ 530 General | | 26 USC 7609 | Act |
| ❑ 245 Tort Product Liability | ❑ 444 Welfare | ❑ 535 Death Penalty | **IMMIGRATION** | | ❑ 900 Appeal of Fee Determination |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 462 Naturalization Application | | Under Equal Access |
| | Employment | ❑ 550 Civil Rights | ❑ 463 Habeas Corpus - | | to Justice |
| | ❑ 446 Amer. w/Disabilities - | ❑ 555 Prison Condition | Alien Detainee | | ❑ 950 Constitutionality of |
| | Other | | ❑ 465 Other Immigration | | State Statutes |
| | ❑ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

❑ 1 Original Proceeding
☒ 2 Removed from State Court
❑ 3 Remanded from Appellate Court
❑ 4 Reinstated or Reopened
❑ 5 Transferred from another district (specify)
❑ 6 Multidistrict Litigation
❑ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332, 1441, and 1446; Removal based on diversity of citizenship.

Brief description of cause:
Plaintiff alleges injury from tripping in defendant's store

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ❑ No

## VIII. RELATED CASE(S)
(See instructions):

JUDGE

DOCKET NUMBER

Explanation:

DATE  8/18/09

SIGNATURE OF ATTORNEY OF RECORD

RECEIVED & FILE
SUPERIOR COURT

2009 JUL -7 PM 1:42

CIVIL DIVISION

**LAW OFFICE OF ROBERT J. GREENBAUM**
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840
(908) 684-4004
Attorneys for Plaintiff,
Rosa Amentas

|  |  |
|---|---|
| ROSA AMENTAS, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| THW WALKING COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MORRIS COUNTY
DOCKET NO:   L - 2203 - 09

Civil Action

**COMPLAINT, JURY DEMAND,
CERTIFICATION, DEMAND
FOR DISCOVERY**

Plaintiff, Rosa Amentas, by way of Complaint against the defendant, says:

### FIRST COUNT

#### The Plaintiff

1. The plaintiff, Rosa Amentas, resides at 19 McNeile Drive, Parsippany, New Jersey 07054.

#### The Defendant

2. Defendant, The Walking Company is located at 301 Mt. Hope Road, Rockaway, New Jersey 07866.

#### The Accident

3. On or about April 22, 2009, the plaintiff, Rosa Amentas was a business invitee on the premises of the defendant when she was caused to trip and fall at the defendant's premises.

4.   The defendant was legally responsible for maintaining the condition of their commercial establishment.

5.   Defendant was negligent in that they:

  a.  Did not keep the premises in a safe condition;

  b.  Did not exercise proper care;

  c.  Caused a dangerous and hazardous condition to exist;

  d.  Failed to provide proper safeguards and/or warning on its property;

  e.  And were otherwise negligent with regard to the property.

6.  As a direct and proximate result of the defendant's negligence as aforesaid, and the fall caused thereby, the plaintiff, Rosa Amentas has been damaged in that she suffered and will continue to suffer bodily injury, great pain and will continue to be restricted in the performance of her bodily functions, has incurred and will continue to incur medical expenses, and has suffered and will continue to suffer from certain physical disabilities.

WHEREFORE, plaintiff, Rosa Amentas demands judgment against the defendant, for:

(a)  Damages;

(b)  Interest;

(c)  Costs of Suit; and

(d)  Such other relief as deemed appropriate by the Court.

## DEMAND FOR DISCOVERY

Plaintiff hereby demands answers to Forms C and C (2) Interrogatories in the time prescribed by the Court Rules.



LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY: _____
ROBERT J. GREENBAUM

DATED: June 26, 2009

## JURY DEMAND

Plaintiff hereby demands a trial by jury upon all issues so triable by the Court.



LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY: _____
ROBERT J. GREENBAUM

DATED: June 26, 2009



## CERTIFICATION PURSUANT TO R.4:5-1

The undersigned hereby certifies, upon information and belief, that the matter in controversy is not the subject of any other action pending in any Court or arbitration, there are no other actions or arbitration proceedings contemplated, and there are no other parties who should be joined in this action.

LAW OFFICE OF ROBERT J. GREENBAUM
Attorneys for Plaintiff

BY: _____
ROBERT J. GREENBAUM

DATED: June 26, 2009

LAW OFFICE OF ROBERT J. GREENBAUM
1500 Route 517, Suite 214
Hackettstown, New Jersey 07840
(908) 684-4004
Attorneys for Rosa Amentas,
Plaintiff in D.N.J., 09-4313 (PGS)

# United States Bankruptcy Court
# Central District of California
# Santa Barbara Division

| | |
|---|---|
| In re: | :Civil Action No. 09- bk- 15137, :09-bk-15138, 09-bk-1539 |
| THE WALKING COMPANY, BIG DOG USA, INC., THE WALKING COMPANY HOLDINGS, INC., | : Chapter 11 : :DECLARATION OF :ROBERT J. GREENBAUM |
| Debtors, | : |

Robert J. Greenbaum, of full age hereby declares and says:

1. I am attorney of record for Rosa Amentis who is the plaintiff in a matter

entitled <u>Amentis v. The Walking Company</u>, United States District Court for New Jersey,

Civil Action No. 09-4313 (PGS).

2. This declaration is submitted in connection with the Notice of Motion filed on

behalf of Rosa Amentis to lift the stay and allow her action to proceed against insurance

proceeds only.

3. Rosa Amentis was injured in a trip and fall accident on April 22, 2009 in the

Walking Store, located at the Rockaway Mall, Rockaway, New Jersey.

4. The defendant, The Walking Store has insurance through Hartford Insurance

Company, policy No. 72 CES OF1929 for the period of February 1, 2009 through

February 1, 2010 in the amount of $1,000,000.00 per occurrence.

5. The injury is a broken elbow and any settlement or verdict in this matter would not exceed the coverage limits.

6. For the reasons expressed herein, it is respectfully requested that the automatic stay be lifted and the matter be allowed to proceed against the insurance proceeds identified herein.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 14, 2010     BY: _____
                              ROBERT J. GREENBAUM (4336)

                             LAW OFFICE OF ROBERT J. GREENBAUM
                             Attorneys for Rosa Amentis

# SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Craig H Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company
Holdings, Inc. Noteholders
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Emily R Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Lawrence A Diamant on behalf of Interested Party Kahala Mall
kfinn@rdwlawcorp.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee of Unsecured Creditors
hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne
Living Trust dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, psummers@simon.com;rwoodruff@simon.com;shclark@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

Andy Kong on behalf of Debtor The Walking Company
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Debtor The Walking Company
kurth.mette@arentfox.com

In re: The Walking Company Holdings, Inc.
Master Service List Served via First Class Mail
(With Document No. 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Aefrex Worldwide Inc | Elizabeth Wasilewski | 414 Alfred Ave | | | Teaneck | NJ | 07666 |
| Allen Matkins LLP | William W Huckins & Ivan Gold | Three Embarcadero Ctr 12th Fl | | | San Francisco | CA | 94111 |
| AMFIT INC | | 6408 NE 88th St Ste D 406 | | | Vancouver | WA | 98665 |
| Anthony Wall | | 760 Arcady | | | Santa Barbara | CA | 83108 |
| Atlantic City Associates | Robert Fowler | 801 East Pratt St 6th Fl | c o the Cordish Company | The Power Plant | Baltimore | MD | 21202 |
| Ballard Spahr LLP | David L Pollack & Jeffrey Meyers | 1735 Market St 51st Fl | Mellon Bank Center | | Philadelphia | PA | 19103 |
| Ballard Spahr LLP | Rebecca J Winthrop | 2029 Century Park East Ste 800 | | | Los Angeles | CA | 90067-2909 |
| Barnes & Thornburg LLP | Patrick E Mears Esq | 171 Monroe Ave NW Ste 1000 | | | Grand Rapids | MI | 49503 |
| Bear Stearns Securities Corp Custodian | Robert Schnell IRA | 10291 Century Woods Dr | | | Los Angeles | CA | 90067 |
| Blackwell Partners LLC | | 406 Blackwell St Ste 300 | | | Durham | NC | 27701 |
| Board of Equalization | | PO Box 942879 | | | Sacramento | CA | 94279-0001 |
| Brightleaf Partners LP | c o Brightleaf Capitl LLC | 324 Blackwell St Ste 520 | | | Durham | NC | 27701 |
| Brown Rudnick LLP | Christopher Carolan | 7 Times Square | | | New York | NY | 10036 |
| Brown Rudnick LLP | Steven B Levine | One Financial Center | | | Boston | MA | 02111 |
| Buchanan Ingersoll & Rooney LLP | Maureen T Bass | 50 Fountain Plz Ste 1230 | Key Ctr at Fountain Plz | | Buffalo | NY | 14202 |
| Buchanan Ingersoll & Rooney LLP | Robert K Edmunds | 600 West Broadway Ste 1100 | | | San Diego | CA | 92101 |
| CBL and Associates Properties Inc | Howard B Grody SCLS Sr VP Mall Leasing | 2030 Hamilton Place Blvd CBL Ste 500 | | | Chattanooga | TN | 37421 |
| CIT Technology Financing Services Inc | | 10201 Centurion Parkway North Ste 100 | | | Jacksonville | FL | 32256 |
| Clark & Trevithick | Kimberly S Winick | 800 Wilshire Blvd 12th Fl | | | Los Angeles | CA | 90017 |
| Cotsen Family Foundation | c o Kayne Anderson Capital | 1800 Ave of the Stars 2nd Fl | | | Los Angeles | CA | 90067 |

In re: The Walking Company Holdings, Inc.
Case No. 09-15138 (RR)

II
In re: The Walking Company Holdings, Inc.
Master Service List Served via First Class Mail
(With Document No. 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Cozen O'Connor | Mark E Felger | 1201 N Market St | | | Wilmington | DE | 19801 |
| Cozen O'Connor | Neal D Colton | Ste 1400 | | | Philadelphia | PA | 19103 |
| Dansko Inc | Cindy Worthington | 1900 Market St | | | West Grove | PA | 19390 |
| David Wolf | | 8 Federal Rd | Penn Business Park | | Santa Barbara | CA | 93108 |
| | | 1956 East Valley Rd | | | | | |
| Deckers Outdoor Corp | Ron Guadagno | 495 South Fairview Ave | | | Goleta | CA | 83117 |
| Doug Nilsen | | Sta A | | | Santa Barbara | CA | 93105 |
| | | 2225 St James Dr | | | | | |
| Dumac LLC | Justin Nixon | 406 Blackwell St Ste 300 | | | Durham | NC | 27701-3984 |
| Ecco USA Inc | Ken Abbott | 16 Delta Drive | | | Londonderry | NH | 03053 |
| Employment Development Bankruptcy Group MIC 92E Department | | PO Box 826880 | | | Sacramento | CA | 94280-0001 |
| Erin Anderson and Keith Park Plaintiffs and Class Representatives | c o Westrup Klick LLP | 444 W Ocean Blvd No 1814 | Phillip R Pollner | | Long Beach | CA | 90802-4525 |
| Faegre & Benson LLP | Lawrence Bass | 1700 Lincoln St | 3200 Wells Fargo Center | | Denver | CO | 80203-4632 |
| Fish Window Cleaning | Mr Neil Traverse | PO Box 597 | | | Menomonee Fall | WI | 53051 |
| Forest City Enterprises | Alan Schniedacker SCSM Sr VP | 50 Public Square | 700 Terminal Tower | | Cleveland | OH | 44113 |
| Franchise Tax Board | Attn Bankruptcy | PO Box 2952 | | | Sacramento | CA | 95812-2952 |
| Franchise Tax Board | | PO Box 1673 | | | Sacramento | CA | 95812-1673 |
| Freeland Realty | Dirk Freeland | 708 Cathedral Pointe Ln | | | Santa Barbara | CA | 93111 |
| Gary Lieberthal Trustee | Lieberthal Trust 3/23/99 | 991 Bel Air Rd | | | Bel Air | CA | 90077-3009 |
| General Growth Properties Inc | Mark E Adair | 110 N Wacker Drive | | | Chicago | IL | 60606 |
| Hemar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | | Encino | CA | 91436 |
| Internal Revenue Service | Centralized Insolvency Operation | 11601 Roosevelt Blvd | Mail Drop N781 | | Philadelphia | PA | 19255-0002 |
| Internal Revenue Service | | PO Box 21126 | | | Philadelphia | PA | 19114 |
| Irell & Manella LLP | Howard Steinberg & Jeff Sklar | 1800 Avenue of the Stars Ste 900 | | | Los Angeles | CA | 90067-4276 |

in re: The Walking Company Holdings, Inc.
Case No. 09-15138 (RR)

In re: The Walking Company Holdings, Inc.
Master Service List Served via First Class Mail
(With Document No. 1)

In re: The Walking Company Holdings, Inc.
Case No. 09-15138 (RR)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| J Reims & KA Reims | Reims Family Trust 11/22/81 | 241 South Camden Dr | | | Beverly Hills | CA | 90212 |
| Katten Muchin Rosenman Trustee LLP | c o Thomas J Leanse & Brian D Huben | 2029 Century Park East Ste 2600 | | | Los Angeles | CA | 90067-3012 |
| Kayne Anderson | David Shladovsky General Counsel | 1800 Avenue of the Stars 2nd Floor | | | Los Angeles | CA | 90067 |
| Kayne Anderson | Jeff Suesskin | 1800 Avenue of the Stars 2nd Floor | | | Los Angeles | CA | 90067 |
| Kayne Anderson Capital | Income Partners QP LP | 1800 Ave of the Stars 2nd Fl | | | Los Angeles | CA | 90067 |
| Kayne Anderson Capital Income Partners QP LP | c o Kayne Anderson Capital Advisors LP | 1800 Ave of the Stars 2nd Fl | | | Los Angeles | CA | 90067 |
| Ken Atchison | | 20380 Riverbrooke Run | | | Estero | FL | 33928 |
| Klehr Harrison Harvey Branzburg Ellers | Jeffrey Kurtzman | 1835 Market St Ste 1400 | | | Philadelphia | PA | 19103 |
| Kohner Mann & Kailas SC | Attn Samuel C Wisotzkey | 4650 N Port Washington Rd | Washington Building | Barnabas Business Cir | Milwaukee | WI | 53212-1059 |
| Lee Cox | | 8728 Breakers Way | | | Ventura | CA | 93001 |
| Levene Naale Bender Rankin & Brill LLP | Lawrence A Diamant Esq Randy Brunt CSM Exec | 10250 Constellation Blvd Ste 1700 | | | Los Angeles | CA | 90067 |
| Macerich | VP Real Estate | 401 Wilshire Blvd | | | Santa Monica | CA | 90401 |
| MBT Mesa USA Corp | Brenda Farnsworth | 515 N River St Ste D | | | Halley | ID | 83333 |
| Menter Rudin & Trivelpiece PC | Kevin Newman | 308 Maltbie St Ste 200 | | | Syracuse | NY | 13204 |
| Michael Grenley | | 24631 Marbella Ct | | | Calabasas | CA | 91302 |
| Missouri Department of Revenue | Bankruptcy Unit Attn Richard M Maseles | PO Box 475 | | | Jefferson City | MO | 65105-0475 |
| Moseley Biehl Tsugawa Lau & Muzzi LLC | Christopher J Muzzi Esq | 1100 Alakea St 23rd Fl | Alakea Corporation Tower | | Honolulu | HI | 96813 |
| Pachulski Stang Ziehl & Jones LLP | Hamid R Rafatjoo & Shirley S Cho | 10100 Santa Monica Blvd 11th Fl | | | Los Angeles | CA | 90067-4100 |
| Perdue Brandon Fielder | c o Elizabeth Banda | PO Box 13430 | | | Arlington | TX | 76094-0430 |
| Collins & Mott LLP | John S Kaplan | 1201 Third Ave 48th Fl | | | Seattle | WA | 98101-3099 |
| Perkins Cole LLP | | | | | | | |

In re: The Walking Company Holdings, Inc.
Master Service List Served via First Class Mail
(With Document No. 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Perkins Cole LLP | Steven G F Polard | 1888 Century Park East | Ste 1700 | | Los Angeles | CA | 90067 |
| Primeshares | Matthew Curry Edwards | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 |
| Pyramid Management Group | Timothy J Kelley President | 4 Clinton Square | | | Syracuse | NY | 13202-1008 |
| RBC Dain Rauscher Cust For C Eric Warden SEP IRA | | 510 Marquette Ave | | | Minneapolis | MN | 554021106 |
| Richard & Suzanne Kayne Living Trust Dtd 1/14/09 | | 1800 Ave of the Stars 2nd Fl | | | Los Angeles | CA | 90067 |
| Robert P Abate Rev Trust UA 8/29/95 Robert P Abate Trustee | | PO Box 541 N | | | Elgin | IL | 60123 |
| Robert P Abate Trustees | Robert P Abate Rev Trust Box 541 | | | | Elgin | IL | 60123 |
| Robert Schnell IRA | c o Kayne Anderson Capital | 1800 Ave of the Stars 2nd Fl | | | Los Angeles | CA | 90067 |
| Roberta Morris | | 1428 San Miguel Ave | | | Santa Barbara | CA | 93109 |
| Rush Moore LLP | Susan Tius Esq | 737 Bishop St Ste 2400 | | | Honolulu | HI | 96813 |
| San Diego County Treasurer | Dan McAllister Treasurer Tax Collector | 1600 Pacific Highway Rm 162 | | | San Diego | CA | 92101 |
| Securities and Exchange Commission | | 5670 Wilshire Blvd 11th Fl | Attn Bankruptcy Desk | | Los Angeles | CA | 90036 |
| Simon Property Group | Bruce S Tobin Chief Operating Officer Leasing | 747 Third Ave 21st Fl | | | New York | NY | 10017 |
| Simon Property Group Inc | Attn Ronald M Tucker | 225 West Washington St | | | Indianapolis | IN | 46204 |
| Sparber Annen Morris & Gabriel APLC | Todd R Gabriel Esq | 701 B Street Ste 1400 | | | San Diego | CA | 92101-8184 |
| Susie Minier | | 6684 Via Salerno | | | Goleta | CA | 93117 |
| Taubman Centers | Jerry M Teitelbaum | 200 E Long Lake Rd | | | Bloomfield Hills | MI | 48303 |
| Taubman Landlords | Andrew S Conway | 200 East Long Lake Rd Ste 300 | | | Bloomfield Hills | MI | 48304 |
| The Huntington National Bank | Attn Edward J Kitchen VP | 850 Smithfield St Ste 1000 | Centre City Tower | | Pittsburgh | PA | 15222 |

ii
In re: The Walking Company Holdings, Inc.
Master Service List Served via First Class Mail
(With Document No. 1)

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| The Kayne Foundation | c o Kayne Anderson | 1800 Ave of the Stars 2nd | | | Los Angeles | CA | 90067 |
| The Walking Company | Capita | FI | | | Santa Barbara | CA | 93101 |
| Thomas W Daniels Esq | Tony Wall Executive VP | 121 Gray Ave | | | Rochester | NY | 14624 |
| | | 1265 Scottsville Rd | | | | | |
| TKC XCIXLLC | Kenneth R Beuley | 5935 Carnegie Blvd Ste 200 | c o The Keith Corporation | | Charlotte | NC | 28209 |
| Towngate Road LLC | William Bromley | 21241 Ventura Blvd Ste 169 | | | Woodland Hills | CA | 91364 |
| Travelers | Kevin Monahan Account Resolution | 1 Tower Square 5 MN | Account Resolution | | Hartford | CT | 06183-4044 |
| TW Telecom Inc | Linda Boyle | 10475 Park Meadows Dr No 400 | | | Littleton | CO | 80124 |
| United States Attorneys Office | Civil Process Clerk | 300 N Los Angeles St | Federal Bldg Rm 7516 | | Los Angeles | CA | 90012 |
| United States Department of Justice | Attorney General | Ben Franklin Station | PO Box 683 | | Washington | DC | 20044 |
| UPS | Susan Allen | 1614 N Graham St | | | Charlotte | NC | 28206 |
| Varilease Finance Inc | | 8340 South 3000 East Ste 250 | | | Salt Lake City | UT | 84121 |
| Wells Fargo Financial Leasing Inc | | 800 Walnut Street | | | Des Moines | IA | 50309 |
| Wells Fargo Law Department | Stefan S Lawrence Senior Counsel | 333 S Grand Ave Ste 1040 | | | Los Angeles | CA | 90071 |
| Wells Fargo Retail Finance | Jennifer Cann VP Account Executive & Joseph Burt VP | One Boston Place 18th Fl | | | Boston | MA | 02108 |
| Wells Fargo Retail Finance LLC | | 2450 Colorado Ave Ste 3000W | | | Santa Monica | CA | 90404 |
| Westfield Corporation Inc | Scott L Grossman Executive Vice President | 11601 Wilshire Blvd 12th FI | | | Los Angeles | CA | 90025 |
| White & Case LLP | c o Craig Averch & Roberto J Kampfner | 633 West Fifth St Ste 1900 | | | Los Angeles | CA | 90071-2007 |