1   ROBERT K. EDMUNDS (SBN 89477)
    Email:  robert.edmunds@bipc.com
2   BUCHANAN INGERSOLL & ROONEY LLP
    600 West Broadway, Suite 1100
3   San Diego, California  92101
    Telephone:     (619) 239-8700
4   Facsimile:     (619) 702-3898

5   Attorneys for The Huntington National Bank

6

7

8                 UNITED STATES BANKRUPTCY COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   SANTA BARBARA DIVISION

11

12  In re:                              Case No. 9:09-bk-15138-RR

13                                      [Jointly Administered with Case Nos. 9:09-
                                        bk-15137-RR and 9:09-bk-15139-RR]
14  THE WALKING COMPANY, a
    Delaware corporation, d/b/a Alan's  Chapter 11
15  Shoes, Footworks, Overland Trading
    Co., Sole Outdoors, and Martini Shoes;  APPLICATION OF THE HUNTINGTON
16  f/k/a TWC Acquisition Corporation;  NATIONAL BANK FOR AN ORDER
    BIG DOG USA, INC., a California     SETTING A HEARING ON MOTION
17  corporation, d/b/a Big Dog Sportswear;  FOR AN ORDER REQUIRING DEBTOR
    f/k/a Fortune Dogs, Inc.; and       TO ASSUME OR REJECT EQUIPMENT
18  THE WALKING COMPANY            LEASE WITHIN A SPECIFIED TIME
    HOLDINGS, INC., a Delaware          PURSUANT TO 11 U.S.C. § 365(d)(2)
19  corporation, f/k/a Big Dog Holdings,
    Inc. and 190th Shelf Corporation,       [LBR 9013-1(o)(4)]
20
             Debtors.
21  ─────────────────────────────
22  [ ] Affects all Debtors

23  [ ] Applies only to The Walking
        Company
24
    [ ] Applies only to Big Dog USA, Inc.
25
    [X] Applies only to The Walking
26      Company Holdings, Inc.

27

28

─────────────────────────────── - 1 - ───────────────────────────────

1    Pursuant to Local Bankruptcy Rule 9013-1(o)(4), The Huntington National Bank

2    ("Huntington") respectfully applies to this Court for an order setting a hearing on Huntington's

3    motion for an order requiring Debtor The Walking Company Holdings, Inc. f/k/a Big Dog

4    Holdings, Inc. (the "Debtor") to assume or reject an equipment lease within a specified time

5    pursuant to 11 U.S.C. § 365(d)(2).

6        In support of its Application, Huntington represents as follows:

7        1.    On January 25, 2010, Huntington filed and served its Notice of Motion for an Order

8    Requiring Debtor Assume or Reject Equipment Lease with *[sic]* a Specified Time Pursuant to 11

9    U.S.C. § 365(d)(2), along with a supporting memorandum of points and authorities and the

10    declaration of Edward J. Kitchen [Docket No. 203] (collectively, the "Motion").

11        2.    By agreement between Huntington and the Debtor, on March 26, 2010, the Debtor

12    timely filed its objection to the Motion [Docket No. 347].

13        3.    Because Local Bankruptcy Rule 9013-1(o)(4) requires Huntington to give the Debtor

14    and the United States Trustee fourteen (14) days notice of the hearing, Huntington requests that this

15    Court set the hearing on the Motion on date sufficiently far in the future to allow Huntington to give

16    proper notice of the hearing.

17        4.    Huntington has lodged a proposed order setting the hearing on the Motion.

18    Dated:  April 16, 2010                    Respectfully submitted,

19                                              BUCHANAN INGERSOLL & ROONEY LLP

20                                              /s/ Robert K. Edmunds

21
                                               BY:    Robert K. Edmunds, Esq.
22                                                     Attorneys for The Huntington National Bank

23

24

25

26

27

28

APPLICATION FOR ORDER SETTING HEARING ON 11 U.S.C. § 365(d)(2) MOTION    CASE
NO: 9:09-bk-15138-RR

| In re: THE WALKING COMPANY, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-15138-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Buchanan Ingersoll & Rooney, LLP
600 West Broadway, Suite 1100
San Diego, CA  92101

A true and correct copy of the foregoing document described **APPLICATION OF THE HUNTINGTON NATIONAL BANK FOR AN ORDER SETTING A HEARING ON MOTION FOR AN ORDER REQUIRING DEBTOR TO ASSUME OR REJECT EQUIPMENT LEASE WITHIN A SPECIFIED TIME PURSUANT TO 11 U.S.C. § 365(d)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 16, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 16, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2010 | /s/ Jackie Forjais |
|---|---|
| *Date*          *Type Name* | *Signature* |

| In re: THE WALKING COMPANY, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-15138-RR |

## I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Mette H. Kurth on behalf of Debtors and Debtors in Possession
kurth.mette@arentfox.com, kong.andy@arentfox.com, flahaut.douglas@arentfox.com

Craig H. Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company Holdings, Inc.
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

William C. Beall on behalf of Interested Party Courtesy NEF
artyc@aol.com

Shirley Cho on behalf of Creditor Committee Official Committee of Unsecured Creditors
scho@pszjlaw.com

Emily R. Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Lawrence A. Diamant on behalf of Interested Party Kahala Mall
lad@lnbrb.com; katie@lnbrb.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

Robert K. Edmunds on behalf of Interested Party Huntington National Bank
robert.edmunds@bipc.com, timothy.palmer@bipc.com, jacqueline.forjais@bipc.com

Belkys Escobar on behalf of Creditor County of Loudoun
belkys.escobar@loudoun.gov

Brian D. Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Todd R. Gabriel on behalf of Creditor Seaport Village Operating Company
tgabriel@sparberlaw.com

Philip A. Gasteier on behalf of Interested Party Kahala Center Company
pag@lnbrb.com

Fredric Glass on behalf of Creditor Far Harbor Capital, LLC
fglass@fairharborcapital.com

Brian D. Huben on behalf of Creditor Crossgates Mall Company NewCo. LLC
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com, donna.carolo@kattenlaw.com, laura.nefsky@kattenlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                  F 9013-3.1

| In re: THE WALKING COMPANY, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-15138-RR |

William W. Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Nathan E. Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

Kevin M. Newman on behalf of Creditor Crossgates Maill NewCo, LLC
knewman@menterlaw.com

Steven G. Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscole.com

David L. Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R. Rafatjoo on behalf of Creditor committee Official Committee of Unsecured Creditors
hrafatjoo@pszjlaw.com

Diane W. Sanders on behalf of Creditor San Marcos CISD
austin.bankruptcy@publicans.com

David B. Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne Living Trust, dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

Wayne R. Terry on behalf of Creditor Simn Property Group, Inc.
rtucker@simon.com, psummers@simon.com, rwoodruff@simon.com, scclark@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Kimberly S. Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J. Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                          **F 9013-3.1**

| In re: THE WALKING COMPANY, et al. | CHAPTER 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER 9:09-bk-15138-RR |

**II VIA U.S. MAIL**

Dennis Strayhan
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

Brian Fittipaldi
Office of the United States Trustee
128 E. Carrillo Street
Santa Barbara, CA  93101

**III  VIA OVERNIGHT DELIVERY**

Honorable Robin Riblet
United States Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, CA  93101-2511

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                     **F 9013-3.1**