Mette H. Kurth (SBN 187100)
Andy S. Kong (SBN 243933)
M. Douglas Flahaut (SBN 245558)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:   213.629.7400
Facsimile:   213.629.7401
E-mail:   kurth.mette@arentfox.com
   kong.andy@arentfox.com
   flahaut.douglas@arentfox.com

Attorneys for Debtors and Debtors in Possession

Debtors' Mailing Address
121 Gray Avenue
Santa Barbara, CA 93101

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA BARBARA DIVISION

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation; **BIG DOG USA, INC.,** a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.,** a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation,<br><br>Debtors.<br><br>[X]  Affects all Debtors<br><br>[ ]  Applies only to The Walking Company<br><br>[ ]  Applies only to Big Dog USA, Inc.<br><br>[ ]  Applies only to The Walking Company Holdings, Inc. | Case No.: 9:09-bk-15138-RR<br><br>Chapter 11<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137-RR; 9:09-bk-15139-RR]<br><br><br>**FIRST AND FINAL APPLICATION OF ARENT FOX LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS REORGANIZATION COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 7, 2009 THROUGH APRIL 27, 2010; DECLARATION OF METTE H. KURTH**<br><br>**Hearing**<br><br>Date:   July 21, 2010<br>Time:   2:00 p.m.<br>Place.:   1415 State Street<br>   Santa Barbara, CA  93101 |

**TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pursuant to this *First and Final Application of Arent Fox LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Reorganization Counsel for Debtors and Debtors in Possession for the Period from December 7, 2009 Through April 27, 2010* (the "Application"), Arent Fox LLP ("Arent Fox") seeks an order of this Court: (a) allowing Arent Fox's final compensation for services rendered and expenses incurred during the period from December 7, 2009 through and including April 27, 2010 (the "Application Period") in the total amount of $661,513.37, representing services rendered in the amount of $617,774.00 and expenses incurred in the amount of $43,739.37; and (b) authorizing and directing The Walking Company and its debtor affiliates, The Walking Company Holdings, Inc. and Big Dog USA, Inc. (collectively, "TWC") to pay to Arent Fox the unpaid balance of such amounts, $588,432.74.

In support of this Application, Arent Fox respectfully represents and shows as follows:

## I.

## INTRODUCTION

1.     Arent Fox submits this Application pursuant to Bankruptcy Code section 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California, and the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "Compensation Guidelines") promulgated by the Office of the United States Trustee for the Central District of California (the "U.S. Trustee Guidelines").  As more fully set forth herein, the Application complies with the Compensation Guidelines, all statutory guidelines, and all court-imposed requirements.

2.     Pursuant to this Court's *Order Approving the Employment of Arent Fox LLP as Counsel for the Debtors and Debtors in Possession Effective as of December 7, 2009*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1   [Doc. No. 236] (the "Employment Order") entered on February 10, 2010, Arent Fox was

2   employed as reorganization counsel to represent TWC in these chapter 11 cases.

3       3.      Arent Fox is a law firm employing approximately 350 lawyers.  Arent Fox

4   includes a financial restructuring and bankruptcy group with extensive and diverse

5   experience in the areas of bankruptcy, insolvency, and debtor and creditor rights.  Arent

6   Fox's bankruptcy attorneys often represent debtors in cases such as this.  Annexed hereto

7   as **Exhibit 1** is a summary of the background and qualifications of the members of Arent

8   Fox who rendered the primary services to TWC during the Application Period.

9       4.      As set forth herein, the two attorneys principally responsible for providing

10  services to TWC during the Application Period were Mette H. Kurth and M. Douglas

11  Flahaut.  From time to time, other members of Arent Fox rendered services on discrete

12  matters requiring such member's expertise or where the principal attorneys were not

13  available.  For example, Joseph A. Reiser and associates under his direction provided

14  assistance with respect to tax matters, and Sanford Hausner and associates under Mr.

15  Hausner's direction provided assistance with respect to certain corporate matters.  Katie

16  A. Lane, Andrea K. Campbell, Andy S. Kong and certain other associates and partners

17  also attended to discrete matters when the rapid pace at which this case progressed made it

18  impossible for Ms. Kurth and Mr. Flahaut to handle all of the demands made upon them.

19  Arent Fox made a concerted effort to provide effective representation as efficiently as

20  possible, including by allocating work to attorneys with lower hourly rates.  In general,

21  tasks were allocated among the attorneys based upon the comparative expertise of a

22  particular attorney in various aspects of these cases, in light of that attorney's hourly

23  billing rate.  Simona G. Filip, a paraprofessional at Arent Fox, also rendered substantial

24  services in these cases.

25      5.      The rates charged by Arent Fox professionals are comparable to those

26  charged by other experienced and skillful professionals with bankruptcy and non-

27  bankruptcy practices in the Central District of California.  Arent Fox's blended hourly rate

28  for professional services during the Application Period was $404.13.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

6.    It is respectfully submitted that the services of Arent Fox have been beneficial to TWC, these estates, and TWC's creditors. As a result of the broad range and years of experience of Arent Fox's bankruptcy attorneys, Arent Fox's services were rendered in an expeditious and efficient manner.

## II.

## COMPENSATION TO DATE

7.    This is Arent Fox's first application for allowance of compensation and reimbursement of expenses submitted to the Court. The Court has entered no prior orders allowing Arent Fox compensation and reimbursement of expenses in these chapter 11 cases, and Arent Fox has received no prior payment from TWC's estate except as set forth below. Arent Fox has not received or been promised compensation for the services that it rendered or the expenses that it incurred in these cases except as set forth herein. Furthermore, neither Arent Fox nor any member of Arent Fox has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to Arent Fox with any other attorney except as among members and associates at Arent Fox. There are no claims against TWC or stock of TWC in which a beneficial interest has been acquired by or transferred to Arent Fox or any members of Arent Fox for its or their account after December 7, 2009 (the "Petition Date").

8.    As of the Petition Date, Arent Fox held a chapter 11 retainer in the amount of $73,080.63 (the "Chapter 11 Retainer") for postpetition services to be rendered to TWC during its chapter 11 cases. According to the Trustee's Guide, any professional holding a prepetition retainer must submit monthly Professional Fee Statements to the United States Trustee. The professional must also serve the Professional Fee Statements on the Committee and all parties entitled to special notice. If none of these parties objects to a Professional Fee Statement within 10 days after its submission, then the professional—without further notice, hearing, or order—may withdraw from its retainer the amounts set forth in the Professional Fee Statement.

9.    Arent Fox filed and served one monthly Professional Fee Statement, which

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

covered the periods from December 7, 2010 through December 31, 2010. When no party timely objected to the Professional Fee Statement, Arent Fox drew down on its retainer in accordance with the Professional Fee Statement until its retainer was depleted. The following table summarizes the payments requested and received through this procedure:

|  | *Fees* | *Expenses* | *Total* |
|---|---|---|---|
| **Total to Be Allowed** | $617,774.00 | $43,739.37 | $661,513.37 |
| **Less Trust/Retainer Payments** | $73,080.63 | $73,080.63 | $73,080.63 |
| **Total to be Paid** |  |  | $588,432.74 |

10.    As summarized in the table above, Arent Fox has fully drawn down its Chapter 11 Retainer in the amount of $73,080.63. As a result, the balance owed to Arent Fox for services rendered and expenses incurred during the Application Period is $588,432.74.

### III.

### SUMMARY OF COMPENSATION REQUESTED

11.    By this Application, Arent Fox requests an order of the Court: (a) allowing Arent Fox's final compensation for services rendered and expenses incurred during the Application Period in the total amount of $661,513.37, representing services rendered in the amount of $617,774.00 and expenses incurred in the amount of $43,739.37; and (b) authorizing and directing TWC to pay to Arent Fox the unpaid balance of such amounts, $588,432.74.

12.    In the exercise of its billing judgment, Arent Fox has voluntarily written off $92,369.65 in fees for services rendered during the Application Period, which amounts do not appear on the billing statements attached hereto. In addition, TWC requested and Arent Fox agreed to a courtesy write-off of $100,000. As a result, Arent Fox's total write-offs during the Application Period total $192,369.64, or approximately 24% of the total amount of professional fees ($816,265.64) actually incurred by Arent Fox during the

Application Period.

13.     As of the date of this Application, TWC holds approximately $1,713,751.68 in its professional fee escrow account for distribution to professionals following entry of an Order approving and directing such distributions.  In addition, TWC has approximately $2 million in cash on hand, with further availability pursuant to its credit line, with which to satisfy allowed professional fees.

## IV.

## SUMMARY OF EXHIBITS

14.     In accordance with the Trustee's Guide, Arent Fox has divided its services into numbered activity codes.  Section VI fully describes the services Arent Fox rendered to the estate during the Application Period as well as the expenses that Arent Fox incurred in connection with this representation.

15.     In addition, annexed hereto as **Exhibit 2** is a complete, chronological, line-item listing—sorted by activity category—which describes in detail all services rendered and expenses incurred by Arent Fox during the Application Period.  Exhibit 2 includes the name of the professional who rendered the services; the date services were rendered; the hours spent rendering services; the total billed for the services; and a detailed description of the services.

16.     Annexed hereto as **Exhibit 3** is a summary of the total fees incurred for each of the activity categories on a monthly basis and Arent Fox's overall blended hourly billing rate for each category.

17.     Annexed hereto as **Exhibit 4** is a summary, by attorney and paralegal, of the total number of hours and dollar amount expended by each attorney and paralegal in rendering services to TWC during the Application Period.  All of these exhibits are incorporated into this Application by this reference.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## V.

## NARRATIVE HISTORY OF THE CASE

18.    In accordance with Local Bankruptcy Rule 2016-2(b), following is a brief narrative history of TWC's chapter 11 cases.    As set forth in more detail below, following the adoption of the Bankruptcy Abuse Prevention and Consumer Protection Act up until TWC confirmed its Plan, only a handful of retailers had successfully reorganized through a chapter 11 bankruptcy case.    In fact, when TWC commenced its cases, many assumed that the company would not be able to reorganize its operations and that the company was destined for a bankruptcy auction or liquidation.    With the assistance of Arent Fox, however, in only five months TWC dramatically improved its profitability by renegotiating its lease obligations and restructuring its balance sheet, and it successfully confirmed a consensual plan of reorganization that provides for payment in full of substantially all of its creditors.    By any standards, TWC's reorganization was a tremendous success.

19.    This success is due in large part to Arent Fox's leadership in the chapter 11 process, its diligence in preparing TWC for chapter 11, and its careful handling of the responsibilities of being a debtor in possession.    Moreover Arent Fox facilitated an extremely high level of cooperation between TWC, the Committee, WFRF, and the affected landlords, which allowed TWC to achieve the best possible results under the circumstances. A substantial amount of time and effort has been expended by members of Arent Fox in connection with the above-captioned bankruptcy cases.    All creditors benefited from these efforts.

### A.    Background

20.    The debtors are The Walking Company Holdings, Inc., a Delaware corporation, and its two wholly owned subsidiaries, The Walking Company, a Delaware corporation, and Big Dog USA, Inc., a California corporation, d/b/a "Big Dog Sportswear." Headquartered in Santa Barbara, California, TWC consist of two distinct retail operations. Its operations are largely focused on The Walking Company, which is a

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1   leading specialty retailer of authentic comfort footwear, operating 207 stores in premium

2   malls across the nation.   The Walking Company generated approximately 93% of the

3   company's sales in 2009.   Big Dog USA, Inc. is a retailer of a lifestyle collection of

4   popular-priced T-shirts, casual sportswear, and accessories featuring the Big Dogs

5   trademark.   Together, The Walking Company and Big Dog USA, Inc. employ over 1,600

6   individuals across the country.

7   21.   As set forth in greater detail in the *Declaration of Andrew D. Feshbach in*

8   *Support of Emergency "First Day" Motions* [Docket No. 15], TWC engaged in a period

9   of significant expansion throughout 2006, 2007, and 2008.   Following the deterioration of

10  the economy in the fall of 2008, TWC then found itself with a significant number of over-

11  market leases and underperforming stores.   Accordingly, TWC commenced these chapter

12  11 cases principally to pursue a "right sizing" strategy that would enable it to reorganize

13  around its profitable stores and eliminate those whose continued operation would inhibit a

14  successful reorganization.

15  22.   Arent Fox faced significant obstacles as it began to represent TWC in these

16  cases.   In consultation with TWC, in order to address critical lease deadlines under the

17  Bankruptcy Code, Arent Fox quickly determined that, for TWC to have a realistic

18  opportunity to reorganize, TWC needed rapidly to complete its reorganization while

19  keeping professional fees to a minimum.   Arent Fox had the primary responsibility for

20  developing specific strategies to accomplish these objectives.   As discussed in detail

21  below, TWC successfully achieved these objectives.   Under the guidance of Arent Fox,

22  less than five months after commencing these cases, TWC confirmed its Plan and

23  emerged from chapter 11 without significant litigation.   Despite these extraordinary

24  results, in keeping with its commitment to the company to keep its own professional fees

25  to a minimum, Arent Fox has voluntarily written off roughly 24% of its fees incurred in

26  these cases.

27

28

**B.    The Transition to Operations as Debtors in Possession and Other Early Events in These Reorganization Cases**

23.    During the first few weeks of these chapter 11 cases, management and professionals devoted significant time and resources to meeting with key vendors and the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases to assure them that TWC's operations would continue essentially uninterrupted.  As a result of these efforts, within the first several weeks following the Petition Date, TWC obtained cooperation from their key vendors.  Through the duration of the cases, TWC and Arent Fox also generated substantial information concerning the company's financial performance, which information was provided to the Committee and its members. Additional information was made public through pleadings filed periodically in the cases and through operating reports and interim statements submitted to the U.S. Trustee.

24.    In addition, TWC obtained a "first-day" hearing on December 14, 2009 to consider various relief to facilitate its transition to chapter 11.  Among other things, Arent Fox obtained for TWC Court orders: (a) establishing notice procedures; (b) extending the time for TWC to file its Schedules; (c) establishing the conditions under which TWC could continue receiving utility services; (d) directing the joint administration of these chapter 11 cases; (e) authorizing TWC to honor certain employee benefits and wages in the ordinary course of business; (f) authorizing TWC to pay certain prepetition sales and use taxes in the ordinary course of business; (g) permitting TWC to honor gift cards and other customer obligations; and (h) allowing TWC to maintain its cash management system.

**C.    The Debtor-in-Possession Financing**

25.    Shortly before TWC filed these chapter 11 cases, TWC with the help of Arent Fox negotiated the terms of the company's postpetition credit facility (the "DIP Facility") with Wells Fargo Retail Finance ("WFRF").  In broad outline, the DIP Facility provided for The Walking Company and Big Dog USA, Inc. to obtain from WFRF cash advances and other extensions of credit in an aggregate principal amount of up to $30

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1   million on a revolving credit basis, subject to a budget filed with the Court.

2        26.    Following the Petition Date, Arent Fox engaged in substantial negotiations

3   with the Committee and WFRF regarding final approval of the financing.  These

4   discussions focused predominantly on: (a) the adequacy of the financing provided by

5   WFRF; and (b) the Committee's interest in creating a two-track process that would permit

6   TWC to move forward with its reorganization effort while simultaneously conducting a

7   "market test" to determine whether a sale process would be likely to generate greater

8   recoveries to creditors than TWC's proposed plan.  With Arent Fox's assistance, these

9   issues were all addressed and resolved consensually among the parties.  Among other

10   things, WFRF agreed to make certain modifications to the postpetition financing that

11   provided TWC with approximately $2.45 million in additional liquidity, and certain

12   deadlines under the DIP Facility were extended in order to accommodate a "two track"

13   reorganization and due diligence process.  Arent Fox was instrumental in obtaining Court

14   approval of the DIP Facility, which afforded TWC the opportunity to continue to operate

15   for the duration of its chapter 11 cases.

16   **D.**    <u>**Arent Fox Successfully Negotiated and Helped TWC Confirm a Consensual**</u>
17       <u>**Plan of Reorganization.**</u>

18        27.    During the months preceding the Petition Date, the Debtors developed a

19   turnaround plan through which they would "right size" their lease portfolio by closing

20   stores and rejecting leases related to unprofitable and marginally profitable locations

21   immediately after commencing these cases, retaining only those stores that are profitable

22   and contributing significantly to the Debtors' revenue, as well as their Internet sale portal.

23        28.    As noted above, TWC secured debtor-in-possession financing from WFRF.

24   TWC also secured from WFRF an initial letter of interest regarding an exit financing

25   arrangement.  TWC also obtained a commitment in principle with respect to the key terms

26   of a chapter 11 plan under which, among other things, an investor group lead by Richard

27   Kayne of Kayne Anderson Capital Advisors, LP (the "Investors") would contribute $10

28   million to recapitalize TWC pursuant to a confirmed plan of reorganization.  With these

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1  pre-negotiated commitments and financings in place, TWC commenced these cases to

2  implement its "right-sizing" strategy and reorganize its business.

3       29.    With Arent Fox's assistance, TWC's efforts at reorganizing have been

4  significantly more successful than originally anticipated, resulting in the filing of the Plan,

5  which proposed to satisfy substantially all of TWC's prepetition obligations, with the

6  exception of the consensual impairment of certain secured notes and holders of certain

7  employee stock option notes.  Arent Fox was instrumental in preparing this Plan.  In

8  addition, shortly before filing the Plan, TWC obtained a commitment letter from WFRF

9  with respect to exit financing and a commitment letter from the Investors with respect to

10  the $10 million capital investment under the Plan.

11       30.    On April 26, 2010 this Court entered its *Order Confirming Debtors' Second*

12  *Amended Joint Chapter 11 Plan (Dated March 9, 2010) as Modified* [Doc. No. 415] (the

13  "Confirmation Order").  One day later on April 27, 2010, the *Debtors Second Amended*

14  *Joint Chapter 11 Plan (Dated March 9, 2010)* [Doc. No. 326] (as modified, the "Plan")

15  went effective.  This Confirmation Order represented the culmination of an immense

16  amount of work performed by Arent Fox from the early negotiations prior to the filing of

17  the original plan and disclosure statement on February 1, 2010 to the confirmation hearing

18  on March 12, 2010 through to the confirmation hearing on April 23, 2010.

19  **E.    Additional Services Rendered on Behalf of the Debtors.**

20       31.    In addition to the foregoing, Arent Fox performed numerous other services

21  on behalf of TWC during the Application Period.  In the interest of brevity, those services

22  are described in part VI of this Application, the "Summary of Services Rendered," and

23  will not be repeated here.

24                              **VI.**

25                  **STATEMENT OF SERVICES RENDERED**

26       32.    Pursuant to the Compensation Guidelines and Local Bankruptcy Rules,

27  Arent Fox has classified all services performed for which compensation is sought into one

28  of several major categories.  Arent Fox has attempted to place the services performed in

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1   the category that best relates to the service provided. However, because certain services

2   may relate to one of more categories, services pertaining to one category may in fact be

3   included in another category.

4        33.   As can be seen from Exhibit 2, it would be extremely time consuming to

5   describe in detail all of the various services rendered by Arent Fox to TWC during the

6   Application Period. As TWC's reorganization counsel, Arent Fox performed literally

7   hundreds of services and tasks on behalf of the company. What follows, therefore, is a

8   brief summary of the more significant services rendered by Arent Fox in each of the

9   activity code categories adopted by Arent Fox for billing in these cases.[1]

10  **A.**   **Petition, Schedules, First Day Orders**

11       34.   Shortly after TWC filed its petitions, the company filed numerous

12  administrative and substantive pleadings on an emergency basis. Among other things,

13  Arent Fox successfully prepared motions seeking entry of Court orders: (a) establishing

14  notice procedures; (b) extending the time for TWC to file its Schedules; (c) establishing

15  the conditions under which TWC could continue receiving utility services; (d) directing

16  the joint administration of these chapter 11 cases; (e) authorizing TWC to honor certain

17  employee benefits and wages in the ordinary course of business; (f) authorizing TWC to

18  pay certain prepetition sales and use taxes in the ordinary course of business; (g)

19  permitting TWC to honor gift cards and other customer obligations; and (h) allowing

20  TWC to maintain its cash management system. Arent Fox devoted time to the preparation

21  and service of these pleadings, as well as working with TWC's claims and noticing agent

22  to coordinate the notice process among hundreds of interested parties.

23       35.   The total fees incurred by Arent Fox in the "Petitions, Schedules, First Day

24  Orders" category during the Application Period were $27,596.00 for 67.00 hours of

25  services rendered, at a blended hourly rate of approximately $411.00 per hour.

26

27

28   [1]   Some of the services rendered could reasonably be categorized in more than one of the billing categories.
Consequently, different attorneys sometimes billed their services on the same matter in different categories.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**B.    Case Management and Operating Reports**

36.    After TWC commenced its chapter 11 cases, the company was subject to myriad administrative and procedural requirements imposed on debtors in possession by the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the U.S. Trustee Guides.  Arent Fox coordinated TWC's efforts to fulfill all of these obligations in a timely manner.

37.    With the assistance of Arent Fox, all three debtors filed with the Court their respective Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "Schedules").  The preparation of the required documents was a complex and time-consuming task that was accomplished expeditiously, particularly in light of the number of potential creditors of each debtor.  Arent Fox filed detailed schedules and statements, identifying, *inter alia*, several thousand potential creditors, hundreds of leases and executory contracts, and several pending non-bankruptcy litigations.  The Schedules were subsequently amended to reflect certain adjustments and offsets that TWC determined were appropriate.

38.    In addition to the above administrative tasks, Arent Fox conferred frequently with TWC's management regarding the status of pending matters, issues that the company was facing or would be facing, advice on strategic decisions, and allocation of responsibilities.  In almost all cases, Arent Fox had only one member attend such meetings or participate in such call, with the rare exception when more than one attorney's input was needed to perform or inform about the particular function that attorney was handling for TWC.

39.    Arent Fox also placed under this category time spent reviewing and filing TWC's monthly operating reports, monitoring compliance with the requirements of a case under chapter 11, preparing and filing a detailed status report, reviewing and responding to literally hundreds of documents and administrative pleadings on an ongoing basis, as well as numerous administrative tasks which do not clearly fit into one of the other activity categories.

40.    The total fees incurred by Arent Fox in the "Case Management and Operating Reports" category during the Application Period were $38,574.00 for 110.60 hours of services rendered, at a blended hourly rate of approximately $348.00 per hour.

C.    **Corporate and Business Matters**

41.    This category consists of fees for services rendered by Arent Fox in connection with numerous aspects of TWC's operations.  For example, Arent Fox advised TWC regarding the maintenance of its bank accounts, insurance policies, billing system, contracts and leases, and numerous other general corporate and ordinary course matters.

42.    In particular, Arent Fox spent a significant amount of time assisting TWC in drafting the various term sheets and investment agreements needed in connection with its chapter 11 plan of reorganization, as well as drafting and recording the amended Bylaws and Articles of Incorporation needed by the reorganized debtor.

43.    The total fees incurred by Arent Fox in the "Corporate and Business Matters" category during the Application Period were $31,883.50 for 67.90 hours of services rendered, at a blended hourly rate of approximately $469.00 per hour.

D.    **Sale and Disposition of Assets**

44.    During the Application Period, Arent Fox was called upon to assist TWC in addressing the possibility of a sale of the company, establishing a due diligence process to explore that possibility, coordinating with various interested parties, and addressing the Committee's questions regarding the possibility of a sale process.  The time in this category was primarily spent in the early weeks of the case.  Included in this category is the preparation and negotiation of numerous non-disclosure agreements which were negotiated with prospective buyers as well as extensive communications with the interested parties.

45.    The total fees incurred by Arent Fox in the "Sale and Disposition of Assets" category during the Application Period were $18,974.00 for 45.80 hours of services rendered, at a blended hourly rate of approximately $414.00 per hour.

### E.   Asset Analysis and Recovery

46.   This category includes services rendered in connection with the identification and review of potential assets, including causes of action and non-litigation recoveries.   During the Application Period, Arent Fox reviewed TWC's claims in the bankruptcy case of General Growth Properties currently pending in the Southern District of New York (Case No. 09-11977) as well as analyzed TWC's possible recovery in that bankruptcy case.

47.   The total fees incurred by Arent Fox in the "Asset Analysis and Recovery" category during the Application Period were $830.50 for 2.60 hours of services rendered, at a blended hourly rate of approximately $319.00 per hour.

### F.   Claims Administration and Objections

48.   This category is comprised primarily of services rendered in connection with establishing and noticing a bar date for the filing of proofs of claims, the analysis of certain claims, and the preparation of various matters relating to claims, including multiple claims objections.   Arent Fox's services with respect to this category may be summarized as follows.

#### 1.   Bar Date

49.   Before TWC could move forward with a plan of reorganization, the company needed to establish a bar date and begin reviewing claims.   In January 2010, Arent Fox prepared and filed TWC's *Motion for Entry of an Order (A) Establishing Bar Date for Filing (I) Proofs of Claim or Interest and (II) Requests for Allowance of Section 503(b)(9) Administrative Expense; (B) Approving Form and Manner of Notice of Bar Date.*   On February 10, 2010, the Court entered its *Order Granting Motion of Debtors for Entry of an Order (A) Establishing Bar Date for Filing (I) Proofs of Claim or Interests and (II) Requests for Allowance of Section 503(b)(9) Administrative Expense; (B) Approving Form and Manner of Notice of Bar Dates; and (C) Granting Related Relief.*   Subject to certain exceptions, this order established April 20, 2010 as the general bar date for filing proofs of claim or interest against the estates.   On February 19, 2010, Arent Fox

1    served notice of this bar date upon all creditors and parties in interest, and on February 26,

2    2010 and March 8, 2010 Arent Fox caused a notice to be published in the Los Angeles

3    Daily Journal and Footwear News respectively.  Thereafter, Arent Fox coordinated the

4    providing of approximately 14,000 notices, and responded to the many creditor and

5    shareholder inquiries regarding the bar date and related procedures.

6        2.    **Analysis of Disputed Claims**

7        50.    Following the passage of the bar date, TWC needed to evaluate the claims

8    filed, to determine its liabilities for plan purposes and to establish appropriate reserves.

9    Arent Fox worked closely with TWC's management to evaluate the claims and to

10   negotiate consensual claim reserves with the Committee and other key parties in interest.

11   Arent Fox subsequently assisted TWC in its review of all proofs of claim to determine

12   what objections would be appropriate, and it has prepared and filed TWC's notice of

13   disputed claims. (Arent Fox is currently assisting the company with claim objections, but

14   that work has been conducted following the Plan's Effective Date and is therefore not part

15   of this Application.)  Arent Fox believes that it performed these services efficiently and

16   successfully by using primarily paralegal and associate resources on these tasks.

17       51.    The total fees incurred by Arent Fox in the "Claims Administration and

18   Objections" category during the Application Period were $61,803.00 for 161.10 hours of

19   services rendered, at a blended hourly rate of approximately $383 per hour.

20   **G.    Committee / Debtor Communication, Conference Calls, and Meetings**

21       52.    Arent Fox placed under this category time spent communicating,

22   negotiating, and coordinating efforts with the various creditor constituencies and TWC.

23   The time included in this category was primarily spent in face-to-face meetings, telephone

24   calls, and preparing and receiving e-mail correspondence with the Committee, WFRF, the

25   company's major landlords, the Investors, and the company's management team.

26       53.    More specifically, shortly after TWC filed its petitions, Arent Fox began

27   receiving numerous inquiries from creditors, shareholders, and former employees

28   regarding the filing of these chapter 11 cases and the implications thereof.  Arent Fox also

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1  prepared TWC's management for, and attended, the organizational meeting of the

2  Committee and the Bankruptcy Code section 341(a) meeting.

3      54.    These cases were characterized from the outset by a very active Committee,

4  as well as active participation by TWC's landlords and WFRF.  Arent Fox frequently

5  communicated with counsel for the Committee, as well as counsel for other interested

6  parties, on a broad range of topics concerning the company's operations, financing needs,

7  and restructuring efforts.  Arent Fox also engaged in negotiations with the Committee, the

8  Investors, TWC's landlords, and WFRF regarding the terms of the Plan, which ultimately

9  led to the full support of all constituents.

10     55.    The total fees incurred by Arent Fox in the "Committee / Debtor

11  Communication, Conference Calls, and Meetings" category during the Application Period

12  were $13,793.50 for 28.80 hours of services rendered, at a blended hourly rate of

13  approximately $478 per hour.

14  **H.    Professional Retention**

15     56.    As counsel for TWC, Arent Fox prepared the pleadings which authorized

16  both its employment and the employment of the five other professionals employed by

17  TWC in these cases, and it provided guidance regarding the numerous requirements of the

18  Office of the United States Trustee.  In addition to preparing and filing the documents

19  related to Arent Fox's own employment, Arent Fox prepared and/or assisted with the

20  preparation and filing of employment applications, notices of employment application,

21  and proposed orders with respect to the following professionals: Tiger Capital Group,

22  LLC; Clear Thinking Group, LLC; Kurtzman Carson Consultants, LLC; Koenig &

23  Associates, LLP; and SingerLewak.  Additionally, Arent Fox placed time spent reviewing,

24  and addressing concerns with, the employment applications of, the Committee's

25  professionals.

26     57.    The total fees incurred by Arent Fox in the "Professional Retention"

27  category during the Application Period were $64,116.00 for 208.40 hours of services

28  rendered, at a blended hourly rate of approximately $307 per hour.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## I.   Plan and Disclosure Statement Matters and Solicitation

58.   This category consists of all of Arent Fox's services rendered in connection with exclusivity, Plan development, consideration of Plan alternatives, the preparation of the Plan and Disclosure Statement, the classification of claims, the solicitation and voting process, and the confirmation process. Accordingly, this is the largest and most important category of services rendered by Arent Fox in these cases.   This extremely time-consuming and eventful category may be summarized as follows.

59.   Prior to the filing of the Plan and Disclosure Statement in these cases, Arent Fox conducted countless meetings and conferred extensively with the interested parties including the officers of TWC, counsel for WFRF, and counsel for the Investors in preparation for formulating a viable plan of reorganization. The parties discussed, among other things, the classes of claims to be included in the Plan, feasibility issues, and the funding for the plan.  In connection with these initial negotiations, Arent Fox expended considerable time preparing multiple drafts of the plan and disclosure statement for review and discussion with the key parties. Following the appointment of the Committee, Arent Fox also engaged Committee counsel in the development of the Plan and solicited the Committee's comments with respect to the Plan structure.

60.   Arent Fox's development and preparation of the Disclosure Statement was the single-most labor-intensive and time-consuming event in TWC's cases.  Working closely with TWC's management, Arent Fox helped draft the Disclosure Statement in accordance with the *Central District Guidelines for Drafting a Chapter 11 Disclosure Statement*. The Disclosure Statement provided a comprehensive description of, among other things, TWC and its business; TWC's prepetition and postpetition management teams; TWC's assets, creditors, and equity holders; the events leading to TWC's chapter 11 filings; TWC's significant accomplishments during its cases; potential preference actions, fraudulent transfer actions, and other non-bankruptcy claims held by TWC; a listing of the executory contracts and unexpired leases to which TWC was a party; and a listing of TWC's non-bankruptcy litigation. Additionally, in the Disclosure Statement,

1    TWC provided a complete summary of the Plan, including classification of claims,
2    treatment of each class of claimants, risk factors associated with the Plan, federal tax
3    implications of the Plan; and the means for effectuating the Plan.    The Disclosure
4    Statement also included a complete analysis of TWC's liquidation and reorganization
5    values.

6        61.    In sum, to meet the "adequate disclosure" standard of 11 U.S.C. § 1125,
7    Arent Fox was required to include in the Disclosure Statement sufficient language
8    addressing issues directly relating to thousands of creditors, countless pubic shareholders,
9    and hundreds of non-debtor parties to TWC's leases and contracts.    The *Disclosure*
10   *Statement for Debtors' Original Joint Chapter 11 Plan (Dated February 1, 2010* [Doc.
11   No. 224] (as subsequently amended and modified, the "Disclosure Statement") was filed
12   on February 1, 2010 along with *Debtors' Original Joint Chapter 11 Plan (Dated*
13   *February 1, 2010)* [Do. No. 223].    An amended Plan and Disclosure Statement were filed
14   on March 9, 2010.

15       62.    From the outset of the cases, Arent Fox worked closely with TWC to help
16   TWC emerge quickly from bankruptcy.    To that end, Arent Fox developed plan
17   solicitation, voting (based upon the lists of creditors prepared by the company), and
18   confirmation procedures that ultimately enabled TWC to confirm its Plan and emerge
19   from bankruptcy approximately 4½ months after the Petition Date.    Arent Fox also
20   prepared a comprehensive *Motion for an Order: (1) Approving the Adequacy of the*
21   *Disclosure Statement for Debtors' Original Joint Chapter 11 Plan (Dated February 1,*
22   *2010); (2) Approving the Form, Scope, and Nature of Solicitation, Balloting, Tabulation,*
23   *and Notices Regarding Both Distribution of the Disclosure Statement and Plan*
24   *Confirmation and (3) Establishing Procedures and Deadlines Related to Plan*
25   *Confirmation* [Doc. 235].    This Motion set forth the procedures and timetable for
26   solicitation, voting, and confirmation briefing with respect to TWC's Plan.    Arent Fox
27   also drafted proposed ballots for each class entitled to vote under the Plan as well as a
28   detailed notice regarding confirmation deadlines.    These procedures allowed TWC to

1  quickly and efficiently disseminate its Plan, Disclosure Statement, ballots, and
2  confirmation hearing notices to thousands of creditors, countless shareholders, and
3  hundreds of other parties in interest. Arent Fox spearheaded these solicitation procedures.
4  A hearing was held on the adequacy of the Disclosure Statement on March 12, 2010 at
5  which time the Court approved the Disclosure Statement with certain modifications.

6       63.    The court set a hearing on the confirmation of the Plan for April 23, 2010,
7  and in the weeks leading up to the confirmation hearing various objections were filed.
8  Arent Fox spent a significant amount of time and effort responding to the objections and
9  preparing amended exhibits to the Plan. Arent Fox conducted numerous negotiations with
10  many of the interested parties, which resulted in a consensual Plan.   Prior to the
11  confirmation hearing, Arent Fox also prepared a brief in support of confirmation and
12  worked with the company's balloting agent on the declaration with respect to the ballots
13  received. Arent Fox represented the company at the April 23, 2010 confirmation hearing
14  at which the court approved the Plan, at which time the Plan was confirmed by the Court
15  without opposition.

16       64.    The total fees incurred by Arent Fox in the "Plan and Disclosure Statement
17  Matters and Solicitation" category during the Application Period were $270,686.50 for
18  609.90 hours of services rendered, at a blended hourly rate of approximately $444 per
19  hour.

20  **J.**    **Cash Collateral and DIP Financing**

21       65.    This category consists primarily of services rendered by Arent Fox in
22  connection with negotiating, documenting, implementing, extending and otherwise
23  amending the company's DIP Facility. After commencing its chapter 11 cases, TWC had
24  no access to cash to operate its business and satisfy its daily obligations to employees,
25  creditors, and customers. TWC therefore required immediate access to a credit line, and
26  Arent Fox devoted substantial resources to negotiating a DIP Facility with WFRF.  In
27  broad outline, the DIP Facility provided for The Walking Company and Big Dog USA,
28  Inc. to obtain from WFRF cash advances and other extensions of credit in an aggregate

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1    principal amount of up to $30 million on a revolving credit basis, subject to a budget filed

2    with the Court.

3        66.    Following the Petition Date, Arent Fox engaged in substantial negotiations

4    with the Committee and WFRF regarding final approval of DIF Facility.    These

5    discussions focused predominantly on: (a) the adequacy of the financing provided by

6    WFRF; and (b) the Committee's interest in creating a two-track process that would permit

7    TWC to move forward with its reorganization effort while simultaneously conducting a

8    "market test" to determine whether a sale process would be likely to generate greater

9    recoveries to creditors than TWC's proposed plan.    With Arent Fox's assistance, these

10   issues were all addressed and resolved consensually among the parties.    Among other

11   things, WFRF agreed to make certain modifications to the postpetition financing that

12   provided TWC with approximately $2.45 million in additional liquidity, and certain

13   deadlines under the DIP Facility were extended in order to accommodate a "two track"

14   reorganization and due diligence process.    Arent Fox was instrumental in obtaining Court

15   approval of the DIP Facility, which afforded TWC the opportunity to continue to operate

16   for the duration of its chapter 11 cases.

17       67.    This category also includes time spent reviewing and evaluating TWC's

18   proposed budgets, cash flow projections, and other financial data and financial reports

19   which TWC was required to provide on a periodic basis.

20       68.    The total fees incurred by Arent Fox in the "Cash Collateral and DIP

21   Financing" category during the Application Period were $47,184.00 for 100.10 hours of

22   services rendered, at a blended hourly rate of approximately $471 per hour.

23   **K.    <u>Employee Benefits and Severance</u>**

24       69.    Arent Fox evaluated and sought Court approval of certain employee benefits

25   and severance payments for non-insider, "rank and file" employees, and negotiated with

26   the Committee informally with respect to same.    Arent Fox advised the client about the

27   most cost-effective manner of approaching these issues and also drafted and filed a

28   motion to approve certain severance payments which were initially opposed by the

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

committee, prior to being granted by this Court by an order entered on April 27, 2010.

70.    The total fees incurred by Arent Fox in the "Plan and Disclosure Statement Matters and Solicitation" category during the Application Period were $10,670.50 for 30.80 hours of services rendered, at a blended hourly rate of approximately $355 per hour.

## L.    Real Estate, Leasing, and Executory Contracts

71.    Arent Fox placed under this category time spent: (a) analyzing the estates' interest in its leases and executory contracts; (b) negotiating with the various landlords and other contractual parties; (c) assisting TWC in its negotiating of amendments of numerous leases and seeking court approval of these lease modifications; (d) advising TWC with respect to assumption / rejection issues; and (e) seeking final Court approval of the assumption / rejection of the various leases / executory contracts. The success of this case is owed primarily to TWC's success in these negotiations. During the Application Period Arent Fox spent much of its time advising TWC with respect to its rights under the Bankruptcy Code. Additionally Arent Fox filed two store closing motions which included motions to reject certain leases. Arent Fox also filed numerous motions to approve an aggregate of over 150 lease amendments and to extend statutory deadlines with respect to the assumption and rejection of the company's commercial real estate leases.

72.    The total fees incurred by Arent Fox in the "Real Estate, Leasing, and Executory Contracts" category during the Application Period were $89,655.50 for 253.70 hours of services rendered, at a blended hourly rate of approximately $354 per hour.

## M.    Creditor Inquiries

73.    Throughout the Application Period, Arent Fox received numerous inquiries from individual creditors. When possible, the firm referred creditors to the appropriate party at TWC so that the inquiry could be addressed on a business level. However, some creditor inquiries required a short telephone call to either identify the nature of the call and route the call to the appropriate business person, or to briefly address the caller's legal issues by explaining to the creditor the status of the case, the handling of its claims, or where the creditor could obtain additional information.

74.    The total fees incurred by Arent Fox in the "Credit Inquiries" category during the Application Period were $6,200.50 for 17.90 hours of services rendered, at a blended hourly rate of approximately $346 per hour.

### N.    Automatic Stay and Section 362 and 363 Matters

75.    Arent Fox placed under this category time spent responding to motions for relief from the automatic stay and advising TWC with respect to automatic stay issues. The bulk of the time in this category was spent reviewing and responding to multiple motions for relief from stay filed with respect to a single state court personal injury action that was pending in New Jersey on the date the petitions in these cases were filed.

76.    The total fees incurred by Arent Fox in the "Automatic Stay and Section 362 and 363 Matters" category during the Application Period were $2,145.00 for 6.20 hours of services rendered, at a blended hourly rate of approximately $345 per hour.

### O.    Investigation of Secured Creditor, Equipment, Etc.

77.    Arent Fox placed under this category time spent investigating certain secured notes and assisting TWC in negotiating a settlement agreement with respect to the treatment of the secured noteholders.

78.    The total fees incurred by Arent Fox in the "Investigation of Secured Creditor, Equipment" category during the Application Period were $2,423.50 for 4.50 hours of services rendered, at a blended hourly rate of approximately $538 per hour.

### P.    Utilities and Regulatory Matters

79.    Arent Fox placed under this category time spent communicating with various utilities to make sure that the Court's December 12, 2010 *Order Granting Emergency Motion for Order )Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, and (2) Determining Adequate Assurance of Payment for Future Utility Services* (the "Utility Order") was complied with and that utility providers continued to provide their services to TWC.  In addition Arent Fox placed under this category the ongoing advice it provided to TWC with respect to utility issues and compliance with the Utility Order.  More specifically, Arent Fox responded to inquiries

1    and requests for adequate protection, exchanged correspondence with utility providers
2    regarding the Court's Utility Order, and advised TWC on how to handle certain disputes
3    that arose after the filing with respect to adequate protection and rights of set off.

4        80.    The total fees incurred by Arent Fox in the "Investigation of Secured
5    Creditor, Equipment" category during the Application Period were $3,852.00 for 12.30
6    hours of services rendered, at a blended hourly rate of approximately $313 per hour.

7    Q.    **Contracts**

8        81.    Arent Fox placed under this category time spent reviewing and analyzing a
9    post-petition contract with a landlord prior to seeking court approval of the contract. The
10   total fees incurred by Arent Fox in the "Contracts" category during the Application Period
11   were $325.00 for 1.00 hours of services rendered.

12   R.    **Tax**

13       82.    Arent Fox devoted significant time to evaluating the tax implication of the
14   Plan, drafting the requisite tax disclosures, and also to evaluating TWC's net operating
15   losses and working with the company to devise a Plan structure that would best preserve
16   the company's ability to utilize those net operating losses.

17       83.    The total fees incurred by Arent Fox in the "Tax" category during the
18   Application Period were $25,740.00 for 44.00 hours of services rendered, at a blended
19   hourly rate of approximately $585 per hour.

20                                    **VII.**

21               **SUMMARY OF COSTS AND EXPENSES**

22       84.    Arent Fox advanced costs in the amount of $43,739.37. The Trustee's Guide
23   requires that an application seeking reimbursement of expenses include a summary listing
24   of all expenses by category and month. Accordingly, annexed hereto as **Exhibit 5** is a
25   summary listing by category of the expenses incurred and recorded by Arent Fox during
26   the Application Period.

27   A.    **Postage**

28       85.    Arent Fox calculates postage costs at the rate set by the postal service for the

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

weight and class of a given mailing.  The total expenses incurred by Arent Fox in the Postage Expense category during the Application Period were $3,704.39.

**B.      Phone Charges**

86.      While representing the Committee, it was often necessary for Arent Fox to make long distance phone calls to various interested parties.  Arent Fox bills the actual cost of using such services directly to its clients without surcharge.  During the pendency of this case, Arent Fox incurred $46.72 in expenses in the Phone Charges expense category.

**C.      Duplicating**

87.      Arent Fox ordinarily logs internal duplicating and bills these projects to its client at $0.20 per page.  During the pendency of these cases, Arent Fox duplicated documents for a total charge of $31,495.60.

**D.      On-Line and Outside Research**

88.      It was often necessary and cost efficient for Arent Fox to conduct legal research through computer research services such as Westlaw.  Arent Fox bills the actual cost of using such services directly to its clients without surcharge.  In most cases, the searches may qualify for a prenegotiated, package discount plan, the monthly cost of which is allocated among Arent Fox clients using Westlaw services in that month in accordance with a formula developed by Westlaw.  Any discounts provided by Westlaw are passed on to Arent Fox's clients.  Under no circumstances does Arent Fox mark-up or charge its clients any amount in addition to the actual charges assessed by Westlaw nor does any client's allocated share of discounted services ever exceed the per search charge that would be applicable to work actually done for that client in that month.  Arent Fox also utilized the Court's online CM/ECT and PACER.  During the pendency of these cases, Arent Fox incurred $1,940.52 in expenses in the On-Line and Outside Research expense category.

**E.      Telecopier**

89.      Given the short deadlines and time constraints of these cases, there were

1  numerous instances where faxing was the most economical and efficient method of

2  transmitting a document.  Arent Fox charges its typical clients, in both bankruptcy and

3  non-bankruptcy enagements, $1.50 per page for each fax transmitted.  During the

4  pendency of these cases, Arent Fox incurred $66.00 in expenses in the Telecopier expense

5  category.

6  **F.    Messenger and Overnight Delivery**

7        90.    When the exigencies of these cases required, Arent Fox used messenger

8  services such as "Overnite Express" and air-courier services (such as Federal Express) to

9  deliver documents.  When Arent Fox uses these messenger and air-courier services, it

10 charges its clients for the actual costs of the services without surcharge.  During the

11 pendency of these cases, Arent Fox incurred $1,650.49 in expenses in the Messenger and

12 Overnight Delivery expense categories.

13 **G.    Parking and/or Mileage**

14       91.    Arent Fox bills its clients for the actual costs incurred for parking, mileage

15 and transportation when attending court hearings and other business related matters.

16 Arent Fox incurred a total of $95.30 during the pendency of these cases in the Parking

17 and/or Mileage categories.

18 **H.    Outside Duplicating**

19       92.    Arent Fox occasionally engages an outside copy service or printer to

20 perform such tasks as photocopying pleadings and documents.  These outside copy

21 services can efficiently perform photocopying and mailing projects when the staff of

22 Arent Fox is unable to do so.  Arent Fox's Outside Duplicating cost for the Application

23 Period was $263.30.

24 **I.    Filing Fees**

25       93.    This category includes costs incurred by Arent Fox relating to pleadings and

26 documents, including TWC's chapter 11 petitions, filed with the Bankruptcy Court.  Arent

27 Fox charges its clients the rates set by the Court without adding any surcharge.  The total

28 charges by Arent Fox for the Filing Fees category were $3,049.00.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**J.    Professional Service Fees**

94.    The total expenses incurred by Arent Fox in the Professional Service Fees expense category during the pendency of this case were $1,428.05, performed by U.S. Legal Management Services, Inc.

# VIII.

## NOTICE OF APPLICATION AND HEARING

95.    Notice of the submission of this Application and the hearing thereon has been provided to the Office of the United States Trustee, all known creditors, all parties requesting special notice, and other interested parties in accordance with the Local Bankruptcy Rules in effect in this case.    Complete copies of the Application will be promptly furnished to any other party upon specific request.    Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

# IX.

## REQUEST FOR FINAL COMPENSATION

96.    The statutory predicates for the relief sought herein are Sections 330 and 331 of the Bankruptcy Code, as supplemented by Federal Rule of Bankruptcy Procedure 2016. Arent Fox seeks compensation for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of TWC during the Application Period.

97.    Section 331 of the Bankruptcy Code permits professionals employed by the Bankruptcy Court to apply for interim compensation under the standards set forth in Section 330.    Section 330(a)(1) of the Bankruptcy Code allows for the following: (A) reasonable compensation for actual, necessary services rendered by. . . [an] attorney and by any paraprofessional person employed by such [attorney]; and (B) reimbursement for actual, necessary expenses. Section 330(a)(3)(A) of the Bankruptcy Code provides that,

> [i]n determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1   factors, including (A) the time spent on such services; (B) the
    rates charged for such services; (C) whether the services were
2   necessary to the administration of, or beneficial at the time at
    which the service was rendered toward the completion of, a
3   case under [Title 11]; (D) whether the services were
    performed within a reasonable amount of time commensurate
4   with the complexity, importance, and nature of the problem,
    issue, or task addressed; (E) with respect to a professional
5   person, whether the person is board certified or otherwise has
    demonstrated skill and experience in the bankruptcy field; and
6   (F) whether the compensation is reasonable based on the
    customary compensation charged by comparably skilled
7   practitioners in cases other than cases under this title [11].[2]

8   98.    Congress intended that bankruptcy attorneys be compensated at the market

9   rate for comparable services in non-bankruptcy cases.[3]  The policy of Section 330 is to

10  ensure that qualified attorneys will "not be deterred from taking bankruptcy cases due to a

11  failure to pay adequate compensation."[4]

12  99.    As stated by the Ninth Circuit Court of Appeals in *In re Yermakov*, 718 F.2d

13  1465, 1471 (9th Cir. 1983): "The primary method used to determine a reasonable attorney

14  fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate."

15  The court's examination of the reasonableness of services rendered must be conducted in

16  an "objective manner, based upon what services a reasonable lawyer or legal firm would

17  have performed . . . ."[5]

18  100.   As is more fully set forth in the Exhibits annexed hereto, the amount

19  charged by Arent Fox based upon its normal guideline hourly rates for services rendered

20  and recorded as counsel to TWC during the Application Period was $617,774.00.  In

21  addition, Arent Fox incurred actual, necessary costs and expenses totaling $43,739.37, for

22  which it seeks reimbursement.  By this Application, therefore, Arent Fox seeks a final

23  award in the amount of $661,513.37.  <u>This amount is net of $192,369.64 in fees that, in</u>

24  <u>the exercise of its billing judgment and as an accommodation to TWC, Arent Fox</u>

---

[2]    11 U.S.C. § 330(a)(3).
[3]    *See In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996) (*citing In re UNR Indus., Inc.*, 986 F.2d 207, 208–09 (7th Cir. 1993)).
[4]    *Ames Dep't Stores*, 76 F.3d at 72 (*citing UNR Indus.*, 986 F.2d at 210).
[5]    *Ames Dep't Stores*, 76 F.3d at 72 (*citing In re Matter of Taxman Clothing Co.*, 49 F.3d 310, 315 (7th Cir. 1995)).

1  voluntarily wrote off, which represents a write-off of approximately 24% of the total

2  amount of fees actually incurred by Arent Fox during the Application Period.  Against this

3  award, Arent Fox will credit any sums already paid by TWC.

4      101.    The rates charged by Arent Fox professionals are reasonable and are

5  consistent with customary rates charged by similar law firms.  Indeed, particularly after

6  taking into account Arent Fox's voluntary write-offs, it is submitted that the rates charged

7  are significantly less than many firms providing similar services.  If the case was not a

8  case under the Bankruptcy Code, Arent Fox would charge and expect to receive, on a

9  current basis, an amount at least equal to the amounts requested herein for professional

10  services.

11                            **X.**

12                        **CONCLUSION**

13      102.    In accordance with the factors enumerated in Section 331 of the Bankruptcy

14  Code, Arent Fox submits that the amounts requested herein are fair and reasonable given

15  (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the

16  services rendered, (d) the value of such services, and (e) the costs of comparable services

17  other than in a case under the Bankruptcy Code.  Arent Fox further submits that pursuant

18  to the criteria normally examined in bankruptcy cases, and based upon the factors

19  considered in accordance with Sections 330 and 331 of the Bankruptcy Code and

20  Bankruptcy Rule 2016, the results achieved provide more than sufficient justification for

21  approval of the compensation sought by Arent Fox.

22      **WHEREFORE,** Arent Fox respectfully requests that this Court enter an order: (a)

23  allowing Arent Fox's final compensation for services rendered and expenses incurred

24  during the Application Period in the total amount of $661,513.37, representing services

25  rendered in the amount of $617,774.00 and expenses incurred in the amount of

26  $43,739.37; and (b) authorizing and directing TWC to pay to Arent Fox the unpaid

27  balance of such amounts, $588,432.74.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  June 25, 2010

/s/ *Mette H. Kurth*
METTE H. KURTH
ARENT FOX LLP
Attorneys   for   the   Debtors   and   Debtors   in
Possession

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF METTE H. KURTH

I, Mette H. Kurth, declare as follows:

1.      I am an attorney, duly licensed and entitled to practice before courts of the State of California, and I am a member in good standing of the Bar of this Court.  I am a partner in the law firm of Arent Fox, LLP, reorganization counsel for TWC.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I submit this Declaration in support of the *First and Final Application of Arent Fox LLP for Allowance and Payment Approval of Compensation and Reimbursements of Expenses as Reorganization Counsel for Debtors and Debtors in Possession for the period from December 7, 2009 Through April 27, 2010.*

4.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

5.      I am familiar with the Guidelines of the Office of the United States Trustee. Unless otherwise noted, the First Interim Fee Application complies with the Guidelines.  I believe that Arent Fox's fee application fully complies with their requirements.

6.      I believe the firm's rates are the market rates that the majority of law firms charge clients for such services.

7.      Having represented parties in interest in Chapter 11 cases for many years, I know the importance of establishing measures to monitor and reduce professional fees.  I undertook responsibility for supervising all work that was done in this case, and I was directly involved only in those matters where senior-level involvement was warranted.

8.      As the billing attorney in this case, I carefully reviewed each Arent Fox monthly bill and carefully evaluated each and every billing entry.  I made downwards adjustments to our bills in the exercise of my billing judgment.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3    Executed on June 25, 2010 at Los Angeles, California.

4    .

5                                    /s/ Mette H. Kurth
6                                    METTE H. KURTH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT 1

# Mette H. Kurth

Partner
213.443.7547
kurth.mette@arentfox.com



**Practice Teams**
Bankruptcy and Financial Restructuring



**Practice Areas**

Mette Kurth is a partner in the Bankruptcy and Financial Restructuring Group. Mette's practice focuses on all aspects of financial restructuring, distressed situations, and bankruptcy issues, and she uses her experience to develop pragmatic and creative solutions to protect her client's interests. Mette has represented a variety of creditors' committees, debtors, unsecured creditors, acquirers of bankrupt companies, and trustees both in out-of-court workouts and in federal bankruptcy cases. She also regularly represents other parties in bankruptcy-related litigation and handles other insolvency-related matters such as counseling indenture trustees or boards of directors. She has represented parties in numerous industries, including retail, manufacturing and distribution, imports, healthcare, fitness, financial services, real estate, agriculture, transportation, telecommunications, and multi-level marketing.

**Client Work**

Mette's representative work includes:

- Represented the official creditors' committee of a regional fitness club in connection with the debtor's efforts to sell its business; successfully opposed the debtor's proposal to sell the company to an insider, accompanied by significant contracts and releases, and instead secured the approval of the highest and best bidder for the debtor's assets, as selected by the committee, over the objection of the debtor and the unsuccessful insider

- Represented the official creditors' committee of a major apparel retailer in connection with the debtor's efforts to reorganize or sell its business; successfully opposed the debtor's proposal to sell the debtor's assets to an insider without the benefit of an investment banker, and ultimately secured the approval of the sale of the debtor's assets to a strategic buyer, a publicly traded company, for value in excess of that offered by the debtor's proposed insider transaction

- Successfully represented numerous publicly-traded and privately held debtors in all aspects of their Chapter 11 reorganizations, including a multi-level marketing organization that emerged from bankruptcy in less than eight months; a debtor filing a pre-packaged plan of reorganization in California; numerous debtors using the chapter 11 process to conduct orderly going-concern sales, and a debtor that obtained a 105 injunction staying litigation against key management and shareholders to facilitate its reorganization efforts

- Successfully represented various companies in out-of-court workouts including a publicly traded, national retailer negotiating numerous lease modification and termination agreements that enabled the retailer to avoid a bankruptcy

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401

34

- Advised financially healthy companies with respect to bankruptcy-related matters such as the risks associated with potential defaults or bankruptcies by third parties such as vendors, customers and landlords; minimizing preference and credit-risk exposure when dealing with financially distressed business; resolving preference litigation and advising companies regarding the use of complex financial tools such as account receivable put option contracts designed to minimize the credit risk

- Represented one of the largest commercial banks in the country in its capacity as Indenture Trustee on behalf of holders of over $2 billion in principal amount of senior notes in connection with two separate chapter 11 cases, one in the telecommunications industry and the other in the airline industry

**Professional Activities**

Mette's professional affiliations include:

- Turnaround Management Association
  *National Board of Directors (2009-Present)*
  *National Standards Committee for Certified Turnaround Professionals (2008-2009)*
  *President, Southern California chapter (2006-2008)*
  *Program Chairman, Southern California chapter (2004-2006)*

- California Bankruptcy Forum, Conference Co-Chairman (2009)

- Los Angeles Bankruptcy Forum
  *Secretary (2007-2008)*
  *Board of Directors (2005-2007)*

- Financial Lawyers Conference
  *Board of Governors (2005-2007)*

- American Bankruptcy Institute

- American Bar Association, Business Law Section

- Los Angeles County Bar Association

- State Bar of California, Business Law Section

- International Women's Insolvency & Restructuring Confederation (IWIRC)

**Publications/Presentations/Recognitions**

"Best Lawyers in America" recently selected Mette for inclusion in its 2009 rankings and she has been recognized by *Los Angeles Magazine* as a Southern California Super Lawyer in 2009 in Bankruptcy & Creditor/Debtor Rights. She was previously selected by *Los Angeles Magazine* as a Rising Star in 2005, 2006 and 2008. Under Mette's leadership, the Southern California chapter of the Turnaround Management Association was recognized as "The Most Improved Chapter of the Year" for 2007.

Mette has spoken on numerous panels regarding insolvency-related topics, including the following:

- "Emerging Strategies for Bankruptcy Financing," *Inside the Minds: Debtor-in-Possession and Exit Financing*, Thomson West/Aspatore Books (February 2010)

- Strafford Teleconference, *Prepackaged and Prenegotiated Chapter 11 Reorganizations*, June 2009

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202 857 6000    F 202 857 6395

1675 Broadway
New York, NY 10019-5820
T 212 484 3900    F 212 484 3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213 629 7400    F 213 629 7401

35

- Association for Corporate Growth Los Angeles Restructuring Panel, *Strategic Options in Today's Difficult Economy*, April 2009

- Association of Insolvency and Restructuring Advisors, *Valcon 2009: Risk, Restructurings, Real Estate and Retail*, February 2009

- Webinar, *Structuring & Completing Distressed Transactions in California: What Investors and Lenders Need to Know*, November 2006

- American Bar Association, *Whose Case is it Anyway? Taking Control Through a Creditor Plan of Reorganization*, 2006 Spring Meeting

- Los Angeles Bankruptcy Forum, *Current Developments in Ethics & Professional Responsibility: How Does BAPCPA Affect You as Counsel*, December 2005

- Beverly Hills Bar Association, *Bankruptcy: That Arbitration Clause May Not Be As Ironclad As You Think!*, November 2004

- American Bar Association - Telephonic CLE Program, *First Among Equals? Maybe Not - The Search for "Critical Vendor" Status*, October 2004

- California Society of CPAs (Economic Damages Section), *Damage Issues in Deepening Insolvency Litigation*, September 2004

- Los Angeles Bankruptcy Forum, *Survey of the Ninth Circuit 2003: Highlights from the Bench, Bar, and Boardroom*, March 2004

- Turnaround Management Association, *When Vendors Attack: Trade Benefit Programs in the Aftermath of Kmart*, January 2004

- Financial Lawyers Conference, *Is It Malpractice to File Chapter 11 in Delaware? (A Discussion of the Differences in Case Law and Approach Among the More Popular Venues for Chapter 11 Filings)*, January 2003

Mette's articles and publications include:

- "Ride-through Revisited (Again) - The Strategic Use of the Ride-through Doctrine in the Post -Catapult Era," *The American Bankruptcy Institute Journal*, July 18, 2005

- "The UNCITRAL Model Law on Cross-Border Insolvency Gains Momentum with its Incorporation into the United States Bankruptcy Code," *INSOL World* (Third Quarter 2005)

- "List of Defendants Grows in Deepening Insolvency Cases: Advisors, Investment Bankers, and Lenders Are All at Risk," *The Journal of Corporate Renewal* (January 2005)

- "First Among Equals? Maybe Not - The Search for 'Critical Vendor' Status," *Business Law Today* (October 2004)

- "Professor Elizabeth Warren's Article 9 Carve-Out Proposal: A Strategic Analysis," 30 UCC Law Journal 3 (Summer 1997), co-author

- "An Unstoppable Mandate and an Immovable Policy: The Arbitration Act and the Bankruptcy Code Collide," 43 UCLA Law Review 999 (1996), co-author

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401

36

**Bar and Court Admissions**
California Bar

**Education**
University of California, Los Angeles, JD, (Order of the Coif; Chief Articles Editor,
UCLA Law Review), 1996
Trinity University, BA (cum laude, with University Honors; Phi Beta Kappa), 1990

**Life Beyond the Law**
Mette is a member of the resource board for the Sojourn Shelter, the second-oldest shelter-based service provider in the state of California, which provides battered women and their children a safe space to regroup, rebuild, and reestablish their self-esteem and lives.

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

37

# Andy S. Kong

Associate
Los Angeles
213.443.7554
kong.andy@arentfox.com





### Practice Teams
Bankruptcy and Financial Restructuring

### Practice Areas
Andy Kong is an associate in the bankruptcy and financial restructuring group, where he focuses on all aspects of financial restructuring and bankruptcy related litigation and appellate matters. He represents a variety of creditors' committees, chapter 7 and 11 debtors, purchasers of assets, secured creditors, national and regional banks, trustees, and parties to out-of-court workouts and restructurings.

### Client Work
Andy's recent representations include:

- *Jill Kelly Productions, Inc.* Represented the official committee of unsecured creditors of a movie production company in connection with the debtor-in-possession's efforts to sell its business; obtained reduction of secured lien on assets and sold movie titles at court auction to generate substantial recovery for unsecured creditors; proposed plan of reorganization after prosecuting various litigation rights, including executory contract assumption and rejection matters;

- *Ethos Design, LLC / Lounge 22, Inc.* Represented the official committee of unsecured creditors of a Hollywood design, production and manufacture company; successfully negotiated cash collateral issues with debtor's secured creditor and aided the debtor in selling its business for the benefit of unsecured creditors;

- *Citizen Smith, LLC* Represented a popular restaurant and nightclub in Hollywood, California in negotiating lease and management agreement modifications;

- *Victor Ortiz* Represented a professional boxer; obtained declaratory judgment and injunctive relief rejecting and terminating the personal services contract for the client;

- *Flashcom, Inc.* Represented liquidating trustee in $9,000,000 preference and fraudulent transfer action concerning stock redemption, Delaware corporate law and expert valuations in bankruptcy cases. Prosecuted eight-day trial from November 2008 to March 2009; results pending;

- *Robert Bane / Bane Ltd.* Represented art publisher in asserting fresh start rights against pre-petition judgment arising out of failed art marketing agreements. Prosecuted bankruptcy appeals while coordinating them with appeals of state law claims;

- *SonicBlue* Successfully represented indenture trustee, gaining recovery exceeding $1,000,000 for bondholders asserted to be "out of the money" since 2003, through deployment of creative litigation and settlement strategies;

- *Reliant Pictures, LLC* Represented chapter 7 trustee in selling debtor's rights to various Hollywood films to stalking horse bidders;

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401

- Represented potential debtors and creditors in all stages of pre-bankruptcy, out of court workout transactions, including aiding in the restructuring of corporate capital and debt structures.

**Previous Work**

Prior to joining Arent Fox, Andy was an associate at a boutique bankruptcy law firm, where he handled bankruptcy issues for corporations, high net worth individuals, trustees, debtors, debtors in possession and in workouts, creditors and committees. As trial and appellate counsel, he recently represented a client and professional boxer, where he obtained declaratory judgment and injunctive relief rejecting and terminating the personal services contract for the client.

After law school, Andy served as a judicial clerk to Judge Victoria Kaufman of the US Bankruptcy Court for the Central District of California.

**Professional Activities**

Andy is a member of the Los Angeles Bankruptcy Forum, the Los Angeles County Bar Association and International Association of Korean Lawyers and American Bankruptcy Institute.

**Publications/Presentations/Recognitions**

While attending law school, Andy was notes editor of the Loyola *International Law Review*.

**Bar and Court Admissions**

California Bar

**Education**

Loyola Law School Los Angeles, JD, (American Jurisprudence Award – Torts; St. Thomas More Law Honor Society), 2005

University of California, Los Angeles, BA, 2001

**Life Beyond the Law**

Andy enjoys snowboarding and playing poker. He is fluent in Korean.

www.arentfox.com    1050 Connecticut Avenue, NW    1675 Broadway    555 West Fifth Street, 48th Floor
Washington, DC 20036-5339    New York, NY 10019-5820    Los Angeles, CA 90013-1065
T 202.857.6000   F 202.857.6395    T 212.484.3900   F 212.484.3990    T 213.629.7400   F 213.629.7401

39

# M. Douglas Flahaut

Associate
Los Angeles
213.443.7559
flahaut.douglas@arentfox.com





**Practice Teams**
Bankruptcy and Financial Restructuring

**Practice Areas**
Doug Flahaut is an associate in the bankruptcy and financial restructuring group, where he focuses on bankruptcy and insolvency, reorganization and related business litigation matters.

**Previous Work**
During 2008 and 2009 Doug served as a judicial law clerk to Judges Peter H. Carroll and Robert N. Kwan of the US Bankruptcy Court for the Central District of California. He also served as a staff attorney for the Ninth Circuit Bankruptcy Appellate Panel.

Prior to his clerkships, Doug was an associate at a boutique litigation law firm in Southern California. He litigated complex civil disputes, including a fight for control of a large family-owned corporation that was successfully removed to Bankruptcy Court. Doug also successfully litigated a specific performance action for the turnover of a $5 million commercial property.

**Professional Activities**
Doug is an active member of the Los Angeles County Bar Association, the Southern California Bankruptcy Inn of Court, the American Bankruptcy Institute and the Federal Bar Association.

**Bar and Court Admissions**
California Bar
Montana Bar
US District Court, Eastern District of California
US District Court, Northern District of California
US District Court, Southern District of California
US District Court, Central District of California

**Education**
University of California, Los Angeles, JD, 2006
London School of Economics, MSc, 2003
Walla Walla College, BA (cum laude), 2002

**Life Beyond the Law**
Doug is fluent in Spanish and has a working knowledge of French. He enjoys ski-mountaineering and fly fishing.

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401



# George P. Angelich
**Partner**

New York, NY
**212.457.5423**
angelich.george@arentfox.com

| Practice Teams | Areas of Focus | |
|---|---|---|
| Bankruptcy and Financial Restructuring | Bankruptcy Reorganization & Liquidation Proceedings | **Practice Areas** |

**Practice Areas**

Bankruptcy and Financial Restructuring
Corporate
Litigation

George Angelich is a partner in Arent Fox's financial restructuring and bankruptcy group, where he focuses on corporate reorganization and bankruptcy matters.

## Client Work

George represents committees of unsecured creditors, secured creditors, indenture trustees, bondholder and noteholder groups, and other entities in bankruptcy reorganization and liquidation proceedings.

## Previous Work

Immediately prior to joining Arent Fox, George served as a law clerk to the Honorable Arthur J. Gonzalez, US Bankruptcy Judge for the Southern District of New York (2002-2003), where he gained experience working on matters ranging from several of the largest Chapter 11 bankruptcy filings to date (*In re WorldCom; In re Enron*) to matters arising under the Securities Investor Protection Act (SIPA). George also served as a law clerk to the Honorable Cecelia G. Morris, US Bankruptcy Judge for the Southern District of New York (2000-2002). Under Judge Morris, he gained experience working on voluntary and involuntary corporate and individual Chapter 11 and 7 cases, as well as Chapter 12 and 13 cases.

## Professional Activities

George is a member of several voluntary bar associations, including:

- American Bankruptcy Institute (Member of Committee on Court Administration)
- INSOL International
- Association of the City Bar of New York
- New York County Lawyer's Association
- New York State Bar Association
- American Bar Association (Member Subcommittee on Bankruptcy Court Rules)
- International Bar Association

George also participates in several pro bono programs, including:

- Bankruptcy Pro Bono Panel of the New York City Bar (providing pro bono representation in bankruptcy litigation matters)
- Credit Abuse Resistance Education (CARE) Program (educating high school students on the thoughtful and responsible use of consumer credit)

## Publications, Presentations and Recognitions

George's recent publications and presentations include:

- "Playing to Win: Effective Valuation Analysis and Strategies for Restructurings, Reorganizations, Distressed Sales and Auctions," Valcon 2010; February 2010

- "Structuring the Law Firm to Protect Against Insolvency Matters," New York State Bar Association, Business Law Section, Annual Meeting; January 2010

- "Reclamation Rights in Bankruptcy: What Every Credit Manager Needs to Know," *The Credit and Financial Management Review*; first quarter, 2007 (vol. 13, no. 1), co-authored with Schuyler Carroll

- "2005 Health Care Amendments to the US Bankruptcy Code: Patient Protection: Medicare Leverage and Who Pays?," *Bankruptcy Reform 2005*, LRP Publications; 2005, co-authored with Schuyler Carroll

- "BAPCPA Gives Patients New Rights, Debtors More Hassles, Costs," *Bankruptcy Court Decisions - Weekly News & Comment*; August 9, 2005 (vol. 44, issue 26), co-authored with Schuyler Carroll

- "Congress Grants Government Upper Hand in Health-Care Cases, Bankruptcy Court Decisions," Weekly News & Comment; August 16, 2005 (vol. 45, issue 1), co-authored with Schuyler Carroll

- "Who is Your Client? Counseling the Officers and Directors When You Represent the Debtor," ABI Spring Conference; May 2005, co-authored with Andrew Silfen

- "Reallocation Plans and Unlocking Value for Unsecured Creditors," Plan of Reorganization Conference, Association of Insolvency and Restructuring Advisors; 2004, co-authored with Andrew Silfen

- "Electronic Case Filing and its Impact," Summit on the Internet and the Practice of Law for the New York State Judicial Institute on Professionalism in the Law; June 2002

## Bar and Court Admissions

District of Columbia Bar
New York Bar
Pennsylvania Bar
US Court of Appeals, Third Circuit
US District Court, District of Connecticut
US District Court, Southern District of New York
US District Court, Eastern District of New York
US District Court, Eastern District of Pennsylvania
US District Court, Western District of Pennsylvania

## Education

Duquesne University, BA, 1989; JD, 2000
   - Editor, *Duquesne Law Review*
   - Editor, *Duquesne Business Law Journal*
   - Recipient, *Duquesne Law Review* Editor's Choice Award
   - Recipient, J. Wilner Award (by faculty for overall scholastic excellence)
   - Summer Extern, Justice Hugh O'Flaherty of the Supreme Court of Ireland

## Life Beyond the Law

George volunteers his time to The Leukemia and Lymphoma Society, where he serves on the annual Light the Night Walk organizing committee.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

Arent Fox LLC - Andrea Campbell, Attorney    http://www.arentfox.com/people/index.cfm?fa=profile&id=42

Smart in your world

# Arent Fox

# Andrea Campbell
**Associate**

Washington, DC

202.857.6424

campbell.andrea@arentfox.com

**Practice Teams**

Bankruptcy and Financial
Restructuring

Real Estate

**Practice Areas**

Andrea Campbell is an associate in Arent Fox's financial restructuring and bankruptcy group. Andrea has experience representing debtors, secured and unsecured creditors, creditors' committees, landlords and indenture trustees in various workout and financial restructuring proceedings.

## Professional Activities

Andrea is a member of the American Bankruptcy Institute and the American Bar Association. Andrea is also a licensed real estate agent in Florida.

## Publications, Presentations and Recognitions

While attending law school, Andrea was a research editor for the *Florida Journal of International Law.*

## Bar and Court Admissions

District of Columbia Bar
Florida Bar
Virginia Bar
US District Court, District of Columbia
US District Court, District of Maryland

## Education

University of Florida, Levin College of Law, JD (cum laude), 2007
University of Michigan, Ross School of Business, BBA (with distinction), 2004

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.



Smart in your world*
# Arent Fox

## Kimberly J. Gold
**Associate**

New York, NY
212.457.5507
gold.kimberly@arentfox.com

| **Practice Teams** | **Areas of Focus** | **Practice Areas** |
| --- | --- | --- |
| Corporate | Corporate and Securities | Kimberly is an associate in |
| Finance | Mergers & Acquisitions | the New York office, where |
| Health Care | Business Transactions | she is a member of the |
| | Finance | corporate, finance and health |
| | Health Care | care practice teams. She has |

experience in mergers and acquisition transactions, the preparation of agreements and
securities filings, and corporate finance relating to both private and public companies.
Kimberly also has experience advising clients in general corporate and commercial matters.

### Client Work
Kimberly's experience includes negotiating and drafting acquisition and commercial
agreements, preparing public company offering and reporting documents, and providing
corporate and securities advice to public and private companies. Kimberly has also worked
with private businesses in corporate formation and the preparation of corporate agreements.
Kimberly has experience representing not-for-profit organizations and most recently assisted
with the dissolution and transfer of assets of a New York not-for-profit corporation.

Kimberly's work also includes working with financial institutions providing credit and liquidity
support for tax-exempt bond issues, including transactions involving multifamily housing.

In the health care area, Kimberly has worked on regulatory and corporate matters for a
variety of nonprofit and for-profit health care providers. Kimberly also has experience with
white collar criminal defense matters involving federal and internal investigations.

### Previous Work
Prior to joining Arent Fox full time, Kimberly was a summer associate for the firm. Previously,
Kimberly was a judicial intern for the Honorable Phyllis Gangel-Jacob, Supreme Court of the
State of New York Appellate Term, 1st Department, New York, NY.

### Professional Activities
Kimberly is a member of the American Bar Association Business Law Section and the New
York State Bar Association. She is on the Steering Committee and co-chairs the Legal
Initiative of the Manhattan Chamber of Commerce Young Professionals Committee. Kimberly
is also a contributing writer to the Forbes.com legal blog On the Docket.

### Publications, Presentations and Recognitions
While attending law school, Kimberly was an associate editor for the *Fordham Intellectual
Property, Media and Entertainment Law Journal* and a staff member of the *Hofstra Law
Review*. Kimberly was also a member of the Fordham Sports Law Forum, Phi Alpha Delta Law
Fraternity, and the American Bar Association Law Students Division.

## Bar and Court Admissions

New York Bar

## Education

Fordham University School of Law, JD, 2008
Hofstra University School of Law, 2005-2006
University of Delaware, BA, 2004
  - Merit Scholarship; University Honors Program; Honors Award

## Life Beyond the Law

Kimberly enjoys travel, fitness, reading, and the New York Mets.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

Arent Fox LLP Sanford G. Hausner, Attorney, Securities & Corporate   06/25/10   http://www.arentfox.com/people/index.cfm?fa=profile&id=43



Smart in your world
# Arent Fox

# Sanford G. Hausner
**Partner**

New York, NY
212.484.3954
hausner.sanford@arentfox.com

**Practice Teams**
Corporate
International Business
Bankruptcy and Financial
Restructuring

**Areas of Focus**
Securities & Corporate
Governance
Mergers & Acquisitions
Gaming
Hospitality

**Practice Areas**

Sanford G. Hausner is a partner in the corporate and international business groups. His practice focuses on international corporate and securities law, counseling domestic and international clients in connection with their worldwide legal service requirements. He represents clients in a variety of industries including aerospace, gaming, health care, hospitality, real estate and technology.

He has handled transactions in over 40 countries, with an emphasis on the emerging markets.

Sandy provides counsel in various stages of business development, from start ups to initial public offerings. He has advised issuers, underwriters, investors and governments involved in domestic and international public and private debt and equity offerings, mergers and acquisitions, financial restructurings and privatizations.

Sandy works closely with the Firm's Bankruptcy and Financial Restructuring Group on Chapter 11 bankruptcy proceedings and out-of-court restructurings. During his career, Sandy has represented both debtors and creditors (including secured and unsecured creditors and committees) in restructurings, bankruptcy proceedings and out-of-court workouts in a variety of industries.

## Professional Activities
Sandy is a member of the Board of Directors for the National Defense Industry Association, Greater NY/CT Chapter.

## Bar and Court Admissions
New Jersey Bar
New York Bar
Texas Bar

## Education
New York University, LLM, 1987
Brooklyn Law School, JD, 1985
New York University, Stern School of Business, BS, 1982

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

Smart in your world®
## Arent Fox

# Jeffrey E. Jordan
**Partner**

Washington, DC
202.857.6473
jordan.jeffrey@arentfox.com

| **Practice Teams** | **Areas of Focus** | |
|---|---|---|
| Corporate | Corporate and Securities | **Practice Areas** |
| | Mergers and Acquisitions | Jeff Jordan is a partner of the |
| | Business Transactions | firm who practices principally |
| | Sarbanes-Oxley Act | in the areas of federal |

Jeff Jordan is a partner of the firm who practices principally in the areas of federal securities law and state corporation law. Jeff represents public and private companies in a variety of corporate transactions and corporate governance matters.

## Client Work

Jeff represents issuers in connection with the underwritten public offering of equity and debt securities, including initial public offerings. He also represents issuers in connection with private offerings of securities, including venture capital transactions. Some of the more significant offerings Jeff has handled include the initial and follow-on public share offerings by TNS, Inc., public debt and equity offerings by Washington Real Estate Investment Trust and the initial and follow-on public share offerings in the United States by TLC Laser Vision Centers Inc.

Jeff's practice involves business acquisitions and dispositions, including stock transactions, assets transactions and mergers. He represented Transaction Network Services, Inc. in connection with its acquisition by PSINet, Inc. for $720,000,000 in cash and stock, which was described in contemporary newspaper reports as the largest acquisition transaction between two Washington, DC area high-technology companies.

He advises public issuers with respect to their reporting obligations under the federal securities laws and counsels boards of directors, audit committees and officers concerning compliance with the Sarbanes-Oxley Act, duties under stock exchange governance rules and duties under state corporation laws.

Jeff has substantial experience in negotiating and drafting documents involved in the offering of securities and documents involved in the acquisition or sale of businesses. He has substantial experience in the process of filing registration statements and merger proxy statements with the Securities and Exchange Commission (SEC) and responding to the SEC's review and comment process.

Jeff has also represented broker-dealers and investment advisers on registration and other regulatory matters, including the US broker-dealer and investment adviser subsidiaries of a major Canadian investment bank and the broker-dealer and investment adviser subsidiaries of a national bank located in Washington, DC.

## Recent Articles and Legal Updates

- SEC Issues New Compensation and Corporate Governance Requirements for 2010 Proxy Statements

» view all

## Previous Work

Jeff began his legal career in 1979 in the Office of Chief Counsel, Division of Market Regulation at the SEC.

## Publications, Presentations and Recognitions

Jeff has spoken at conferences on Sarbanes-Oxley Act topics. He is a member of the editorial board of *The Corporate Compliance & Regulatory Newsletter* published by Law Journal Newsletters, a division of American Lawyer Media. His recently published articles include:

- "Sarbanes-Oxley, the SEC and NASDAQ — Preparing Your Company for an Initial Public Offering"
- "The Sarbanes-Oxley Act and Your Annual Report"
- "When Should an Audit Committee Consider Independent Counsel?"

## Bar and Court Admissions

District of Columbia Bar
Pennsylvania Bar

## Education

American University Law School, JD (summa cum laude), 1979
Haverford College, BA, 1976

## Life Beyond the Law

Jeff Jordan is married and has three children. He uses his corporate skills to support charitable causes, assisting in the organization of a crisis pregnancy center in Northern Virginia, the organization of the New York Firefighters 9-11 Disaster Relief Fund, which raised over $150 million for the families of firefighters, and the organization of a therapeutic horseback riding center for disabled and disadvantaged children. He, his wife and younger children spend much of their spare time riding and caring for their four horses. Jeff also enjoys a variety of eclectic pursuits, ranging from fencing to collecting American Civil War antiques and memorabilia.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.



Smart in your world

# Arent Fox

# Katie A. Lane
**Associate**

Washington, DC
202.828.3422
lane.katie@arentfox.com

**Practice Teams**

Bankruptcy and Financial
Restructuring
Litigation

**Areas of Focus**

Bankruptcy
Creditor' Rights
Commercial Litigation

**Practice Areas**

Katie is an associate in the Bankruptcy group. She represents Chapter 7, 11, and 13 debtors; commercial and residential landlords; trustees; secured lenders; bondholders; shareholders; national and regional banks and other financial institutions; mezzanine lenders; condominium associations; general contractors; subcontractors; developers; builders; and bankruptcy asset bidders and purchasers. Her practice has included out-of-court workouts and restructurings, assignments for the benefit of creditors, state court receiverships, and commercial litigation.

## Previous Work

Prior to joining Arent Fox, Katie was an associate in the Bankruptcy and Creditors' Rights Department of a large national law firm in Washington, DC.

## Professional Activities

Katie is a member of the District of Columbia Bar, the Florida Bar, the American Bar Association, the Federal Bar Association, the American Bankruptcy Institute, the Bankruptcy Bar Association for the Southern District of Florida, the Bankruptcy Bar Association for the District of Maryland, the International Women's Insolvency and Restructuring Confederation, and the Broward County Bar Association.

## Publications, Presentations and Recognitions

Katie has authored the following articles:

- "Bankruptcy Practice After the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005," *Half Moon LLC* (2005) Co-Author

- "Protectionism or Environmental Activism? The WTO as a Means of Reconciling the Conflict Between Global Free Trade and the Environment," *The University of Miami Inter-American Law Review*, 32, 2 (2001).

## Bar and Court Admissions

District of Columbia Bar
Florida Bar
US Court of Appeals, Fourth Circuit
US Court of Appeals, Ninth Circuit
US Court of Appeals, Eleventh Circuit
US District Court, District of Columbia
US District Court, Middle District of Florida
US District Court, Southern District of Florida

US District Court, District of Maryland

## Education

University of Miami, B.S.C. with honors; 1999
University of Miami School of Law ,J.D. *(cum laude); 2002*

- Editor-in-chief of *the University of Miami Inter-American Law Review.*

## Life Beyond the Law

Katie represents, in a pro bono capacity, individuals seeking political asylum in the United States and has appeared in proceedings before the Ninth Circuit Court of Appeals, Board of Immigration Appeals, the United States Immigration Courts, and the Department of Homeland Security. Katie sits on the Legal Advisory Board of CAIR (Capital Area Immigrants' Rights) Coalition.  Katie is proficient in Spanish.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

**Smart in your world**
# Arent Fox

# Aram Ordubegian
**Partner**

Los Angeles, CA
213.629.7410
ordubegian.aram@arentfox.com

## Practice Teams
Bankruptcy and Financial
Restructuring

## Practice Areas
Aram Ordubegian is a partner in the bankruptcy and financial restructuring group. Aram's practice and broad-based bankruptcy and insolvency experience focus on reorganization and bankruptcy-related litigation and appellate matters. He has extensive experience with insolvency matters, from various perspectives, including: representation of businesses and high net-worth individuals facing financial distress, purchasers of assets, individual and corporate creditors, creditors' committees, trustees, and parties to out-of-court workout transactions with debtors, before, during and after bankruptcies.

## Client Work
Prior to joining Arent Fox, Aram was a partner in the Los Angeles office of a "bankruptcy boutique" law firm, where he advised businesses in connection with debt restructuring, securitization, trust formation, acquisitions, divestitures and wind-downs in connection with financially distressed assets. He has also advised corporations, limited liability companies and partnerships on creditors' rights, governance and control issues. Representations included:

Official Committee of Unsecured Creditors' Committee Representation
Aram represented creditors' committees from a variety of industries, including:

- In re Netter Digital Entertainment, Inc., aided committee in the investigation of suspicious transactions among the insiders of the business

- In re Scour, Inc., was instrumental in sale of business for the ultimate 100 percent distribution to all unsecured creditors

- In re InternetConnect, Inc. and In re Fastpoint Communications, Inc., aided in limiting scope and extent of secured liens and subsequent sale of businesses; acted as lead counsel for recovery of avoidable insider and non-insider preference and fraudulent transfers

- In re Broadcast Store, Inc., aided in confirmation of joint plan of reorganization

- In re Aesthetic Frame & Art Services, Inc., a family run framing company, investigated propriety of financial transactions by insiders of business

- In re Jill Kelly Productions, Inc., obtained reduction of secured lien on assets and sold movie titles at court auction to generate unexpected recovery for unsecured creditors; proposed plan of reorganization after prosecuting various litigation rights, including executory contract assumption and rejection matters

- In re Pull'R Holdings, LLC. and Maasdam Pow'R Pull, Inc., obtained unexpected "carve-out" for unsecured creditors from unsecured secured creditors collateral

Individual and Corporate Debtors
Aram has represented a variety of high-income individuals, including business executives and

insiders of insolvent corporations, real estate developers, physicians, and entertainment and sports industry members, in their pre-bankruptcy "workout" negotiations with creditors and in their later Chapter 11 reorganization cases when the "workout" process has failed. The following corporate debtors have recently been represented:

- In re Morpho Technologies, Inc., a technology company with valuable patent and intellectual property assets, which were sold allowing for a near 100 percent distribution to creditors

- In re USA eChambers, a national chamber of commerce business endorsed by the federal government

- In re ABEX, Corporation & ABEX, LLC, a gold bullion exchange business

- In re Universal Unlimited Services, Inc., a provider of skilled medical diagnostic technicians

- In re Xero Mobile, Inc., a mobile solutions start-up company

- In re Citizen Smith, LLC , a popular restaurant and nightclub, general insolvency counsel for debtor-in-possession

Bankruptcy Litigation
Aram has bankruptcy litigation experience in a wide array of matters, including assumption and rejection battles for unexpired leases, executory contracts, personal services contracts, preference and fraudulent transfer avoidance and objection to discharge prosecution and defense work.

- In re Amir-Jahed, acted as lead trial counsel for trustee; obtained judgment at trial for avoidance and recovery of transfers of multi-million dollar real property assets

- In re Victor Ortiz, acted as lead trial and appellate counsel for professional boxer; obtained declaratory judgment and injunction rejecting and terminating personal services contract

Secured Creditor Representation
Aram has substantial experience representing secured creditors, both senior and junior priority secured creditors, in liquidation and reorganization proceedings. He has represented a national bank in consumer bankruptcy cases to obtain relief from the automatic stay and in reorganization matters for the bank's commercial leasing subsidiary to protect the its collateral and related rights. Also, Aram has represented a large regional construction lender with $18 million at stake in its dispute with various mechanics' lien creditors stemming from a failed senior housing project now in an involuntary bankruptcy case as well as the senior secured creditor in an urban clothing and sports equipment retail business.

Insolvency Counseling, Distressed Transaction and "Workouts"
Aram has represented potential debtors and creditors in all stages of pre-bankruptcy, out of court workout transactions, including aiding in the restructuring of corporate capital and debt structures. These engagements have included a large furniture manufacturer, a busy overnight-type courier service, a multistate franchisee of fast food restaurants, and various distressed real estate developers.

Bankruptcy Asset Acquisitions
Aram has represented asset purchasers, both "stalking horse" and over-bidders, to aid their purchase of commercial and residential real estate, high-tech assets, corporate shells, and going concern assets from bankruptcy courts across the country. This has included the documentation of the underlying transaction, participating in contested sale matters, and the presentation of alternative plans of reorganization to implement asset acquisition goals for clients.

## Professional Activities

Aram is the chair of the Appellate Subcommittee of the American Bar Association Litigation Section, Bankruptcy and Insolvency Committee. He is a member of the boards of the Los Angeles Bankruptcy Forum; Los Angeles County Bar Association, Commercial Law and Bankruptcy Section; and the Crescenta Valley Chamber of Commerce. In addition, he is the editor-in-chief of the American Bar Association's *Bankruptcy Litigation Journal* and editor of *California Bankruptcy Journal*.

## Publications, Presentations and Recognitions

Aram has been recognized by *Law & Politics* magazine and *Los Angeles Magazine* as a Southern California Super Lawyer "Rising Star" in bankruptcy and financial restructuring. *Dow Jones Daily Bankruptcy Review* named **Aram** its "Mover of the Week" in July 2009. *The Wall Street Journal*, the flagship publication of Dow Jones, also published a profile of Aram in the newspaper's online "Bankruptcy Beat" that same week. In the profile, Aram discussed some of his more interesting cases (including his work representing a boxer in a dispute with Bob Arum's Top Rank and Oscar de la Hoya's Golden Boy Promotions) and Arent Fox's bankruptcy practice on the West Coast.

Aram's articles and publications include:

- "The Practice and Procedure of an Involuntary Bankruptcy Case," *Bankruptcy Litigation Journal*; Spring 2009

- "Bankruptcy Buyer Beware," *ABA Bankruptcy & Insolvency Litigation Subcommittee*; Winter 2008

- "Intervention as a Tool in Bankruptcy Litigation," *California Bankruptcy Journal*, Volume 29, Number 4 2008; also republished in *Bankruptcy Litigation Journal*; Winter 2007

- "Strategic Issues and Choices in Bankruptcy Appeals," *Bankruptcy Litigation Journal*, co-author; Fall 2006

His speaking engagements include:

- Panelist, American Bar Association Annual Meeting, *Sales Free-and-Clear of Liens: Dissident Junior Liens, and More*; July 31, 2009

- Presenter and author of materials, Stevenson Real Estate, *Commercial Insolvency Issues*; April 29, 2008

- Presenter and author of materials, ReMax Optima, *Current Issues in Individual Chapter 11 and Developer Cases*; March 27, 2008

- Keynote speaker and author of materials, Southland Regional Association of Realtors, Inc., *Understanding Bankruptcy and its Effect on Commercial Real Estate*; March 12, 2008

- Presenter and author of materials, Armenian American Real Estate Association, *Bankruptcy Law and its Effect on Real Estate Foreclosure & Short Sales*; March 6, 2008

- Panelist and co-author of materials, Los Angeles Bankruptcy Forum, *Optimal Strategies to Defend & Insulate Preferential Transfers from Avoidance*; October 22, 2007

- Presenter and author of materials, Bankruptcy Roundtable, *Representing Creditors' Committees under the Newly Revised Bankruptcy Code*; November 7, 2006

## Bar and Court Admissions

California State Courts

Arent Fox LLP: Aram Ordubegian, Attorney    http://www.arentfox.com/people/index.cfm?fa=profile&id=49

US Bankruptcy Courts, California
US District Courts of California
US Court of Appeals, Ninth Circuit

## Education

Loyola Law School, Los Angeles, JD, 1996
- American Jurisprudence Award for Trial Advocacy; Moot Court Honors Program
California State University, Northridge, BA, 1993

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.



Smart in your world

# Arent Fox

# Jordana L. Renert

**Associate**

New York, NY

212.457.5476

renert.jordana@arentfox.com

## Practice Teams

Bankruptcy and Financial
Restructuring

### Practice Areas

Jordana Renert is an associate in the New York office where
she works in the bankruptcy and financial restructuring
group. She has experience representing debtors in large chapter 11 cases.

## Previous Work

Jordana previously worked as bankruptcy associate in the New York office of a prominent law
firm. She represented debtors and professionals in large chapter 11 cases. While attending
law school, Jordana interned for the Honorable Adlai S. Hardin, United States Bankruptcy
Judge for the Southern District of New York.

## Bar and Court Admissions

New York Bar
US District Court, Southern District of New York
US District Court, Eastern District of New York

## Education

Brooklyn Law School, JD, magna cum laude, 2007
    Award: Professor Barry L. Zaretsky Bankruptcy Fellowship
Cornell University, BS in Industrial and Labor Relations, 2003

## Life Beyond the Law

Jordana enjoys traveling.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

Smart in your world

# Arent Fox

# Joseph A. Rieser
**Partner**

Washington, DC
202.857.8964
rieser.joseph@arentfox.com

| **Practice Teams** | **Areas of Focus** | |
|---|---|---|
| Political Law | Taxation | **Practice Areas** |
| Tax/Estate Planning | Business Transactions | Joe Rieser is a partner at |
| | Federal Election Law | Arent Fox, where he practices |

tax law. Joe has significant experience in federal and state income taxation, including real estate and partnership matters (including REITs), corporate taxation (including corporate reorganization), exempt organizations, taxation of foreign activities of US residents, taxation of foreign investors in the United States, individual income taxation and tax refund litigation.

Joe has served in a number of national political positions, including outside general counsel of the 1984 Democratic National Convention Committee and outside general counsel of the National Democratic Party (DNC). He was a senior legal advisor to the Clinton/Gore campaign and also a member of the Clinton Presidential Transition Team.

## Recent Articles and Legal Updates

- Hospitals Must Satisfy New Requirements To Maintain Exempt Status

- IRS Posits That Open-Air Parking Structures Are Subject To 39-Year Depreciation

» view all

## Previous Work

Before joining Arent Fox, Joe was a partner at another prominent law firm.

## Professional Activities

Joe is an active member of the District of Columbia Bar, and has held a number of significant positions in that organization. He most recently served for six years on the Steering Committee of the DC Bar's Tax Section, and chaired the Section for three years. Previously, Joe chaired several of the Section's committees.

He is also a member of the American Bar Association and served, by appointment of the ABA president, as a member of the Advisory Commission to the ABA's Committee on Law and the Electoral Process.

## Publications, Presentations and Recognitions

Joe has been the author and editor of several notable publications:

- "'Tax Shelter' Disclosure and List Maintenance Rules," *The Practical Tax Lawyer*; 2005 (vol. 19, no. 3), co-authored with Wendi L. Kotzen and David B. Bailey

- "Obtaining an Abandonment or Worthlessness Deduction for a Partnership Interest," J Part. Tax; Spring 1998 at 42

- Editor, tax chapters supplement to *Real Estate Development: Long-Term Care and*

Arent Fox LLP: Joseph A. Rieger, Attorney, Taxation, Business Transac...    http://www.arentfox.com/people/index.cfm?fa=profile&id=22

*Retirement Facilities* (Matthew Bender); 1989-1991

- Income and Franchise Taxation chapters, *District of Columbia Bar Practice Manual*

## Bar and Court Admissions

District of Columbia Bar
Pennsylvania Bar
Supreme Court of the United States
US Court of Appeals, District of Columbia Circuit
US Court of Appeals, Ninth Circuit
US Court of Federal Claims
US District Court, District of Columbia
US District Court, Western District of Pennsylvania
US Tax Court

## Education

Harvard Law School, JD (cum laude), 1974
Harvard University, Master of Public Policy, 1974
Princeton University, AB (Phi Beta Kappa), 1969

## Life Beyond the Law

Joe is married, with one son. His first full-time job was as director of field operations for a US Senate nominee, and he has maintained an interest and involvement in politics and public policy ever since. In his spare time he is generally reading or fixing something around the house, but wishes he were at a beach engaged in creative loafing.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.

Arent Fox LLP: James M. Sullivan, Attorney, Commercial Banking, Co...    http://www.arentfox.com/people/index.cfm?fa=profile&id=47...



Smart in your world®
**Arent Fox**

# James M. Sullivan
**Partner**

New York, NY

**212.484.3945**

sullivan.james@arentfox.com

| **Practice Teams** | **Areas of Focus** | |
|---|---|---|
| Bankruptcy and Financial | Commercial Banking | **Practice Areas** |
| Restructuring | Corporate | James Sullivan's practice |
| Automotive | Mergers & Acquisitions | focuses on corporate |
| Finance | Private Equity | restructuring and bankruptcy, distressed situations and M&A |
| Litigation | Commercial Litigation | transactions. He has |
| Health Care | | extensive experience representing corporate debtors, banks, |

secured and unsecured creditors, trustees, and distressed investors in large chapter 11 cases, as well as in connection with a variety of complex commercial disputes. On the transactional side, James has represented borrowers and lenders in connection with corporate and acquisition financing transactions. He has appeared before numerous federal and state courts throughout the country.

## Client Work

James has handled a range of cases in litigation, trial and mediation for his clients. His recent matters have included:

- Successful representation in bankruptcy proceedings and reorganization of a major dairy products manufacturer

- Representation of the unofficial creditor's committee of a major oil company in bankruptcy-related matters

- Representation of the creditor trust established in connection with the Chapter 11 proceedings of a major automotive and textile manufacturer

- Representation of the largest secured creditor and eventual owner of the reorganized business of a health care company in its bankruptcy proceedings

## Professional Activities

James is a registered mediator with the United States Bankruptcy Court for the Eastern and Southern Districts of New York. He is a member of the American Bar Association and the American Bankruptcy Institute.

## Publications, Presentations and Recognitions

James recent publication include:

- "Software Licensing in a Troubled Environment," *Business Law Today*; November/December 2009, co-author

- "Arent Fox Snags McDermott Will Restructuring Pro," *Law360*; January 14, 2009

- "Maximizing Creditor Remedies in an Antitrust World," 2008; Antitrust Rep. 59; 2008,

co-author

- *A Vendor's Guide to Bankruptcy*, 1 Bloomberg Corp. L.J. 494; 2006, co-author
- *Handbook for New Jersey Trial Lawyers*, Greenberg et al.; West 4th ed. 1999, contributing author

## Bar and Court Admissions

District of Columbia Bar
New Jersey Bar
New York Bar
Supreme Court of the United States
US Court of Appeals, Second Circuit
US Court of Appeals, Third Circuit
US Court of Appeals, Federal Circuit
US District Court, District of Connecticut
US District Court, District of New Jersey
US District Court, Southern District of New York
US District Court, Eastern District of New York

## Education

Georgetown University Law Center, JD, 1995
Boston College, BA (magna cum laude), 1992

## Life Beyond the Law

James is a pilot. He also enjoys skiing and scuba diving.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.



Smart in your world

# Arent Fox

# George V. Utlik
**Associate**

New York, NY
**212.492.3287**
utlik.george@arentfox.com

| **Practice Teams** | **Areas of Focus** | |
|---|---|---|
| Bankruptcy and Financial Restructuring | Creditors' Rights | **Practice Areas** |

George V. Utlik is an associate in Arent Fox's Bankruptcy and Financial Restructuring Group.

## Client Work
George represents clients in corporate reorganization and liquidation matters and focuses on creditors' rights.

## Previous Work
Immediately prior to joining Arent Fox, George served as the law clerk for the Honorable Mary F. Walrath, U.S. Bankruptcy Judge for the District of Delaware (September 2008 – September 2009), where he gained experience working on some of the largest bankruptcy cases filed under Chapter 11 of the Bankruptcy Code (*In re Buffets Holdings, Inc.*, *In re Magna Entertainment Corp.*, *In re Ritz Camera Centers, Inc.*, *In re Hayes Lemmerz International, Inc.*, *In re Eddie Bauer Holdings, Inc.*, *In re Flying J, Inc.*,and others).

While attending law school, George interned for the Honorable Melanie L. Cyganowski, Chief Judge, U.S. Bankruptcy Court, Eastern District of New York, and, as part of his LL.M. in Bankruptcy training, participated in researching and drafting the Supreme Court Amicus Brief in support of Respondent in *Travelers Casualty & Surety Co. v. Pacific Gas & Electric Co.*, 549 U.S. 443 (2007).

## Professional Activities
George holds memberships in the American Bankruptcy Institute and New York State Bar Association.

## Publications, Presentations and Recognitions
George's recent publications and presentations include:

- *The Safe Harbor Provided for "Settlement Payments" by Section 546(e)*, **19** Norton J. Bankr. L. & Prac. 3, June 2010; co-authored with Schuyler Carroll.

- *When Does a Bankruptcy Court's Order Confirming a Chapter 11 Plan Bar a Non-Debtor's Assertion of a Claim Against Another Non-Debtor Under Res Judicata?*, 2009 Norton Ann. Surv. of Bankr. L., Part I § 3.

## Bar and Court Admissions
New Jersey Bar
New York Bar
US District Court, District of New Jersey

Arent Fox LLP - George V. Utlik, Attorney, Creditors' Rights    http://www.arentfox.com/people/index.cfm?fa=profile&id=50...

US District Court, Southern District of New York
US District Court, Eastern District of New York

## Education

St. John's University School of Law, LL.M. in Bankruptcy, 2008

- Recipient, Dean's Merit Scholarship

St. John's University School of Law, J.D., 2007

- Executive Board, Moot Court Honor Society (2006-2007)
- Staff Member, *American Bankruptcy Institute Law Review* (2005-2007)
- President, Bankruptcy Law Society (2006-2007)
- Recipient, Dean's List (Spring 2007)
- Recipient, Annual Tuition Merit Scholarship (2004-2007)
- Director, 15th Annual Duberstein National Bankruptcy Moot Court Competition

Rutgers College, B.A. in Economics, with honors, 2001

- Member, Golden Key National Honor Society (by invitation in recognition of Outstanding Scholastic Achievement and Excellence)
- Recipient, Dean's List (three semesters)

## Life Beyond the Law

In his free time, George enjoys listening to music, playing soccer, tennis, camping, and hiking. He is fluent in Russian.

© 2009 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.