1  Jeremy V. Richards (CA Bar No. 102300)
   Shirley S. Cho (CA Bar No. 192616)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd.
3  11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5
6  Email: hrafatjoo@pszjlaw.com
           scho@pszjlaw.com
7  Counsel for The Official Committee of Unsecured
   Creditors

FILED & ENTERED

JUL 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA BARBARA DIVISION**

| | |
|---|---|
| In re:<br><br>**THE WALKING COMPANY**, a Delaware corporation, d/b/a Alan's Shoes, Footworks, Overland Trading Co., Sole Outdoors, and Martini Shoes; f/k/a TWC Acquisition Corporation;<br>**BIG DOG USA, INC**., a California corporation, d/b/a Big Dog Sportswear; f/k/a Fortune Dogs, Inc.; and **THE WALKING COMPANY HOLDINGS, INC.**, a Delaware corporation, f/k/a Big Dog Holdings, Inc. and 190th Shelf Corporation.,<br><br><div align="right">Debtors.</div><br>[ x ] Affects all Debtors<br><br>[  ] Applies only to The Walking Company<br><br>[  ] Applies only to Big Dog USA, Inc.<br><br>[  ] Applies only to the Walking Company<br>     Holdings, Inc. | Case No.: 9:09-bk-15138 RR<br><br>Chapter 11<br><br>[Jointly Administered with Case Nos.: 9:09-bk-15137 RR and 9:09-bk-15139 RR]<br><br>**ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DECEMBER 14, 2009 THROUGH APRIL 27, 2010) [RE: DOCKET NO. 490]** |

This Court, having considered the *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Approval of Compensation and Reimbursement of Expenses as Attorneys for the Official Committee Of Unsecured Creditors (December 14, 2009 through April 27, 2010) Memorandum of Points and Authorities; and Declaration of Jeremy V. Richards in Support Thereof*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(the "Fee Application"), a copy of which is available on the Docket at Docket No. 490, and good

cause appearing therefor, IT IS ORDERED that

    1.  The Fee Application is granted as modified herein.

    2.  PSZJ is awarded and allowed fees on a final basis of $231,415.

    3.  PSZJ is awarded and allowed expenses on a final basis in the amount of $15,976.15,

which includes Committee member expenses in the amount of $1,210.70 for Ron Tucker (Simon

Property Group), $493.40 for Claus Ipsen (ECCO); $993.10 for Julick Minnick Bowden (General

Growth); and $1,740.37 for James Fox (Dansko).

    4.  The Debtors are authorized to pay all unpaid amounts awarded hereby to PSZJ upon entry

of this order.

\###

\###

\###

\###

\###

\###

\###

DATED: July 28, 2010

_Robin Riblet_

United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>The Walking Company, et al.<br><br>                                          Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  9:09-15138-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California  90067**


A true and correct copy of the foregoing document described **ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DECEMBER 14, 2009 THROUGH APRIL 27, 2010) [RE: DOCKET NO. 490]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 22, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2010 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re:<br>The Walking Company, et al.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  9:09-15138-RR |

II.     **SERVED BY U.S. MAIL**

**Attorneys for Debtors**
Andy S. Kong
Mette K. Kurth
Arent Fox LLP
555 W Fifth St Ste 4800
10900 Wilshire Blvd Ste 500
Los Angeles, CA 90013

**Debtor**
The Walking Company
Tony Wall, Executive VP
121 Gray Ave.
Santa Barbara, CA  93101

**US Trustee**
**Brian D Fittipaldi**
Office of the United States Trustee
128 E Carrillo St
Santa Barbara, CA 93101

**US Trustee**
**Dennis Strayhan**
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

The Hon. Robin L. Riblet
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

| In re:<br>The Walking Company, et al.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER  9:09-15138-RR |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (DECEMBER 14, 2009 THROUGH APRIL 27, 2010) [DOCKET NO. 490]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 22, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐  Service information continued on attached page

| In re:<br>The Walking Company, et al.<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER  9:09-15138-RR |
| --- | --- |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Mariano A Alvarez on behalf of Litigant Rosa Amentas
attyalvarez@yahoo.com

Craig H Averch on behalf of Creditor The Ad Hoc Committee of The Walking Company Holdings, Inc. Noteholders
caverch@whitecase.com

Lawrence Bass on behalf of Interested Party Gart Capital Partners
lbass@faegre.com

William C Beall on behalf of Creditor Freeland Realty and Dirk Freeland
artyc@aol.com

Shirley Cho on behalf of Creditor Committee Official Committee Of Unsecured Creditors
scho@pszjlaw.com

Neal D Colton on behalf of Creditor Dansko Inc.
ncolton@cozen.com

Emily R Culler on behalf of Interested Party Genesco, Inc.
eculler@omm.com

Ana Damonte on behalf of Creditor The Board of Trustees of the Leland Stanford Junior University
ana.damonte@pillsburylaw.com

Lawrence A Diamant on behalf of Interested Party Kahala Mall
lad@lnbrb.com, katie@lnbrb.com

Denise Diaz on behalf of Debtor The Walking Company Holdings, Inc.
Denise.Diaz@rmsna.com

John P Dillman on behalf of Creditor Fort Bend County
houston_bankruptcy@publicans.com

Robert K Edmunds on behalf of Interested Party Huntington National Bank
robert.edmunds@bipc.com, timothy.palmer@bipc.com;jacqueline.forjais@bipc.com

Marjorie L Erickson on behalf of Consultant BDO Seidman, LLP
marjorie@msmlaw.com

Marjorie L Erickson on behalf of Interested Party Courtesy NEF
marjorie.erickson@usdoj.gov

Belkys Escobar on behalf of Creditor County of Loudoun
belkys.escobar@loudoun.gov

Mark E Felger on behalf of Creditor Dansko Inc.
mfelger@cozen.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

Moriah D Flahaut on behalf of Debtor Big Dog USA, Inc.
flahaut.douglas@arentfox.com

Steven B Flancher on behalf of Creditor State of Michigan, Department of Treasury
flanchers@michigan.gov

Todd R Gabriel on behalf of Creditor Seaport Village Operating Company
tgabriel@sparberlaw.com

Philip A Gasteier on behalf of Interested Party Kahala Center Company
pag@lnbrb.com

Fredric Glass on behalf of Creditor Fair Harbor Capital, LLC
fglass@fairharborcapital.com

Brian D Huben on behalf of Creditor Crossgates Mall Company NewCo, LLC
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com

William W Huckins on behalf of Creditor Federal Realty Investment Trust
whuckins@allenmatkins.com, clynch@allenmatkins.com

Roland Hwang on behalf of Creditor Michigan Department of Energy, Labor & Economic Growth, Unemployment
Insurance Agency
hwangr@michigan.gov

Nathan E Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

Andy Kong on behalf of Debtor Big Dog USA, Inc.
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Debtor Big Dog USA, Inc.
kurth.mette@arentfox.com

Josefina F McEvoy on behalf of Creditor Wells Fargo Merchant Services LLC
jfmcevoy@foxrothschild.com, jparrott@foxrothschild.com

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

Patrick E Mears on behalf of Creditor Silver Sands Joint Venture Partners
pmears@btlaw.com

Franklyn S Michaelson on behalf of Consultant BDO Seidman, LLP
kim@msmlaw.com

Kevin M Newman on behalf of Creditor Crossgates Mall Company NewCo, LLC
knewman@menterlaw.com

Steven G Polard on behalf of Creditor Bellevue Square LLC
spolard@perkinscoie.com

David L Pollack on behalf of Creditor Galleria Mall Investors, LP
pollack@ballardspahr.com

Hamid R Rafatjoo on behalf of Creditor Committee Official Committee Of Unsecured Creditors
hrafatjoo@venable.com, ataylor@venable.com;revey@venable.com;jnassiri@venable.com;bclark@venable.com

Rita Robles on behalf of Debtor Big Dog USA, Inc.
rita.robles@key.com

Terrel Ross on behalf of Interested Party TRC OPTIMUM FUND LLC
tross@trcmllc.com

Diane W Sanders on behalf of Creditor Round Rock ISD
austin.bankruptcy@publicans.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Howard Steinberg on behalf of Creditor Richard A. Kayne, Trustee, Richard & Suzanne Kayne Living Trust dated 1/14/99
hsteinberg@irell.com, awsmith@irell.com

Wayne R Terry on behalf of Creditor Request for Courtesy NEF
wterry@hemar-rousso.com

Ronald M Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com,
psummers@simon.com;rwoodruff@simon.com;lgrafton@simon.com;jgubler@simon.com;cmartin@simon.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Kimberly S Winick on behalf of Creditor South Coast Plaza
kwinick@clarktrev.com

Rebecca J Winthrop on behalf of Interested Party Kravco Simon Company
winthropr@ballardspahr.com